**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOYSIN RALPH LORICK, | ) | Case No. 16-45645-NHL |
| CYNTHIA THERESA LORICK, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE THAT**, the attorneys listed below hereby appear as counsel to Wells Fargo Bank, as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Pass-Through Certificates, Series 2007-C1 ("Wells Fargo") in the chapter 11 case of the above-captioned debtors (the "Debtors"). Pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Code sections 342 and 1109(b), Wells Fargo requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be transmitted to:

| | |
|---|---|
| **KILPATRICK TOWNSEND &** | **KILPATRICK TOWNSEND &** |
| **STOCKTON LLP** | **STOCKTON LLP** |
| Keith Brandofino, Esq. | Colin M. Bernardino, Esq. |
| The Grace Building | 1100 Peachtree Street NE |
| 1114 Avenue of the Americas | Suite 2800 |
| New York, NY, 10036-7703 | Atlanta, GA, 30309-4528 |
| Telephone: (212) 775-8700 | Telephone: (404) 815-6500 |
| Facsimile: (212) 954-5555 | Facsimile: (404) 815-6555 |
| Email:kbrandofino@kilpatricktownsend.com | Email: cbernardino@kilpatricktownsend.com |

**PLEASE TAKE FURTHER NOTICE THAT**, this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of Wells Fargo or any other party in interest in these cases, including (a) the Debtors, (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in these cases or (e) property or proceeds thereof in the possession, custody, or control of Wells Fargo or others that the Debtors may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by Wells Fargo or any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Wells Fargo (1) to have final judgments and final orders entered by an Article III judge in any matters that constitutionally can be finally adjudicated only by an Article III judge unless all parties consent to final adjudication by a non-Article III judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any

2

other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: December 21, 2016

*/s/ Colin M. Bernardino*

Colin M. Bernardino, Esq.
(Application for *pro hac vice* admission pending)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE
Suite 2800
Atlanta, GA, 30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: cbernardino@kilpatricktownsend.com

-and-

**KILPATRICK TOWNSEND & STOCKTON LLP**
Keith Brandofino
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: (212) 775-8700
Facsimile: (212) 954-5555
Email: kbrandofino@kilpatricktownsend.com

*Counsel for Wells Fargo Bank, as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Pass-Through Certificates, Series 2007-C1*

## <u>CERTIFICATE OF SERVICE</u>

      I, Colin M. Bernardino, hereby certify that on the 21st day of December, 2016, I served or caused to be served the foregoing **Notice of Entry of Appearance and Request for Notices and Papers** upon the following parties in the manner indicated.

Boysin Ralph Lorick
3126 Coney Island Avenue
Apt 5B
Brooklyn, NY 11235
**First-Class Mail**

Cynthia Theresa Lorick
3126 Coney Island Avenue
Apt 5B
Brooklyn, NY 11235
**First-Class Mail**

Nazar Khodorovsky
US Trustee Trial Attorney
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014
**First-Class Mail**

Norma E Ortiz
Martha J. de Jesus
Ortiz & Ortiz LLP
32-72 Steinway Street
Suite 402
Astoria, NY 11103
**First-Class Mail**

**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
**First-Class Mail**

US2008 12266509 1

4