UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re

BOYSIN RALPH LORICK,                       Case No.  1-16-45645 (NHL)
CYNTHIA THERESA LORICK,

                           Debtors.                       Chapter 11
----------------------------------------------------------X

## ORDER PURSUANT TO SECTION 327 (a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT OF <u>ORTIZ & ORTIZ, L.L.P. AS ATTORNEYS FOR THE DEBTORS</u>

UPON the application (the "Application") of Boysin and Cynthia Lorick (the "Debtors"), as debtors and debtors in possession, dated December 21, 2016, for entry of an order pursuant to 11 U.S.C. § 327(a) authorizing and approving the employment of Ortiz & Ortiz, L.L.P. ("O & O") as their attorneys under a general retainer; upon the Declaration of Norma E. Ortiz, Esq., a member of the firm of O & O; it appearing that the members of O & O are admitted to practice before this Court;  the Court being satisfied that O & O represents no interest adverse to the Debtors and the estate as to the matters upon which it is to be engaged, is disinterested under 11 U.S.C. § 101(14), and that the employment of O & O is necessary and in the best interest of the Debtors and the estate; due notice of the Application having been given to the United States Trustee, and it appearing that no other or further notice need be given; sufficient cause appearing therefore, it is

ORDERED, that the Application is granted ~~in all respects~~ as set forth herein; and it is further

ORDERED, that pursuant to 11 U.S.C. § 327(a) of the Bankruptcy Code, the Debtors are authorized to employ O & O as its attorneys under the terms and conditions set forth in the Application, effective as December 15, 2016; and it is further

ORDERED, that no compensation or reimbursement of expenses shall be paid to O & O for professional services rendered to the Debtors, except upon proper application and by further order of this Court, and any of O & O's fee applications will be subject to notice and hearing pursuant to Sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and will comply with the Court's General Order 613 (Guidelines for Fees and Disbursements for Professionals in Eastern District of New York Bankruptcy Cases).

**No Objection:**

**Office of the United States Trustee**

**Dated:  January 3, 2017**

**By:**     */s/ Nazar Khodorovsky*
            **Nazar Khodorovsky, Trial Attorney**



**Dated: January 9, 2017**                                                    **Nancy Hershey Lord**
**Brooklyn, New York**                                                         **United States Bankruptcy Judge**