**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for Select Portfolio Servicing, Inc. as Servicer for
Wilmington Trust, NA, successor trustee to Citibank, N.A.,
as Trustee f/b/o holders of Structured Asset Mortgage
Investments II Inc., Bear Stearns ALT-A Trust 2006-8,
Mortgage Pass-Through Certificates, Series 2006-8
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Telephone: (631) 844-9611, Fax: (631) 844-9525
**Robert W. Griswold**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:  CHAPTER 11

BOYSIN RALPH LORICK AND CYNTHIA THERESA LORICK,  CASE NO. 16-45645

DEBTORS.

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears as counsel for Select Portfolio Servicing, Inc. as Servicer for Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2006-8, Mortgage Pass-Through Certificates, Series 2006-8, a creditor and a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: January 16, 2017
Melville, NY

Respectfully Submitted,

/s/ Robert W. Griswold
Robert W. Griswold
Bankruptcy Attorney
Shapiro, DiCaro & Barak, LLC
Attorneys for Select Portfolio Servicing, Inc. as
Servicer for Wilmington Trust, NA, successor trustee
to Citibank, N.A., as Trustee f/b/o holders of
Structured Asset Mortgage Investments II Inc., Bear
Stearns ALT-A Trust 2006-8, Mortgage Pass-
Through Certificates, Series 2006-8
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Telephone: (631) 844-9611
Fax: (631) 844-9525

16-050513_RKO1