UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

BOYSIN RALPH LORICK and                     Case No.  16-45645-nhl
CYNTHIA THERESA LORICK,

                              Debtors.            Chapter 11
-----------------------------------------------------------x

## ORDER GRANTING DEBTORS' MOTION TO CONTINUE THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)

Upon the motion (the "Motion") of the debtors Boysin R. Lorick and Cynthia T. Lorick (the "Debtors") for an order, pursuant to 11 U.S.C. § 362(c)(3)(B), continuing the automatic stay; and upon the record of the hearing held on January 10, 2017, with appearances made by Norma E. Ortiz, Esq., counsel for the Debtors; Boysin Ralph Lorick; Robert W. Griswold, Esq., counsel for Select Portfolio Servicing; Nazar Khodorovsky, Esq., on behalf of the United States Trustee; Douglas Rosenberg (the "Receiver"); David J. Doyaga, Esq., proposed counsel for the Receiver; and Colin M. Bernardino, Esq., counsel for the Wells Fargo Bank; and good cause appearing therefor; it is hereby

**ORDERED**, that the Motion is granted as set forth herein, without prejudice to any creditor or party-in-interest seeking an order for relief from the automatic stay provisions of the Bankruptcy Code, under 11 U.S.C. § 362; and it is further

**ORDERED**, that the automatic stay, imposed by operation of 11 U.S.C. § 362(a), is hereby extended as to all creditors, pursuant to § 362(c)(3)(B), until the Debtors' case is dismissed, closed by the court, or pursuant to further Court order.



Dated: January 20, 2017　　　　　　　　　　　　　　　　　　Nancy Hershey Lord
Brooklyn, New York　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge