**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BOYSIN RALPH LORICK and ) | Case No. 1-16-45645-nhl |
| CYNTHIA THERESA LORICK, ) | |
| ) | |
| Debtors. ) | |
| ) | |

## INTERIM ORDER GRANTING EMERGENCY MOTION FOR
## RECEIVER TO REMAIN IN POSSESSION AND SCHEDULING HEARING

Upon the Emergency Motion for Receiver to Remain in Possession (the "Motion") of real property located at 3126 Coney Island Avenue, Brooklyn, New York 11235 (the "Property"), filed by Wells Fargo Bank, as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Pass-Through Certificates, Series 2007-C1 (the "Movant"); and a hearing having been held on the Motion on January 10, 2017, with appearances made by Norma E. Ortiz, Esq., counsel for Boysin Ralph Lorick and Cynthia Theresa Lorick (the "Debtors"); Boysin Ralph Lorick; Robert W. Griswold, Esq., counsel for Select Portfolio Servicing; Nazar Khodorovsky, Esq., on behalf of the United States Trustee; Douglas Rosenberg (the "Receiver"); David J. Doyaga, Esq., proposed counsel for the Receiver; and Colin M. Bernardino, Esq., counsel for the Movant; and based upon the record before the Court, the Court finds that the interests of creditors would be better served by permitting the Receiver[1] to continue in possession, custody, or control of the Property on an interim basis and subject to the conditions set forth below; it is hereby

**ORDERED**, that, the Motion is granted as set forth herein; and it is further

---

[1] All capitalized terms used in this Order and not otherwise defined shall have the meanings ascribed to them in the Motion.

**ORDERED**, that, on an interim basis, the Receiver shall continue in possession, custody, or control of the Property pursuant to Bankruptcy Code section 543(d)(1); and it is further

**ORDERED**, that, notwithstanding the automatic stay, the Receiver may fulfill his duties under the Receivership Orders and any related orders in the Foreclosure Action, including without limitation, collection of rents and enforcing remedies against tenants, leasing vacant units, making repairs to the Property, remediating any environmental contamination on the Property (including any electrical work, repairs, or testing related thereto), and paying any taxes or other assessments due and owing on the Property; and it is further

**ORDERED**, that the Debtors shall turn over to the Receiver any notice, statement, or correspondence received by the Debtors and related to the Property within five (5) days of receipt by either of the Debtors; and it is further

**ORDERED**, that the Receiver shall provide the Debtors and the Debtors' retained professionals with reasonable access to the Property for purposes of refinancing or marketing the Property; and it is further

**ORDERED**, that, within seven (7) days of entry of this Order, the Receiver shall provide to the Court and the Office of the United States Trustee all evidence of insurance for the Property, as well as evidence of any renewals of such insurance within seven (7) days of such insurance being renewed; and it is further

**ORDERED**, that the Receiver shall provide to the Court and the Office of the United States Trustee any environmental reports, work plans, or related documents that the Receiver provides to State or local environmental authorities, if any; and it is further

**ORDERED**, that the Receiver shall continue to maintain all rents collected from the Property in a segregated account at Signature Bank (the "Rent Account"); and it is further

<0A>

<0A>

<0A>Case 1-16-45645-nhl    Doc 35    Filed 01/20/17    Entered 01/23/17 14:45:03

**ORDERED**, that the Receiver shall timely provide information reasonably requested by the Debtors, including any information necessary for the Debtors to prepare their monthly operating reports in this Case and copies of bank statements from the Rent Account; and it is further

**ORDERED**, that the Receiver attend the section 341(a) meeting of creditors in this case, currently scheduled for 9:30 a.m. on January 23, 2017, in Room 2579, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED**, that a further hearing on the Motion will be held before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, located at 271 Cadman Plaza East, Brooklyn, New York 11201, Courtroom 2529, on **February 23, 2017 at 10:30 a.m.**; and it is further

**ORDERED**, pursuant to Bankruptcy Rules 2002(m) and 9007, the Movant shall serve this Order upon (i) the Office of the United States Trustee, (ii) Debtors' counsel, (iii) the Receiver, (iv) the Debtors' creditors, (v) all creditors, parties-in-interest and entities who have requested notice under Bankruptcy Rule 2002, (vi) the Office of the New York State Attorney General, (vii) the New York City Department of Environmental Protection, and (viii) the New York Department of Environmental Conservation.



**Dated:** January 20, 2017
       Brooklyn, New York

                                            **Nancy Hershey Lord**
                                        **United States Bankruptcy Judge**