# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In re **Boysin & Cynthia Lorick**                          Case No.  **16-45645**

Reporting Period:  **7/1/2017 - 7/31/2017**

          Debtor(s)

Social Security #  _5236 ⚬ 4911_
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | ✓ | |
| Copies of bank statements | | ✓ | |
| Disbursement Journal | MOR-2 (INDV) | ✓ | |
| Balance Sheet | MOR-3 (INDV) | ✓ | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor  _Boysin Lorick_                          Date  _8-17-17_

Signature of Joint Debtor  _Cynthia Lorick_                          Date  _8-17-17_

In re Boysin & Cynthia Lorick
_____
Debtor

Case No. 16-45645
Reporting Period: 7/1/2017 - 7/31/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 3 605.48 | 7 075.89 |
| **RECEIPTS** | | |
| Wages (Net) | — | |
| Interest and Dividend Income | — | 9 613.03 |
| Alimony and Child Support | | |
| Social Security and Pension Income | 23 328.30 | 74 295.47 |
| Sale of Assets | | |
| Other Income (attach schedule) | 22 941.20 | 50 778.45 |
| Total Receipts | 46 269.50 | 134 686.95 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 840 — | 5 480 — |
| Rental Payment(s) | 1 574.26 | 10 294.76 |
| Other Secured Note Payments | — | |
| Utilities | 283.79 | 4 097.95 |
| Insurance | 636.77 | 8 261.77 |
| Auto Expense | 135.15 | 3 577.68 |
| Lease Payments | — | — |
| Telephone Exp | 887.20 | 4 827.41 |
| Repairs and Maintenance | 446.89 | 7 624.62 |
| Medical Expenses | 1 362.02 | 6 622.63 |
| Food, Clothing, Hygiene | 772.70 | 5 214.45 |
| Charitable Contributions | 190 — | 965 — |
| Alimony and Child Support Payments, childcare | 1 000 — | 12 450 — |
| Taxes - Real Estate | | 776.46 |
| Taxes - Personal Property | — | — |
| Taxes - Other (attach schedule) | — | — |
| Travel and Entertainment | 531.67 | 3 659.03 |
| Bank fee, checkbook order, internet | 555.15 | 3 944 — |
| Other | — | 24 817.76 |
| **Total Ordinary Disbursements** | 9 195.60 | 108 959.46 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees - Tax Collections, legal transcripts | | 824 — |
| U. S. Trustee Fees | | 1 300 — |
| Other Reorganization Expenses (attach schedule) | 2 500 — | 2 500 — |
| Total Reorganization Items | 2 500 — | 4 624 — |
| **Total Disbursements** (Ordinary + Reorganization) | 11 695.60 | 113 583.46 |
| **Net Cash Flow** (Total Receipts - Total Disbursements) | 49 874.98 | 151 762.84 |
| **Cash - End of Month** (Must equal reconciled bank statement) | 38 179.38 | 38 179.38 |

In re Boysin & Cynthia Lorick _____        Case No. 16-45645
        Debtor                                                   Reporting Period: 7/1/2017 - 7/31/2017

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| LEGAL FEES | $2500— | $2500— |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 11 695. 60 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | — |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | — |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 11 695. 60 |

In re Boysin & Cynthia Lorick          Case No. **16-45645**
    Debtor                     Reporting Period: __7/1/2017 - 7/31/2017__

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # 8354 | # | # | # |
| **BALANCE PER BOOKS** | 33 065.75 | | | |
| **BANK BALANCE** | 38 179.38 | | | |
| **(+) DEPOSITS IN TRANSIT** *(ATTACH LIST)* | — | | | |
| **(-) OUTSTANDING CHECKS** *(ATTACH LIST)* : | 5 113.63 | | | |
| **OTHER** *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE \*** | 33 065.75 | | | |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | 289 | 250.27 | | |
| | 291 | 130 — | | |
| | 292 | 2768.61 | | |
| | 293 | 1127.75 | | |
| | 294 DC | 837 — | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | 5 113.63 | | |

**OTHER**

In re **Boysin & Cynthia Lorick**

Debtor

Case No. **16-45645**

Reporting Period: **7/1/2017 - 7/31/2017**

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL DISBURSMENTS |  |  |  |
|  |  |  |  |

### BANK ACCOUNT DISBURSEMENTS

| Date | PAYEE | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | Total Disbursements for the Month |  |  |  |
|  |  |  |  |  |

