# Ortiz & Ortiz, L.L.P.

Attorneys at Law
32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz *(1931 to 2016)*
Norma E. Ortiz*
_____

Martha J. de Jesus*
 * (Admitted in New York and New Jersey)

Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com

September 7, 2017

Chief Judge Carla E. Craig
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

        **Re:**    **Boysin and Cynthia Lorick**
                  **Case No. 16-45645**
                  **Chapter 11**

Dear Judge Craig:

      On August 24th, your Honor conducted a hearing to approve the sale of 3126 Coney Island Avenue, Brooklyn, New York, in the above referenced case. The auction sale was conducted in the courthouse on August 22nd.

      You Honor granted the Debtors' request at the sale hearing, and approved the second highest bidder, Soleyman Ghalchi, as the purchaser and Jack Geula as the back-up purchaser. Mr. Geula has informed the Debtors that he agrees to serve as the back-up purchaser.

      The Debtors submitted an order that embodies the Court's ruling on August 24th. They are required to do so under the Local Rules. Your Honor has received a request from Mr. Galchi's new counsel, Richard McCord, that the order not be entered.

      The Debtors are incurring approximately $1,000 a day in interest on the mortgagee's secured claim. If the Court is inclined to grant Mr. McCord's request and conduct another hearing or schedule a conference before entering the order, the Debtors respectfully request that the conference or hearing occur as soon as possible. The Debtors would consent to a telephone conference, if that would expedite the process.

      Thank you for your consideration.

                                            Very truly yours,

                                            */s/Norma E. Ortiz*

cc:    (By Email)
        Nazar Khodorovsky , Esq.
        Colin Bernardino, Esq.
        Richard McCord, Esq.
        Mr. Jack Geula