UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

BOYSIN RALPH LORICK,                         Case No.  1-16-45645-nhl
CYNTHIA THERESA LORICK,

                                Debtors.                  Chapter 11
-----------------------------------------------------X

### ORDER PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT OF MARILYN MACRON P.C. AS SPECIAL COUNSEL TO THE DEBTORS

Upon the application (the "Application") of Boysin and Cynthia Lorick (the "Debtors"), as debtors and debtors in possession, dated September 26, 2017, for entry of an order pursuant to 11 U.S.C. § 327(a) authorizing and approving the employment of Marilyn Macron P.C. ("Macron") as their special counsel; upon the Declaration of Marilyn Macron, Esq., a member of the firm of Macron; it appearing that Marilyn Macron is admitted to practice before this Court; the Court being satisfied that Macron represents no interest adverse to the Debtors and the estate as to the matters upon which it is to be engaged, and that the employment of Macron is necessary and in the best interest of the Debtors and the estate; due notice of the Application having been given to the United States Trustee, and it appearing that no other or further notice need be given; sufficient cause appearing therefor, it is

**ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 327(a) of the Bankruptcy Code, the Debtors are authorized to employ Macron as their attorney to perform the legal services necessary to prepare for and defend against Soleyman Ghalchi's motion for an order setting aside the sale order dated September 8, 2017, and defend against the appeal of the sale order, effective as September 26, 2017; and it is further

**ORDERED**, that no compensation or reimbursement of expenses shall be paid to Macron for professional services rendered to the Debtors, except upon proper application and by further order of this Court, and any of Macron's fee applications will be subject to notice and hearing pursuant to Sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and will comply with the Court's General Order 613 (Guidelines for Fees and Disbursements for Professionals in Eastern District of New York Bankruptcy Cases).

```
No Objection:

Office of the United States Trustee

Dated: October 4, 2017

By:   /s/ Nazar Khodorovsky
      Nazar Khodorovsky, Trial Attorney
```



Dated: October 11, 2017  
Brooklyn, New York

_____  
**Nancy Hershey Lord**  
**United States Bankruptcy Judge**