UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   Case No. 16-45645-nhl
IN RE:

   BOYSIN RALPH LORICK,

   CYNTHIA THERESA LORICK,          Chapter 11

       Debtors
-------------------------------------------------------X


**NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF THE DEBTORS**
**BOYSIN RALPH LORICK AND CYNTHIA THERESA LORICK**


PLEASE TAKE NOTICE THAT, Karamvir Dahiya of the law firm of Dahiya Law Offices, LLC shall be substituted in place of Norma Ortiz, Esq. and the firm of Ortiz & Ortiz, LLP in the above referenced bankruptcy matter and that all future pleadings and all other papers shall be served upon Karamvir Dahiya, Esq. at the address indicated below.


**Dahiya Law Offices, LLC**
**75 Maiden Lane Suite 506**
**New York NY 10038**
**Tel: 212 766 8000**
**Fax: 212 766 8001**
**karam@legalpundit.com**

Respectfully Submitted this 24day of October, 2017.  Attached is the Notice of Stipulation of Substitution signed by the debtors and the counsels.

/s/ _____
Karamvir Dahiya for the debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X  Case No. 16-45645-nhl
IN RE:
    Boysin Ralph Lorick,
    Cynthia Theresa Lorick,         Chapter 11

        Debtors.
-------------------------------------------------------X

## NOTICE OF STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED that, going forward, the law firm of Dahiya Law Offices, LLC will be substituting for, and replacing, Ortiz & Ortiz, LLP as counsel of record for the debtors, Boysin Ralph Lorick and Cynthia Theresa Lorick, in this Chapter 11 proceeding and that Ortiz & Ortiz, LLP shall no longer represent nor have any responsibility to represent the debtors in this matter.

Respectfully Submitted,

Ortiz & Ortiz, LLP

_[signature]_

Norma Ortiz
32-72 Steinway Street
Suite 402
Astoria, NY 11103
Tel: 718 522 1117
Fax: 718 596 1302
Email:

Dahiya Law Offices, LLC   10/2/2017

_[signature]_

Karamvir Dahiya
75 Maiden Lane Suite 506
New York NY 10038
Tel: 212 766 8000
Fax: 212 766 8001
Email:

_[signature]_
Boysin Ralph Lorick

_[signature]_
Cynthia Theresa Lorick

1

Notice to:

**Nazar Khodorovsky**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014
212-510-0500 x 238
212-668-2255 (fax)
nazar.khodorovsky@usdoj.gov

**Marilyn Macron P.C.**
211 Beach 134th Street
Belle Harbor, NY 11694
917-741-5370
marilyn@marilynmacron.com

**Richard J McCord**
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7801
(516) 296-7111 (fax)
rmccord@certilmanbalin.com

**Norma E Ortiz**
Ortiz & Ortiz LLP
32-72 Steinway Street
Suite 402
Astoria, NY 11103
(718) 522-1117
(718) 596-1302 (fax)
email@ortizandortiz.com

**Robert W. Griswold**
Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
631-844-9611
631-844-9525 (fax)
rgriswold@logs.com

**Synchrony Bank c/o PRA Receivables Management, LLC**
PO Box 41021
Norfolk, VA 23541
(877) 829-8298
(757) 351-3257 (fax)
claims@recoverycorp.com

**Colin M Bernardino**
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
404-532-6949
404-815-6500 (fax)
cbernardino@kilpatricktownsend.com

**Dahiya Law Offices, LLC**
**75 Maiden Lane Suite 506**
**New York NY 10038**
**Tel: 212 766 8000**
**Fax: 212 766 8001**
karam@legalpundit.com

**Karamvir Dahiya, Esq.**
**(proposed counsel for the debtors)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X   Case No. 16-45645-nhl
IN RE:

    BOYSIN RALPH LORICK,

    CYNTHIA THERESA LORICK.        Chapter 11

        Debtors

-------------------------------------------------X

## CERTIFICATION OF SERVICE

### OF NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF THE DEBTORS

### BOYSIN RALPH LORICK AND CYNTHIA THERESA LORICK

On October 24, 2017, the undersigned via emailed served a copy of the Notice of Substitution of Counsel along with the stipulation as signed on the parties reflected in the list. Service list in Exhibit A. in the manner indicated.

Dated: New York NY
       October 24, 2017

/s/ _____
Karamvir Dahiya for the debtors

Notice to:

**Nazar Khodorovsky**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014
212-510-0500 x 238
212-668-2255 (fax)
nazar.khodorovsky@usdoj.gov

**Marilyn Macron P.C.**
211 Beach 134th Street
Belle Harbor, NY 11694
917-741-5370
marilyn@marilynmacron.com

**Richard J McCord**
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7801
(516) 296-7111 (fax)
rmccord@certilmanbalin.com

**Norma E Ortiz**
Ortiz & Ortiz LLP
32-72 Steinway Street
Suite 402
Astoria, NY 11103
(718) 522-1117
(718) 596-1302 (fax)
email@ortizandortiz.com

**Robert W. Griswold**
Shapiro, DiCaro & Barak, LLC

One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
631-844-9611
631-844-9525 (fax)
rgriswold@logs.com

**Synchrony Bank c/o PRA Receivables Management, LLC**
PO Box 41021
Norfolk, VA 23541
(877) 829-8298
(757) 351-3257 (fax)
claims@recoverycorp.com

**Colin M Bernardino**
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
404-532-6949
404-815-6500 (fax)
cbernardino@kilpatricktownsend.com