

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

**RICHARD J. MCCORD**
Partner
DIRECT DIAL : 516.296.7801
rmccord@certilmanbalin.com

**VIA ELECTRONIC CASE FILING**
**AND EMAIL**

October 25, 2017

Honorable Nancy Hershey Lord
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, New York 11201

           Re:    *Boysin Ralph Lorick and*
                   *Cynthia Theresa Lorick*
                   *Chapter 11*
                   *Case No.: 16-45645-nhl*

Dear Judge Lord:

     We are counsel to Soleyman Ghalchi, the party determined by prior order of the Court to be the high bidder for the Debtor's real property located at 3126 Coney Island Avenue, Brooklyn, New York (the "Property"). This afternoon we filed a complaint on behalf of Mr. Ghalchi seeking to declare the Debtors in breach of the terms of sale due to an inability to assume and assign leases for the tenancies at the Property. We intend to file in the morning, and seek in accordance with the Judges' Procedures, an expedited hearing on a request for certain injunctions contained in that complaint.

     The purpose of this letter to is to advise the Court and parties in interest that the undersigned believes it would be appropriate and useful tomorrow during the case status conference to raise and briefly discuss, solely in the context of the status conference, our client's issues raised in the complaint. Accordingly, we request permission to raise issues affecting closing on the sale of the Property during the status conference.

CERTILMANBALIN

Honorable Nancy Hershey Lord
Page 2
October 25, 2017

      Should the Court have any questions, please do not hesitate to have a member of Your Honor's staff contact me.

      Very truly yours,

      /s/ Richard J. McCord
      RICHARD J. MCCORD

RJM:af
    Cc (via e-mail):  Norma E. Ortiz, Esq.
                      Karamvir Dahiya, Esq.
                      Nazar Khodorovsky, Esq.
                      Colin Bernardino, Esq.