CERTILMAN BALIN ADLER & HYMAN, LLP  11-6188872
Counsel to Soleyman Ghalchi
90 Merrick Avenue
East Meadow, NY 11554
Richard J. McCord, Esq. (RJM 3290)
Carol A. Glick  (CAG 2675)
Phone: (516) 296-7000
Fax: (516) 296-7111

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

BOYSIN RALPH LORICK,                                             Chapter 11
CYNTHIA THERESA LORICK,                              Case No.: 1-16-45645-nhl
                              Debtors.

-------------------------------------------------------------------X

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Soleyman Ghalchi, the party declared to be the Successful Bidder for Debtors' Real Property located at 3126 Coney Island Avenue, Brooklyn, New York (the "Property"), by and through its counsel, Certilman Balin Adler & Hyman, LLP, hereby appeals, pursuant to 28 U.S.C. § 158(a) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, to the United States District Court for the Eastern District of New York, the Order Denying Motion of Soleyman Ghalchi, pursuant to Rule 9023 of Federal Rule of Bankruptcy Procedure and Rule 59(e) of Federal Rules of Civil Procedure, for Relief from Order Confirming Sale of Real Property dated September 8, 2017 and Entered September 11, 2017 (per Honorable Carla E. Craig), dated October 12, 2017 and entered October 13, 2017 (the "Motion Denying Motion for Reconsideration") [Dkt. No 133].

The names of all parties to the order appealed from and the names, address and telephone numbers of their respective attorneys are as follows:

Norma E. Ortiz, Esq.
Ortiz & Ortiz LLP
Attorneys for Debtors
32-72 Steinway Street
Suite 402
Astoria, NY 11103
Tel. (718) 522-1117
Fax (718) 596-1302
Email: email@ortizandortiz.com

Karamvir Dahiya, Esq.
Dahiya Law Offices, LLC
Substitute Attorney for Debtors
75 Maiden Lane
Suite 506
New York, NY 10038
Tel. (212)766-8000
Fax (212)766-8001 (fax)
Email: karam@bankruptcypundit.com

Colin M. Bernardino, Esq.
Kilpatrick Townsend & Stockton LLP
Attorneys for Wells Fargo Bank, N.A.
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
Tel. (404) 532-6949
Fax (404) 815-6500
Email: cbernardino@kilpatricktownsend.com

Keith Brandofino, Esq.
Kilpatrick Townsend & Stockton LLP
Attorneys for Wells Fargo Bank, N.A.
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Tel. (212) 775-8700
Fax (212) 954-5555
Email: kbrandofino@kilpatricktownsend.com

Jane Nadelson, Esq.
Attorney for Mohammad Choudhary
3024 Coney Island Avenue
Brooklyn, NY 11235
Tel. (718) 734-0090
Email: janenadelson@msn.com

David Pour, Esq.
Attorney for Jack Geula
10 Cutter Mill Road, Suite 406
Great Neck, New York 11021
Email: dpour@msn.com

Elazer Aryeh, Esq.
Elazer Aryeh PC
Attorney for Soleyman Ghalchi
110-20 71st Road, Suite 110
Forest Hills, NY 11375
Tel. (718) 261-2010
Email: Elie@Aryehlaw.com

Dated:  East Meadow, New York
        October 26, 2017

        **CERTILMAN BALIN ADLER & HYMAN, LLP**
        Counsel to Soleyman Ghalchi

        By:    /s/Richard J. McCord
                **RICHARD J. MCCORD, ESQ.**
                90 Merrick Avenue
                East Meadow, New York 11554
                (516) 296-7000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

BOYSIN RALPH LORICK,                    Chapter 11
CYNTHIA THERESA LORICK,                 Case No. 1-16-45645-nhl
                        Debtors.

------------------------------------------------------------X

### ORDER DENYING MOTION OF SOLEYMON GHALCHI, PURSUANT TO RULE 9023 OF FEDERAL RULES OF BANKRUPTCY PROCEDURE AND RULE 59(e) OF FEDERAL RULES OF CIVIL PROCEDURE, FOR RELIEF FROM ORDER CONFIRMING SALE OF REAL PROPERTY DATED SEPTEMBER 8, 2017 AND ENTERED SEPTEMBER 11, 2017

**UPON** consideration of (A) the Motion of Soleymon Ghalchi ("Ghalchi"), Successful Bidder at the auction sale of Debtors' Real Property located at 3126 Coney Island Avenue, Brooklyn, New York (the "Property"), pursuant to 11 U.S.C. §§ 105 and 363, Rule 60(b) of the Federal Rules of Civil Procedure ("Federal Rules"), made applicable herein by Rule 9024 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), for the entry of an order to show cause: (i) setting aside the Order Approving the Sale of Real Property "As Is" and "Where Is," Free and Clear of All Liens, Claims, Encumbrances, and Interests and Granting Related Relief, dated September 8, 2017 and entered September 11, 2017 (the "Sale Confirmation Order"); (ii) staying the sale of the Property staying the sale of the Property and the requirement that Mr. Ghalchi must remit an additional deposit to Ortiz & Ortiz, L.L.P., as Deposit Agent, pending a hearing and a determination of the motion; and (iii) granting such other, further and related relief as may be just, proper and equitable, dated September 11, 2017 (the "Motion"), and all exhibits to the Motion; (B) the Affirmation of Richard J. McCord Pursuant to E.D.N.Y. Local Bankruptcy Rule 9077-1, dated September 11, 2017;  (C) the Ghalchi Objection to Entry of the Sale Confirmation Order dated and filed September 8, 2017; (D) the Order Scheduling Hearing for

Relief Under Federal Rule of Bankruptcy Procedure 9023, dated September 22, 2017 and entered September 25, 2017, pursuant to which the Court determined to treat the Motion, for all intents and purposes, to be a motion pursuant to Bankruptcy Rule 9023, as made applicable herein by Federal Rule 59(e); (E) the Response to the Motion filed by Wells Fargo Bank on September 27, 2017; (F) the Response to the Motion filed by the Debtors on September 28, 2017; (G) Ghalchi's Reply to the Responses of the Debtors and Wells Fargo, filed on October 2, 2017; (H) the Court's extension of the parties' time to file a Joint Pre-Trial Order, as reflected on the docket of the conference conducted by the Court on October 2, 2017; (I) the Letter to the Court from counsel to Ghalchi, dated October 3, 2017, regarding the parties' inability to timely file a Joint Pre-Trial Order; (J) the Amended Joint Pre-Trial Order and Exhibits 1-35 and 38-45 thereto, filed October 4, 2017, at 19:07:46; (K) Exhibits 36 and 37 to Amended Pre-Trial Order, filed October 5, 2017; and (L) all evidence adduced at the evidentiary hearing conducted by the Court on October 5-6, 2017 (the "Evidentiary Hearing"); and it appearing that this Court has jurisdiction to consider the Motion; it is hereby

**ORDERED**, that the Motion of Soleyman Ghalchi for Relief Pursuant to Rule 9023 of the Federal Rules of Bankruptcy Procedure, as made applicable herein by Rule 59(e) of the Federal Rules of Civil Procedure, is denied for the reasons stated by the Court on the record of the Evidentiary Hearing.

**Dated: Brooklyn, New York**
October 12, 2017

/s/ Carla E. Craig
Carla E. Craig
**United States Bankruptcy Judge**