UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

BOYSIN RALPH LORICK,                                     Chapter 11
CYNTHIA THERESA LORICK,                          Case No. 1-16-45645-nhl
                Debtors.

-----------------------------------------------------------------X

## ORDER

UPON the record of the adjourned status hearing in the above-captioned case held on November 2, 2017, at which Colin M. Bernardino, Esq. appeared on behalf of Wells Fargo Bank; David J. Doyaga, Esq. appeared on behalf of receiver Douglas Rosenberg; Norma Ortiz, Esq. appeared as counsel of record to the Debtors, Boysin Ralph and Cynthia Theresa Lorick; Karamvir Dahiya, Esq. appeared as proposed substitute counsel to the Debtors; Richard J. McCord, Esq. and Elazar Aryeh, Esq. appeared on behalf of Soleyman Ghlachi; and William Curtin, Esq. appeared on behalf of the United States Trustee, it is hereby

**ORDERED**, that, by November 6, 2017, Boysin Ralph Lorick shall search for and turn over to Richard McCord, Esq., counsel to Soleyman Ghalchi, any and all leases in Lorick's possession and control related to the real property located at 3126 Coney Island Avenue, Brooklyn, New York 11235, including any might presently be located in Atlanta, Georgia.



Dated: November 3, 2017
      Brooklyn, New York

                    /s/ Nancy Hershey Lord
                    **Nancy Hershey Lord**
                    **United States Bankruptcy Judge**