United States Bankruptcy Court.
Eastern District of New York

In re:

ROYSIN RALPH LORICK and
CYNTHIA THERESA LORICK.

CHAPTER-11
CASE#- 1-16-45645-NHL

## ORDER TO SHOW CAUSE.

My answer to Contempt order:

Your Honor it is unfair. Why I am in Contempt? Why my wife in contempt when she is a very sick and broken person 75 years old. You are the Judge whom I expect Justice.

You should let the truth of your plan prevail with the truth.

What is This court? You do not allow us to talk. You do not allow my lawyer to represent me. You want my lawyer to represent me who misrepresented us. She wanted to sell my property from day one when I told her I can get refinancing and have no interest selling. She has created destruction in my family and our future financially moving forward with our lives at 70 & 75 yrs old and a very sick son mentally. Also who just lost our beloved daughter. She malpracticed. Professional malpractice. Your Honor you know she

committed a big mistake. You still impose her on us. She malpracticed. It is about your reputation on Yours Oath. It is not about Ms Ortiz. It is about my wife and myself. I am allowed to hire a a new lawyer if I think and know the person that suppose to represent me is taking me down a cliff. Why the court deny me this. The court is of law and justice and the truth. Where is it in this case. You cannot hold me in contempt if you don't allow me to have an attorney of my choice and my voice heard. The court transcript in May and June 2017 clearly indicated a specific time for refinancing or and outside sale. Ms Norma can never show where that plan is directing it to me. It is clear that most of the conversations in the court was discussions how to execute. Never anything on concrete for me to follow. Mohammad and myself was in contact with Ms Norma about our plans. When we found out about the auction on August 14th 2017. I contacted Ms Norma and ask her people are looking at the building and said to a tenant there is an auction on August 22nd. Ms Norma replied are you kidding me. Ms. Norma and Ms Martha when asked about paying of the bank, Answer, there is a process, a process and Mr Ari Schwartz is still ready to buy for 5.2m. She, Ms Norma plan from day on always steer this property of its death through her plans and not mine.

This is not the first time Ms. Norma is being accused of selling someones property wrongfully.

Ms. Norma told me on a text that "she has never seen the Judge accept payment for a mortgage from a private lender although I showed plans to move forward. Ms Norma treated the brokers telling them that I will never be able to make my monthly payments. I showed time again and again I will have no trouble doing it for a year. Then I can sell on my own or refinance at a better rate. My friend Mohammad and I had a signed contract for sale @ 6million. Never gave the OK to go ahead and let it happen. Ms Norma brushed on the side allowing conditions to reach the cliff. I have become a victim. Ms Norma and her firm committed fraud on me. She clearly show signs its Ari or no other. Ms Norma just ssated through Mohammad from buying. You cannot in clear conscience that a building with such value be auction in a room that look like a funeral service with no family members. An Auctioneer without a license as the state clearly state. You cannot do an auction without a New York State license. For a Judge and attorney to break a rule like that should be looked at seriously.

Mr. and Attorney McCord made his case very clearly on the subject. We all should look at it and make the wrong right. I ask you please let us have our due process.

When the Aug 22nd Auction Mohammad next to me, I asked Ms. Norma is an appeal for this case. Her answer Nothing.

Why is the court protecting Ms. Norma. Why is the court victimizing me. I hope my Attorney is allowed moving forward to represent me. Why is contempt for and against me.

Please take a harder look and make right for you Oath.

I know you are better than that. Please ask Ms Norma what was the secret in court when she pulled Mohammad away outside courtroom.

Yours Sincerely
Boysin Lorick
Boysin Lorick