UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re

BOYSIN RALPH LORICK,                                    Case No. 16-45645 (NHL)
CYNTHIA THERESA LORICK,


                      Debtors.                                    Chapter 11

-------------------------------------------------------X

## DECLARATION OF CYNTHIA LORICK

I, Cynthia Lorick, being duly sworn states as follows:

1.      I hold title with my husband Boysin to the property known as 3126 Coney Island Avenue, Brooklyn, New York (the "Property"). However, my husband has made all of the financial decisions in connection with the Property, with my consent.

2.      I have spoken regularly to my husband and Ortiz & Ortiz, LLP, but have permitted my husband to administer the bankruptcy case. I have not been well, recently, and have had not choice but to delegate matters to my husband.

3.      At no time did I intentionally violate the Court's orders. When I did not appear at the court hearing and closing scheduled for November 7th, it was because I was not aware I was required to appear. My husband told me that there was no court hearing, and I was at a medical appointment. A copy of a letter from my doctor is annexed as Exhibit A.

4.      I could not attend the hearing scheduled this week on November 13th because, again, I have been very ill. Annexed as Exhibit B is a copy of a letter confirming that I had a form of pneumonia.

5. When I was informed by Ortiz & Ortiz LLP this week of the Court's direction that I attend a closing next Tuesday, November 21st, to sign the deed to sell the Property, I stated that I agreed to appear at the closing and cooperate. I have not intentionally violated the Court's orders at anytime.

6. I am still suffering from my illness. I have been homebound for the past week and do not believe I will be well enough to travel tomorrow. As a result, I respectfully request permission to appear telephonically at the hearing scheduled for November 17, 2017, in my case.

I hereby declare that the foregoing statements made by me are true to the best of my knowledge and belief. I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: November 16, 2017
       Edison, New Jersey

                                                          */s/Cynthia Lorick*
                                                          Cynthia Lorick

**Exhibit A**



*"Empowering long-lasting relief & wellness"*

---

November 7, 2017

To Ortiz & Ortiz,

This letter is to inform you that **Lorick, Cynthia** with the diagnosis of **Right Shoulder Adhesive Capsulitis M75.01, Right Shoulder Pain M25.511** received physical therapy from our clinic on **10/12/17, 10/17/17, 10/19/17, 10/24/17, 10/27/17, 10/31/17, 11/3/17, 11/7/17.**

Please contact our office at 732-548-8068 if you have any questions. Thank you.

Sincerely,

**Philip Chan, DPT**
Doctor of Physical Therapy
Orthopedic & Spine Specialist
*Hands On NJ Physical Therapy, LLC*

---

210 Bridge Street • Bridge Pointe Office Complex, Bldg. D • Metuchen, NJ 08840
Tel: (732) 548-8068 • Fax: (732) 548-8069 • pchan@handsonnj-pt.com • www.HandsOnNJ-PT.com

# Exhibit B



URGENT CARE

Urgent Care of New Jersey
2090 Lincoln Hwy, Route 27 North
Edison, NJ 08817
Phone: 732-662-5650 Fax: 732-662-5651

# WORK RELATED ACTIVITIES AND LIMITATIONS

PATIENT NAME: Cynthia Lorick

TREATING PROVIDER: Khalid Aziz MD

VISIT DATE: 11/12/2017 11:23

---

The above named person was seen as a patient at our facility. The clinician who saw this individual, has considered their activities and has made the following recommendations:

VERIFICATION OF VISIT The above named patient was seen at our center.

RETURN STATUS AND FOLLOW-UP:
Patient is to be excused for 11/13/17 due to illness.

If you have questions, please contact our facility.

Electronically signed by Khalid Aziz MD

Report: LORICK, CYNTHIA - RAD NUMBER: 09251942 - CLINIC: Urgent Care of NJ - EXAM DATE: 2017-11-12 - PHYSICIAN: Dr. Aziz
From: intelliPACS intelliPAFax: (855) 241-5484    To:    Fax: (732) 662-5651    Page 1 of 1  11/12/2017 11:17 AM

Urgent Care of NJ
2090 Lincoln Highway Ste. 123
Edison, NJ 8817
732-662-5650 / 732-662-5651 FAX
Radiology Interpretation

---

PATIENT NAME: CYNTHIA LORICK
DATE OF BIRTH:
ID/MRN:
CLINICIAN: Dr. Aziz
FACILITY: Urgent Care of NJ
DATE OF EXAM: 11/12/2017
HISTORY: ABNORMAL BREATH SOUNDS, WHEEZING, BRONCHITIS

---

# SIGNIFICANT FINDINGS

Chest X-Ray 2V:
The lungs are expanded. Bilateral peribronchial thickening is seen. Right middle lobe infiltrates are seen, best noted on the lateral projection. There is no demonstrated pleural abnormality.
Normal heart and pericardium.
Normal mediastinum and hila. Normal visualized pulmonary arteries. Normal visualized aortic arch and descending thoracic aorta.
Normal visualized thoracic spine. Normal visualized ribs, clavicles, and shoulders.
There is no demonstrated abnormality of the visualized soft tissue structures of the upper abdomen.

IMPRESSION:
Findings suggestive of bronchitis.
Right middle lobe infiltrates.

---

Electronically Signed By: Dr. Abbas Chamsuddin M.D. 11/12/2017 12:13:47 EST
Tech: Urgent Care of NJ

This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately at 732-662-5650. Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law.

*[handwritten notes: "D/w pt. Started on Abx" with signature and date 11/12]*