Case # 1-16-45645    ①

United States Bankruptcy Court
Eastern District of New York
Boysin Ralp Lorick                271-C Cadman Plaza
Cynthia Theresa Lorick           Brooklyn, N.Y. 11201
38 Utica Rd
Edison, NJ 08820

RECEIVED 2017 NOV 20 P 1:10
CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

Your Honor,
      Good day to You
You left me very disturbed on Friday - 17th. When You told me I owe my attorney an apology. I can always bring myself down low enough to do that. Not a problem. One thing I want You to keep in mind. I am not a lawyer. Onother is Your terminology have to be explained. When You say sale I am interpreting as me selling the property - An Auction or Auction Sale as being auctioned off. When an attorney say my fee is $450.00 an hour I expect he or she to let me know court language. This is and will be my last bankruptcy. It is not everyday language to me.
(Lots of cash to capitalize on)



On May 9th. All instructions were given by You Your Honor how we shall move forward with a time line. On June 27th. Your Honor if Ms Norma is going to make a motion for refinancing and Ms Norma said Yes. That motion did not come until August 14th 2017 Quote from Ms Norma "I have to bring an order to show cause to get lending approved. I need all paper work. You are the Judge.

Going back to May 9th and June 27th 2017 Your Honor read the whole transcript for the court. Your Honor remember when You Your Honor give advice on May 9th to Ms Norma Your Honor gave wiggle room to play with. Ms Norma used none of it. When she used the terms "drop dead" that quote was for me. There was no time. drop dead Boysin and Cynthia. Worst Your Honor when Your Honor told me I owe my attorneys an apology. You joined them in crucifying me. When I tried in court to explain all of this in court Ms. Norma replied. He is a liar

My terminoly for this is I and saying Ms Norma committed Homicide against my family and myself and my attorney is saying no Your Honor he committed sucide and now You Your Honor send to me Mr Lorick you committed sucide. Now when one hire an attorney they should use all the tools especially when it a gift from the court. Ms Norma never used it and You Your Honor sided with Ms Norma when You Your Honor said to me that I owe Ms Norma and Ms Martha an apology. All three I feel committed Homicide against my family and Myself.

I am also attaching a few text to explain some of it. (messages)

Your Honor have the last hour to use the truth is this matter. Please let me have my property back.

When Wells Fargo claim ownership of the Mortgage I was still paying Sovereign Bank. Wells Fargo and Waterstone never showed up untill October 2012. I have all documents to prove. I also have a five year

extension which became effective 60 days prior to September 13th, 2012. This was approved by Berkadia Wells Fargo and Waterstone asset Management came after due date and show no regard for my five year extension. Said we want full payment. I can go on for a long time.

Only thing I ask is Wells Fargo show all assignment to them in 2007 June and July and My One Year Morgage payments I made through The Past due date, October 2012 to November 2013 plus 25,000 I gave to Berkadia as 1% (one) deposit for five year extension to be effective.

④ One more time Ms Norma and Ms. Martha had plans to have their Broker friend acquire This property.

⑤ Number one on the list when a person file bankruptcy - Must have a Plan. That's were a client can follow journey through bankruptcy - If not Your Honor You leave room for

Misconduct by attorney.

③ An Action in the State of New can only be carried out by a Licensed Auctioneer with a Licence. Another room for misconduct by attorney.

Your Honor you allowed No. 2 and 3 which is illegal and it went against me. These two rules were followed we will not be here today.

Please make sure these are corrected before we close on Our Property.

Wells Fargo and Mr. Berdino Threated litigation against Mr Mohammad Choudhary that caused him to disrupt the process of closing. I ask Your Honor to have them carry all cost from August 22nd 2017 to Present.

Thanking you for doing your duty. I will like to see oath come alive.
Sincerely Thanking You Robin Koures
Obysin Lorrers

Mr Mohammad is carry a cost of 100,000 dollars plus a 10,000 montly for refinancing and was ready to buy for $6,000,000 or did not think that it was going to auction and was Mr. Bernardino think he should not be the highest bidder. Mr Bernardino also went to the third bidder when he overheard Mr Ghalchi said he did not want it. Ask Mr Gulya if he is interested getting the property. Mr Bernardino quietly disqualified Mr Mohammad. It clearly showed that Mr Bernardino with Mr Mohammad being with a Muslim name showed Prejudice against him.

Even ask Judge craig to scratch it.

Your Honor said My New Attorney could come after 14 days of his first visit in court with me. It is well over 14 days and I have no representation and was limited to bring forth my case. I also ask for him to represent me at closing if there is one. (I never missed a payment on this mortgage for 30 yrs)









100% 9:34 AM
Attorney Matha Ortiz Norma Jesus
Mobile
or text me your debit card information to pay for the listing today
Norma said she was going to court to find out what solution is acceptable
12/20 009
Advertisement will come after a rejection or if we have to but you know better
8-3-17

Please call Rosenberg and get permission to the building. I had company to check contamination he refused access super

9/19/17 12:53 PM

Said they will let in now. Yosef 347 901 1513

Ok



Norma Ortiz, Esq.

What happened to hard money lender?

I just got another check for sale

6/14/17 2:03 PM

People are calling telling me that there is an auction set for 22nd and where it came from

Are you kidding me?

I keep telling you we have no time. You paid for the advertising

I txted you friday. The phone doesn't stop ringing

Type a message



Norma Ortiz, Esq.,
Mobile

MESSAGES   PHOTOS & VIDEOS   eGIFT   CONTACTS   LINKS   AUDIO   OLYMPB!

What happened to hard money lender?

I just got another check for sale

People are calling telling me that there is an auction set for 72nd and where it came from

Type a message

9:20 AM  100%