

Activity in Case 1:17-cv-06344-WFK Ghalchi v. Lorick et al Bankruptcy Appeal
ecf_bounces
to:
nobody
11/01/2017 03:12 PM
Hide Details
From: ecf_bounces@nyed.uscourts.gov
To: nobody@nyed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 11/1/2017 at 3:11 PM EDT and filed on 11/1/2017
**Case Name:**     Ghalchi v. Lorick et al
**Case Number:**   1:17-cv-06344-WFK
**Filer:**         Soleyman Ghalchi
**Document Number:** 1

**Docket Text:**
**Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 16-45645., filed by Soleyman Ghalchi. (Attachments: # (1) Civil Cover Sheet, # (2) Affidavit, # (3) Notice to Parties, # (4) Motion to Authorize, # (5) Order on Motion) (Davis, Kimberly)**

**1:17-cv-06344-WFK Notice has been electronically mailed to:**

Karamvir Dahiya     karam@legalpundit.com, dahiyalaw@gmail.com

**1:17-cv-06344-WFK Notice will not be electronically mailed to:**

Richard J. McCord
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554

The following document(s) are associated with this transaction:

**Document description:** Main Document

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=11/1/2017] [FileNumber=12281924-0]
[730b120ca31c1c843f8a18d1e7b9a5714d17dc9d7379d48f874919372b9a7f8b7e36
bde1d3320e419ed28b0df0343c4ee0562304077bb3f9a4793950c2d73bb9]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=11/1/2017] [FileNumber=12281924-1]
[f15471e78dce372081fc12bb3506e33a5faec714ebe91e266381d5f3eb1db646f795
da530528749b5bc44f46d1e7f52faf741a86074f947b24b46e8d0ccbad4e]]
**Document description:** Affidavit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=11/1/2017] [FileNumber=12281924-2]
[28212a6a429f4f642c18e2616c6f75c95af0970770c4cf20fc5fd2134c5fa63a092e
b2470f2169dcd1073629034721e3d4e0bbf72309dabec9802a27485c727a]]
**Document description:** Notice to Parties
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=11/1/2017] [FileNumber=12281924-3]
[e9478c87427ed1f179291226d94ddc049f4509877082f6411a38b528f5337a7bb508
477ec10f80c4d97ae48c48495cdae42c07020bf55c30e0761b1a71d7642e]]
**Document description:** Motion to Authorize
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=11/1/2017] [FileNumber=12281924-4]
[871d6fd23643d31d5438f48eec9475f2ff2acad11b7239d829689a1223327f4a9465
c5f4897c0a004fb5e75cc24b83e93d64be24d6be5e463fc3824de8bb1e14]]
**Document description:** Order on Motion
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=11/1/2017] [FileNumber=12281924-5]
[df61fb40b7b70f18510ec40284607e755f2ae4f59f0d8f41f48ceb3a1ae02ab9c344
936390fc56e4b487947942510a574d8889154f1c02b47bac8e66997565ff]]