UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

                                           Chapter 11

Boysin Ralph Lorick and
Cynthia Theresa Lorick,

                                           Case No. 16-45645-NHL

                         Debtors.
----------------------------------------------------------X

## *EX PARTE* APPLICATION FOR ENTRY OF AN ORDER LIMITING NOTICE AND SHORTENING TIME PURSUANT TO LOCAL RULE 9077-1

     Colin M. Bernardino, Esq., an attorney admitted *pro hac vice* to practice before this Court, hereby declares the following subject to penalties of perjury:

     1.      I am a partner with Kilpatrick Townsend & Stockton LLP, counsel to Wells Fargo Bank, as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Pass-Through Certificates, Series 2007-C1 (the "Lender").

     2.      In that capacity, I am fully familiar with the facts stated herein and submit affirmation pursuant to E.D.N.Y. Local Bankruptcy Rule 9077-1(A) in support of the Lender's request for an order limiting notice and shortening time (the "Shortened Notice Application") on the Lender's Application for an Order Directing Distribution of Sale Proceeds to Wells Fargo Bank, N.A. [Dkt. No.191] (the "Application").

     3.      The Lender seeks an expedited hearing on the Application because (i) certain matters in this Chapter 11 case are scheduled to be heard before the Court on December 13, 2017 at 4:00 p.m. and in the interest of judicial economy the Application should be heard on the same date; and (ii) interest at a rate of 9% per annum, or approximately $964 per day, and fees continue to accrue on the Lender's claim.  The Lender asserts that, in the interests of judicial economy and

the best interests of the Debtors' fresh start, the Application should be heard on shortened notice

on December 13, 2017 at 4:00 p.m.

4.      The Lender proposes that notice of a hearing on the Application be provided to (i)

the Office of the United States Trustee, (ii) the Debtors; (iii) the Debtors' counsel of record; (iv)

the Debtors' proposed counsel, (v) counsel to the Receiver Douglas Rosenberg; (vi) the Debtors'

creditors; and (vii) all creditors, parties-in-interest and entities who have requested notice under

Bankruptcy Rule 2002.  The Lender submits that such notice is adequate and that no further notice

is necessary.

5.      No prior application for the relief requested herein has been made to this Court or

any other court.

WHEREFORE, the Lender respectfully requests that the Court enter an order, substantially

in the form of the annexed order, scheduling a hearing on shortened notice so that the Application

can be heard on December 13, 2017 at 4:00 p.m., or such other date and time as deemed appropriate

by this Court, and such other and further relief as is just and proper.

Dated:  December 4, 2017              Respectfully submitted,

                                     /s/ Colin M. Bernardino
                                     Colin M. Bernardino, Esq. (Ga. Bar No. 054879)
                                     Admitted *pro hac vice*
                                     KILPATRICK TOWNSEND & STOCKTON LLP
                                     1100 Peachtree Street, Suite 2800
                                     Atlanta, Georgia  30309
                                     Telephone:  (404) 815-6500
                                     Facsimile:  (404) 815-6555
                                     Email:  cbernardino@kilpatricktownsend.com

                                     and

                                     Keith Brandofino, Esq. (NY Bar No. KB 2128)
                                     KILPATRICK TOWNSEND & STOCKTON LLP
                                     The Grace Building
                                     1114 Avenue of the Americas

New York, NY 10036-7703
Telephone: (212) 775-8700
Facsimile: (212) 954-5555
Email:  kbrandofino@kilpatricktownsend.com

*Counsel for Wells Fargo Bank, as Trustee for the*
*registered holders of Sovereign Commercial Mortgage*
*Securities Trust, 2007-C1, Commercial Pass-Through*
*Certificates, Series 2007-C1*

US2008 13652094 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOYSIN RALPH LORICK; | ) | Case No. 16-45645-NHL |
| CYNTHIA THERESA LORICK, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER GRANTING EX PARTE APPLICATION FOR ENTRY OF
## ORDER LIMITING NOTICE AND SHORTENING TIME ON
## <u>APPLICATION FOR DISBURSEMENT OF SALE PROCEEDS</u>

Upon the *Ex Parte* Application for Entry of an Order Limiting Notice and Shortening Time

Pursuant to Local Rule 9077-1 (the "<u>Shortened Notice Application</u>") on the Application for an

Order Directing Disbursement of Sale Proceeds filed by Wells Fargo Bank, as Trustee for the

registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Pass-

Through Certificates, Series 2007-C1 ("<u>the Lender</u>") [Dkt. No. 191] (the "<u>Application</u>"), seeking

that the Court direct Ortiz & Ortiz LLP, counsel for the Debtors, to disburse the proper Sale

Proceeds[1] to the Lender in accordance with the Sale Confirmation Order, and upon the E.D.N.Y.

LBR 9077-1 affirmation of Colin M. Bernardino in support of the Application, and for cause

shown, it is hereby:

**ORDERED** that the Shortened Notice Application be, and hereby is, granted to the extent

set forth herein; and it is further

**ORDERED** that the time period required for notice of hearing on the Application is hereby

shortened under Bankruptcy Rule 9006(c)(1) and a hearing on the Application will be held before

the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, at the United States

---

[1] All terms used herein but not defined shall have the meaning ascribed to them in the Application.

Bankruptcy Court, Eastern District of New York, located at 271 Cadman Plaza East, Brooklyn, New York 11201, Courtroom 2529, on _____, 20__ at ____; and it is further

**ORDERED**, pursuant to Bankruptcy Rules 2002(m) and 9007, this Order and the Application shall be served upon (i) the Office of the United States Trustee, (ii) the Debtors; (iii) the Debtors' counsel of record; (iv) the Debtors' proposed counsel, (v) counsel to the Receiver Douglas Rosenberg; (vi) the Debtors' creditors; and (vii) all creditors, parties-in-interest and entities who have requested notice under Bankruptcy Rule 2002 and a certificate of service thereof shall be filed by the Lender on or before _____, 20__; and it is further

**ORDERED** that objections, if any, to the Application must be in writing, shall conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court for the Eastern District of New York, and be filed with the Bankruptcy Court and served so as to be received by counsel to the Lender not later than _____, 20__.