# Fill in this information to identify your case and this filing:

**Debtor 1**    **Boysin Ralph Lorick**
First Name    Middle Name    Last Name

**Debtor 2**    **Cynthia Theresa Lorick**
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK**

Case number **16-45645**

■ Check if this is an amended filing

---

Official Form 106A/B
# Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

**1.1**

**3126 Coney Island Avenue**
Street address, if available, or other description

**Brooklyn**    **NY**    **11235-0000**
City    State    ZIP Code

**Kings**
County

What is the property? Check all that apply
☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$7,400,000.00**

Current value of the portion you own? **$7,400,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:
**Investment**

*Power of Attorney for Cynthia Lorick* [signature: B/R Lorick]

[signature: B/R Lorick]

---

Debtor 1  **Boysin Ralph Lorick**
Debtor 2  **Cynthia Theresa Lorick**                                   Case number (if known) **16-45645**

**If you own or have more than one, list here:**

1.2
**1801-1803 Cliff Street**
Street address, if available, or other description

What is the property? Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

**Union City**      **NJ**    **07087-0000**
City              State      ZIP Code

Current value of the entire property?  **$200,000.00**
Current value of the portion you own?  **$200,000.00**

Who has an interest in the property? Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

**Hudson**
County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.3
**224 College Drive**
Street address, if available, or other description

What is the property? Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ■ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

**Edison**       **NJ**    **08817-0000**
City              State      ZIP Code

Current value of the entire property?  **$80,000.00**
Current value of the portion you own?  **$80,000.00**

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

**Middlesex**
County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
**Debtors' son(a dependant) lives here.**

*Power of Attorney for Cynthia Lorick*

*[signatures]*

Official Form 106A/B                 Schedule A/B: Property                                                      page 2
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1     **Boysin Ralph Lorick**
Debtor 2     **Cynthia Theresa Lorick**                                    Case number (if known) **16-45645**

**If you own or have more than one, list here:**

1.4

**4005 Atrium Drive**
Street address, if available, or other description

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ■ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

**Orlando**          **FL**   **32822-0000**
City                 State    ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$45,000.00** | **$45,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

**Orange**
County

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.5

**26473 Barranquilla Avenue**
Street address, if available, or other description

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other _____

**Punta Gorda**      **FL**   **33950-0000**
City                 State    ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,000.00** | **$5,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Life Estate**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

**Charlotte**
County

Other information you wish to add about this item, such as local property identification number:

---

*[Handwritten: Power of Attorney for Cynthia Lorick]*
*[Signatures: Boysin Lorick]*

Official Form 106A/B                                    Schedule A/B: Property                                                     page 3
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor 1 | Boysin Ralph Lorick | | |
|---|---|---|---|
| Debtor 2 | Cynthia Theresa Lorick | Case number (if known) | 16-45645 |

**If you own or have more than one, list here:**

1.6

**26465 Barranquilla Avenue**
Street address, if available, or other description

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ■ Investment property
- ☐ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Punta Gorda | FL | 33950-0000 |
|---|---|---|
| City | State | ZIP Code |

**Current value of the entire property?** $5,000.00
**Current value of the portion you own?** $5,000.00

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

**Charlotte**
County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.7

**38 Utica Road**
Street address, if available, or other description

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Edison | NJ | 08820-0000 |
|---|---|---|
| City | State | ZIP Code |

**Current value of the entire property?** $350,000.00
**Current value of the portion you own?** $350,000.00

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

**Middlesex**
County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................=>   $8,085,000.00

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

*[Signatures: Power of Attorney for Cynthia Lorick, Ralph Lorick, Boysin Lorick]*

Official Form 106A/B                     Schedule A/B: Property                                               page 4
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor 1 | Boysin Ralph Lorick |
|---|---|
| Debtor 2 | Cynthia Theresa Lorick |

Case number (if known) **16-45645**

## 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

**3.1**
Make: Chrysler
Model: Town and Country
Year: 2002
Approximate mileage: 90,626
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? $1,329.00
Current value of the portion you own? $1,329.00

