UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re

BOYSIN RALPH LORICK,                                    Case No.  16-45645 (NHL)
CYNTHIA THERESA LORICK,

                                    Debtors.            Chapter 11
-------------------------------------------------------X

## DECLARATION OF CYNTHIA NAREA REGARDING CLOSING FOR THE SALE OF 3126 CONEY ISLAND AVENUE, BROOKLYN, NEW YORK

I, Cynthia Narea, being duly sworn states as follows:

1.      I serve as a paralegal for the law firm Ortiz & Ortiz, L.L.P.  I was present during the closing of the sale of the property known as 3126 Coney Island Avenue, Brooklyn, New York (the "Property") on November 21, 2017.

2.      I was present during a meeting that occurred outside of the conference room in which the closing was taking place.  The meeting occurred among Norma Ortiz, Martha de Jesus, Cynthia Lorick, and Boysin Lorick.

3.      The Loricks arrived at approximately 3:00 p.m. and were unaccompanied.  I took notes during the meeting that occurred in a separate office outside of the presence of the other attendees.  During that meeting, Norma, Martha, and I assisted the Loricks in reviewing every single page of the documents presented to them for signing and reviewing.  The Loricks did not leave the office until approximately 5:30 p.m., when the closing concluded.

4.      The Loricks reviewed and approved the documents annexed as Exhibit A.  I witnessed both Martha and Norma answer all of their questions, and make the changes they requested.  I estimate the Loricks spent at least two hours reviewing and discussing the attached documents.

5.      There was only one significant issue raised by the Loricks that was disputed by the

buyers.  The Loricks did not agree that the amount of security deposits proposed by the Receiver was accurate, and they did not want to sign any documents that reflected that disputed amount.  I witnessed Martha attempt to contact Judge Lord for assistance, but she was not available.  The parties agreed to bring the matter before Judge Lord at a later date, and they proceeded with the closing.

6.      At the conclusion of the meeting, I witnessed Mr. Lorick agree to cooperate with the buyers.  They shook hands and wished each other good luck.

7.      Mrs. Lorick told me before she left that she was glad the Property was sold, and wished the sale had occurred earlier.  She made that statement in our reception area, in the presence of Therese Reyes, counsel to the first mortgage loan holder.

8.      I also heard Norma Ortiz inform Mrs. Lorick that it is extremely important that an accountant familiar with capital gains tax be hired immediately.  I heard Ms. Ortiz discuss the use of a Section 1031 exchange to address capital gains taxes, and the short time permitted for such an exchange.

I hereby declare that the foregoing statements made by me are true to the best of my knowledge and belief.  I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: November 22, 2017
       Astoria, New York

                                        */s/Cynthia Narea*
                                         Cynthia Narea

**Exhibit A**

## QUITCLAIM DEED

THIS INDENTURE, made on the 21st day of November, 2017, BETWEEN

Boysin Ralph Lorick and Cynthia Theresa Lorick, individuals residing at ██████ ████████████████ party of the first part,

and

Lucky 52 Coney Island LLC, a Limited Liability Company with a mailing address of _____,
party of the second part;

WITNESSETH, that the party of the first part, in consideration of ten dollars ($10.00) and other valuable consideration paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the Westerly side of Coney Island Avenue, distant 56.27 feet southerly from the corner formed by the intersection of the Westerly side of Coney Island Avenue and the Southerly side Ocean View Avenue;

RUNNING THENCE Westerly at right angles to Coney Island Avenue, 100 feet;

THENCE Southerly and parallel with Coney Island Avenue, 100 feet;

THENCE Easterly at right angles to Coney Island Avenue, 100 feet to the Westerly side of Coney Island Avenue;

THENCE Northerly along the Westerly side of Coney Island Avenue, 100 feet to the point or place of BEGINNING.

ALSO known by street address as 3126 Coney Island Avenue, Brooklyn, NY 11203.

BEING and intended to be the same premises conveyed to the party of the first part (or party of the first part's predecessor in interest) in deed recorded in Reel 1716 Page 714.

BEING and intended to be the same premises directed to be conveyed to the party of the second part pursuant to court order in Case No. 16-45645, Docket No. 95, signed by Chief Judge Carla E. Craig on September 8, 2017, in the Bankruptcy Court for the Eastern District of New York.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof;

**TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises;

**TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the costs of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be constructed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

_Boysin Ralph Lorick_
Boysin Ralph Lorick

_Cynthia Theresa Lorick_
Cynthia Theresa Lorick

State of New York    )
                     ) ss.:
County of Queens     )

On the 21ˢᵗ day of November, in the year 2017, before me, the undersigned, personally appeared, **Boysin Ralph Lorick and Cynthia Theresa Lorick,** personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their capacity, that by their signatures on the instrument, the individuals or the persons upon behalf of which the individuals acted, executed the foregoing instrument.

