UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

                                                               Chapter 11

BOYSIN RALPH LORICK and
CYNTHIA THERESA LORICK,                  Case No. 1-16-45645-nhl

                               Debtors.
---------------------------------------------------------------x

## ORDER AUTHORIZING RETENTION OF DAHIYA LAW OFFICES, LLC
## AS BANKRUPTCY COUNSEL TO THE DEBTOR

Upon the application (the "Application") of Boysin Ralph Lorick and Cynthia Theresa Lorick, the debtors and debtors in possession in the above case (the "Debtors"), for authority pursuant to § 327(a) of title 11 of the United States Code (the "Code") to retain DAHIYA LAW OFFICES, LLC  ("DLO") as bankruptcy counsel to the Debtors; and the affirmation of Karamvir Dahiya , principal of  DLO, dated October 24, 2017; and due and proper notice of the Application and its exhibits having been served by the Debtor upon the twenty (20) largest unsecured creditors in this case, the Office of the United States Trustee, and all parties who filed requests for notice; and an objection to the Application having been filed with the Court by Wells Fargo Bank, as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Pass-Through Certificates, Series 2007-C1 ("Wells Fargo"); and a hearing having been held on the Application on December 13, 2017 (the "Hearing"), and the record thereof; and it appearing that Karamvir  Dahiya is an attorney duly admitted to practice in this Court; and the Court being satisfied that DLO represents no interest adverse to the Debtor or to the estate in the matters upon which DLO is to be engaged, and that its employment is necessary and in the best interests of the estate, it is

**ORDERED**, all objections to the retention of DLO are hereby overruled as set forth on the record of the Hearing, and the Application is granted as set forth herein; and it is further

**ORDERED**, that the Debtors be, and it hereby are, authorized to retain DLO as bankruptcy counsel to represent the Debtor in the within case under chapter 11 of the Code, *nunc pro tunc* as of October 23, 2017, as a substitute counsel to the Debtors; and it is further

**ORDERED**, that all compensation and reimbursement of expenses to DLO for services rendered to the Debtor shall be consistent with the proposed Order of this Court establishing procedures for compensation and reimbursement of expenses of professionals, 11 U.S.C. §§ 330 and 331, the Bankruptcy Rules, the Local Rules and such other procedures as may, from time to time, be fixed by order of this Court; and it is further

**ORDERED**, that in the event DLO determines to raise its rates and such increase in rates are or will be applicable in the case, DLO shall promptly notify the Court, the 20 largest creditors of the Debtor and the United States Trustee for the Eastern District of New York of such changes, in writing.

NO OBJECTION:

William K. Harrington
United States Trustee for Region 2

By: /s/ Nazar Khodorovsky
Nazar Khodorovsky, Trial Attorney
Dated: December 15, 2017



Dated: December 20, 2017
Brooklyn, New York

**Nancy Hershey Lord**
**United States Bankruptcy Judge**