057301.0853817.11963159                                                                              Page 4

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/15/2017 | TMR | Consideration of outcome of hearing on Motion to Set Aside Sale; conference call with client regarding ████████ | 1.20 | 450.00 |
| 09/15/2017 | KB | Consideration of issues regarding ████████. Telephone conference with Mssrs. Church, McClosky and Bernardino and Ms. Wilkikki regarding ████ | 1.60 | 1,136.00 |
| 09/15/2017 | BLS | Review ████████ conference with Mr. Bernardino. | 0.80 | 500.00 |
| 09/18/2017 | BLS | Analysis of ████████ | 0.40 | 250.00 |
| 09/18/2017 | CMB | Telephone call to K. Brandofino regarding ████; telephone call to N. Ortiz regarding depositions; correspondence from and to R. McCord regarding auction transcript and review of same; review correspondence from N. Ortiz regarding depositions and retention of trial counsel. | 0.90 | 630.00 |
| 09/18/2017 | MR | Consideration of ████████ | 0.80 | 388.00 |
| 09/18/2017 | KB | Multiple correspondence regarding depositions. Consideration of issues regarding ████ | 2.20 | 1,562.00 |
| 09/18/2017 | TMR | Review correspondence regarding depositions; consideration of ████ | 0.50 | 187.50 |
| 09/19/2017 | SA | Docket review, contact court report to obtain transcript of 8/24/17 hearing. | 0.50 | 145.00 |
| 09/19/2017 | MR | Consideration of issues ████████; review of underlying bankruptcy documents in preparation for depositions. | 1.80 | 873.00 |
| 09/19/2017 | KB | Prepare for deposition. Multiple correspondence regarding ████ | 2.60 | 1,846.00 |
| 09/19/2017 | CMB | Correspondence from R. McCord regarding Choudhary; correspondence to and from J. Church and D. McCloskey regarding ████; telephone call to N. Ortiz regarding discovery and use of receiver funds; telephone calls to and from K. Brandofino regarding ████; correspondence to J. Church and D. McCloskey regarding ████ | 3.70 | 2,590.00 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/19/2017 | TMR | Consideration of ███████████████████████; consideration of ████████████████ | 0.40 | 150.00 |
| 09/20/2017 | BLS | Conference with Mr. Bernardino regarding ████████████████ | 0.20 | 125.00 |
| 09/20/2017 | BLS | Conference with Messrs. Bernardino and Brandofino regarding ██████████ | 0.40 | No Charge |
| 09/20/2017 | BLS | Analyze █████████████████████████████ | 0.70 | 437.50 |
| 09/20/2017 | BLS | Analyze and outline ████████████████████████████████████████████████████████ | 0.90 | 562.50 |
| 09/20/2017 | SA | Docket depositions. | 0.50 | No Charge |
| 09/20/2017 | MR | Consideration of issues ██████████████, review of pleadings and auction sale transcript in preparation for depositions. | 2.40 | 1,164.00 |
| 09/20/2017 | KB | Prepare for depositions. Review of deposition notices. Consideration of ████████████████ | 2.60 | 1,846.00 |
| 09/20/2017 | CMB | Correspondence from and to K. Brandofino and R. McCord regarding depositions; telephone calls to and from M. Rinaldi regarding ██████████████; prepare correspondence to D. McCloskey and J. Church regarding █████████████; telephone call to K. Brandofino regarding ██████████; review notice of appeal; conference call with K. Brandofino and B. Singleton regarding ██████████████; correspondence to and from K. Brandofino and B. Singleton regarding █████████████ | 3.50 | 2,450.00 |
| 09/21/2017 | MR | Consideration of issues ████████████████████████████████████████████████████████████ | 0.70 | 339.50 |
| 09/21/2017 | KB | Consideration of issues regarding ████████████████ | 1.10 | 781.00 |
| 09/21/2017 | BLS | Research regarding ████████████████████████████████████████ | 0.80 | 500.00 |
| 09/21/2017 | BLS | ██████ conference with Mr. Bernardino ████████████████ | 0.60 | 375.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/21/2017 | CMB | Correspondence from and to R. McCord regarding depositions; telephone calls to K. Brandofino regarding ██████ telephone call to N. Ortiz regarding status and depositions; prepare correspondence to K. Brandofino, D. McCloskey, and J. Church regarding ██████ | 2.40 | 1,680.00 |
| 09/22/2017 | CMB | Analysis of ██████ conference call with J. Wilkicki, D. McCloskey, J. Church, and K. Brandofino ██████ correspondence from and to R. McCord regarding depositions; telephone call to K. Brandofino regarding ██████ correspondence from and to N. Ortiz regarding notice of appeal and motion for reconsideration. | 2.70 | 1,890.00 |
| 09/22/2017 | KB | Consideration of ██████ Telephone conference with Ms. Wilkiki abd Mssrs. Chruch, McClosky and Bernardino. | 2.30 | 1,633.00 |
| 09/25/2017 | CMB | Review scheduling order; correspondence from and to K. Brandofino regarding ██████ conference call with K. Brandofino and M. Rinaldi regarding ██████ correspondence from and telephone call to N. Ortiz regarding potential purchase of property; correspondence from and to R. McCord regarding deposition scheduling and objection to rescheduling of Aryeh's deposition; prepare correspondence to J. Church and D. McCloskey regarding ██████ | 2.40 | 1,680.00 |
| 09/25/2017 | MR | Consideration of ██████ review of pleadings and auction transcript in preparation for same. | 1.60 | 776.00 |
| 09/25/2017 | KB | Prepare for depositions. Consideration of ██████ | 1.30 | 923.00 |
| 09/25/2017 | TMR | Review correspondence regarding rescheduling of deposition; consideration of strategy ██████ correspondence from Debtor's counsel regarding proposed resolution; prepare revised payoff calculation; | 1.60 | 600.00 |
| 09/25/2017 | BLS | Conference and correspondence regarding ██████ | 0.30 | 187.50 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/26/2017 | MR | Preparation for deposition Eli Aryeh; attendance and participation at deposition of Eli Aryeh; conference call with debtor's counsel, counsel for successful bidder and counsel for Mr. Choudhary regarding settlement negotiations. | 7.30 | 3,540.50 |
| 09/26/2017 | KB | Prepare for depositions of Mr Elyah. Multiple correspondence with counsel for Chowdhary, Lorick and McCord regarding settlement proposal. Consideration of ███████████████████████. Prepare for deposition of Ms. Ortiz. Correspondence with court reporter regarding transcript. | 4.80 | 3,408.00 |
| 09/26/2017 | CMB | Telephone calls from and to N. Ortiz and K. Brandofino regarding sale; correspondence from and to K. Brandofino regarding ████; prepare correspondence to M. Rinaldi regarding ████████; conference calls with K. Brandofino and M. Rinaldi regarding ████████; conference call with K. Brandofino, M. Rinaldi, N. Ortiz, R. McCord, and J. Nadelson regarding potential assignment of note; research regarding ████████ prepare response to Rule 59 motion. | 6.20 | 4,340.00 |
| 09/26/2017 | TMR | Correspondence regarding substitution of Choudhary for Ghalchi under the Sale Order; correspondece from McCord's office regarding location of Guela Deposition; receipt and review of alleged commitment from Choudhary; review ████████████████, correspondence to client regarding ████████, consideration of ████████████ | 2.10 | 787.50 |
| 09/27/2017 | CMB | Review Aryeh deposition transcript; review auction hearing transcript; prepare response to Ghalchi Rule 59 motion; conference call with M. Rinaldi, T. Reyes, and K. Brandofino regarding ████████████████; telephone call to K. Brandofino regarding ████████ review correspondence from R. McCord and N. Ortiz regarding assignment; revise response to Ghalchi Rule 59 motion; correspondence to and from K. Brandofino regarding ████████████ | 13.20 | 9,240.00 |
| 09/27/2017 | MR | Consideration of ████████████████████████; preparation for upcoming depositions. | 2.60 | 1,261.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/27/2017 | KB | Preparation and attendance at deposition of Norma Ortiz, debtors' counsel. Consideration of ███. Review and revision of response to the motion of Ghalchi regarding the sale. | 6.90 | 4,899.00 |
| 09/27/2017 | TMR | Conference call regarding ███ telephone conference and correspondence with Veritext regarding Aryeh transcript; receipt of transcript of Aryeh Deposition; review Aryeh deposition transcript; | 1.80 | 675.00 |
| 09/27/2017 | BLS | Conference and correspondence regarding ███ | 0.50 | 312.50 |
| 09/28/2017 | KB | Prepare for and attend deposition of martha dejesus. | 6.80 | 4,828.00 |
| 09/28/2017 | BEA | Discussed with C. Bernardino ███ | 1.20 | 510.00 |
| 09/28/2017 | MR | Preparation for deposition of Martha DeJesus; attendance at afternoon session of deposition of Martha DeJesus. | 6.40 | 3,104.00 |
| 09/28/2017 | KB | Review of Debtor's opposition to Ghalchi's motion. CoOnsideration of ███ | 0.70 | 497.00 |
| 09/28/2017 | CMB | Correspondence from and to K. Brandofino and N. Ortiz regarding depositions and briefs; review Macron retention application; telephone call from K. Brandofino regarding ███ telephone call to B. Adams regarding ███ | 1.80 | 1,260.00 |
| 09/28/2017 | TMR | Preparation of questions for Boysin Lorick deposition; review of Boysin Lorick and Mohammad Choudhary declarations in preparation for depositions | 2.10 | 787.50 |
| 09/29/2017 | BEA | Researched and drafted memo on ███ | 5.10 | 2,167.50 |
| 09/29/2017 | MR | Preparation for depositions of Boysin and Cynthia Lorick; attendance at depositions of Ralph and Cynthia Lorick; consideration of ███ | 7.30 | 3,540.50 |
| 09/29/2017 | KB | Consideration of issues regarding ███ Correspondence with client regarding ███ Correspondence with receiver regarding the same. Consideration ███ | 3.90 | 2,769.00 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 09/29/2017 | CMB | Telephone calls from and to K. Brandofino regarding ████████; correspondence regarding ████; conference with B. Singleton regarding ████████; review correspondence regarding environmental and receiver issues; correspondence to and from R. McCord regarding pretrial order; correspondence from and to M. Rinaldi and T. Reyes regarding ████████; review pretrial order; conference call with K. Brandofino and M. Rinaldi regarding ████████; review correspondence from B. Adamas regarding ████████; correspondence from N. Ortiz and from and to K. Brandofino regarding assignment; review Nadelson deposition notice. | 4.40 | 3,080.00 |
| 09/30/2017 | CMB | Correspondence from D. McCloskey regarding ████, correspondence to and from K. Brandofino regarding ████ | 0.20 | 140.00 |

