| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| | | | | |
| 07/22/16 | DHQ | | 0.20 | $143.00 |
| 07/22/16 | CTR | | 0.30 | $85.50 |
| | | | | |
| | | Total Hours | 2.90 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D H  QUIGLEY | 1.20 | at | $715.00 | = | $858.00 |
| C T  RENNA | 1.70 | at | $285.00 | = | $484.50 |
| | | Current Fees | | | $1,342.50 |

**Total Amount of This Invoice**                                                              **$1,342.50**



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

Client Number:      693741
Invoice Number:    1672341
Invoice Date:         08/19/16

FED I.D. NO.      75-1338644

Total Amount of This Invoice                                    $1,342.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
|      |           | $0     | $0      | $0      |

Prior Balance Due                                          $0

Total Balance Due Upon Receipt                   $1,342.50

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number    1672341 |
| ATTN: DENNY MCCLOSKEY | Invoice Date    08/19/16 |
| SENIOR ASSET MANAGER | Client Number    693741 |
| 3826 S. NEW HOPE ROAD | Matter Number    0002 |
| SUITE 4 | |
| GASTONIA, NC  28056 | |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

## AKIN GUMP STRAUSS HAUER & FELD LLP

Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

## FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827

400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

## AKIN GUMP STRAUSS HAUER & FELD LLP
## CITI PRIVATE BANK

1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1672341

(For wires originating outside the US reference Swift ID# CITIUS33)



WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1677160 |
| Invoice Date | 09/21/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 08/02/16 | CTR | | 0.30 | $85.50 |
| 08/17/16 | DHQ | | 0.50 | $357.50 |
| 08/17/16 | CTR | | 0.50 | $142.50 |
| 08/24/16 | CTR | | 0.20 | $57.00 |
| 08/29/16 | DHQ | | 0.30 | $214.50 |
| 08/30/16 | CTR | | 0.60 | $171.00 |
| | | Total Hours | 2.40 | |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1677160

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|------|----------|-----|----------|
| D H  QUIGLEY | 0.80 | at | $715.00 | = | $572.00 |
| C T  RENNA | 1.60 | at | $285.00 | = | $456.00 |
| | | | Current Fees | | $1,028.00 |

**Total Amount of This Invoice**      **$1,028.00**

**Prior Balance Due**      $1,342.50

**Total Balance Due Upon Receipt**      $2,370.50



# Akin Gump
### Strauss Hauer & Feld LLP

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1677160 |
| Invoice Date: | 09/21/16 |

FED I.D. NO.     75-1338644

Total Amount of This Invoice                                    $1,028.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 08/19/16 | 1672341 | $1,342.50 | $0.00 | $1,342.50 |
| | | $1,342.50 | $0.00 | $1,342.50 |

Prior Balance Due                                               $1,342.50

Total Balance Due Upon Receipt                                  $2,370.50

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1677160 |
| Invoice Date | 09/21/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1677160

(For wires originating outside the US reference Swift ID# CITIUS33)



WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1682479 |
| Invoice Date | 10/25/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 09/01/16 | DHQ | | 0.20 | $143.00 |
| 09/01/16 | CTR | | 0.30 | $85.50 |
| 09/01/16 | CTR | | 0.40 | $114.00 |
| 09/06/16 | CTR | | 0.20 | $57.00 |
| 09/12/16 | CTR | | 0.40 | $114.00 |
| 09/16/16 | CTR | | 0.30 | $85.50 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1682479



| Date | Tkpr | | Hours | Value |
|------|------|------|-------|-------|
| 09/19/16 | CTR | | 0.30 | $85.50 |
| 09/21/16 | CTR | | 0.20 | $57.00 |
| 09/27/16 | CTR | | 0.40 | $114.00 |
| 09/28/16 | CTR | | 0.50 | $142.50 |
| | | Total Hours | 3.20 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|----|-------|
| D H  QUIGLEY | 0.20 | at | $715.00 | = | $143.00 |
| C T  RENNA | 3.00 | at | $285.00 | = | $855.00 |
| | Current Fees | | | | $998.00 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$998.00** |
| **Prior Balance Due** | $1,028.00 |
| **Total Balance Due Upon Receipt** | $2,026.00 |