In re **Boysin & Cynthia Lorick**

Debtor

Case No. **16-45645**

Reporting Period: **7/1/2017 - 7/31/2017**

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | | |
| *TOTAL REAL PROPERTY ASSETS* | | |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | | |
| *TOTAL ASSETS* | | |

In re **Boysin & Cynthia Lorick**

Debtor

Case No. **16-45645**

Reporting Period: **7/1/2017 - 7/31/2017**

| LIABILITIES AND OWNER EQUITY | | |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |
| *TOTAL LIABILITIES* | | |

In re **Boysin & Cynthia Lorick**
_____
  Debtor

Case No. **16-45645**
Reporting Period: **7/1/2017 - 7/31/2017**

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Total Post-petition Debts |  |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

_____

_____

In re **Boysin & Cynthia Lorick**                    Case No. **16-45645**

      **Debtor**                    Reporting Period: **7/1/2017 - 7/31/2017**

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re **Boysin & Cynthia Lorick**

Debtor

Case No. **16-45645**

Reporting Period: <u>7/1/2017 - 7/31/2017</u>

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 | Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 | Are any post petition real estate taxes past due? | | ✓ |
| 8 | Are any other post petition taxes past due? | | ✓ |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | ✓ |
| 10 | Are any amounts owed to post petition creditors delinquent? | | ✓ |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | ✓ |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |

 **Bank**

America's Most Convenient Bank®       T       STATEMENT OF ACCOUNT



l037-FTD01040080117112303
   BOYSIN LORICK
   CYNTHIA LORICK
   DIP CASE 16-45645 EDNY

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Jul 01 2017-Jul 31 2017 |
| Cust Ref #: | ████'54█ |
| Primary Account #: | ████54 |



## Chapter 11 Checking

BOYSIN LORICK
CYNTHIA LORICK
DIP CASE 16-45645 EDNY

Account # ████54

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,605.48 | Average Collected Balance | 23,938.18 |
| Deposits | 22,941.20 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 23,328.30 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 6,895.12 | Days in Period | 31 |
| Electronic Payments | 4,800.48 | | |
| Ending Balance | 38,179.38 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/13 | DEPOSIT | 22,941.20 |
| | Subtotal: | 22,941.20 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | ACH DEPOSIT, BARCLAYS BANK OF PN PMTS/AA L****8LIL/17182 | 2,199.03 |
| 07/03 | ACH DEPOSIT, SSA  TREAS 310 XXSOC SEC ****64911A  SSA | 1,356.00 |
| 07/03 | ACH DEPOSIT, SSA  TREAS 310 XXSOC SEC ****64911B1 SSA | 961.00 |
| 07/14 | ACH DEPOSIT, SSA  TREAS 310 XXSOC SEC ****45236A  SSA | 15,387.00 |
| 07/31 | ACH DEPOSIT, PSEG PENSION PAYMENT PSE01MXM6P3B4DX | 3,425.27 |
| | Subtotal: | 23,328.30 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/14 | ZERO DOLLAR CR, US TREAS 303 SOC SEC ****45236A  SSA | 0.00 |
| | Subtotal: | 0.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 38,473.38 |
| Total Deposits | -0- |
| Sub Total | 38,178.38 |
| Total Withdrawals | 5,113.63 |
| Adjusted Balance | 33,064.75 |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|---|---|---|---|---|---|
| | | | | 456 | 27 | | | |
| | | | | 130 | — | | | |
| | | | | 2,898 | 61 | | | |
| | | | | 1137 | 75 | | | |
| | | | | 883 | — | | | |
| Total Deposits | —0— | | Total Withdrawals | 5,118 | 63 | Total Withdrawals | 5,113 | 63 |

FOR CONSUMERS LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES. Although the Bank uses the Daily Balance method to calculate the finance charge on your Money/Market/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statements as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept., P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or the transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State as required by law. The amount to be reported will be reported separately to you by the Bank.

Page:     2 of 5

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BOYSIN LORICK
CYNTHIA LORICK
DIP CASE 16-45645 EDNY

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Jul 01 2017-Jul 31 2017 |
| Cust Ref #: | ▉▉▉54-C▉ |
| Primary Account #: | ▉▉▉▉▉▉▉▉ |