**3.2**
Make: Ford
Model: E 150
Year: 2004
Approximate mileage: 20,000
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $2,790.00
Current value of the portion you own? $2,790.00

**3.3**
Make: Ford
Model: Freestyle
Year: 2005
Approximate mileage: 192,000
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $1,331.00
Current value of the portion you own? $1,331.00

**3.4**
Make: Toyota
Model: Sienna
Year: 2005
Approximate mileage: 91327
Other information:

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $4,445.00
Current value of the portion you own? $4,445.00

**3.5**
Make: Subru
Model: Forester
Year: 2004
Approximate mileage: 159463
Other information: Involved in an accident, totall loss.

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $1.00
Current value of the portion you own? $1.00

*Power of Attorney for Cynthia Lorick* [signatures]

| Debtor 1 | Boysin Ralph Lorick | | |
|---|---|---|---|
| Debtor 2 | Cynthia Theresa Lorick | Case number (if known) | 16-45645 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=>       **$9,896.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?   Current value of the portion you own? Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Kitchen appliances, cookware and cutlery, livingroom furniture, dining room furniture, home office furniture, bedroom furniture, lamps and accessories, outdoor tools and equipment. | $1,950.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Television and Lenovo computer | $300.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes. Describe.....

| Photography equipment | $25.00 |
|---|---|

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

*Power of Attorney for Cynthia Lorick*

| Used clothing for debtors | $500.00 |
|---|---|

| Debtor 1 | Boysin Ralph Lorick | | |
|---|---|---|---|
| Debtor 2 | Cynthia Theresa Lorick | Case number (if known) | 16-45645 |

**12. Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| Wedding rings and miscellenous costume jewlery. | $700.00 |
|---|---|

**13. Non-farm animals**
Examples: Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................. **$3,475.00**

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes................................................

Cash                    $700.00

**17. Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes......................

Institution name:

| 17.1. | Three (3) Joint Bank Accounts with Chase Bank. More information will be provided. | Unknown |
|---|---|---|
| 17.2. | Four (4) Joint Bank Accounts with Wells Fargo Bank Ending with 4689; 9496; 9575; and 7934. More information will be provided. | Unknown |

**18. Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes..................          Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes. Give specific information about them...................
Name of entity:          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.
■ No

*[Handwritten: Power of Attorney for Cynthia Lorick, signatures]*

Official Form 106A/B          Schedule A/B: Property          page 7

| Debtor 1 | **Boysin Ralph Lorick** | | |
|---|---|---|---|
| Debtor 2 | **Cynthia Theresa Lorick** | Case number (if known) | **16-45645** |

☐ Yes. Give specific information about them
    Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| Thrift Saving | Thrift Saving PSEG | $37,745.59 |
| IRA | IRA T Rower Price | $216,519.39 |
| 401(k) | 401(k) to be provided | $300,000.00 |

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ No
   ■ Yes.

| | Institution name or individual: | |
|---|---|---|
| Rental deposit | rental deposit, Security Deposit with Landlord for Georgia, Apartment | $1,200.00 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............ Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes. Give specific information about them...

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

*Power of Attorney for Cynthia Lorick* [handwritten signatures]

| Debtor 1 | **Boysin Ralph Lorick** | | |
|---|---|---|---|
| Debtor 2 | **Cynthia Theresa Lorick** | Case number (if known) | **16-45645** |

**29. Family support**
  *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
  ■ No
  ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
  *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
  ■ No
  ☐ Yes. Give specific information..