CYNTHIA NAREA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NA6359895
Qualified in Queens County
Commission Expires June 12, 2021

_____
Notary Public

Section:
Block: 8678
Lot: 59
County of Kings

Return by Mail to:
Elie Aryeh, Esq.
ELAZAR ARYEH, PC
110-20 71 Road,  Suite 110
Forest Hills, NY 11375



NEW YORK CITY DEPARTMENT OF FINANCE
**NYC - RPT**
Department of Finance

# REAL PROPERTY TRANSFER TAX RETURN
(Pursuant to Title 11, Chapter 21, NYC Administrative Code)

▲ DO NOT WRITE IN THIS SPACE ▲
FOR OFFICE USE ONLY

## GRANTOR

● Name  BOYSIN RALPH LORICK

● Grantor is a(n): ☑ individual  ☐ partnership  ☐ corporation
(check one)  ☐ single member LLC  ☐ multiple member LLC  ☐ other
(see instructions)

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

● Permanent mailing address after transfer (number and street)

● City and State                    Zip Code

SINGLE MEMBER EIN OR SSN

● Single member's name if grantor is a single member LLC

## GRANTEE

● Name  LUCKY 52 CONEY ISLAND LLC

● Grantee is a(n): ☐ individual  ☐ partnership  ☑ multiple member LLC  ☐ corporation
(check one)  ☐ single member LLC  (see instructions)  ☐ other

Telephone Number

SOCIAL SECURITY NUMBER

OR

EMPLOYER IDENTIFICATION NUMBER

● Permanent mailing address after transfer (number and street)

● City and State                    Zip Code

SINGLE MEMBER EIN OR SSN

● Single member's name if grantee is a single member LLC

## PROPERTY LOCATION

LIST EACH LOT SEPARATELY, ATTACH A RIDER IF ADDITIONAL SPACE IS REQUIRED

| ● Address (number and street) | Apt. No. | Borough | Block | Lot | # of Floors | Square Feet | ● Assessed Value of Property |
|---|---|---|---|---|---|---|---|
| 3126 CONEY ISLAND AVENUE | | BROOKLYN | 8678 | 59 | 4 | 31,480 | 633,600.00 |

● DATE OF TRANSFER TO GRANTEE:  11/21/2017      ● PERCENTAGE OF INTEREST TRANSFERRED:  100 %

## CONDITION OF TRANSFER. See Instructions

● Check (✓) all of the conditions that apply and fill out the appropriate schedules of this return. Additionally, Schedules 1 and 2 must be completed for all transfers.

a. ☑ ..... Arms length transfer
b. ☐ ..... Transfer in exercise of option to purchase
c. ☐ ..... Transfer from cooperative sponsor to cooperative corporation
d. ☐ ..... Transfer by referee or receiver (complete Schedule A)
e. ☐ ..... Transfer pursuant to marital settlement agreement or divorce decree (complete Schedule B)
f. ☐ ..... Deed in lieu of foreclosure (complete Schedule C)
g. ☐ ..... Transfer pursuant to liquidation of an entity (complete Schedule D)
h. ☐ ..... Transfer from principal to agent, dummy, strawman or conduit or vice-versa (complete Schedule E)
i. ☐ ..... Transfer pursuant to trust agreement or will (attach a copy of trust agreement or will)
j. ☐ ..... Gift transfer not subject to indebtedness
k. ☐ ..... Gift transfer subject to indebtedness
l. ☐ ..... Transfer to a business entity in exchange for an interest in the business entity (complete Schedule F)
m. ☐ ..... Transfer to a governmental body
n. ☐ ..... Correction deed

o. ☐ ..... Transfer by or to a tax exempt organization (complete Schedule G)
p. ☐ ..... Transfer of property partly within and partly without NYC
q. ☐ ..... Transfer of successful bid pursuant to foreclosure
r. ☐ ..... Transfer by borrower solely as security for a debt or a transfer by lender solely to return such security
s. ☐ ..... Transfer wholly or partly exempt as a mere change of identity or form of ownership p. Complete Schedule M
t. ☐ ..... Transfer to a REIT or to a corporation or partnership controlled by a REIT. (Complete Schedule R)
u. ☐ ..... Other transfer in connection with financing (describe) _____
v. ☐ ..... A grant or assignment of a leasehold interest in a tax-free NY area
w. ☐ ..... Transfer to an HDFC or an entity controlled by an HDFC. (Complete Schedule L)
x. ..... Reserved
y. ..... Reserved
z. ☐ ..... Other (describe)

NYC-RPT - Rev. 03.24.2217

1

201711200043210101

Form NYC-RPT                                                                                              Page 2

| ● **TYPE OF PROPERTY** (✓) | ● **TYPE OF INTEREST** (✓) |
|---|---|

**TYPE OF PROPERTY** (✓)

- a. ☐ ..... 1-3 family house
- b. ☐ ..... Individual residential condominium unit
- c. ☐ ..... Individual cooperative apartment
- d. ☐ ..... Commercial condominium unit
- e. ☐ ..... Commercial cooperative
- f. ☑ ..... Apartment building
- g. ☐ ..... Office building
- h. ☐ ..... Industrial building
- i. ☐ ..... Utility
- j. ☐ ..... OTHER. (describe):

**TYPE OF INTEREST** (✓)

Check box at LEFT if you intend to record a document related to this transfer. Check box at RIGHT if you do not intend to record a document related to this transfer.

| | REC. | | NON REC. |
|---|---|---|---|
| a. | ☑ | Fee | ☐ |
| b. | ☐ | Leasehold Grant | ☐ |
| c. | ☐ | Leasehold Assignment or Surrender | ☐ |
| d. | ☐ | Easement | ☐ |
| e. | ☐ | Subterranean Rights | ☐ |
| f. | ☐ | Development Rights | ☐ |
| g. | ☐ | Stock | ☐ |
| h. | ☐ | Partnership Interest | ☐ |
| i. | ☐ | OTHER. (describe): | ☐ |