**Total Fees**      **$97,857.50**

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|-----------|--------|
| CMB | Colin M. Bernardino | 0.20 | 700.00 | No Charge |
| CMB | Colin M. Bernardino | 60.40 | 700.00 | 42,280.00 |
| KB | Keith Brandofino | 0.50 | 710.00 | No Charge |
| KB | Keith Brandofino | 41.60 | 710.00 | 29,536.00 |
| BLS | B. L. Singleton | 0.40 | 625.00 | No Charge |
| BLS | B. L. Singleton | 5.80 | 625.00 | 3,625.00 |
| MR | Max Rinaldi | 30.90 | 485.00 | 14,986.50 |
| BEA | Blaine E. Adams | 6.30 | 425.00 | 2,677.50 |
| TMR | Therese M. Reyes | 1.10 | 375.00 | No Charge |
| TMR | Therese M. Reyes | 11.90 | 375.00 | 4,462.50 |
| SA | Stuart Atias | 0.50 | 290.00 | No Charge |
| SA | Stuart Atias | 1.00 | 290.00 | 290.00 |
| | **Totals** | **160.60** | | **$97,857.50** |

*Other Charges:*

| | | |
|---|---|---|
| 09/13/2017 | Airfare Expense of BERNARDINO/COLIN M for a trip to ATL LGA ATL on 09/14/17 to 09/14/17 | 794.40 |
| 09/14/2017 | Travel and Ground Transportation - Internet Expense of Colin Bernardino on 09/14/17 regarding 9/14/17 Coney Island Hearing in New York, | 17.00 |
| 09/14/2017 | Travel and Ground Transportation - Taxi/Car Service Expense of Colin Bernardino on 09/14/17 regarding 9/14/17 Coney Island Hearing in New York, | 53.47 |
| 09/14/2017 | Travel and Ground Transportation - Taxi/Car Service Expense of Colin Bernardino on 09/14/17 regarding 9/14/17 Coney Island Hearing in New York, | 43.55 |
| 09/14/2017 | Meals - Lunch Expense of Colin Bernardino on 09/14/17 regarding 9/14/17 Coney Island Hearing in New York, | 11.36 |
| 09/14/2017 | Meals - Dinner Expense of Colin Bernardino on 09/14/17 regarding 9/14/17 Coney Island Hearing in New York, | 35.52 |
| 09/14/2017 | Travel and Ground Transportation - Parking Expense of Colin Bernardino on 09/14/17 regarding 9/14/17 Coney Island Hearing in New York, | 19.00 |
| 09/22/2017 | Westlaw On-Line Legal Research | 33.66 |
| 09/26/2017 | Travel and Ground Transportation - Taxi/Car Service Expense of Max Rinaldi on 09/26/17 regarding Travel to/from Court ($16.00 receipt is misplaced) - East Meadow, NY | 88.45 |
| 09/28/2017 | Travel and Ground Transportation - Taxi/Car Service Expense of Max Rinaldi on 09/28/17 regarding Travel to/from Court - East Meadow, NY | 81.35 |
| 09/29/2017 | Westlaw On-Line Legal Research | 33.66 |
| 09/29/2017 | Travel and Ground Transportation - Taxi/Car Service Expense of Keith Brandofino on 09/29/17 regarding Travel to/from Boysin and Cynthia Lorick deposition. | 50.57 |
| 09/29/2017 | Travel and Ground Transportation - Public Transit Expense of Keith Brandofino on 09/29/17 regarding Travel to/from Boysin and Cynthia Lorick deposition. (MTA Long Island Rail Road) | 35.00 |
| 09/29/2017 | Travel and Ground Transportation - Mileage Expense of Max Rinaldi on 09/29/17 regarding Travel to/from Court - East Meadow, NY | 38.65 |
| | Document Reproduction | 176.70 |

**Total Other Charges**                                                   **$1,512.34**


**TOTAL AMOUNT DUE THIS INVOICE**                               **$99,369.84**



### KILPATRICK TOWNSEND
ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
**Payments Only: accountsreceivable@kilpatricktownsend.com**
**Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com**
**Fed I.D. 58-0511774**

November 7, 2017

WATERSTONE ASSET MANAGEMENT, LLC
ATTN: JOHN CHURCH
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC 28056

Client:        057301
Matter:       0853817
Invoice #:    11971948

RE:   3126 CONEY ISLAND AVE

## REMITTANCE PAGE

| Date | Invoice Number | Fees | Disbursements | Interest/Other | Payments | Balance Due |
|------|---------------|------|---------------|----------------|----------|-------------|
| 10/12/17 | 11963159 | 97,857.50 | 1,512.34 | 0.00 | 0.00 | 99,369.84 |
| **Previous Balance Due:** | | **$97,857.50** | **$1,512.34** | **$0.00** | **$0.00** | **$99,369.84** |
| **Current Invoice:** | | | | | | |
| 11/07/17 | 11971948 | $117,632.00 | $8,683.86 | $0.00 | | $126,315.86 |
| **Grand Total Due - This Matter** | | | | | | **$225,685.70** |

*Please return this page with payment*
*Due and Payable upon receipt.  1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**Bank: Wells Fargo Bank, N.A.**
**ABA Routing No.:   121 000 248**
**ABA Routing No. for ACH and Other EFTs:   061 000 227**

**Credit: Kilpatrick Townsend & Stockton LLP**
**Account No.: 2000131592388**
**Swift Code: WFBIUS6S**


**KILPATRICK**
**TOWNSEND**
ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
**Payments Only: accountsreceivable@kilpatricktownsend.com**
**Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com**
**Fed I.D. 58-0511774**

November 7, 2017

WATERSTONE ASSET MANAGEMENT, LLC
ATTN: JOHN CHURCH
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC 28056

| | |
|---|---|
| Client: | 057301 |
| Matter: | 0853817 |
| Invoice #: | 11971948 |