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1682479 |
| Invoice Date: | 10/25/16 |

FED I.D. NO.    75-1338644

Total Amount of This Invoice                                    $998.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| | | $1,028.00 | $0.00 | $1,028.00 |

Prior Balance Due                                    $1,028.00

Total Balance Due Upon Receipt                                    $2,026.00

Please let us know promptly should your records reflect a different balance.

Akin Gump Strauss Hauer & Feld LLP | Dept 7247-6827 | Philadelphia, PA 19170-6827

## REMITTANCE COPY

### Return with Payment

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number   1682479 |
| ATTN: DENNY  MCCLOSKEY | Invoice Date   10/25/16 |
| SENIOR ASSET MANAGER | Client Number   693741 |
| 3826 S. NEW HOPE ROAD | Matter Number   0002 |
| SUITE 4 | |
| GASTONIA, NC  28056 | |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP

Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827

400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK

1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1682479

(For wires originating outside the US reference Swift ID# CITIUS33)



WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1688787 |
| Invoice Date | 11/21/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 10/04/16 | CTR | | 0.20 | $57.00 |
| 10/11/16 | CTR | | 0.30 | $85.50 |
| 10/18/16 | CTR | | 0.20 | $57.00 |
| 10/19/16 | CTR | | 0.30 | $85.50 |
| 10/24/16 | CTR | | 0.30 | $85.50 |
| 10/28/16 | CTR | | 0.30 | $85.50 |
| | | Total Hours | 1.60 | |

WATERSTONE ASSET MANAGEMENT LLC                                                    Page 2
Bill Number: 1688787                                                               11/21/16

_____

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| C T  RENNA | 1.60 | at | $285.00 | = | $456.00 |

Current Fees                                                              $456.00

**Total Amount of This Invoice**                                          **$456.00**

**Prior Balance Due**                                            $1,028.00

**Total Balance Due Upon Receipt**                               $1,484.00



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1688787 |
| Invoice Date: | 11/21/16 |

FED I.D. NO.          75-1338644

Total Amount of This Invoice                                                     $456.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| | | $1,028.00 | $0.00 | $1,028.00 |

Prior Balance Due                                                $1,028.00

Total Balance Due Upon Receipt                          $1,484.00

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number   1688787 |
| ATTN: DENNY  MCCLOSKEY | Invoice Date     11/21/16 |
| SENIOR ASSET MANAGER | Client Number    693741 |
| 3826 S. NEW HOPE ROAD | Matter Number     0002 |
| SUITE 4 | |
| GASTONIA, NC  28056 | |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP

Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827

400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK

1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1688787

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1691329 |
| Invoice Date | 11/29/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/17/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 11/02/16 | CTR | █████████ | 0.40 | $114.00 |
| 11/07/16 | CTR | █████████ | 0.20 | $57.00 |
| 11/15/16 | CTR | █████████ | 0.20 | $57.00 |
| 11/17/16 | CTR | █████████ | 0.20 | $57.00 |
| | | Total Hours | 1.00 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| C T  RENNA | 1.00 | at | $285.00 | = | $285.00 |

WATERSTONE ASSET MANAGEMENT LLC                                    Page 2
Bill Number: 1691329                                               11/29/16

| Timekeeper | Hours | Rate | Value | |
|---|---|---|---|---|
| | Current Fees | | | $285.00 |

| | | |
|---|---|---|
| **Total Amount of This Invoice** | | **$285.00** |
| **Prior Balance Due** | | $1,484.00 |
| **Total Balance Due Upon Receipt** | | $1,769.00 |



# Akin Gump
### Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1691329 |
| Invoice Date: | 11/29/16 |

FED I.D. NO.      75-1338644

Total Amount of This Invoice                                                                                    $285.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| 11/21/16 | 1688787 | $456.00 | $0.00 | $456.00 |
| | | $1,484.00 | $0.00 | $1,484.00 |