---

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 17     *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 07/11 | 245 | 500.00 | 07/17 | 276* | 25.00 |
| 07/03 | 262* | 130.00 | 07/25 | 277 | 20.00 |
| 07/11 | 264* | 63.02 | 07/24 | 279* | 700.00 |
| 07/14 | 265 | 125.00 | 07/19 | 281* | 245.90 |
| 07/10 | 268* | 30.48 | 07/24 | 283* | 302.25 |
| 07/05 | 270* | 1,000.00 | 07/25 | 286* | 149.39 |
| 07/12 | 271 | 200.00 | 07/31 | 290* | 222.60 |
| 07/12 | 272 | 41.48 | 07/18 | 1092678* | 2,500.00 |
| 07/10 | 274* | 640.00 | | | |

| | |
|---|---|
| Subtotal: | 6,895.12 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/03 | DEBIT POS, *****45171460120, AUT 070117 DDA PURCHASE<br>YOUR DEKALB FAR          DECATUR          * GA | 54.48 |
| 07/03 | DEBIT POS, *****45171460120, AUT 070117 DDA PURCHASE<br>KROGER   2205 LAVISTA     ATLANTA         * GA | 31.98 |
| 07/05 | ELECTRONIC CK PMT-ARC, VIRIDIAN CHECK PMTS 0263 | 1,411.20 |
| 07/05 | DEBIT CARD PAYMENT, *****45171460120, AUT 070217 VISA DDA PUR<br>PUBLIC STORAGE 25987     800 567 0759 * GA | 135.00 |
| 07/06 | DEBIT POS, *****45171460120, AUT 070617 DDA PURCHASE<br>DAVIS TRAVEL CE      WARFIELD      * VA | 271.67 |
| 07/06 | DEBIT CARD PURCHASE, *****45171347939, AUT 070517 VISA DDA PUR<br>ILIKE BUS INC       917 398 0398 * VA | 60.00 |
| 07/10 | ELECTRONIC CK PMT-ARC, AT&T SERVICES CHECKPAYMT 0267 | 83.46 |
| 07/10 | DEBIT CARD PURCHASE, *****45171460120, AUT 070617 VISA DDA PUR<br>1A ROYAL THAI CUISINE    NEW YORK    * NY | 70.95 |
| 07/11 | ELECTRONIC CK PMT-ARC, HOME DEPOT CR SV CHECK PYMT 269 | 24.29 |
| 07/11 | DEBIT POS, *****45171347939, AUT 071117 DDA PURCHASE<br>KROGER  3959 A LAVIS     TUCKER       * GA | 14.34 |
| 07/11 | DEBIT CARD PURCHASE, *****45171460120, AUT 071017 VISA DDA PUR<br>BJS FUEL 9067          LINDEN        * NJ | 12.22 |
| 07/12 | ELECTRONIC CK PMT-ARC, ELIZABETHTOWNGAS ELIZABETHT 0266 | 63.74 |
| 07/13 | ACH DEBIT, PUBLIC SERVICE PSEG ****57241607 | 141.27 |
| 07/13 | ELECTRONIC CK PMT-ARC, VIRIDIAN CHECK PMTS 0275 | 28.06 |
| 07/17 | ELECTRONIC CK PMT-ARC, DISH NETWORK DISHCKPYMT 0282 | 129.15 |
| 07/17 | DEBIT POS, *****45171347939, AUT 071517 DDA PURCHASE<br>PUBLIX          ATLANTA       * GA | 127.16 |
| 07/17 | DEBIT POS, *****45171347939, AUT 071717 DDA PURCHASE<br>DR TIFFANY L BOLEN     DECATUR     * GA | 99.00 |

Call 1-800-937-2000 for 24-hour Banking-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender





**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BOYSIN LORICK
CYNTHIA LORICK
DIP CASE 16-45645 EDNY

Page:                                  4 of 5
Statement Period:      Jul 01 2017-Jul 31 2017
Cust Ref #:
Primary Account #:



## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/17 | DEBIT POS, ****45171460120, AUT 071517 DDA PURCHASE SHOPRITE HILLSIDE S1 3      HILLSIDE      * NJ | 35.09 |
| 07/18 | ELECTRONIC CK PMT-ARC, VERIZON FINANCIA PAYMENTS 0280 | 94.60 |
| 07/18 | ELECTRONIC CK PMT-ARC, VERIZON FINANCIA PAYMENTS 0278 | 52.57 |
| 07/19 | DEBIT CARD PURCHASE, ****45171347939, AUT 071717 VISA DDA PUR MELLOW MUSHROOMEMORY      ATLANTA      * GA | 128.71 |
| 07/21 | DEBIT POS, ****45171460120, AUT 072117 DDA PURCHASE USPS PO 33382504 240 MID  ISELIN      * NJ | 23.75 |
| 07/24 | ELECTRONIC CK PMT-ARC, GEORGIA POWER GPC ARC 284 | 76.78 |
| 07/24 | DEBIT POS, ****45171347939, AUT 072317 DDA PURCHASE SHOPRITE WOODBRIDGE S1    WOODBRIDGE  * NJ | 67.50 |
| 07/25 | DEBIT CARD PURCHASE, ****45171347939, AUT 072517 VISA DDA PUR CITIBANK  N A  CITIBANK   800 9177700  * SD | 700.00 |
| 07/25 | ELECTRONIC CK PMT-ARC, VERIZON FINANCIA PAYMENTS 0285 | 48.11 |
| 07/27 | ELECTRONIC CK PMT-ARC, VERIZON FINANCIA PAYMENTS 0287 | 396.29 |
| 07/27 | ELECTRONIC CK PMT-ARC, VERIZON FINANCIA PAYMENTS 0288 | 181.69 |
| 07/27 | DEBIT CARD PURCHASE, ****45171460120, AUT 072517 VISA DDA PUR QUICK CHEK FOOD STORES   RAHWAY      * NJ | 27.50 |
| 07/27 | DEBIT POS, ****45171460120, AUT 072717 DDA PURCHASE SHOPRITE WOODBRIDGE S1    WOODBRIDGE  * NJ | 26.49 |
| 07/28 | DEBIT POS, ****45171347939, AUT 072817 DDA PURCHASE KROGER  2205 LAVISTA    ATLANTA      * GA | 76.02 |
| 07/31 | DEBIT POS, ****45171347939, AUT 072917 DDA PURCHASE QUIKTRIP                ATLANTA      * GA | 39.39 |
| 07/31 | DEBIT CARD PURCHASE, ****45171460120, AUT 072817 VISA DDA PUR SPEEDWAY 03503      LINDEN      * NJ | 26.04 |
| 07/31 | DEBIT POS, ****45171460120, AUT 073017 DDA PURCHASE SEARS ROEBUCK  1684      WOODBRIDGE  * NJ | 19.99 |
| 07/31 | DEBIT POS, ****45171460120, AUT 073017 DDA PURCHASE SEARS ROEBUCK  1684      WOODBRIDGE  * NJ | 19.99 |

|  | Subtotal: | 4,800.48 |
|---|---|---|

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/24 | MINI STMT PREAUTH, ****45171460120 AUT 072417 MINISTMT PREAUTH 444 MADISON AVE        NEW YORK      * NY | 0.00 |

|  | Subtotal: | 0.00 |
|---|---|---|

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# **Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BOYSIN LORICK
CYNTHIA LORICK
DIP CASE 16-45645 EDNY



| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Jul 01 2017-Jul 31 2017 |
| Cust Ref #: | 54 |
| Primary Account #: | |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 3,605.48 | 07/17 | 40,901.67 |
| 07/03 | 7,905.05 | 07/18 | 38,254.50 |
| 07/05 | 5,358.85 | 07/19 | 37,879.89 |
| 07/06 | 5,027.18 | 07/21 | 37,856.14 |
| 07/10 | 4,202.29 | 07/24 | 36,707.61 |
| 07/11 | 3,588.42 | 07/25 | 35,790.11 |
| 07/12 | 3,283.20 | 07/27 | 35,158.14 |
| 07/13 | 26,055.07 | 07/28 | 35,082.12 |
| 07/14 | 41,317.07 | 07/31 | 38,179.38 |