**31. Interests in insurance policies**
  *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
  ☐ No
  ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| General American Life Insurance Compnany - Whole Life Insurance | Cynthia Lorick | $13,978.00 |

**32. Any interest in property that is due you from someone who has died**
  If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
  ■ No
  ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
  *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
  ☐ No
  ■ Yes. Describe each claim.........

| | |
|---|---|
| Claims of fraud, misrepresenations, breach of contract, lender liability, tortious interference and racketeering against Wells Fargo and its agents including attorneys; Sumit Jain and Water Stone | Unknown |

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
  ☐ No
  ■ Yes. Describe each claim.........

| | |
|---|---|
| Claims of fraud, misrepresenations, breach of contract, lender liability, tortious interference and racketeering against Wells Fargo and its agents including attorneys; Sumit Jain and Water Stone | Unknown |

**35. Any financial assets you did not already list**
  ■ No
  ☐ Yes. Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................... | **$570,142.98**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
  ■ No. Go to Part 6.
  ☐ Yes. Go to line 38.

*[Handwritten: Power of Attorney for Cynthia Lorick, signed Boysin Lorick]*

Official Form 106A/B                Schedule A/B: Property                page 9
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | Boysin Ralph Lorick |
|---|---|
| Debtor 2 | Cynthia Theresa Lorick |

Case number (if known) **16-45645**

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    - ■ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership
    - ■ No
    - ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................... **$0.00**

### Part 8: List the Totals of Each Part of this Form

| 55. | Part 1: Total real estate, line 2 | | | $8,085,000.00 |
|---|---|---|---|---|
| 56. | Part 2: Total vehicles, line 5 | $9,896.00 | | |
| 57. | Part 3: Total personal and household items, line 15 | $3,475.00 | | |
| 58. | Part 4: Total financial assets, line 36 | $570,142.98 | | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. | Total personal property. Add lines 56 through 61... | $583,513.98 | Copy personal property total | $583,513.98 |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | | $8,668,513.98 |

*Power of Attorney for Cynthia Lorick*
*Boysin Lorick*
*Boysin Lorick*

Official Form 106A/B      Schedule A/B: Property      page 10
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

12/07/17 1:55PM

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Boysin Ralph Lorick** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Cynthia Theresa Lorick** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | | |
| Case number (if known) | **16-45645** | | |

■ Check if this is an amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

| 2.1 | **Citibank** | Describe the property that secures the claim: | **$200,000.00** | **$200,000.00** | **$0.00** |

Creditor's Name

**1801-1803 Cliff Street Union City, NJ 07087  Hudson County**

**c/o Milsted & Associates
1 East Stow Road
Marlton, NJ 08053**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.2 | **NYC Dept. of Finance** | Describe the property that secures the claim: | **Unknown** | **$7,400,000.00** | **Unknown** |

Creditor's Name

**3126 Coney Island Avenue
Brooklyn, NY 11235  Kings County
Investment**

**Newark, NJ 07101**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

*Power of Attorney for Cynthia Lorick*
*Boysin Lorick*

Official Form 106D            Schedule D: Creditors Who Have Claims Secured by Property            page 1 of 2
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

*Boysin Lorick*

Debtor 1  **Boysin Ralph Lorick**
       First Name    Middle Name    Last Name

Debtor 2  **Cynthia Theresa Lorick**
       First Name    Middle Name    Last Name

Case number (if know)  **16-45645**

---

**2.3 Wells Fargo**
Creditor's Name

c/o Kilpatrick Townsend
1114 Ave. of the America
21st Floor
New York, NY 10036
Number, Street, City, State & Zip Code

Describe the property that secures the claim:
**3126 Coney Island Avenue Brooklyn, NY 11235 Kings County Investment**

$3,878,640.00    $7,400,000.00    $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  Amount owed is challanged and disputed

Date debt was incurred _____  Last 4 digits of account number _____

---

**2.4 Wells Fargo**
Creditor's Name

PO Box 14529
Des Moines, IA 50306
Number, Street, City, State & Zip Code

Describe the property that secures the claim:
**38 Utica Road Edison, NJ 08820 Middlesex County**

$219,000.00    $350,000.00    $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:  **$4,297,640.00**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  **$4,297,640.00**

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

*Power of Attorney for Cynthia Lorick*
*Boysn Lorick*