## SCHEDULE 1 - DETAILS OF CONSIDERATION

**COMPLETE THIS SCHEDULE FOR ALL TRANSFERS AFTER COMPLETING THE APPROPRIATE SCHEDULES ON PAGES 5 THROUGH 12.**
**ENTER "ZERO" ON LINE 11 IF THE TRANSFER REPORTED WAS WITHOUT CONSIDERATION.**

| | | | |
|---|---|---|---|
| 1. Cash | ● | 1. | 7,350,000 00 |
| 2. Purchase money mortgage | ● | 2. | 0 00 |
| 3. Unpaid principal of pre-existing mortgage(s) | ● | 3. | 0 00 |
| 4. Accrued interest on pre-existing mortgage(s) | ● | 4. | 0 00 |
| 5. Accrued real estate taxes | ● | 5. | 0 00 |
| 6. Amounts of other liens on property | ● | 6. | 0 00 |
| 7. Value of shares of stock or of partnership interest received | ● | 7. | 0 00 |
| 8. Value of real or personal property received in exchange | ● | 8. | 0 00 |
| 9. Amount of Real Property Transfer Tax and/or other taxes or expenses of the grantor which are paid by the grantee | ● | 9. | 222,337 52 |
| 10. Other (describe): | ● | 10. | 0 00 |
| 11. **TOTAL CONSIDERATION** (add lines 1 through 10 - must equal amount entered on line 1 of Schedule 2) (see instructions) | ● | 11. $ | 7,572,337 52 |

See instructions for special rules relating to transfers of cooperative units, liquidations, marital settlements and transfers of property to a business entity in return for an interest in the entity.

## SCHEDULE 2 - COMPUTATION OF TAX

| A. **Payment** | Pay amount shown on line 15 - *See Instructions* | | Payment Enclosed |
|---|---|---|---|
| 1. Total Consideration (from line 11, above) | ● | 1. | 7,572,337 52 |
| 2. Excludable liens (see instructions) | ● | 2. | 0 00 |
| 3. Consideration (line 1 less line 2) | ● | 3. | 7,572,337 52 |
| 4. Tax Rate (see instructions) | ● | 4. | 2.625 % |
| 5. HDFC Exemption (see Schedule L, line 15) | ● | 5. | 0 00 |
| 6. Consideration less HDFC Exemption (line 3 less line 5) | ● | 6. | 7,572,337 52 |
| 7. Percentage change in beneficial ownership (see instructions) | ● | 7. | 100 % |
| 8. Taxable consideration (multiply line 6 by line 7) | ● | 8. | 7,572,337 52 |
| 9. Tax (multiply line 8 by line 4) | ● | 9. | 198,773 86 |
| 10. Credit (see instructions) | ● | 10. | 0 00 |
| 11. Transfer tax previously paid (see Schedule L, line 18) | ● | 11. | 0 00 |
| 12. Tax due (line 9 less line 10 and 11) (if the result is negative, enter zero) | ● | 12. | 198,773 86 |
| 13. Interest (see instructions) | ● | 13. | 0 00 |
| 14. Penalty (see instructions) | ● | 14. | 0 00 |
| 15. **Total Tax Due** (add lines 12, 13 and 14) | ● | 15. $ | 198,773 86 |

2

201711200043210101

Form NYC-RPT

## SCHEDULE 3 - TRANSFERS INVOLVING MULTIPLE GRANTORS AND/OR GRANTEES

**NOTE**   If additional space is needed, attach copies of this schedule or an addendum listing all of the information required below.

### GRANTOR(S)

● Name   CYNTHIA THERESA LORICK

● Grantor is a(n):    ☑ individual    ☐ partnership    ☐ corporation    Telephone Number
(check one)    ☐ single member LLC    ☐ multiple member LLC    ☐ other_____

● Permanent mailing address after transfer (number and street)

● City and State                                            Zip Code

● Single member's name if grantor is a single member LLC

SOCIAL SECURITY NUMBER

**OR**

EMPLOYER IDENTIFICATION NUMBER

SINGLE MEMBER EIN OR SSN

---

● Name

● Grantor is a(n):    ☐ individual    ☐ partnership    ☐ corporation    Telephone Number
(check one)    ☐ single member LLC    ☐ multiple member LLC    ☐ other_____

● Permanent mailing address after transfer (number and street)

● City and State                                            Zip Code

● Single member's name if grantor is a single member LLC

SOCIAL SECURITY NUMBER

**OR**

EMPLOYER IDENTIFICATION NUMBER

SINGLE MEMBER EIN OR SSN

---

### GRANTEE(S)

● Name

● Grantee is a(n):    ☐ individual    ☐ partnership    ☐ corporation    Telephone Number
(check one)    ☐ single member LLC    ☐ multiple member LLC    ☐ other_____

● Permanent mailing address after transfer (number and street)

● City and State                                            Zip Code

● Single member's name if grantee is a single member LLC

SOCIAL SECURITY NUMBER

**OR**

EMPLOYER IDENTIFICATION NUMBER

SINGLE MEMBER EIN OR SSN

---

● Name

● Grantee is a(n):    ☐ individual    ☐ partnership    ☐ corporation    Telephone Number
(check one)    ☐ single member LLC    ☐ multiple member LLC    ☐ other_____