RE:    3126 CONEY ISLAND AVE

**For Professional Services Through October 31, 2017:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/02/2017 | CMB | Conference call with K. Brandofino and M. Rinaldi regarding ████████; correspondence to and from R. McCord and E. Aryeh regarding trial subpoenas and depositions; conference with B. Singleton regarding ██████ ██████ telephone calls from and to J. Church regarding ██████████; correspondence from and to K. Brandofino, D. McCloskey, and J. Church regarding ██████████; review Ghalchi pretrial statement; telephone calls from K. Brandofino regarding ██████ ██████ prepare for status conference with court; conference call with J. Church, D. McCloskey, and K. Brandofino regarding ██████████. | 5.30 | 3,710.00 |
| 10/02/2017 | MR | Consideration of ██████████ ██████████, consideration of ██████ ████████ | 1.90 | 921.50 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/02/2017 | KB | Prepare for and attend deposition of Jack Guela. Attend conference before Judge Craig regarding application to assign bid from Ghalchi to Chowdhury. Review of proposed pre-trial order. Telephone conference with Mssrs. Church, Mcclosky and Bernardino regarding ▮▮▮▮ | 9.30 | 6,603.00 |
| 10/02/2017 | TMR | Consideration of ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮; correspondence from receiver regarding payment to Partner. | 0.50 | 187.50 |
| 10/02/2017 | BLS | , Mr. Bernadino regarding ▮▮▮▮ ▮▮▮▮ conference regarding ▮▮▮▮ ▮▮▮ conference regarding ▮▮▮▮▮▮▮. | 0.90 | 562.50 |
| 10/02/2017 | JPR | Conduct legal research regarding ▮▮▮▮ ▮▮▮▮▮▮▮; develop ▮▮▮▮ ▮▮▮▮▮. | 3.70 | 1,276.50 |
| 10/02/2017 | BLS | Conference with associates regarding ▮▮▮▮ ▮▮▮▮▮. | 0.50 | 312.50 |
| 10/03/2017 | MR | Consideration of ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮; correspondence with counsel for Soleyman Ghalchi regarding status of depositions of Jane Nadelson and Mohammad Choudhary; review of pre-trial order submitted by Soleyman Ghalchi; review of deposition transcripts of Cynthia Lorrick and Boysin Lorrick. | 2.60 | 1,261.00 |
| 10/03/2017 | CMB | Conferences with B. Singleton regarding ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮; review correspondence from J. Reynolds regarding ▮▮▮▮▮▮▮▮; correspondence from and to N. Ortiz regarding assignment of Ghalchi bid; review correspondence from K. Brandofino regarding ▮▮▮▮▮; review correspondence from D. Rosenberg regarding payments to Partner; review correspondence from R. McCord regarding pretrial order; review Ghalchi's and Debtors' proposed pretrial orders; review deposition transcripts; correspondence regarding ▮▮▮▮▮▮ ▮▮▮▮▮. | 5.60 | 3,920.00 |
| 10/03/2017 | TMR | Review deposition transcript of Norma Ortiz and Elie Aryeh; draft notes regarding ▮▮▮; consideration of proposed joint pre-trial order and depositions; | 3.90 | 1,462.50 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/03/2017 | BLS | █████ conference regarding █████████████████; review █████████████████ | 1.50 | 937.50 |
| 10/03/2017 | JPR | Conduct legal research regarding █████████ ██████████ (.8); draft and revise ███████ ███████████████ (1.3); prepare ████████ ██████ | 2.30 | 793.50 |
| 10/04/2017 | MR | Preparation for depositions of Jane Nadelson, Esq. and Mohammad Choudhary; attendance at depositions of Jane Nadelsohn, Esq. and Mohammad Choudhary; consideration of ████████████████████ ██████; review of bankruptcy filings by parties in advance of evidentiary hearing; correspondence with court reporter regarding transcripts of depositions held today. | 10.60 | 5,141.00 |
| 10/04/2017 | KB | Prepare for evidentiary hearing on Ghalchi's motion to vacate sale. Review of correspondence from Mr. Rosenberg. Consideration of ███████████ Review of insurance proceeds. Multiple correspondence regarding the same. | 6.20 | 4,402.00 |
| 10/04/2017 | CMB | Review deposition transcripts; prepare for evidentiary hearing; review correspondence from D. Rosenberg regarding remediation; correspondence from and to M. Rinaldi regarding ██████████ prepare ████████████; conferences with K. Brandofino and T. Reyes regarding ████████ █████; correspondence from and to K. Brandofino, J. Church, and M. Rinaldi regarding ███████████; review correspondence from N. Ortiz regarding closing; prepare Ghalchi cross-examination outline; review revised proposed pretrial order; correspondence from and to J. Reynolds regarding ██████████████; review correspondence regarding ████████ | 6.20 | 4,340.00 |
| 10/04/2017 | TMR | Review deposition transcript of Boysin Lorick, Martha DeJesus, Jack Guella, Cynthia Lorick, Jane Nadelson and Mohammed Choudhary; draft notes regarding █████ attention to preparation of transcripts and documentation for appearance at hearing on Ghalchi Motion | 7.80 | 2,925.00 |
| 10/04/2017 | SL | Examined pre-trial orders and assembled all 45 exhibits to be bound for tomorrow's hearing. | 4.30 | 1,354.50 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/04/2017 | SG | Prepare hearing binder. | 0.50 | 132.50 |
| 10/04/2017 | BLS | Conference and correspondence regarding ███████████████; review ██████ ████████; conference regarding ████ | 1.30 | 812.50 |
| 10/04/2017 | BLS | █████ conference regarding ████████; ██ conference regarding ██████████ ███████████ | 0.70 | 437.50 |
| 10/04/2017 | JPR | Draft and revise ███████████████████; conduct legal research regarding ████████ ██████ | 0.70 | 241.50 |
| 10/05/2017 | MR | Consideration of ██████████████████ █████ | 1.40 | 679.00 |
| 10/05/2017 | KB | Prepare for and attend evidentiary hearing on Ghalchi's motion to vacate sale. | 6.20 | 4,402.00 |
| 10/05/2017 | CMB | Prepare for Rule 59 hearing; travel to Rule 59 hearing; attend Rule 59 hearing; travel from Rule 59 hearing; correspondence from and to D. McCloskey regarding ████████████████ telephone call from J. Church regarding ██████ ███████████ telephone call from K. Brandofino regarding | 9.70 | 6,790.00 |
| 10/05/2017 | TMR | Attend Hearing on Ghalchi Motion | 8.90 | 3,337.50 |
| 10/06/2017 | CMB | Prepare for hearing; travel to hearing; attend hearing; travel from hearing; telephone call from K. Brandofino regarding ████████████ correspondence from and to K. Brandofino, D. McCloskey, and J. Church regarding ██████████ ████████ | 9.20 | 6,440.00 |
| 10/06/2017 | MR | Consideration of ██████████████████████ | 1.30 | 630.50 |
| 10/06/2017 | KB | Attendance at evidentiary hearing on Ghalchi's motion to vacate sale. Consideration of ████████████ ████ | 4.70 | 3,337.00 |
| 10/06/2017 | TMR | Attend Hearing on Ghalchi Motion | 8.00 | 3,000.00 |
| 10/07/2017 | CMB | Correspondence from and to K. Brandofino, J. Church, and D. McCloskey regarding ███████████ | 0.10 | No Charge |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/09/2017 | CMB | Correspondence from and to K. Brandofino regarding ▓▓▓ conference call with J. Church, D. McCloskey, and K. Brandofino regarding ▓▓▓, telephone call to K. Brandofino regarding ▓▓▓ | 0.80 | 560.00 |
| 10/09/2017 | TMR | Conference call regarding hearing on Ghalchi Motion | 0.90 | 337.50 |
| 10/09/2017 | KB | Consideration of ▓▓▓▓▓▓▓▓. Telephone conference with Mssrs. Church, McClosky, Bernardino and Ms. Reyes regarding ▓▓▓. Correspondence with Ms. Ortiz regarding status of additional deposit to extend closing date. | 1.40 | 994.00 |
| 10/10/2017 | TMR | Review Amended Notice of Appeal and Ghalchi's Designation of Record on Appeal; | 0.40 | 150.00 |
| 10/10/2017 | CMB | Prepare stipulation. | 0.20 | 140.00 |
| 10/10/2017 | KB | Consideration ▓▓▓▓▓▓ | 0.60 | 426.00 |
| 10/11/2017 | CMB | Correspondence to and from K. Brandofino and N. Ortiz regarding additional deposit and closing. | 0.20 | 140.00 |
| 10/11/2017 | KB | Correspondence with Ms. Ortiz regarding additional deposit. Consideration of ▓▓▓. | 1.20 | 852.00 |
| 10/12/2017 | MR | Consideration of ▓▓▓▓▓▓ | 0.40 | 194.00 |
| 10/12/2017 | JPR | Confer with C. Bernardino regarding ▓▓▓▓▓ | 0.60 | 207.00 |
| 10/12/2017 | CMB | Conference with J. Reynolds regarding ▓▓▓ | 0.80 | 560.00 |
| 10/12/2017 | KB | Multiple correspondence with Ms. Ortiz regarding closing. COnsideration of ▓▓▓▓. | 1.90 | 1,349.00 |
| 10/13/2017 | CMB | Correspondence from and to J. Church regarding ▓▓▓ | 0.70 | 490.00 |
| 10/13/2017 | JPR | Conduct legal research regarding ▓▓▓▓; draft and revise email to C. Bernardino regarding ▓▓▓ | 1.70 | 586.50 |
| 10/16/2017 | CMB | Review memorandum regarding ▓▓▓▓, conference with J. Reynolds regarding ▓▓▓ prepare correspondence to K. Brandofino regarding ▓▓▓ | 1.20 | 840.00 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/16/2017 | JPR | Confer with C. Bernardino regarding strategy ███; confer with T. Webb regarding ███████████; conduct research regarding ███████ | 1.10 | 379.50 |
| 10/16/2017 | KB | Review of computation of amount due. Consideration ████████ | 1.90 | 1,349.00 |
| 10/17/2017 | CMB | Correspondence from and to K. Brandofino regarding ███████; review correspondence regarding receiver and building permits; review motion to strike appellate designations. | 0.40 | 280.00 |
| 10/17/2017 | JPR | Draft and revise motion to strike designation of record on appeal and conduct legal research ████████; develop strategy with T. Webb regarding | 2.30 | 793.50 |
| 10/17/2017 | TMR | Review past payoff amount calculations and legal fees; revise for payoff calculation as of November 13, 2017; consideration of additional deposit and appeal; correspondence from client regarding ████████; correspondence from receiver regarding Department of Buildings permit status and remediation; | 1.90 | 712.50 |
| 10/17/2017 | KB | Consideration of ███████████. Correspondence with Mr. Rosenberg regarding permits and status of remediation work. | 1.30 | 923.00 |
| 10/18/2017 | CMB | Review correspondence from J. Reynolds regarding ██████████ | 0.30 | 210.00 |
| 10/18/2017 | JPR | Review and analyze ██████████; confer with T. Webb regarding ██████ | 1.80 | 621.00 |
| 10/19/2017 | CMB | Review and revise motion to strike appellant's record designations; conference with J. Reynolds regarding ███; correspondence to and from K. Brandofino regarding ███ correspondence from and to R. McCord regarding same; review correspondence from D. Rosenberg regarding Partner. | 0.50 | 350.00 |
| 10/19/2017 | JPR | Revise motion to strike designation of record on appeal (.8); confer with C. Bernardino regarding ███ (.2). | 1.00 | 345.00 |
| 10/19/2017 | TMR | Consideration of updated payoff; additional review of estimated legal fees; | 0.50 | 187.50 |