Prior Balance Due                                                                    $1,484.00

Total Balance Due Upon Receipt                                            $1,769.00

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number   1691329 |
| ATTN: DENNY  MCCLOSKEY | Invoice Date   11/29/16 |
| SENIOR ASSET MANAGER | Client Number   693741 |
| 3826 S. NEW HOPE ROAD | Matter Number    0002 |
| SUITE 4 | |
| GASTONIA, NC  28056 | |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1691329

(For wires originating outside the US reference Swift ID# CITIUS33)

---

Akin Gump Strauss Hauer & Feld LLP | Dept 7247-6827 | Philadelphia, PA 19170-6827



WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1695315 |
| Invoice Date | 01/11/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  12/31/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 11/22/16 | CTR | | 0.50 | $142.50 |
| 11/23/16 | VAD | | 1.60 | $360.00 |
| 11/23/16 | CTR | | 0.20 | $57.00 |
| 11/28/16 | CTR | | 0.40 | $114.00 |
| 11/30/16 | CTR | | 0.60 | $171.00 |
| 12/01/16 | DHQ | | 0.90 | $643.50 |
| 12/01/16 | CTR | | 0.60 | $171.00 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1695315

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 12/02/16 | DHQ | | 0.50 | $357.50 |
| 12/02/16 | CTR | | 3.00 | $855.00 |
| 12/08/16 | CTR | | 0.30 | $85.50 |
| 12/09/16 | CTR | | 0.40 | $114.00 |
| 12/12/16 | CTR | | 0.30 | $85.50 |
| 12/15/16 | CTR | | 0.30 | $85.50 |
| | | Total Hours | 9.60 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D H QUIGLEY | 1.40 | at | $715.00 | = | $1,001.00 |
| C T RENNA | 6.60 | at | $285.00 | = | $1,881.00 |
| V A DE LAS CASAS | 1.60 | at | $225.00 | = | $360.00 |
| | Current Fees | | | | $3,242.00 |

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| Date | | Value |
|------|---|-------|
| 12/02/16 | Prof Fees - Consultant Fees   VENDOR: PARTNER ENGINEERING AND SCIENCE INC. INVOICE#: 16-167378-1 DATE: 12/2/2016 Phase I Site Assessment - 3126 Coney Island Ave | 2,400.00 |
| | Current Expenses | $2,400.00 |

| | | |
|---|---|---|
| **Total Amount of This Invoice** | | **$5,642.00** |
| | **Prior Balance Due** | $1,028.00 |
| | **Total Balance Due Upon Receipt** | $6,670.00 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1695315



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| Client Number: | 693741 |
| Invoice Number: | 1695315 |
| Invoice Date: | 01/11/17 |

FED I.D. NO.      75-1338644

Total Amount of This Invoice                                              $5,642.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| | | $1,028.00 | $0.00 | $1,028.00 |

Prior Balance Due                                              $1,028.00

Total Balance Due Upon Receipt                                              $6,670.00

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number    1695315 |
| ATTN: DENNY  MCCLOSKEY | Invoice Date    01/11/17 |
| SENIOR ASSET MANAGER | Client Number    693741 |
| 3826 S. NEW HOPE ROAD | Matter Number    0002 |
| SUITE 4 | |
| GASTONIA, NC  28056 | |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP

Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827

400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK

1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1695315

(For wires originating outside the US reference Swift ID# CITIUS33)

Akin Gump Strauss Hauer & Feld LLP | Dept 7247-6827 | Philadelphia, PA 19170-6827



WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC 28056

| | |
|---|---|
| Invoice Number | 1700879 |
| Invoice Date | 02/16/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/17 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 01/03/17 | CTR | | 0.40 | $184.00 |
| 01/11/17 | DHQ | | 0.50 | $380.00 |
| 01/11/17 | CTR | | 1.20 | $552.00 |
| 01/19/17 | DHQ | | 0.40 | $304.00 |
| 01/19/17 | CTR | | 0.40 | $184.00 |
| 01/20/17 | CTR | | 0.30 | $138.00 |
| 01/23/17 | DHQ | | 0.50 | $380.00 |
| 01/23/17 | CTR | | 0.50 | $230.00 |

WATERSTONE ASSET MANAGEMENT LLC                                               Page 2
Bill Number: 1700879                                                          02/16/17

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 01/25/17 | DHQ | | 0.30 | $228.00 |
| 01/25/17 | CTR | | 0.30 | $138.00 |
| 01/27/17 | DHQ | | 1.00 | $760.00 |
| 01/27/17 | CTR | | 1.10 | $506.00 |
| 01/28/17 | DHQ | | 0.20 | $152.00 |
| | | Total Hours | 7.10 | |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D H QUIGLEY | 2.90 | at | $760.00 | = | $2,204.00 |
| C T RENNA | 4.20 | at | $460.00 | = | $1,932.00 |
| | Current Fees | | | | $4,136.00 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$4,136.00** |
| **Prior Balance Due** | $1,028.00 |
| **Total Balance Due Upon Receipt** | $5,164.00 |



## REMITTANCE COPY

## Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1700879 |
| Invoice Date: | 02/16/17 |

FED I.D. NO.    75-1338644

Total Amount of This Invoice                                                        $4,136.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| | | $1,028.00 | $0.00 | $1,028.00 |

Prior Balance Due                                                     $1,028.00

Total Balance Due Upon Receipt                                        $5,164.00

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number    1700879 |
| ATTN: DENNY  MCCLOSKEY | Invoice Date    02/16/17 |
| SENIOR ASSET MANAGER | Client Number    693741 |
| 3826 S. NEW HOPE ROAD | Matter Number    0002 |
| SUITE 4 | |
| GASTONIA, NC  28056 | |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP

Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827

400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK

1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1700879

(For wires originating outside the US reference Swift ID# CITIUS33)



WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1705189 |
| Invoice Date | 03/14/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/28/17 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 02/01/17 | DHQ | | 0.30 | $228.00 |
| 02/08/17 | CTR | | 0.20 | $92.00 |
| 02/15/17 | DHQ | | 0.20 | $152.00 |
| 02/16/17 | DHQ | | 0.20 | $152.00 |
| 02/16/17 | CTR | | 0.40 | $184.00 |
| 02/22/17 | DHQ | | 0.20 | $152.00 |
| 02/27/17 | DHQ | | 0.30 | $228.00 |
| | | Total Hours | 1.80 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H  QUIGLEY | 1.20 | at | $760.00 | = | $912.00 |
| C T  RENNA | 0.60 | at | $460.00 | = | $276.00 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1705189

| Timekeeper | Hours | Rate | Value | |
|---|---|---|---|---|
| | Current Fees | | | $1,188.00 |

| | | |
|---|---|---|
| **Total Amount of This Invoice** | | **$1,188.00** |
| **Prior Balance Due** | | $1,028.00 |
| **Total Balance Due Upon Receipt** | | $2,216.00 |



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1705189 |
| Invoice Date: | 03/14/17 |

FED I.D. NO.     75-1338644

Total Amount of This Invoice                                                                     $1,188.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| | | $1,028.00 | $0.00 | $1,028.00 |

Prior Balance Due                                                                      $1,028.00

Total Balance Due Upon Receipt                                         $2,216.00

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

**Return with Payment**

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number 1705189 |
| ATTN: DENNY  MCCLOSKEY | Invoice Date 03/14/17 |
| SENIOR ASSET MANAGER | Client Number 693741 |
| 3826 S. NEW HOPE ROAD | Matter Number 0002 |
| SUITE 4 | |
| GASTONIA, NC  28056 | |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP

Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827

400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK

1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1705189

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1711992 |
| Invoice Date | 04/25/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/17 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 03/08/17 | CTR | | 0.20 | $92.00 |
| 03/22/17 | CTR | | 0.20 | $92.00 |
| 03/31/17 | CTR | | 0.30 | $138.00 |
| | | Total Hours | 0.70 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| C T  RENNA | 0.70 | at | $460.00 | = | $322.00 |
| | | | Current Fees | | $322.00 |

WATERSTONE ASSET MANAGEMENT LLC                                        Page 2
Bill Number: 1711992                                                   04/25/17

**Total Amount of This Invoice**                                      **$322.00**

                              **Prior Balance Due**                   $1,028.00

                    **Total Balance Due Upon Receipt**                $1,350.00



# Akin Gump
### Strauss Hauer & Feld LLP

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1711992 |
| Invoice Date: | 04/25/17 |

FED I.D. NO.    75-1338644

Total Amount of This Invoice                                                                     $322.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| | | $1,028.00 | $0.00 | $1,028.00 |

Prior Balance Due                                                                  $1,028.00

Total Balance Due Upon Receipt                                      $1,350.00

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1711992 |
| Invoice Date | 04/25/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

## AKIN GUMP STRAUSS HAUER & FELD LLP

Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

## FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827

400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

## AKIN GUMP STRAUSS HAUER & FELD LLP
## CITI PRIVATE BANK

1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1711992

(For wires originating outside the US reference Swift ID# CITIUS33)



WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1716712 |
| Invoice Date | 05/24/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  04/30/17 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 04/04/17 | DHQ | | 0.20 | $152.00 |
| 04/04/17 | CTR | | 0.40 | $184.00 |
| 04/05/17 | DHQ | | 0.30 | $228.00 |
| 04/06/17 | DHQ | | 0.20 | $152.00 |
| 04/10/17 | DHQ | | 0.30 | $228.00 |
| 04/13/17 | CTR | | 0.20 | $92.00 |
| 04/18/17 | CTR | | 0.30 | $138.00 |
| | | Total Hours | 1.90 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H  QUIGLEY | 1.00 | at | $760.00 | = | $760.00 |
| C T  RENNA | 0.90 | at | $460.00 | = | $414.00 |

WATERSTONE ASSET MANAGEMENT LLC

Page 2

Bill Number: 1716712

05/24/17

| Timekeeper | Hours | Rate | Value | |
|---|---|---|---|---|
| | Current Fees | | | $1,174.00 |

| | | |
|---|---|---|
| **Total Amount of This Invoice** | | **$1,174.00** |
| **Prior Balance Due** | | $1,028.00 |
| **Total Balance Due Upon Receipt** | | $2,202.00 |



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1716712 |
| Invoice Date: | 05/24/17 |

FED I.D. NO.    75-1338644

Total Amount of This Invoice                                     $1,174.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| | | $1,028.00 | $0.00 | $1,028.00 |

Prior Balance Due                                         $1,028.00

Total Balance Due Upon Receipt                        $2,202.00

Please let us know promptly should your records reflect a different balance.

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1716712 |
| Invoice Date | 05/24/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1716712

(For wires originating outside the US reference Swift ID# CITIUS33)



Waterstone Asset Management LLC
8720 Red Oak Boulevard
Suite 300
Charlotte, NC 28217

704.926.6501 Tel
866.848.5604 Fax
info@waterstonecap.com

11/3/2015

## OFFICER'S CERTIFICATE

**Transaction:** SOV 2007-C1          **Loan Status:** Special Servicing
**Loan#:** 577207315                 **Asset Manager:** Denny McCloskey

The following invoice has been reviewed, approved and should be processed for payment:

**Description:** Entity Maintenance Fee (CT Corp)     **Vendor Name:** C-III Asset Management LLC( for CT Corp)
**Amount:** $1,161.17                                **Destination Bank Name:** Wells Fargo Bank
**Invoice Date:** 10/29/2015                         **Beneficiary Name:** C-III Asset Management,LLC-Special
**Invoice Number:** N/A                              **Beneficiary Acct :** 2000045251061
                                                     **Description:** SOV 2007-C1 –Reimbursement
                                                     Notify Kathy Bounds 972-868-5221

### Payment Instructions

Please pay the attached invoice as follows pursuant to the Sovereign Commercial Mortgage Securities Trust Series 2007-C1 Pooling and Servicing Agreement dated June 1, 2007.