16-45645 CHECK REGISTER                                    1 of 2

| NUMBER | TYPE | CODE | 2017 DESCRIPTION OF TRANSACTION | PAYMENT/DEBIT (-) | FEE (-) | TAX | DEPOSIT/CREDIT (+) | $ 564 58 |
|---|---|---|---|---|---|---|---|---|
| 264 | 2 | 7 | CVS CAREMARK | $ 63 62 | | | $ | |
| | 1 | | BB | | | | 2199 03 3700 59 | |
| 265 | 2 | | 14M      44.57 | 125 — | ✓ | | | |
| 266 | 9 | | ELIZABETHTOWN GAS 3305 | 63 74 | ✓ | | | |
| 267 | 2 | | A.T. T | 83 44 | ✓ | | | |
| 268 | 9 | | INFINITE ENERGY  8482 | 30 48 | ✓ | | | |
| 269 | 2 | | HD | 24 29 | ✓ | | | |
| 270 | 2 | | S ENRICK | 1000 — | | | | |
| | 3 | | SS | | | | 1356 — | |
| | 3 | | SS | | | | 961 — 4690 32 | |
| 271 | 5 | | WESTVIEW | 200 — | ✓ | | | |
| 272 | 5 | | BB BENEFITS | 41 68 | ✓ | | | |
| 273 | 2 | | PLYMOUTH ROCK - HIGH P.X. | 193 45 STOP | | | | |
| 274 | 3 | | WELLS FARGO | 640 — | ✓ | | | |
| 275 | 6 | | VIRIDIAN | 28 06 | ✓ | | 3780 78 | |
| | | | | | | | | |
| 276 | 9 | | EWTN | 25 — | ✓ | | | |
| 277 | 9 | | UNITY | 20 — | ✓ | | | |
| 278 | 12 | | PSE G  L. PHONE | 141 27 | ✓ | | | |
| | 12 | | VERIZON 5330  282 | 52 54 | ✓ | | | |
| 279 | 10 | | FRANK WETZEL | 700 — | ✓ | | 2747 34 | |
| 280 | 10 | | VERIZON 7280  1401 | 94 60 | ✓ | | | |
| 281 | 12 | | ABA 145 | 245 96 | ✓ | | | |
| 282 | 12 | | DISH | 129 15 | ✓ | | | |
| 283 | 15 | | XFINITY  2490 | 302 25 | ✓ | | | |
| 284 | 15 | | GA POWER  4269 | 78 78 | ✓ | | | |
| 285 | 15 | | MCL | 48 41 | ✓ | | | |
| 286 | 15 | | PLYMOUTH ROCK | 1493 90 | ✓ | | | |
| 287 | 15 | | VERIZON CELL | 396 24 | ✓ | | 1375 78 | |
| 288 | 15 | | VERIZON CELL | 181 67 | ✓ | | | |
| 289 | 25 | | MILL POINTE | 200 07 | ✓ | | 2655 51 | |
| 290 | DC | | GHI BOX 11        DUP | 700 — | | | | |

TO REORDER: 1-800-204-2244 • www.ChecksUnlimited.com

⑈031201360⑈ 4336128354⑊        0305

REGISTER 222

| NUMBER | DATE | CODE | DESCRIPTION OF TRANSACTION | PAYMENT/DEBIT (−) | FEE (−) | TAX | DEPOSIT/CREDIT (+) | $ 265 57 |
|---|---|---|---|---|---|---|---|---|
| 290 | 25 | | SOUTHPOINTE CONDO | 222 60 | | | | |
| 291 | 25 | | VENTURA | 130 — | | | | |
| 292 | 25 | | GASER TAX        38 u | 2768 61 | | | | |
| 293 | 25 | | GASED TAX        224 | 1127 75 | | | | |
| 294 | 31 | | CUT BK          7815 | 537 — | | | | |
| | 3 | | LE KALB FAR MKT | 54 48 | | | | |
| | 3 | | KROGER | 31 98 | | | | |
| | 5 | | PUBLIC STORAGE | 135 — | | | | |
| | 6 | | DAVIS TRAVEL | 271 67 | | | | |
| | 6 | | I LIKE BUS | 60 — | | | | |
| | 10 | | ROYAL THAI | 70 95 | | | | |
| | 11 | | KROGER | 14 34 | | | | |
| | 11 | | RS'S FUEL | 13 25 | | | | |
| | 13 | | | | | | 22 944 30 | 37 470 11 |
| | 13 | | PSE G        DUP | 44 37 | | | 15 387 — | 32 857 11 |
| | 14 | | SSA TRAS | | | | | |
| | 17 | | PUBLIX | 127 16 | | | | |
| | 17 | | DR T BOLEN | 99 — | | | | |
| | 17 | | SHOPRITE | 55 09 | | | | |
| | 18 | | | 2500 — | | | | |
| | 19 | | MEADOW MUSHROOM | 128 7 | | | | 30 9611 15 |
| | 21 | | U.S.P.S. | 23 75 | | | | 39 875 59 |
| | 24 | | SHOPRITE | 67 50 | | | | |
| | 25 | | CITI BANK       281.5 | 700 — | | | | |
| | 27 | | QUIKCHECK | 2750 | | | | |
| | 27 | | SHOPRITE | 24 49 | | | | |
| | 28 | | KROGER | 76 02 | | | 34 28 37 | 32 471 16 |
| | 31 | | PSE G | 3939 | | | | |
| | 31 | | QUIK TRIP | 26 04 | | | | |
| | 31 | | SPEEDWAY GAS | 19 99 | | | | |
| | 31 | | SEARS | 19 99 | | | | 32 365 75 |
| | 31 | | SEARS | | | | 700 — | 33 065 75 |
| | 25 | | DUP - ENTERED TWICE | | | | | |

:O3420L360: 4336L28354 0305