● Permanent mailing address after transfer (number and street)

● City and State                                            Zip Code

● Single member's name if grantee is a single member LLC

SOCIAL SECURITY NUMBER

**OR**

EMPLOYER IDENTIFICATION NUMBER

SINGLE MEMBER EIN OR SSN

3

201711200043210101

Form NYC-RPT

## GRANTOR'S ATTORNEY ▼

| Name of Attorney | | Telephone Number ( ) |
|---|---|---|
| Address (number and street) | City and State | Zip Code |
| EMPLOYER IDENTIFICATION NUMBER [ ] - [ ] OR | SOCIAL SECURITY NUMBER | [ ] - [ ] |

## GRANTEE'S ATTORNEY ▼

| Name of Attorney | | Telephone Number ( ) |
|---|---|---|
| Address (number and street) | City and State | Zip Code |
| EMPLOYER IDENTIFICATION NUMBER [ ] - [ ] OR | SOCIAL SECURITY NUMBER | [ ] - [ ] |

## CERTIFICATION ▼

I swear or affirm that this return, including any accompanying schedules, affidavits and attachments, has been examined by me and is, to the best of my knowledge, a true and complete return made in good faith, pursuant to Title 11, Chapter 21 of the Administrative Code and the regulations issued thereunder.

| GRANTOR | GRANTEE |
|---|---|
| **S**worn to and subscribed to | **S**worn to and subscribed to |
| before me on this 21st day | before me on this 21 day |
| of November, 2017 | of Nov 2017 |
| | EMPLOYER IDENTIFICATION NUMBER OR SOCIAL SECURITY NUMBER |
| EMPLOYER IDENTIFICATION NUMBER OR SOCIAL SECURITY NUMBER | |
| BOYSIN RALPH LORICK | LUCKY 52 CONEY ISLAND LLC |
| Name of Grantor | Name of Grantee |
| Signature of Notary | Signature of Notary |
| Signature of Grantor | Signature of Grantee |

Notary's stamp or seal

**CYNTHIA NAREA**
**NOTARY PUBLIC, STATE OF NEW YORK**
Registration No. 01NA6359895
Qualified in Queens County
Commission Expires June 12, 2021

CINDY E. SELEVAN
NOTARY PUBLIC-STATE OF NEW
No. 01SE6039881  01SE6039881
Qualified in Kings County
Expires April 16, 2018

NOTARY PUBLIC-STATE OF NEW
No. 01SE6039881
Qualified in Kings County
Expires ...

2017112000432101

Form NYC- RPT

# CERTIFICATION

I swear or affirm that this return, including any accompanying schedules, affidavits and attachments, has been examined by me and is, to the best of my knowledge, a true and complete return made in good faith, pursuant to Title 11, Chapter 21 of the Administrative Code and the regulations issued thereunder.

## GRANTORS

| EIN/SSN | CYNTHIA THERESA LORICK | *Cynthia Lorick* |
|---|---|---|
| EIN/SSN | Name of Grantor | Signature of Grantor |
| EIN/SSN | Name of Grantor | Signature of Grantor |
| EIN/SSN | Name of Grantor | Signature of Grantor |
| EIN/SSN | Name of Grantor | Signature of Grantor |
| EIN/SSN | Name of Grantor | Signature of Grantor |
| EIN/SSN | Name of Grantor | Signature of Grantor |
| EIN/SSN | Name of Grantor | Signature of Grantor |
| EIN/SSN | Name of Grantor | Signature of Grantor |

## GRANTEES

| EIN/SSN | Name of Grantee | Signature of Grantee |
|---|---|---|
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |
| EIN/SSN | Name of Grantee | Signature of Grantee |

4 - Attachment

2017112000432101

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217NYC**

| FOR CITY USE ONLY | |
|---|---|
| C1. County Code | C2. Date Deed Recorded ___/___/___  Month / Day / Year |
| C3. Book OR | C4. Page |
| C5. CRFN | |

## PROPERTY INFORMATION

**1. Property Location**
3126 | CONEY ISLAND AVENUE | BROOKLYN | 11235
STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

**2. Buyer Name**
LUCKY 52 CONEY ISLAND LLC
LAST NAME / COMPANY | FIRST NAME

LAST NAME / COMPANY | FIRST NAME

**3. Tax Billing Address** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY | FIRST NAME
STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed**   1   # of Parcels  OR  ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

Check the boxes below as they apply:
6. Ownership Type is Condominium  ☐
7. New Construction on Vacant Land  ☐

**5. Deed Property Size**   ___ FRONT FEET  X  ___ DEPTH  OR  ___ ACRES

**6. Seller Name**
LORICK | BOYSIN RALPH
LAST NAME / COMPANY | FIRST NAME

LORICK | CYNTHIA THERESA
LAST NAME / COMPANY | FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A ☐ One Family Residential | C ☐ Residential Vacant Land | E ☐ Commercial | G ☐ Entertainment / Amusement | I ☐ Industrial |
|---|---|---|---|---|
| B ☐ 2 or 3 Family Residential | D ☐ Non-Residential Vacant Land | F ☑ Apartment | H ☐ Community Service | J ☐ Public Service |