057301.0853817.11971948                                                                                    Page 7

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/19/2017 | KB | Correspondence with Mr. Rosenberg regarding expenses of remediation work. | 0.40 | 284.00 |
| 10/20/2017 | CMB | Correspondence regarding payoff. | 0.10 | No Charge |
| 10/23/2017 | CMB | Telephone call to M. de Jesus regarding status; correspondence to K. Brandofino regarding same. | 0.20 | 140.00 |
| 10/23/2017 | TMR | Consideration of ███████████████████ | 0.30 | 112.50 |
| 10/23/2017 | KB | Consideration of ███████████████ | 1.80 | 1,278.00 |
| 10/24/2017 | CMB | Conference call with K. Brandofino and T. Reyes regarding ████████; prepare ███████████; conference call with K. Brandofino and J. Church regarding ██████████ review notice of appearance of new counsel; telephone call to K. Brandofino regarding ████████████; telephone call to N. Ortiz regarding new counsel; correspondence from K. Brandofino regarding █████ ████ review correspondence from N. Ortiz regarding assignment of leases; prepare correspondence to J. Church and D. McCloskey regarding ████████████ | 4.20 | 2,940.00 |
| 10/24/2017 | TMR | Consideration of ████████████; correspondence to client regarding ████████; consideration of ████████████ review ████████████; review correspondence from Debtor's counsel regarding rejection and renewal of leases and security deposits; consideration of ████████████ receipt of correspondence to clients regarding ████████ | 1.60 | 600.00 |
| 10/24/2017 | KB | Consideration of █████ Telephone conference with client regarding ██████ Consideration of █████ | 2.40 | 1,704.00 |
| 10/25/2017 | MR | Consideration of ████████████ | 0.70 | 339.50 |
| 10/25/2017 | JPR | Conduct legal research regarding █████████ | 0.30 | 103.50 |

057301.0853817.11971948                                                                                    Page 8

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/25/2017 | CMB | Conference call with K. Brandofino, T. Reyes, J. Church, and D. McCloskey regarding ███████████ ███████████; review correspondence from D. Rosenberg regarding receiver fees; review correspondence from R. McCord regarding injunctive relief; correspondence from and to J. Reynolds regarding ███████████; prepare for status conference; correspondence to and from K. Brandofino and G. Caiola regarding ████ ████. | 4.30 | 3,010.00 |
| 10/25/2017 | TMR | Conference call with client regarding ████; correspondence with client regarding ███████████; receipt and review of draft accounting; correspondence to client regarding ████████; receipt and review of complaint by Ghalchi for commencement of adversary proceeding and McCord letter to Court regarding adversary proceeding; consideration of ████████. | 2.40 | 900.00 |
| 10/25/2017 | KB | Consideration of ██████████. Telephone conference with client regarding ████. Review of receiver's proposed accounting. Review of complaint filed by Ghalchi. | 3.90 | 2,769.00 |
| 10/26/2017 | CMB | Revise motion to strike appellate designation of record and telephone call to S. Green regarding ██████; conference with T. Reyes regarding ████; correspondence to and from N. Khorodovsky regarding substitution of counsel; conference call with K. Brandofino, D. McCloskey, and J. Church regarding ███████████; review memorandum from J. Reynolds regarding ████████; travel to and from status conference; attend status conference and conferences with various parties regarding closing; conference call with J. Church, D. McCloskey, and T. Reyes regarding ████; telephone call to K. Brandofino regarding | 7.60 | 5,320.00 |
| 10/26/2017 | JPR | Conduct legal research regarding ██████ ██████████; draft and revise email to C. Bernardino regarding ██████ ████. | 1.10 | 379.50 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/26/2017 | TMR | Conference call with client regarding ▉▉▉▉▉; legal research on ▉▉▉▉▉; review leases provided by Receiver; attend status conference; conference call with client regarding ▉▉▉ | 7.60 | 2,850.00 |
| 10/26/2017 | SG | Prepare and file motion to strike. | 0.60 | 159.00 |
| 10/26/2017 | KB | Prepare for and appearance at court on Ghalchi's motion to stay closing and debtor's motion for substitution of counsel. Consideration of ▉▉. Correspondence with Mssrs. Chruch, McClosky and Bernardino and Ms. Reyes. | 4.80 | 3,408.00 |
| 10/26/2017 | BLS | Review complaint; conference with Mr. Reynolds and Mr. Bernardino regarding ▉▉▉▉▉▉; review ▉▉▉ | 1.20 | 750.00 |
| 10/27/2017 | CMB | Review correspondence from E. Aryeh regarding leases; review correspondence regarding ▉▉; review motion for preliminary injunction; conference with J. Reynolds regarding ▉▉▉. | 2.30 | 1,610.00 |
| 10/27/2017 | JPR | Develop strategy with Colin Bernardino regarding ▉▉▉▉▉ | 0.20 | 69.00 |
| 10/27/2017 | SG | Distribute motion for injunction. | 0.10 | No Charge |
| 10/27/2017 | TMR | Correspondence with receiver regarding contempt order and judgment; review file for same; revise payoff through November 13; review correspondence from Ghalchi's real estate counsel regarding leases; | 1.10 | 412.50 |
| 10/27/2017 | KB | Review of Ghalchi's order to show cause to stay closing. Consideration of ▉▉▉ | 1.20 | 852.00 |
| 10/28/2017 | JPR | Review and analyze Ghalchi's motion for preliminary injunction. | 0.20 | 69.00 |
| 10/30/2017 | JPR | Draft and revise brief in opposition to Ghalchi's motion for preliminary injunction and conduct legal research regarding ▉▉ | 5.30 | 1,828.50 |
| 10/30/2017 | TMR | Attention to obtaining a copy of transcripts for hearing held on October 5 and October 6, 2017 | 0.70 | 262.50 |
| 10/31/2017 | CMB | Conference with J. Reynolds regarding ▉▉▉; review and revise response to preliminary injunction motion. | 0.70 | 490.00 |