☐   Funds held in suspense

☐   Funds held in Escrow/Reserves (Specify Escrow: _____        Reserve: _____)

■   Servicing Advance

☐   Non-Recoverable (if loan is deemed Non-Recoverable)

☐   Hold Back Funds

☐   Additional Trust Fund Expense (Adjusted Realized Losses)

☐   Other (Specify: _____)

☐   Invoice is Billable to the Borrower

Waterstone Asset Management LLC, as Sub-Special Servicer, under and pursuant to the Pooling and Servicing Agreement ("PSA") for the portfolio referenced above, hereby requests that the subject invoice be paid as referenced above and certifies that the undersigned is a duly authorized Servicing Officer for the Sub-Special Servicer. The list of expenses set forth above have been properly incurred by the Sub-Special Servicer in connection with enforcement, collection, foreclosure, management and/or operation of assets of the Trust Fund. All terms defined in the PSA which are used herein shall have the meaning given such terms in the PSA.

Wells Fargo Bank, National Association, as Trustee for Sovereign
Commercial Mortgage Securities Trust 2007-C1
Commercial Mortgage Pass-Through Certificates Series 2007-C1

By:     Waterstone Asset Management, LLC, as Sub-Special Servicer for
        C-III Asset Management LLC, a Delaware limited liability company, in
        Its capacity as special servicer pursuant to that certain Pooling and Servicing
        Agreement dated as of June 1, 2007

By:     _____
Name:   John M Church
Title:   CEO

# C-III Asset Management

October 29, 2015

Berkadia Commercial
323 Norristown Road, Suite 300
Ambler, PA 19002

**OFFICER'S CERTIFICATE**
**SERVICING ADVANCE REIMBURSEMENT REQUEST**

**Re**: Sovereign Commercial Mortgage Securities Trust, Commercial Mortgage Pass-Through Certificates, Series 2007-C1

In accordance with the Pooling and Servicing Agreement dated June 1, 2007, relating to Sovereign Commercial Mortgage Securities Trust, Commercial Mortgage Pass-Through Certificates, Series 2007-C1, C-III Asset Management LLC, in its capacity as Special Servicer, is requesting that Berkadia Commercial, as Master Servicer, reimburse certain Servicing Advances made by C-III Asset Management LLC. Please find attached a report detailing those advances as well as the proof of payment.

| | |
|---|---|
| Boysin & Cynthia Lorick | $1,161.17 |
| **Total** | **$1,161.17** |

| | |
|---|---|
| ABA: | 121000248 |
| DESTINATION BANK NAME: | Wells Fargo Bank |
| BENEFICIARY NAME: | C-III Asset Management LLC - Special |
| BENEFICIARY ACCOUNT: | 2000045251061 |
| DESCRIPTION: | SOV 2007-C1 - Reimbursement notify Kathy Bounds at 972-868-5221 |

If you have any questions please contact Lisa Myers at (972) 868-5227. Thank you.

Sincerely,

*Kathy Bounds*

Kathy Bounds
Special Servicing Officer
Attachment

# C-III Asset Management

**Berkadia Commercial Mortgage, LLC**

## Expenses To Be Reimbursed Report

Batch Date: 10/28/2015

**577207315 - Boysin & Cynthia Lorick**

SOV 2007-C1

| Invoice Number | Invoice Date | Invoice Amount | Interest on Advance | Total Amount | Expense Code | Vendor | Date Paid by AP | Expense Comment |
|---|---|---|---|---|---|---|---|---|
| 14306293-RI | 10/19/2015 | $1,158.14 | $3.03 | $1,161.17 | Entity Maintenance Fee | CT Corporation | 10/21/2015 | |
| | *Loan Total:* | **$1,158.14** | **$3.03** | **$1,161.17** | | | | |
| | *Batch Total:* | **$1,158.14** | **$3.03** | **$1,161.17** | | | | |