## SALE INFORMATION

**10. Sale Contract Date**   8 / 22 / 2017   Month / Day / Year

**11. Date of Sale / Transfer**   11 / 21 / 2017   Month / Day / Year

**12. Full Sale Price** $  7,350,000.00

( Full Sale Price is the total amount paid for the property including personal property.
This payment may be in the form of cash, other property or goods, or the assumption of
mortgages or other obligations.)  *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**  ___

**14. Check one or more of these conditions as applicable to transfer:**

| | |
|---|---|
| A ☐ | Sale Between Relatives or Former Relatives |
| B ☐ | Sale Between Related Companies or Partners in Business |
| C ☐ | One of the Buyers is also a Seller |
| D ☐ | Buyer or Seller is Government Agency or Lending Institution |
| E ☑ | Deed Type not Warranty or Bargain and Sale (Specify Below) |
| F ☐ | Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G ☐ | Significant Change in Property Between Taxable Status and Sale Dates |
| H ☐ | Sale of Business is Included in Sale Price |
| I ☐ | Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J ☐ | None |

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class**  C 1

**16. Total Assessed Value** (of all parcels in transfer)   6,33,600.0

**17. Borough, Block and Lot / Roll Identifier(s)** ( If more than three, attach sheet with additional identifier(s) )

BROOKLYN 8678 59

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| BUYER | BUYER'S ATTORNEY |
|---|---|

BUYER SIGNATURE                     DATE    11/21/17          LAST NAME                    FIRST NAME

STREET NUMBER    STREET NAME (AFTER SALE)                     AREA CODE    TELEPHONE NUMBER

SELLER

CITY OR TOWN              STATE        ZIP CODE          SELLER SIGNATURE    11/21/17    DATE

2017112000432201

Form RP-5217 NYC                                                                ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS                                          SELLERS

| Buyer Signature | Date | Seller Signature | Date |
| --- | --- | --- | --- |
| Buyer Signature | Date | Seller Signature | 11/21/17 |
| Buyer Signature | Date | Seller Signature | 11/21/17 |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |
| Buyer Signature | Date | Seller Signature | Date |

2017112000432201

TP-584 (4/13)

New York State Department of Taxation and Finance

**Combined Real Estate
Transfer Tax Return,
Credit Line Mortgage Certificate, and
Certification of Exemption from the
Payment of Estimated Personal Income Tax**

*Recording office time stamp*

*See Form TP-584-I, Instructions for Form TP-584, before completing this form. Print or type.*

**Schedule A — Information relating to conveyance**

| Grantor/Transferor | Name *(if individual, last, first, middle initial)* ( ☑ *check if more than one grantor*) | Social security number |
|---|---|---|
| ☑ Individual | LORICK, BOYSIN RALPH | |
| ☐ Corporation | Mailing address | Social security number |
| ☐ Partnership | | |
| ☐ Estate/Trust | City      State      ZIP code | Federal EIN |
| ☐ Single member LLC | | |
| ☐ Other | Single member's name if grantor is a single member LLC *(see instructions)* | Single member EIN or SSN |

| Grantee/Transferee | Name *(if individual, last, first, middle initial)* ( ☐ *check if more than one grantee*) | Social security number |
|---|---|---|
| ☐ Individual | LUCKY 52 CONEY ISLAND LLC | |
| ☐ Corporation | Mailing address | Social security number |
| ☐ Partnership | | |
| ☐ Estate/Trust | City      State      ZIP code | Federal EIN |
| ☐ Single member LLC | | |
| ☑ Other | Single member's name if grantee is a single member LLC *(see instructions)* | Single member EIN or SSN |

**Location and description of property conveyed**

| Tax map designation - Section, block & lot *(include dots and dashes)* | SWIS code (six digits) | Street address | City, town, or village | County |
|---|---|---|---|---|
| 3 - 8678 - 59 | 650000 | 3126 CONEY ISLAND AVENUE | NEW YORK | BROOKLYN / KINGS |

**Type of property conveyed** *(check applicable box)*

1 ☐ One- to three-family house
2 ☐ Residential cooperative
3 ☐ Residential condominium
4 ☐ Vacant land
5 ☐ Commercial/Industrial
6 ☑ Apartment building
7 ☐ Office building
8 ☐ Other

Date of conveyance: 11 / 21 / 2017 (month/day/year)

Percentage of real property conveyed which is residential real property _____ 0.00 %  *(see instructions)*

**Condition of conveyance** *(check all that apply)*

a. ☑ Conveyance of fee interest

b. ☐ Acquisition of a controlling interest (state percentage acquired _____%)

c. ☐ Transfer of a controlling interest (state percentage transferred _____%)

d. ☐ Conveyance to cooperative housing corporation

e. ☐ Conveyance pursuant to or in lieu of foreclosure or enforcement of security interest *(attach Form TP-584.1, Schedule E)*

f. ☐ Conveyance which consists of a mere change of identity or form of ownership or organization *(attach Form TP-584.1, Schedule F)*

g. ☐ Conveyance for which credit for tax previously paid will be claimed *(attach Form TP-584.1, Schedule G)*

h. ☐ Conveyance of cooperative apartment(s)

i. ☐ Syndication

j. ☐ Conveyance of air rights or development rights

k. ☐ Contract assignment

l. ☐ Option assignment or surrender

m. ☐ Leasehold assignment or surrender

n. ☐ Leasehold grant

o. ☐ Conveyance of an easement

p. ☐ Conveyance for which exemption from transfer tax claimed *(complete Schedule B, Part III)*

q. ☐ Conveyance of property partly within and partly outside the state

r. ☐ Conveyance pursuant to divorce or separation

s. ☐ Other *(describe)*

| For recording officer's use | Amount received | Date received | Transaction number |
|---|---|---|---|
| | Schedule B., Part I $ | | |
| | Schedule B., Part II $ | | |