057301.0853817.11971948                                                          Page 10

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/31/2017 | JPR | Revise brief in opposition to Ghalchi's motion for preliminary injunction (1.1); develop strategy with C. Bernardino regarding ▓▓▓▓. | 1.20 | 414.00 |
| 10/31/2017 | BLS | Conferences with Messrs. Bernardino and Reynolds regarding ▓▓▓▓▓▓▓▓ ▓▓▓▓ | 0.40 | 250.00 |
| | | **Total Fees** | | **$117,632.00** |

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|-----------|--------|
| CMB | Colin M. Bernardino | 0.20 | 700.00 | No Charge |
| CMB | Colin M. Bernardino | 60.40 | 700.00 | 42,280.00 |
| KB | Keith Brandofino | 49.20 | 710.00 | 34,932.00 |
| BLS | B. L. Singleton | 6.50 | 625.00 | 4,062.50 |
| MR | Max Rinaldi | 18.90 | 485.00 | 9,166.50 |
| SL | Sarah Lemon | 4.30 | 315.00 | 1,354.50 |
| TMR | Therese M. Reyes | 46.50 | 375.00 | 17,437.50 |
| JPR | Joe P. Reynolds | 23.50 | 345.00 | 8,107.50 |
| SG | Shavone Green | 0.10 | 265.00 | No Charge |
| SG | Shavone Green | 1.10 | 265.00 | 291.50 |
| | **Totals** | **210.70** | | **$117,632.00** |

*Other Charges:*

| | | |
|------|-------------|--------|
| 10/02/2017 | Veritext/New York Reporting Co.; Norma Ortiz transcript | 1,527.39 |
| 10/04/2017 | Veritext/New York Reporting Co.; Witness 16-45645 Transcript | 43.20 |
| 10/04/2017 | Travel and Ground Transportation - Taxi/Car Service Expense of Colin Bernardino on 10/04/17 regarding Attend Lorick Hearing in New York | 43.87 |
| 10/04/2017 | Travel and Ground Transportation - Internet Expense of Colin Bernardino on 10/04/17 regarding Attend Lorick Hearing in New York | 6.50 |
| 10/04/2017 | Travel and Ground Transportation - Mileage Expense of Max Rinaldi on 10/04/17 regarding Travel to/from Lorrick Deposition. | 38.65 |
| 10/05/2017 | Meals - Hotel - Breakfast Expense of Colin Bernardino on 10/05/17 regarding Attend Lorick Hearing in New York | 28.55 |
| 10/05/2017 | Hotel Expense of Colin Bernardino on 10/04/2017 - 10/06/2017 to New York, NY regarding Attend Lorick Hearing in New York | 347.76 |

*Other Charges:*

| Date | Description | Amount |
|---|---|---|
| 10/06/2017 | Meals - Breakfast Expense of Colin Bernardino on 10/06/17 regarding Attend Lorick Hearing in New York | 10.42 |
| 10/06/2017 | Meals - Meals Other Expense of Colin Bernardino on 10/06/17 regarding Attend Lorick Hearing in New York | 7.54 |
| 10/06/2017 | Meals - Dinner Expense of Colin Bernardino on 10/06/17 regarding Attend Lorick Hearing in New York | 47.27 |
| 10/06/2017 | Hotel Expense of Colin Bernardino on 10/05/2017 - 10/05/2017 to New York, NY regarding Attend Lorick Hearing in New York | 370.70 |
| 10/06/2017 | Travel and Ground Transportation - Taxi/Car Service Expense of Colin Bernardino on 10/06/17 regarding Attend Lorick Hearing in New York | 46.95 |
| 10/06/2017 | Travel and Ground Transportation - Parking Expense of Colin Bernardino on 10/06/17 regarding Attend Lorick Hearing in New York | 108.00 |
| 10/10/2017 | Veritext/New York Reporting Co.; Elie Aryeh Transcript | 806.20 |
| 10/11/2017 | Veritext/New York Reporting Co.; Boysin Ralph Lorick / Cynthia Theresa Lorick Transcripts | 1,931.18 |
| 10/18/2017 | Veritext/New York Reporting Co.; Jane Nadelson and Mohammad Choudhary Transcripts | 2,245.76 |
| 10/24/2017 | Westlaw On-Line Legal Research | 33.66 |
| 10/25/2017 | Travel and Ground Transportation - Internet Expense of Colin Bernardino on 10/25/17 regarding Attend Lorick Hearing in New York. | 10.00 |
| 10/25/2017 | Travel and Ground Transportation - Taxi/Car Service Expense of Colin Bernardino on 10/25/17 regarding Attend Lorick Hearing in New York. | 45.66 |
| 10/26/2017 | Meals - Lunch Expense of Colin Bernardino on 10/26/17 regarding Attend Lorick Hearing in New York. | 7.61 |
| 10/26/2017 | Meals - Meals Other Expense of Colin Bernardino on 10/26/17 regarding Attend Lorick Hearing in New York. | 20.77 |
| 10/26/2017 | Hotel Expense of Colin Bernardino on 10/25/2017 - 10/26/2017 to New York, NY regarding Attend Lorick Hearing in New York. | 496.92 |
| 10/26/2017 | Meals - Dinner Expense of Colin Bernardino on 10/26/17 regarding Attend Lorick Hearing in New York. | 31.22 |
| 10/26/2017 | Travel and Ground Transportation - Parking Expense of Colin Bernardino on 10/26/17 regarding Attend Lorick Hearing in New York. | 28.00 |
| 10/26/2017 | Travel and Ground Transportation - Taxi/Car Service Expense of Colin Bernardino on 10/26/17 regarding Attend Lorick Hearing in New York. | 44.38 |
| 10/30/2017 | Westlaw On-Line Legal Research | 134.64 |
| 10/31/2017 | Westlaw On-Line Legal Research | 33.66 |

*Other Charges:*

| | |
|---|---|
| Document Reproduction | 152.10 |
| PACER charges for September 2017 | 35.30 |
| **Total Other Charges** | **$8,683.86** |

**TOTAL AMOUNT DUE THIS INVOICE**                                    **$126,315.86**



WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
LINDSEY, DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1558609 |
| Invoice Date | 09/12/14 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 08/20/14 | DHQ | | 0.30 | $190.50 |
| 08/20/14 | CTR | | 1.40 | $280.00 |
| 08/22/14 | DHQ | | 0.90 | $571.50 |
| 08/22/14 | CTR | | 0.90 | $180.00 |
| 08/26/14 | DHQ | | 0.20 | $127.00 |
| 08/26/14 | CTR | | 0.40 | $80.00 |
| 08/27/14 | DHQ | | 0.60 | $381.00 |
| 08/27/14 | CTR | | 0.30 | $60.00 |
| 08/27/14 | CTR | | 0.30 | $60.00 |

WATERSTONE ASSET MANAGEMENT LLC
Invoice Number: 1558609

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| | |  | | |
| 08/29/14 | DHQ | | 0.40 | $254.00 |
| 08/29/14 | CTR | | 0.50 | $100.00 |
| | | | Total Hours 6.20 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D H QUIGLEY | 2.40 | at | $635.00 | = | $1,524.00 |
| C T RENNA | 3.80 | at | $200.00 | = | $760.00 |
| | | Current Fees | | | $2,284.00 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|---|-------|
| 08/27/14 | Prof Fees - Consultant Fees  re: 3126 Coney Island. VENDOR: DJS CONSULTING INC; INVOICE#: AKIN082714; DATE: 8/27/2014 | 350.00 |
| | Current Expenses | $350.00 |

**Total Amount of This Invoice**                                    **$2,634.00**



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
LINDSEY, DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1558609 |
| Invoice Date: | 09/12/14 |

FED I.D. NO.    75-1338644

Total Amount of This Invoice                                              $2,634.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| | | $0 | $0 | $0 |

Prior Balance Due                                                              $0