 **CT Corporation**
www.ctcorporation.com

# Invoice

# PAID

OCT 21 2015

ck# 6600

Robin Kyle
Island Capital Group LLC
5221 N O Connor Blvd Ste 600
Irving TX 75039-4414

| FOR INQUIRIES CONTACT: | | INVOICE NUMBER | | INVOICE DATE |
|---|---|---|---|---|
| Emily H. Lieberman | | **14306293-RI** | | 10/19/15 |
| CT Corporation South Team 2 | | ORDER NUMBER | ORDER DATE | CUSTOMER NUMBER |
| 1201 Peachtree St NE Ste 1240 | | 9702794 SO | 09/21/15 | 3477305 |
| Atlanta GA 30361-3514 | | | | |
| Email: ctcorporationsouthteam2@wolterskluwer.com | | CUSTOMER REFERENCE - 1 | | CUSTOMER REFERENCE - 2 |
| Phone: (214)979-9480  Fax: (214)754-0922 | | None Given | | None Given |
| | | REQUESTED BY | | AMOUNT DUE |
| Attention: Emily H. Lieberman | | Robin Kyle | | **$ 1,158.14** |
| (Federal Tax ID# 51-0006522) | | | | |

Page 1 of 3

# 571201315

reimbursable

| | SERVICE CHARGES | DISBURSEMENTS | AMOUNT DUE |
|---|---|---|---|

**SOV 2007-C1 - 3126 CONEY ISLAND AVE LLC (DE)** — reimbursable

*Services -*

| | | |
|---|---|---|
| Certificate of Good Standing (Short Form)-Domestic - Delaware | | .00 |
| Cert Copy of Application for Authority - New York | | 74.00 |
| Formation - Delaware | | 209.00 |
| Registration - New York | | 209.00 |
| Domestic Rep (LLC) - Delaware | | 51.12 |
| Foreign Rep (LLC) - New York | | 51.12 |

**REIMBURSABLE**

*Disbursements -*

| | | |
|---|---|---|
| Certificate of Good Standing (Short Form)-Domestic - Delaware | | 50.00 |
| Cert Copy of Application for Authority - New York | | 10.00 |
| Formation - Delaware | | 140.00 |
| Registration - New York | | 250.00 |
| Expedited Service - LLC - Expedite - 24 hr - Delaware | | 50.00 |
| 24-Hour - Expedite - 24 hr - New York | | 25.00 |
| State Computer Access Fee - Delaware | | 19.00 |
| State Computer Access Fee - Delaware | | 19.00 |
| **SUBTOTAL** | 594.24 | 563.00 | $1,157.24 |

## Miscellaneous Costs

RECEIVED
OCT 2015
A/C: 13200

 ENTERED 10/6/15



---

To pay by mail, detach and return this stub with your payment using the enclosed envelope.
For proper credit, indicate your complete invoice number, including the two characters
following the invoice number, on the check. To pay by Credit/debit card or Electronic Funds
Transfer complete the form on the reverse of this stub.

Pay online at CTAdvantage.com  VISA

| REMIT PAYMENTS ONLY TO: | CT Corporation |
|---|---|
| | PO Box 4349 |
| | Carol Stream IL 60197-4349 |

| INVOICE NUMBER | | INVOICE DATE |
|---|---|---|
| **14306293-RI** | | 10/19/15 |
| CUSTOMER NUMBER | | AMOUNT DUE |
| 3477305 | | **$ 1,158.14** |

Due Upon Receipt

Robin Kyle
Island Capital Group LLC
5221 N O Connor Blvd Ste 600
Irving TX 75039-4414

402 1 00003477305 14306293 8273 000115814 09702794 8379 1