201711200043230101

## Schedule B — Real estate transfer tax return (Tax Law, Article 31)

**Part I – Computation of tax due**

| | | | |
|---|---|---|---|
| 1 | Enter amount of consideration for the conveyance *(if you are claiming a total exemption from tax, check the exemption claimed box, enter consideration and proceed to Part III)* ............ ☐ **Exemption claimed** | **1.** | 7,572,337 52 |
| 2 | Continuing lien deduction *(see instructions if property is taken subject to mortgage or lien)* ................... | **2.** | 0 00 |
| 3 | Taxable consideration *(subtract line 2 from line 1)* ................................................................... | **3.** | 7,572,337 52 |
| 4 | Tax: $2 for each $500, or fractional part thereof, of consideration on line 3 .................................... | **4.** | 30,290 00 |
| 5 | Amount of credit claimed for tax previously paid *(see instructions and attach Form TP-584.1, Schedule G)* ......... | **5.** | 0 00 |
| 6 | Total tax due* *(subtract line 5 from line 4)* ...................................................................... | **6.** | 30,290 00 |

**Part II – Computation of additional tax due on the conveyance of residential real property for $1 million or more**

| | | | |
|---|---|---|---|
| 1 | Enter amount of consideration for conveyance *(from Part I, line 1)* ............................................. | **1.** | 7,572,337 52 |
| 2 | Taxable consideration *(multiply line 1 by the percentage of the premises which is residential real property, as shown in Schedule A)* ..... | **2.** | 0 00 |
| 3 | Total additional transfer tax due* *(multiply line 2 by 1% (.01))* ............................................... | **3.** | 0 00 |

**Part III – Explanation of exemption claimed on Part I, line 1** *(check any boxes that apply)*

The conveyance of real property is exempt from the real estate transfer tax for the following reason:

a. Conveyance is to the United Nations, the United States of America, the state of New York, or any of their instrumentalities, agencies, or political subdivisions (or any public corporation, including a public corporation created pursuant to agreement or compact with another state or Canada) ..................................................................................................... a ☐

b. Conveyance is to secure a debt or other obligation ................................................................................. b ☐

c. Conveyance is without additional consideration to confirm, correct, modify, or supplement a prior conveyance ............. c ☐

d. Conveyance of real property is without consideration and not in connection with a sale, including conveyances conveying realty as bona fide gifts ........................................................................................................ d ☐

e. Conveyance is given in connection with a tax sale ................................................................................. e ☐

f. Conveyance is a mere change of identity or form of ownership or organization where there is no change in beneficial ownership. (This exemption cannot be claimed for a conveyance to a cooperative housing corporation of real property comprising the cooperative dwelling or dwellings.) Attach Form TP-584.1, Schedule F ........................................ f ☐

g. Conveyance consists of deed of partition ........................................................................................... g ☐

h. Conveyance is given pursuant to the federal Bankruptcy Act ..................................................................... h ☐

i. Conveyance consists of the execution of a contract to sell real property, without the use or occupancy of such property, or the granting of an option to purchase real property, without the use or occupancy of such property ........................... i ☐

j. Conveyance of an option or contract to purchase real property with the use or occupancy of such property where the consideration is less than $200,000 and such property was used solely by the grantor as the grantor's personal residence and consists of a one-, two-, or three-family house, an individual residential condominium unit, or the sale of stock in a cooperative housing corporation in connection with the grant or transfer of a proprietary leasehold covering an individual residential cooperative apartment ................................................................................................................... j ☐

k. Conveyance is not a conveyance within the meaning of Tax Law, Article 31, section 1401(e) *(attach documents supporting such claim)* ......................................................................................................... k ☐

*The total tax (from Part I, line 6 and Part II, line 3 above) is due within 15 days from the date conveyance. Please make check(s) payable to the county clerk where the recording is to take place. If the recording is to take place in the New York City boroughs of Manhattan, Bronx, Brooklyn, or Queens, make check(s) payable to the *NYC Department of Finance*. If a recording is not required, send this return and your check(s) made payable to the *NYS Department of Taxation and Finance*, directly to the NYS Tax Department, RETT Return Processing, PO Box 5045, Albany NY 12205-5045.

201711200043230101

## Schedule C — Credit Line Mortgage Certificate (Tax Law, Article 11)

**Complete the following only if the interest being transferred is a fee simple interest.**

I (we) certify that: *(check the appropriate box)*

1. [✓] The real property being sold or transferred is not subject to an outstanding credit line mortgage.

2. [ ] The real property being sold or transferred is subject to an outstanding credit line mortgage. However, an exemption from the tax is claimed for the following reason:

   [ ] The transfer of real property is a transfer of a fee simple interest to a person or persons who held a fee simple interest in the real property (whether as a joint tenant, a tenant in common or otherwise) immediately before the transfer.

   [ ] The transfer of real property is (A) to a person or persons related by blood, marriage or adoption to the original obligor or to one or more of the original obligors or (B) to a person or entity where 50% or more of the beneficial interest in such real property after the transfer is held by the transferor or such related person or persons (as in the case of a transfer to a trustee for the benefit of a minor or the transfer to a trust for the benefit of the transferor).