Total Balance Due Upon Receipt                                    $2,634.00

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
LINDSEY, DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Invoice Number | 1558609 |
| Invoice Date | 09/12/14 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
#### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1558609

(For wires originating outside the US reference Swift ID# CITIUS33)



# Akin Gump
## Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1584571 |
| Invoice Date | 02/17/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 01/28/15 | DHQ | | 0.30 | $190.50 |
| 01/28/15 | CTR | | 0.60 | $120.00 |
| 01/29/15 | DHQ | | 0.50 | $317.50 |
| 01/29/15 | CTR | | 0.90 | $180.00 |
| 01/30/15 | DHQ | | 0.50 | $317.50 |
| | | Total Hours | 2.80 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H QUIGLEY | 1.30 | at | $635.00 | = | $825.50 |
| C T RENNA | 1.50 | at | $200.00 | = | $300.00 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1584571

| Timekeeper | Hours | Rate | Value | |
|---|---|---|---|---|
| | Current Fees | | | $1,125.50 |

| | | |
|---|---|---|
| **Total Amount of This Invoice** | | **$1,125.50** |
| **Prior Balance Due** | | $0 |
| **Total Balance Due Upon Receipt** | | $1,125.50 |



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1584571 |
| Invoice Date: | 02/17/15 |

FED I.D. NO.          75-1338644

Total Amount of This Invoice                                        $1,125.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| | | $0 | $0 | $0 |

Prior Balance Due                                                        $0

Total Balance Due Upon Receipt                          $1,125.50

Please let us know promptly should your records reflect a different balance.

**REMITTANCE COPY**

**Return with Payment**

| | | |
|---|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number | 1584571 |
| ATTN: LINDSEY DEERE | Invoice Date | 02/17/15 |
| 8720 RED OAK BOULEVARD | Client Number | 693741 |
| SUITE 300 | Matter Number | 0002 |
| CHARLOTTE, NC 28217 | | |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1584571

(For wires originating outside the US reference Swift ID# CITIUS33)

Akin Gump Strauss Hauer & Feld LLP /Dept 7247-6827 /Philadelphia, PA 19170-6827



WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1589121 |
| Invoice Date | 03/16/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/28/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 02/02/15 | DHQ | | 0.70 | $444.50 |
| 02/05/15 | DHQ | | 0.30 | $190.50 |
| 02/11/15 | DHQ | | 0.80 | $508.00 |
| 02/24/15 | DHQ | | 0.20 | $127.00 |
| 02/25/15 | DHQ | | 0.40 | $254.00 |
| 02/25/15 | CTR | | 1.80 | $360.00 |
| 02/26/15 | DHQ | | 0.50 | $317.50 |
| | | Total Hours | 4.70 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H QUIGLEY | 2.90 | at | $635.00 | = | $1,841.50 |
| C T RENNA | 1.80 | at | $200.00 | = | $360.00 |

WATERSTONE ASSET MANAGEMENT LLC                                              Page 2
Bill Number: 1589121                                                        03/16/15

| Timekeeper | Hours | Rate | Value | |
|---|---|---|---|---|
| Current Fees | | | | $2,201.50 |

**Total Amount of This Invoice**                                           **$2,201.50**

**Prior Balance Due**                                                       $1,125.50

**Total Balance Due Upon Receipt**                                          $3,327.00



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1589121 |
| Invoice Date: | 03/16/15 |

FED I.D. NO.        75-1338644

Total Amount of This Invoice                                              $2,201.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 02/17/15 | 1584571 | $1,125.50 | $0.00 | $1,125.50 |
| | | $1,125.50 | $0.00 | $1,125.50 |

Prior Balance Due                                              $1,125.50

Total Balance Due Upon Receipt                                 $3,327.00

Please let us know promptly should your records reflect a different balance.

**REMITTANCE COPY**

**Return with Payment**

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number    1589121 |
| ATTN: LINDSEY  DEERE | Invoice Date      03/16/15 |
| 8720 RED OAK BOULEVARD | Client Number     693741 |
| SUITE 300 | Matter Number         0002 |
| CHARLOTTE, NC  28217 | |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1589121

(For wires originating outside the US reference Swift ID# CITIUS33)



WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Invoice Number | 1595194 |
| Invoice Date | 04/20/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 03/02/15 | DHQ | | 0.40 | $254.00 |
| 03/03/15 | DHQ | | 0.30 | $190.50 |
| | | Total Hours | 0.70 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H  QUIGLEY | 0.70 | at | $635.00 | = | $444.50 |
| | Current Fees | | | | $444.50 |

**Total Amount of This Invoice**                                          **$444.50**

WATERSTONE ASSET MANAGEMENT LLC
Invoice Number: 1595194



## Akin Gump
### Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

Client Number:        693741
Invoice Number:      1595194
Invoice Date:          04/20/15

FED I.D. NO.        75-1338644

Total Amount of This Invoice                                     $444.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
|      |           | $0     | $0      | $0      |

Prior Balance Due                                      $0

Total Balance Due Upon Receipt                    $444.50

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

### Return with Payment

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | |
| ATTN: LINDSEY DEERE | |
| 8720 RED OAK BOULEVARD | |
| SUITE 300 | |
| CHARLOTTE, NC 28217 | |

| | |
|---|---|
| Invoice Number | 1595194 |
| Invoice Date | 04/20/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

## AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
#### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

## AKIN GUMP STRAUSS HAUER & FELD LLP
## CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1595194

(For wires originating outside the US reference Swift ID# CITIUS33)



WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1605062 |
| Invoice Date | 06/24/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 05/28/15 | DHQ | ███████████████████ | 1.00 | $635.00 |
| | | Total Hours | 1.00 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H QUIGLEY | 1.00 | at | $635.00 | = | $635.00 |
| Current Fees | | | | | $635.00 |

**Total Amount of This Invoice**                          **$635.00**

WATERSTONE ASSET MANAGEMENT LLC
Invoice Number: 1605062



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1605062 |
| Invoice Date: | 06/24/15 |

FED I.D. NO.        75-1338644

Total Amount of This Invoice                                          $635.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| | | $0 | $0 | $0 |

Prior Balance Due                                                    $0

Total Balance Due Upon Receipt                              $635.00

Please let us know promptly should your records reflect a different balance.

**REMITTANCE COPY**

**Return with Payment**

| | | |
|---|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number | 1605062 |
| ATTN: LINDSEY DEERE | Invoice Date | 06/24/15 |
| 8720 RED OAK BOULEVARD | Client Number | 693741 |
| SUITE 300 | Matter Number | 0002 |
| CHARLOTTE, NC  28217 | | |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1605062

(For wires originating outside the US reference Swift ID# CITIUS33)



WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Invoice Number | 1612709 |
| Invoice Date | 08/11/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/15 :

| Date | Tkpr | | Hours |
|---|---|---|---|
| 06/03/15 | DHQ | | 0.20 |
| 06/15/15 | CTR | | 0.20 |
| 06/16/15 | CTR | | 0.30 |
| 07/20/15 | DHQ | | 0.50 |
| 07/20/15 | CTR | | 1.70 |
| | | Total Hours | 2.90 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours |
|---|---|
| D H  QUIGLEY | 0.70 |
| C T  RENNA | 2.20 |

| | |
|---|---|
| Current Fees | $500.00 |

**Total Amount of This Invoice**                                          **$500.00**



# REMITTANCE COPY

## Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

Client Number:  693741
Invoice Number:  1612709
Invoice Date:   08/11/15

FED I.D. NO.  75-1338644

Total Amount of This Invoice        $500.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
|      |           | $0     | $0      | $0      |

Prior Balance Due         $0

Total Balance Due Upon Receipt     $500.00

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number    1612709 |
| ATTN: LINDSEY  DEERE | Invoice Date    08/11/15 |
| 8720 RED OAK BOULEVARD | Client Number    693741 |
| SUITE 300 | Matter Number    0002 |
| CHARLOTTE, NC  28217 | |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

## AKIN GUMP STRAUSS HAUER & FELD LLP

Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

## FIRST DATA REMITCO

### AKIN GUMP STRAUSS - 6827

400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

## AKIN GUMP STRAUSS HAUER & FELD LLP

## CITI PRIVATE BANK

1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1612709

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Invoice Number | 1618210 |
| Invoice Date | 09/18/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 08/18/15 | DHQ | | 0.40 | $254.00 |
| 08/28/15 | DHQ | | 0.30 | $190.50 |
| 08/28/15 | CTR | | 0.50 | $100.00 |
| 08/31/15 | CTR | | 0.30 | $60.00 |
| | | Total Hours | 1.50 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H  QUIGLEY | 0.70 | at | $635.00 | = | $444.50 |
| C T  RENNA | 0.80 | at | $200.00 | = | $160.00 |
| | | | Current Fees | | $604.50 |