   [ ] The transfer of real property is a transfer to a trustee in bankruptcy, a receiver, assignee, or other officer of a court.

   [ ] The maximum principal amount secured by the credit line mortgage is $3,000,000 or more, and the real property being sold or transferred is not principally improved nor will it be improved by a one- to six-family owner-occupied residence or dwelling.

   Please note: for purposes of determining whether the maximum principal amount secured is $3,000,000 or more as described above, the amounts secured by two or more credit line mortgages may be aggregated under certain circumstances. See TSB-M-96(6)-R for more information regarding these aggregation requirements.

   [ ] Other *(attach detailed explanation).*

3. [ ] The real property being transferred is presently subject to an outstanding credit line mortgage. However, no tax is due for the following reason:

   [ ] A certificate of discharge of the credit line mortgage is being offered at the time of recording the deed.

   [ ] A check has been drawn payable for transmission to the credit line mortgagee or his agent for the balance due, and a satisfaction of such mortgage will be recorded as soon as it is available.

4. [ ] The real property being transferred is subject to an outstanding credit line mortgage recorded in _____ (insert liber and page or reel or other identification of the mortgage). The maximum principal amount of debt or obligation secured by the mortgage is _____. No exemption from tax is claimed and the tax of _____ is being paid herewith. *(Make check payable to county clerk where deed will be recorded or, if the recording is to take place in New York City but not in Richmond County, make check payable to the NYC Department of Finance.)*

## Signature (both the grantor(s) and grantee(s) must sign)

The undersigned certify that the above information contained in schedules A, B, and C, including any return, certification, schedule, or attachment, is to the best of his/her knowledge, true and complete, and authorize the person(s) submitting such form on their behalf to receive a copy for purposes of recording the deed or other instrument effecting the conveyance.

| _Grantor signature_ | _Title_ | _Grantee signature_ | _Title_ |
| --- | --- | --- | --- |
| Boysin Lorick | | | |
| _Grantor signature_ | _Title_ | _Grantee signature_ | _Title_ |
| Cynthia Lorick | | | |

**Reminder:** Did you complete all of the required information in Schedules A, B, and C? Are you required to complete Schedule D? If you checked e, f, or g in Schedule A, did you complete Form TP-584.1? Have you attached your check(s) made payable to the county clerk where recording will take place or, if the recording is in the New York City boroughs of Manhattan, Bronx, Brooklyn, or Queens, to the *NYC Department of Finance?* If no recording is required, send your check(s), made payable to the *Department of Taxation and Finance,* directly to the NYS Tax Department, RETT Return Processing, PO Box 5045, Albany NY 12205-5045.

2017112000432301

**Signature (both the grantor(s) and grantee(s) must sign)**

The undersigned certify that the above information contained in schedules A, B, and C, including any return, certification, schedule, or attachment, is to the best of his/her knowledge, true and complete, and authorize the person(s) submitting such form on their behalf to receive a copy for purposes of recording the deed or other instrument effecting the conveyance.

_____ _____    _____ _____
Grantor signature          Title       Grantee signature          Title

_____ _____    _____ _____
Grantor signature          Title       Grantee signature          Title

2017112000432301

Page 4 of 4 TP-584 (4/13)

## Schedule D - Certification of exemption from the payment of estimated personal income tax (Tax Law, Article 22, section 663)

Complete the following only if a fee simple interest or a cooperative unit is being transferred by an individual or estate or trust.

**If the property is being conveyed by a referee pursuant to a foreclosure proceeding, proceed to Part II, and check the second box under Exemptions for nonresident transferor(s)/seller(s) and sign at bottom.**

### Part I - New York State residents

If you are a New York State resident transferor(s)/seller(s) listed in Schedule A of Form TP-584 (or an attachment to Form TP-584), you must sign the certification below. If one or more transferors/sellers of the real property or cooperative unit is a resident of New York State, each resident transferor/seller must sign in the space provided. If more space is needed, please photocopy this Schedule D and submit as many schedules as necessary to accommodate all resident transferors/sellers.

### Certification of resident transferor(s)/seller(s)

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) as signed below was a resident of New York State, and therefore is not required to pay estimated personal income tax under Tax Law, section 663(a) upon the sale or transfer of this real property or cooperative unit.

| Signature | Print full name | Date |
|---|---|---|
| X | | |
| Signature | Print full name | Date |
| | | |
| Signature | Print full name | Date |
| | | |
| Signature | Print full name | Date |
| | | |

**Note:** A resident of New York State may still be required to pay estimated tax under Tax Law, section 685(c), but not as a condition of recording a deed.

### Part II - Nonresidents of New York State

If you are a nonresident of New York State listed as a transferor/seller in Schedule A of Form TP-584 (or an attachment to Form TP-584) but are not required to pay estimated personal income tax because one of the exemptions below applies under Tax Law, section 663(c), check the box of the appropriate exemption below. If any one of the exemptions below applies to the transferor(s)/seller(s), that transferor(s)/seller(s) is not required to pay estimated personal income tax to New York State under Tax Law, section 663. Each nonresident transferor/seller who qualifies under one of the exemptions below must sign in the space provided. If more space is needed, please photocopy this Schedule D and submit as many schedules as necessary to accommodate all nonresident transferors/sellers.