WATERSTONE ASSET MANAGEMENT LLC                                                      Page 2
Invoice Number: 1618210                                                       September 18, 2015

**Total Amount of This Invoice**                                                  **$604.50**



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1618210 |
| Invoice Date: | 09/18/15 |

| | |
|---|---|
| FED I.D. NO. | 75-1338644 |

---

Total Amount of This Invoice                                                      $604.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
| | | $0 | $0 | $0 |

Prior Balance Due                                                                          $0

Total Balance Due Upon Receipt                                              $604.50

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Invoice Number | 1618210 |
| Invoice Date | 09/18/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1618210

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1623291 |
| Invoice Date | 10/13/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 09/14/15 | CTR | | 0.20 | $40.00 |
| 09/22/15 | CTR | | 0.20 | $40.00 |
| | | Total Hours | 0.40 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| C T RENNA | 0.40 | at | $200.00 | = | $80.00 |
| | | Current Fees | | | $80.00 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$80.00** |
| **Prior Balance Due** | $604.50 |

WATERSTONE ASSET MANAGEMENT LLC                                               Page 2
Bill Number: 1623291                                                          10/13/15

**Total Balance Due Upon Receipt**                                   $684.50



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1623291 |
| Invoice Date: | 10/13/15 |

FED I.D. NO.      75-1338644

Total Amount of This Invoice                                                   $80.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/18/15 | 1618210 | $604.50 | $0.00 | $604.50 |
| | | $604.50 | $0.00 | $604.50 |

Prior Balance Due                                                             $604.50

Total Balance Due Upon Receipt                                         $684.50

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Invoice Number | 1623291 |
| Invoice Date | 10/13/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

## AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

## FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

## AKIN GUMP STRAUSS HAUER & FELD LLP
## CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1623291

(For wires originating outside the US reference Swift ID# CITIUS33)



WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | | |
|---|---|---|
| Invoice Number | | 1632742 |
| Invoice Date | | 11/25/15 |
| Client Number | | 693741 |
| Matter Number | | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/19/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 11/06/15 | DHQ | | 0.40 | $254.00 |
| 11/06/15 | CTR | | 0.70 | $140.00 |
| 11/10/15 | DHQ | | 0.20 | $127.00 |
| 11/10/15 | CTR | | 0.30 | $60.00 |
| 11/11/15 | CTR | | 0.20 | $40.00 |
| 11/12/15 | CTR | | 0.20 | $40.00 |
| | | Total Hours | 2.00 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H  QUIGLEY | 0.60 | at | $635.00 | = | $381.00 |
| C T  RENNA | 1.40 | at | $200.00 | = | $280.00 |
| | | | Current Fees | | $661.00 |

**Total Amount of This Invoice**                                        **$661.00**



## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1632742 |
| Invoice Date: | 11/25/15 |

FED I.D. NO.    75-1338644

Total Amount of This Invoice                                                 $661.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
| | | $0 | $0 | $0 |

Prior Balance Due                                                                    $0

Total Balance Due Upon Receipt                                       $661.00

Please let us know promptly should your records reflect a different balance.

**REMITTANCE COPY**

**Return with Payment**

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number    1632742 |
| ATTN: DENNY  MCCLOSKEY | Invoice Date    11/25/15 |
| 8720 RED OAK BOULEVARD | Client Number    693741 |
| SUITE 300 | Matter Number    0002 |
| CHARLOTTE, NC  28217 | |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1632742

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Invoice Number | 1640801 |
| Invoice Date | 01/28/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  12/31/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 12/07/15 | CTR | | 0.20 | $40.00 |
| 12/22/15 | DHQ | | 0.50 | $317.50 |
| 12/22/15 | CTR | | 1.30 | $260.00 |
| 12/23/15 | DHQ | | 0.30 | $190.50 |
| 12/23/15 | CTR | | 0.50 | $100.00 |
| 12/28/15 | DHQ | | 1.00 | $635.00 |
| | | Total Hours | 3.80 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H  QUIGLEY | 1.80 | at | $635.00 | = | $1,143.00 |
| C T  RENNA | 2.00 | at | $200.00 | = | $400.00 |
| | Current Fees | | | | $1,543.00 |

**Total Amount of This Invoice**                                   **$1,543.00**



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1640801 |
| Invoice Date: | 01/28/16 |

| | |
|---|---|
| FED I.D. NO. | 75-1338644 |

Total Amount of This Invoice                                        $1,543.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| | | $0 | $0 | $0 |

Prior Balance Due                                        $0

Total Balance Due Upon Receipt                    $1,543.00

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number      1640801 |
| ATTN: LINDSEY DEERE | Invoice Date      01/28/16 |
| 8720 RED OAK BOULEVARD | Client Number      693741 |
| SUITE 300 | Matter Number      0002 |
| CHARLOTTE, NC  28217 | |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1640801

(For wires originating outside the US reference Swift ID# CITIUS33)



WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| Invoice Number | 1643213 |
| Invoice Date | 02/11/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  01/31/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 01/06/16 | DHQ | | 0.40 | $286.00 |
| 01/07/16 | DHQ | | 0.30 | $214.50 |
| 01/08/16 | CTR | | 0.70 | $199.50 |
| 01/13/16 | DHQ | | 0.40 | $286.00 |
| 01/19/16 | DHQ | | 0.30 | $214.50 |
| 01/19/16 | CTR | | 0.50 | $142.50 |
| 01/20/16 | DHQ | | 0.50 | $357.50 |
| 01/20/16 | CTR | | 0.40 | $114.00 |
| 01/22/16 | CTR | | 0.20 | $57.00 |
| 01/27/16 | DHQ | | 0.40 | $286.00 |
| 01/27/16 | CTR | | 0.40 | $114.00 |

WATERSTONE ASSET MANAGEMENT LLC                                    Page 2
Bill Number: 1643213                                               02/11/16

| Date | Tkpr | | | | | Hours | Value |
|------|------|--|--|--|--|-------|-------|
| | | | | | Total Hours | 4.50 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|--------|---|--------|
| D H QUIGLEY | 2.30 | at | $715.00 | = | $1,644.50 |
| C T RENNA | 2.20 | at | $285.00 | = | $627.00 |
| | Current Fees | | | | $2,271.50 |

**Total Amount of This Invoice**                                  **$2,271.50**

**Prior Balance Due**                                             $1,543.00

**Total Balance Due Upon Receipt**                                $3,814.50



**Akin Gump**
Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1643213 |
| Invoice Date: | 02/11/16 |

| | |
|---|---|
| FED I.D. NO. | 75-1338644 |

Total Amount of This Invoice                    $2,271.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 01/28/16 | 1640801 | $1,543.00 | $0.00 | $1,543.00 |
| | | $1,543.00 | $0.00 | $1,543.00 |

Prior Balance Due                               $1,543.00

Total Balance Due Upon Receipt                  $3,814.50

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Invoice Number | 1643213 |
| Invoice Date | 02/11/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1643213

(For wires originating outside the US reference Swift ID# CITIUS33)



WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Invoice Number | 1649374 |
| Invoice Date | 03/18/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/29/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 02/04/16 | CTR | | 0.30 | $85.50 |
| 02/05/16 | DHQ | | 0.50 | $357.50 |
| 02/05/16 | CTR | | 0.50 | $142.50 |
| 02/07/16 | DHQ | | 0.30 | $214.50 |
| 02/07/16 | CTR | | 0.30 | $85.50 |
| 02/08/16 | DHQ | | 0.20 | $143.00 |
| 02/08/16 | CTR | | 0.70 | $199.50 |
| 02/12/16 | DHQ | | 0.80 | $572.00 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1649374

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| 02/12/16 | CTR | | 0.50 | $142.50 |
| 02/16/16 | DHQ | | 0.30 | $214.50 |
| 02/16/16 | CTR | | 0.50 | $142.50 |
| 02/17/16 | DHQ | | 0.30 | $214.50 |
| 02/17/16 | CTR | | 0.40 | $114.00 |
| 02/26/16 | CTR | | 0.20 | $57.00 |

|  |  | Total Hours | 5.80 |
|--|--|-------------|------|

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| D H QUIGLEY | 2.40 | at | $715.00 | = | $1,716.00 |
| C T RENNA | 3.40 | at | $285.00 | = | $969.00 |
| | | Current Fees | | | $2,685.00 |

| **Total Amount of This Invoice** | **$2,685.00** |
|----------------------------------|---------------|
| **Prior Balance Due** | $3,814.50 |
| **Total Balance Due Upon Receipt** | $6,499.50 |



# Akin Gump
## Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

Client Number: 693741
Invoice Number: 1649374
Invoice Date: 03/18/16

FED I.D. NO.    75-1338644

Total Amount of This Invoice                                    $2,685.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
| 01/28/16 | 1640801 | $1,543.00 | $0.00 | $1,543.00 |
| 02/11/16 | 1643213 | $2,271.50 | $0.00 | $2,271.50 |
| | | $3,814.50 | $0.00 | $3,814.50 |

Prior Balance Due                                    $3,814.50

Total Balance Due Upon Receipt                       $6,499.50

Please let us know promptly should your records reflect a different balance.