If none of these exemption statements apply, you must complete Form IT-2663, *Nonresident Real Property Estimated Income Tax Payment Form,* or Form IT-2664, *Nonresident Cooperative Unit Estimated Income Tax Payment Form.* For more information, see *Payment of estimated personal income tax,* on page 1 of Form TP-584-I.

### Exemption for nonresident transferor(s)/seller(s)

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) (grantor) of this real property or cooperative unit was a nonresident of New York State, but is not required to pay estimated personal income tax under Tax Law, section 663 due to one of the following exemptions: *Pursuant to Bankruptcy court order.*

☐ The real property or cooperative unit being sold or transferred qualifies in total as the transferor's/seller's principal residence (within the meaning of Internal Revenue Code, section 121) from _____ to _____ (*see instructions*).

☐ The transferor/seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure, or in lieu of foreclosure with no additional consideration.

☐ The transferor or transferee is an agency or authority of the United States of America, an agency or authority of the state of New York, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

| Signature | Print full name | Date |
|---|---|---|
| *[signature]* | Boysin Lorick | 11/21/2017 |
| *[signature]* | Cynthia Lorick | 11/21/2017 |
| Signature | Print full name | Date |
| | | |

2017112000432301

## Certification of resident transferor(s)/seller(s)

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) as signed below was a resident of New York State, and therefore is not required to pay estimated personal income tax under Tax Law, section 663(a) upon the sale or transfer of this real property or cooperative unit.

| Signature | Print full name | Date |
|---|---|---|
| Signature | Print full name | Date |
| Signature | Print full name | Date |
| Signature | Print full name | Date |

## Exemption for nonresident transferor(s)/seller(s)

This is to certify that at the time of the sale or transfer of the real property or cooperative unit, the transferor(s)/seller(s) (grantor) of this real property or cooperative unit was a nonresident of New York State, but is not required to pay estimated personal income tax under Tax Law, section 663 due to one of the following exemptions: *Pursuant to Bankruptcy Court Order*

☐ The real property or cooperative unit being sold or transferred qualifies in total as the transferor's/seller's principal residence (within the meaning of Internal Revenue Code, section 121) from _____ to _____ *(see instructions).*
    Date                Date

☐ The transferor/seller is a mortgagor conveying the mortgaged property to a mortgagee in foreclosure, or in lieu of foreclosure with no additional consideration.

☐ The transferor or transferee is an agency or authority of the United States of America, an agency or authority of the state of New York, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

| Signature | Print full name | Date |
|---|---|---|
| *Boysin Lorick* | *Boysin Lorick* | *11/21/2017* |
| *Cynthia Lorick* | *Cynthia Lorick* | *11/21/2017* |
| Signature | Print full name | Date |
| Signature | Print full name | Date |

2017112000432301

**TP-584**

| TRANSFERS INVOLVING MULTIPLE GRANTORS AND/OR GRANTEES |
|---|

**NOTE** If additional space is needed, attach copies of this schedule or an addendum listing all of the information required below.

| Grantor/Transferor | Name *(if individual, last, first, middle initial)*   LORICK, CYNTHIA THERESA | Social security number |
|---|---|---|
| ☑ Individual | | |
| ☐ Corporation | Mailing address ▮▮▮▮ | Social security number |
| ☐ Partnership | | |
| ☐ Estate/Trust | City                    State                    ZIP code | Federal EIN |
| ☐ Single member LLC | ▮▮ ▮ ▮▮ | |
| ☐ Other | Country | |
| | Single member's name if grantor/grantee is a single member LLC | Single member EIN or SSN |

| | Name *(if individual, last, first, middle initial)* | Social security number |
|---|---|---|
| ☐ Individual | | |
| ☐ Corporation | Mailing address | Social security number |
| ☐ Partnership | | |
| ☐ Estate/Trust | City                    State                    ZIP code | Federal EIN |
| ☐ Single member LLC | | |
| ☐ Other | Country | |
| | Single member's name if grantor/grantee is a single member LLC | Single member EIN or SSN |

| | Name *(if individual, last, first, middle initial)* | Social security number |
|---|---|---|
| ☐ Individual | | |
| ☐ Corporation | Mailing address | Social security number |
| ☐ Partnership | | |
| ☐ Estate/Trust | City                    State                    ZIP code | Federal EIN |
| ☐ Single member LLC | | |
| ☐ Other | Country | |
| | Single member's name if grantor/grantee is a single member LLC | Single member EIN or SSN |

| | Name *(if individual, last, first, middle initial)* | Social security number |
|---|---|---|
| ☐ Individual | | |
| ☐ Corporation | Mailing address | Social security number |
| ☐ Partnership | | |
| ☐ Estate/Trust | City                    State                    ZIP code | Federal EIN |
| ☐ Single member LLC | | |
| ☐ Other | Country | |
| | Single member's name if grantor/grantee is a single member LLC | Single member EIN or SSN |

| | Name *(if individual, last, first, middle initial)* | Social security number |
|---|---|---|
| ☐ Individual | | |
| ☐ Corporation | Mailing address | Social security number |
| ☐ Partnership | | |
| ☐ Estate/Trust | City                    State                    ZIP code | Federal EIN |
| ☐ Single member LLC | | |
| ☐ Other | Country | |
| | Single member's name if grantor/grantee is a single member LLC | Single member EIN or SSN |

20171120004323010l