**REMITTANCE COPY**

**Return with Payment**

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number   1649374 |
| ATTN: LINDSEY  DEERE | Invoice Date   03/18/16 |
| 8720 RED OAK BOULEVARD | Client Number   693741 |
| SUITE 300 | Matter Number   0002 |
| CHARLOTTE, NC  28217 | |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1649374

(For wires originating outside the US reference Swift ID# CITIUS33)



WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1654649 |
| Invoice Date | 04/21/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/16 :



| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 03/17/16 | CTR | | 0.30 | $85.50 |
| | | Total Hours | 0.30 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| C T  RENNA | 0.30 | at | $285.00 | = | $85.50 |
| | Current Fees | | | | $85.50 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$85.50** |
| **Prior Balance Due** | $0 |
| **Total Balance Due Upon Receipt** | $85.50 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1654649



## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1654649 |
| Invoice Date: | 04/21/16 |

FED I.D. NO.      75-1338644

Total Amount of This Invoice                                           $85.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
| | | $0 | $0 | $0 |

Prior Balance Due                                              $0

Total Balance Due Upon Receipt                          $85.50

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number    1654649 |
| ATTN: DENNY  MCCLOSKEY | Invoice Date    04/21/16 |
| SENIOR ASSET MANAGER | Client Number    693741 |
| 3826 S. NEW HOPE ROAD | Matter Number    0002 |
| SUITE 4 | |
| GASTONIA, NC  28056 | |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1654649

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC 28056

| | |
|---|---|
| Invoice Number | 1657656 |
| Invoice Date | 05/12/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 04/05/16 | CTR | ███ | 0.20 | $57.00 |
| 04/12/16 | DHQ | ███ | 0.40 | $286.00 |
| 04/12/16 | CTR | ███ | 0.40 | $114.00 |
| 04/26/16 | CTR | ███ | 0.30 | $85.50 |
| | | Total Hours | 1.30 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H QUIGLEY | 0.40 | at | $715.00 | = | $286.00 |
| C T RENNA | 0.90 | at | $285.00 | = | $256.50 |
| Current Fees | | | | | $542.50 |

Robert S. Strauss Building | 1333 New Hampshire Avenue, N.W. | Washington, DC 20036-1564 | 202.887.4000 | fax 202.887.4288 | www.akingump.com

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1657656

| | |
|---|---|
| **Total Amount of This Invoice** | **$542.50** |
| **Prior Balance Due** | $85.50 |
| **Total Balance Due Upon Receipt** | $628.00 |



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1657656 |
| Invoice Date: | 05/12/16 |

FED I.D. NO.       75-1338644

Total Amount of This Invoice                                                            $542.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 04/21/16 | 1654649 | $85.50 | $0.00 | $85.50 |
| | | $85.50 | $0.00 | $85.50 |

Prior Balance Due                                                                    $85.50

Total Balance Due Upon Receipt                                          $628.00

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1657656 |
| Invoice Date | 05/12/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP

Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO

### AKIN GUMP STRAUSS - 6827

400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP

### CITI PRIVATE BANK

1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1657656

(For wires originating outside the US reference Swift ID# CITIUS33)



WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1662464 |
| Invoice Date | 06/17/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 05/02/16 | CTR | | 0.20 | $57.00 |
| 05/03/16 | CTR | | 0.20 | $57.00 |
| 05/11/16 | DHQ | | 0.20 | $143.00 |
| 05/11/16 | CTR | | 0.40 | $114.00 |
| 05/17/16 | CTR | | 0.20 | $57.00 |
| 05/19/16 | CTR | | 0.20 | $57.00 |
| 05/24/16 | CTR | | 0.20 | $57.00 |
| | | Total Hours | 1.60 | |

WATERSTONE ASSET MANAGEMENT LLC
Invoice Number: 1662464

Page 2
June 17, 2016

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H  QUIGLEY | 0.20 | at | $715.00 | = | $143.00 |
| C T  RENNA | 1.40 | at | $285.00 | = | $399.00 |

Current Fees $542.00

**Total Amount of This Invoice**               **$542.00**



**REMITTANCE COPY**

**Return with Payment**

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Client Number:     693741 |
| ATTN: DENNY  MCCLOSKEY | Invoice Number:   1662464 |
| SENIOR ASSET MANAGER | Invoice Date:       06/17/16 |
| 3826 S. NEW HOPE ROAD | |
| SUITE 4 | |
| GASTONIA, NC  28056 | |

FED I.D. NO.      75-1338644

Total Amount of This Invoice                                                                    $542.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| | | $0 | $0 | $0 |

Prior Balance Due                                                              $0

Total Balance Due Upon Receipt                                    $542.00

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1662464 |
| Invoice Date | 06/17/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1662464

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC 28056

| | |
|---|---|
| Invoice Number | 1667460 |
| Invoice Date | 07/26/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 06/01/16 | CTR | | 0.20 | $57.00 |
| 06/02/16 | CTR | | 0.20 | $57.00 |
| 06/03/16 | DHQ | | 0.50 | $357.50 |
| 06/03/16 | CTR | | 0.40 | $114.00 |
| 06/14/16 | CTR | | 0.30 | $85.50 |
| 06/15/16 | CTR | | 0.40 | $114.00 |
| 06/22/16 | CTR | | 0.20 | $57.00 |
| 06/23/16 | CTR | | 0.30 | $85.50 |

WATERSTONE ASSET MANAGEMENT LLC
Invoice Number: 1667460

Page 2
July 26, 2016

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| | | ███████████████████ | | |
| 06/24/16 | CTR | ███████████████████ | 0.20 | $57.00 |
| 06/27/16 | CTR | ███████████████████ | 0.40 | $114.00 |
| | | ███████████████████ | | |
| | | ███████████████████ | | |
| | | ███████████████████ | | |
| | | Total Hours | 3.10 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value | |
|------------|-------|---|------|---|-------|---|
| D H QUIGLEY | 0.50 | at | $715.00 | = | $357.50 | |
| C T RENNA | 2.60 | at | $285.00 | = | $741.00 | |
| | Current Fees | | | | | $1,098.50 |

**Total Amount of This Invoice**                                   **$1,098.50**



## Akin Gump
### Strauss Hauer & Feld LLP

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC 28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1667460 |
| Invoice Date: | 07/26/16 |

| | |
|---|---|
| FED I.D. NO. | 75-1338644 |

Total Amount of This Invoice                                  $1,098.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance | |
|---|---|---|---|---|---|
| | | $0 | $0 | $0 | |
| | | Prior Balance Due | | | $0 |
| | | Total Balance Due Upon Receipt | | | $1,098.50 |

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC 28056

| | |
|---|---|
| Invoice Number | 1667460 |
| Invoice Date | 07/26/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1667460

(For wires originating outside the US reference Swift ID# CITIUS33)



WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC 28056

| | |
|---|---|
| Invoice Number | 1672341 |
| Invoice Date | 08/19/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 07/05/16 | DHQ | | 0.20 | $143.00 |
| 07/11/16 | CTR | | 0.30 | $85.50 |
| 07/18/16 | DHQ | | 0.30 | $214.50 |
| 07/19/16 | DHQ | | 0.30 | $214.50 |
| 07/19/16 | CTR | | 0.30 | $85.50 |
| 07/20/16 | DHQ | | 0.20 | $143.00 |
| 07/20/16 | CTR | | 0.30 | $85.50 |
| 07/21/16 | CTR | | 0.50 | $142.50 |