
## CT Corporation
www.ctcorporation.com

# Invoice

Robin Kyle
Island Capital Group LLC
5221 N O Connor Blvd Ste 600
Irving TX 75039-4414

| INVOICE NUMBER | | INVOICE DATE |
|---|---|---|
| 14306293-RI | | 10/19/15 |
| ORDER NUMBER | ORDER DATE | AMOUNT DUE |
| 9702794  SO | 09/21/15 | $ 1,158.14 |

Page 2 of 3

| | SERVICE CHARGES | DISBURSEMENTS | AMOUNT DUE |
|---|---|---|---|
| Disbursements | | | |
| US Mail Postage Fee | | .90 | |
| SUBTOTAL | | .90 | $.90 |

**SUMMARY**
Items previously billed, or in progress, are not included

Total Saving on this Invoice  $ 539.76

| | |
|---|---|
| Service Charges | $594.24 |
| Disbursements | 563.90 |
| **TOTAL AMOUNT DUE** | **$ 1,158.14** |

# C-III | C-III Asset Management

January 25, 2016

Berkadia Commercial
323 Norristown Road, Suite 300
Ambler, PA 19002

## OFFICER'S CERTIFICATE
## SERVICING ADVANCE REIMBURSEMENT REQUEST

**Re:** Sovereign Commercial Mortgage Securities Trust, Commercial Mortgage Pass-Through Certificates, Series 2007-C1

In accordance with the Pooling and Servicing Agreement dated June 1, 2007, relating to Sovereign Commercial Mortgage Securities Trust, Commercial Mortgage Pass-Through Certificates, Series 2007-C1, C-III Asset Management LLC, in its capacity as Special Servicer, is requesting that Berkadia Commercial, as Master Servicer, reimburse certain Servicing Advances made by C-III Asset Management LLC. Please find attached a report detailing those advances as well as the proof of payment.

|  |  |
|---|---|
| Boysin & Cynthia Lorick | $1,109.19 |
| **Total** | **$1,109.19** |

| ABA: | 121000248 |
|---|---|
| DESTINATION BANK NAME: | Wells Fargo Bank |
| BENEFICIARY NAME: | C-III Asset Management LLC - Special |
| BENEFICIARY ACCOUNT: | 2000045251061 |
| DESCRIPTION: | SOV 2007-C1 - Reimbursement notify Kathy Bounds at 972-868-5221 |

If you have any questions please contact Lisa Myers at (972) 868-5227. Thank you.

Sincerely,

*Kathy Bounds*

Kathy Bounds
Special Servicing Officer
Attachment

# C-III Asset Management

## Expenses To Be Reimbursed Report

Batch Date: 1/22/2016

**Berkadia Commercial Mortgage, LLC**

SOV 2007-C1

| Invoice Number | Invoice Date | Invoice Amount | Interest on Advance | Total Amount | Expense Code | Vendor | Date Paid by AP | Expense Comment |
|---|---|---|---|---|---|---|---|---|
| 577207315 - Boysin & Cynthia Lorick | | | | | | | | |
| 14639105-RI | 12/28/2015 | $1,105.60 | $3.59 | $1,109.19 | Entity Maintenance Fee | CT Corporation | 1/13/2016 | |
| Loan Total: | | $1,105.60 | $3.59 | $1,109.19 | | | | |
| Batch Total: | | $1,105.60 | $3.59 | $1,109.19 | | | | |

# CT Corporation
www.ctcorporation.com

# Invoice

Robin Kyle
Island Capital Group LLC
5221 N O Connor Blvd Ste 600
Irving TX 75039-4414

| FOR INQUIRIES CONTACT: | Emily H. Lieberman<br>CT Corporation South Team 2<br>1201 Peachtree St NE Ste 1240<br>Atlanta GA 30361-3514<br>Email: ctcorporationsouthteam2@wolterskluwer.com<br>Phone: (214)979-9480  Fax: (214)754-0922 | | |
|---|---|---|---|
| **INVOICE NUMBER** | 14639105-RI | **INVOICE DATE** | 12/28/15 |
| **ORDER NUMBER** | 9822993 SO | **ORDER DATE** | 12/24/15 |
| **CUSTOMER NUMBER** | 3477305 | | |
| **CUSTOMER REFERENCE - 1** | None Given | **CUSTOMER REFERENCE - 2** | None Given |
| | Attention: Emily H. Lieberman<br>(Federal Tax ID# 51-0006522) | | |
| **REQUESTED BY** | Robin Kyle | **AMOUNT DUE** | $ 1,105.60 |

Page 1 of 3

reimburseable

# 5172017315

| | SERVICE CHARGES | DISBURSEMENTS | AMOUNT DUE |
|---|---|---|---|
| **SOV 2007-C1 - 3126 CONEY ISLAND AVE LLC (DE)** | | | |
| *Services -* | | | |
| Cert Copy of Cert of Pub - New York | 78.00 | | |
| Certificate of Publication - New York | 219.00 | | |
| Publication - New York | 156.00 | | |
| *Disbursements -* | | | |
| Cert Copy of Cert of Pub - New York | | 10.00 | |
| Certificate of Publication - New York | | 50.00 | |
| 24-Hour - Expedite - 24 hr - New York | | 25.00 | |
| Publication - New York | | 566.70 | |
| **SUBTOTAL** | 453.00 | 651.70 | $1,104.70 |
| **Miscellaneous Costs** | | | |
| *Disbursements -* | | | |
| US Mail Postage Fee | | .90 | |
| **SUBTOTAL** | | .90 | $.90 |

1/11/16 

 A/Ci/3200

---

To pay by mail, detach and return this stub with your payment using the enclosed envelope.
For proper credit, indicate your complete invoice number, including the two characters following the invoice number, on the check. To pay by Credit/debit card or Electronic Funds Transfer complete the form on the reverse of this stub.

**REMIT PAYMENTS ONLY TO:**  CT Corporation
PO Box 4349
Carol Stream IL 60197-4349

Pay online at CTAdvantage.com   VISA

| **INVOICE NUMBER** | 14639105-RI | **INVOICE DATE** | 12/28/15 |
|---|---|---|---|
| **CUSTOMER NUMBER** | 3477305 | **AMOUNT DUE** | $ 1,105.60 |

Due Upon Receipt

Robin Kyle
Island Capital Group LLC
5221 N O Connor Blvd Ste 600
Irving TX 75039-4414



PAID
1/13/16
#6731

402  1  00003477305  14639105  8273  000110560  09822993  8379  0

Case 1-16-45645-nhl    Doc 207-10    Filed 12/21/17    Entered 12/21/17 14:59:44


# CT Corporation
www.ctcorporation.com

# Invoice

Robin Kyle
Island Capital Group LLC
5221 N O Connor Blvd Ste 600
Irving TX 75039-4414

| INVOICE NUMBER | | INVOICE DATE |
|---|---|---|
| 14639105-RI | | 12/28/15 |
| ORDER NUMBER | ORDER DATE | AMOUNT DUE |
| 9822993 SO | 12/24/15 | $ 1,105.60 |

Page 2 of 3

## SUMMARY

| | |
|---|---|
| Service Charges | $453.00 |
| Disbursements | 652.60 |
| **TOTAL AMOUNT DUE** | **$ 1,105.60** |

# C|HI | C-III Asset Management

July 6, 2016

Berkadia Commercial
323 Norristown Road, Suite 300
Ambler, PA 19002

## OFFICER'S CERTIFICATE
## SERVICING ADVANCE REIMBURSEMENT REQUEST

Re: Sovereign Commercial Mortgage Securities Trust, Commercial Mortgage Pass-Through Certificates, Series 2007-C1

In accordance with the Pooling and Servicing Agreement dated June 1, 2007, relating to Sovereign Commercial Mortgage Securities Trust, Commercial Mortgage Pass-Through Certificates, Series 2007-C1, C-III Asset Management LLC, in its capacity as Special Servicer, is requesting that Berkadia Commercial, as Master Servicer, reimburse certain Servicing Advances made by C-III Asset Management LLC. Please find attached a report detailing those advances as well as the proof of payment.

| | |
|---|---|
| Boysin & Cynthia Lorick | $ 354.37 |
| **Total** | **$ 354.37** |

| ABA: | 121000248 |
|---|---|
| DESTINATION BANK NAME: | Wells Fargo Bank |
| BENEFICIARY NAME: | C-III Asset Management LLC - Special |
| BENEFICIARY ACCOUNT: | 2000045251061 |
| DESCRIPTION: | SOV 2007-C1 - Reimbursement notify Tammy Cherry at 972-868-5342 |

If you have any questions please contact Lisa Myers at (972) 868-5227. Thank you.

Sincerely,

*Tammy Cherry*

Tammy Cherry
Special Servicing Officer
Attachment

# C-III Asset Management

## Expenses To Be Reimbursed Report

Berkadia Commercial Mortgage, LLC

Batch Date: 6/30/2016

### SOV 2007-C1

| Invoice Number | Invoice Date | Invoice Amount | Interest on Advance | Total Amount | Expense Code | Vendor | Date Paid by AP | Expense Comment |
|---|---|---|---|---|---|---|---|---|
| **5772073l5 - Boysin & Cynthia Lorick** | | | | | | | | |
| 15229052-RI | 5/26/2016 | $353.00 | $1.37 | $354.37 | Entity Maintenance Fee | CT Corporation | 6/8/2016 | |
| | Loan Total: | **$353.00** | **$1.37** | **$354.37** | | | | |
| | Batch Total: | **$353.00** | **$1.37** | **$354.37** | | | | |

# CT Corporation
www.ctcorporation.com

# Invoice

Robin Kyle
Island Capital Group LLC
5221 N O Connor Blvd Ste 600
Irving TX 75039-4414

PAID
JUN 08 2016
Ch 96982

| FOR INQUIRIES CONTACT: | Emily H. Lieberman<br>CT Corporation South Team 2<br>1201 Peachtree St NE Ste 1240<br>Atlanta GA 30361-3514<br>Email: ctcorporationsouthteam2@wolterskluwer.com<br>Phone: (404)965-3837  Fax: (404)888-6494 | | |
|---|---|---|---|
| | | INVOICE NUMBER<br>15229052-RI | INVOICE DATE<br>05/26/16 |
| | | ORDER NUMBER<br>70625848  WO | ORDER DATE<br>05/26/16 | CUSTOMER NUMBER<br>3477305 |
| | | CUSTOMER REFERENCE - 1<br>None Given | CUSTOMER REFERENCE - 2<br>None Given |
| | Attention: Emily H. Lieberman<br>(Federal Tax ID# 51-0006522) | REQUESTED BY<br>Robin Kyle | AMOUNT DUE<br>$ 353.00 |

Page 1 of 2        reimbursable

# 577207315

| | SERVICE CHARGES | DISBURSEMENTS | AMOUNT DUE |
|---|---|---|---|
| **SOV 2007-C1 - 3126 CONEY ISLAND AVE LLC (DE)** | | | |
| Services - | | | |
| Annual Report-Domestic eFiling for LLC - Delaware | 53.00 | | |
| Disbursements - | | | |
| Annual Report-Domestic eFiling for LLC - Delaware | | .00 | |
| Annual Report-Domestic eFiling for LLC - Franchise Tax - Delaware | | 300.00 | |
| SUBTOTAL | 53.00 | 300.00 | $353.00 |

## SUMMARY

| | |
|---|---|
| Service Charges | $53.00 |
| Disbursements | 300.00 |
| **TOTAL AMOUNT DUE** | **$ 353.00** |

Reimbursable


  

---

To pay by mail, detach and return this stub with your payment using the enclosed envelope.
For proper credit, indicate your complete invoice number, including the two characters following the invoice number, on the check. To pay by Credit/debit card or Electronic Funds Transfer complete the form on the reverse of this stub.

REMIT PAYMENTS ONLY TO:   CT Corporation
PO Box 4349
Carol Stream IL 60197-4349

Pay online at CTAdvantage.com    VISA  MasterCard

| INVOICE NUMBER<br>15229052-RI | INVOICE DATE<br>05/26/16 |
|---|---|
| CUSTOMER NUMBER<br>3477305 | AMOUNT DUE<br>$ 353.00 |

Due Upon Receipt

Robin Kyle
Island Capital Group LLC
5221 N O Connor Blvd Ste 600
Irving TX 75039-4414



402  1  00003477305  15229052  8273  000035300  70625848  8779  3

# C-III | C-III Asset Management

July 28, 2016

Berkadia Commercial
323 Norristown Road, Suite 300
Ambler, PA 19002

## OFFICER'S CERTIFICATE
## SERVICING ADVANCE REIMBURSEMENT REQUEST

Re: Sovereign Commercial Mortgage Securities Trust, Commercial Mortgage Pass-Through Certificates, Series 2007-C1

In accordance with the Pooling and Servicing Agreement dated June 1, 2007, relating to Sovereign Commercial Mortgage Securities Trust, Commercial Mortgage Pass-Through Certificates, Series 2007-C1, C-III Asset Management LLC, in its capacity as Special Servicer, is requesting that Berkadia Commercial, as Master Servicer, reimburse certain Servicing Advances made by C-III Asset Management LLC. Please find attached a report detailing those advances as well as the proof of payment.

| | |
|---|---|
| Boysin & Cynthia Lorick | $ 97.94 |
| **Total** | **$ 97.94** |

| | |
|---|---|
| ABA: | 121000248 |
| DESTINATION BANK NAME: | Wells Fargo Bank |
| BENEFICIARY NAME: | C-III Asset Management LLC - Special |
| BENEFICIARY ACCOUNT: | 2000045251061 |
| DESCRIPTION: | SOV 2007-C1 - Reimbursement notify Tammy Cherry at 972-868-5342 |

If you have any questions please contact Lisa Myers at (972) 868-5227. Thank you.

Sincerely,

*Tammy Cherry*

Tammy Cherry
Special Servicing Officer
Attachment

# C-III Asset Management

Berkadia Commercial Mortgage, LLC

## Expenses To Be Reimbursed Report

Batch Date: 7/27/2016

SOV 2007-C1

| Invoice Number | Invoice Date | Invoice Amount | Interest on Advance | Total Amount | Expense Code | Vendor | Date Paid by AP | Expense Comment |
|---|---|---|---|---|---|---|---|---|
| 577207315 - Boysin & Cynthia Lorick | | | | | | | | |
| 5003093980-00 | 7/1/2016 | $97.68 | $0.26 | $97.94 | Entity Maintenance Fee | CT Corporation | 7/19/2016 | |
| Loan Total: | | $97.68 | $0.26 | $97.94 | | | | |
| Batch Total: | | $97.68 | $0.26 | $97.94 | | | | |

# CT

www.ctcorporation.com

**Annual Invoice for Statutory Representation**

Robin Kyle
C-III Asset Management LLC
5221 N O Connor Blvd Ste 600
Irving TX 75039-4414

^By providing Entity Status to its customers at no additional cost, CT makes no guarantees, warranties, or representations regarding the accuracy or completeness of the information provided, or not provided. In addition, CT does not guarantee the Entity Status information will cover all entity types in all jurisdictions. The customer must access the actual records of the state in question for complete and accurate official information.

**FOR INQUIRIES CONTACT:**
(See last page of this Invoice for address changes)

CT Corporation South Team 2
Dallas Corporate Service Center
1999 Bryan St Ste 900
Dallas TX 75201-3140
Email: ctcorporationsouthteam2@wolterskluwer.com
Phone: (214)979-9480 Fax: (214)754-0922

(Federal Tax ID# 51-0006522)

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 5003093980-00 | 07/01/16 |
| PERIOD COVERED | AMOUNT DUE |
| 08/01/16 to 07/31/17 | $ 97.68 |

Page 1 of 1

**SOV 2007-C1 - 3126 CONEY ISLAND AVE LLC (DE)**
(CT account number 9401480844)

| | CURRENT STATE STATUS^ | PRICE | AMOUNT DUE |
|---|---|---|---|
| *Delaware-* Domestic Representation (09/01/16 to 07/31/17) *reimbursable* | Active/Good Standing | 48.84 | |
| *New York-* Foreign Representation (09/01/16 to 07/31/17) | Currently Unavailable | 48.84 | |
| SUBTOTAL | | 97.68 | 97.68 |

#5777207315
(3126 Coney Island Ave)

RECEIVED
JUL 14 2016

ENTERED
JUL 18 2016
BY: _____

Status terminology may differ from state to state as it relates to active, inactive, or non-compliance. Please contact your service team above should you have any questions regarding the status of your entity.

**INVOICE SUMMARY**

Reimbursable 

| | Price | $ 97.68 |
|---|---|---|
| | TOTAL AMOUNT DUE | $ 97.68 |

**SERVICES COVERED BY THIS INVOICE:** State laws require a Registered Agent to receive lawsuits and other legal documents where your company does business. A member of your organization and/or your attorney appointed CT Corporation System to act as your Agent. The state may revoke your company's authority to transact business if you fail to maintain a Registered Agent or Office.

To pay by mail, detach and return this stub with your payment using the enclosed envelope. For proper credit, indicate your complete invoice number including the two characters following the invoice number, on the check. To pay by credit/debit card or Electronic Funds Transfer complete the form on the reverse of this stub.

**REMIT PAYMENTS ONLY TO:**
CT Corporation
PO Box 4349
Carol Stream IL 60197-4349

Pay online at CTAdvantage.com    VISA  MasterCard

Robin Kyle
C-III Asset Management LLC
5221 N O Connor Blvd Ste 600
Irving TX 75039-4414

PAID
JUL 19 2016

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 5003093980-00 | 07/01/16 |
| PERIOD COVERED | AMOUNT DUE |
| 08/01/16 to 07/31/17 | $ 97.68 |

Payment due upon receipt.

ch#7030

402 1 00006093117 15330671 9073 000009768 05231446 6579 1    



C-III Asset Management

June 5, 2017

Berkadia Commercial
323 Norristown Road, Suite 300
Ambler, PA 19002

### OFFICER'S CERTIFICATE
### SERVICING ADVANCE REIMBURSEMENT REQUEST

Re: Sovereign Commercial Mortgage Securities Trust, Commercial Mortgage Pass-Through Certificates, Series 2007-C1

In accordance with the Pooling and Servicing Agreement dated June 1, 2007, relating to Sovereign Commercial Mortgage Securities Trust, Commercial Mortgage Pass-Through Certificates, Series 2007-C1, C-III Asset Management LLC, in its capacity as Special Servicer, is requesting that Berkadia Commercial, as Master Servicer, reimburse certain Servicing Advances made by C-III Asset Management LLC. Please find attached a report detailing those advances as well as the proof of payment.

| | |
|---|---|
| Boysin & Cynthia Lorick | $ 356.09 |
| **Total** | **$ 356.09** |

| | |
|---|---|
| ABA: | 121000248 |
| DESTINATION BANK NAME: | Wells Fargo Bank |
| BENEFICIARY NAME: | C-III Asset Management LLC - Special |
| BENEFICIARY ACCOUNT: | 2000045251061 |
| DESCRIPTION: | SOV 2007-C1 - Reimbursement notify Tammy Cherry at 972-868-5342 |

If you have any questions please contact Lisa Myers at (972) 868-5227. Thank you.

Sincerely,

*Tammy Cherry*

Tammy Cherry
Special Servicing Officer
Attachment

# C-III Asset Management

**Berkadia Commercial Mortgage, LLC**

## Expenses To Be Reimbursed Report

Batch Date: 6/1/2017

SOV 2007-C1

| Invoice Number | Invoice Date | Invoice Amount | Interest on Advance | Total Amount | Expense Code | Vendor | Date Paid by AP | Expense Comment |
|---|---|---|---|---|---|---|---|---|
| 5772207315 - Boysin & Cynthia Lorick | | | | | | | | |
| 16536649-RI | 5/3/2017 | $355.00 | $1.09 | $356.09 | Entity Maintenance Fee | CT Corporation | 5/17/2017 | |
| Loan Total: | | $355.00 | $1.09 | $356.09 | | | | |
| Batch Total: | | $355.00 | $1.09 | $356.09 | | | | |

**CT Corporation**
www.ctcorporation.com

C3AM
A/c 13200

Reimbursable

RECEIVED
M 5-11-17

# Invoice

PAID
5/12/17
CK 1443

Robin Kyle
C-III Asset Management LLC
5221 N O Connor Blvd Ste 600
Irving TX 75039-4414

| QUESTIONS? GET IN TOUCH: | Emily H. Lieberman<br>Phone : (800) 321-9415<br>Email: SouthTeam1@wolterskluwer.com | INVOICE NUMBER<br>16536649-RI | | INVOICE DATE<br>05/03/17 |
|---|---|---|---|---|
| | | ORDER NUMBER<br>70693570 WO | ORDER DATE<br>05/03/17 | CUSTOMER NUMBER<br>6093117 |
| | | CUSTOMER REFERENCE – 1<br>None Given | | CUSTOMER REFERENCE – 2<br>None Given |
| (Federal Tax ID# 51-0006522) | | REQUESTED BY<br>Robin Kyle | | AMOUNT DUE<br>$355.00 |

Page 1 of 2

reimbursable

| | SERVICE CHARGES | DISBURSEMENTS | AMOUNT DUE |
|---|---|---|---|
| **SOV 2007-C1 - 3126 CONEY ISLAND AVE LLC (DE)** | | | |
| *Services -* | | | |
| Annual Report-Domestic eFiling for LLC - Delaware | 55.00 | | |
| *Disbursements -* | | | |
| Annual Report-Domestic eFiling for LLC - Delaware | | 0.00 | |
| Annual Report-Domestic eFiling for LLC - Franchise Tax - Delaware | | 300.00 | |
| SUBTOTAL | 55.00 | 300.00 | 355.00 |

**SUMMARY**

#577207315

| | |
|---|---|
| Service Charges | 55.00 |
| Disbursements | 300.00 |
| **TOTAL AMOUNT DUE** | **$355.00** |

---

✂ ---

To pay by mail, detach and return this stub with your payment.
For proper credit, indicate your complete invoice number, including the two characters following the invoice number, on the check.
Wire Instructions: CTCorporation.com/pay

Pay online at CTCorporation.com/pay    

**SEND PAYMENTS TO:**   CT Corporation
PO Box 4349
Carol Stream IL 60197-4349

| INVOICE NUMBER<br>16536649-RI | INVOICE DATE<br>05/03/17 |
|---|---|
| CUSTOMER NUMBER<br>6093117 | AMOUNT DUE<br>$355.00 |

Robin Kyle
C-III Asset Management LLC
5221 N O Connor Blvd Ste 600
Irving TX 75039-4414

Due Upon Receipt

Payment of this invoice constitutes your acceptance of the included terms and conditions

402  1  00006093117  16536649  8273  000035500  70693570  8779  2     



Waterstone Asset Management LLC
8720 Red Oak Boulevard
Suite 300
Charlotte, NC 28217

704.926.6501 Tel
866.848.5604 Fax
info@waterstonecap.com

6/9/2017

## OFFICER'S CERTIFICATE

**Transaction:** SOV 2007-C1  **Loan Status:** Special Servicing
**Loan#:** 577207315  **Asset Manager:** Denny McCloskey

The following invoice has been reviewed, approved and should be processed for payment:

**Description:** Entity Maintenance Fee (CT Corp)  **Vendor Name:** C-III Asset Management LLC
**Amount:** $355.00  **Destination Bank Name:** Wells Fargo Bank
**Invoice Date:** 5/3/2017  **ABA:** 121000248
**Invoice Number:** 16536649-RI  **Beneficiary Name:** C-III Asset Management LLC-Special
 **Beneficiary Acct:** 2000045251061
 **Description:** SOV 2007-C1 –Reimbursement
   Notify Tammy Cherry @ 972-868-5342

**Payment Instructions**

Please pay the attached invoice as follows pursuant to the Sovereign Commercial Mortgage Securities Trust Series 2007-C1 Pooling and Servicing Agreement dated June 1, 2007.

- ☐ Funds held in suspense
- ☐ Funds held in Escrow/Reserves (Specify Escrow: _____   Reserve: _____)
- ☒ Servicing Advance
- ☐ Non-Recoverable (if loan is deemed Non-Recoverable)
- ☐ Hold Back Funds
- ☐ Additional Trust Fund Expense (Adjusted Realized Losses)
- ☐ Other (Specify: _____)
- ☐ Invoice is Billable to the Borrower

Waterstone Asset Management LLC, as Sub-Special Servicer, under and pursuant to the Pooling and Servicing Agreement ("PSA") for the portfolio referenced above, hereby requests that the subject invoice be paid as referenced above and certifies that the undersigned is a duly authorized Servicing Officer for the Sub-Special Servicer. The list of expenses set forth above have been properly incurred by the Sub-Special Servicer in connection with enforcement, collection, foreclosure, management and/or operation of assets of the Trust Fund. All terms defined in the PSA which are used herein shall have the meaning given such terms in the PSA.

Wells Fargo Bank, National Association, as Trustee for Sovereign
Commercial Mortgage Securities Trust 2007-C1
Commercial Mortgage Pass-Through Certificates Series 2007-C1

By: Waterstone Asset Management, LLC, as Sub-Special Servicer for
C-III Asset Management LLC, a Delaware limited liability company, in
Its capacity as special servicer pursuant to that certain Pooling and Servicing
Agreement dated as of June 1, 2007

By: *[signature]*
Name: John M Church
Title: CEO

WWW.WATERSTONECAP.COM

# C|III | C-III Asset Management

June 5, 2017

Berkadia Commercial
323 Norristown Road, Suite 300
Ambler, PA 19002

## OFFICER'S CERTIFICATE
## SERVICING ADVANCE REIMBURSEMENT REQUEST

Re: Sovereign Commercial Mortgage Securities Trust, Commercial Mortgage Pass-Through Certificates, Series 2007-C1

In accordance with the Pooling and Servicing Agreement dated June 1, 2007, relating to Sovereign Commercial Mortgage Securities Trust, Commercial Mortgage Pass-Through Certificates, Series 2007-C1, C-III Asset Management LLC, in its capacity as Special Servicer, is requesting that Berkadia Commercial, as Master Servicer, reimburse certain Servicing Advances made by C-III Asset Management LLC. Please find attached a report detailing those advances as well as the proof of payment.

| | |
|---|---|
| Boysin & Cynthia Lorick | $356.09 |
| Total | $356.09 |

| | |
|---|---|
| ABA: | 121000248 |
| DESTINATION BANK NAME: | Wells Fargo Bank |
| BENEFICIARY NAME: | C-III Asset Management LLC - Special |
| BENEFICIARY ACCOUNT: | 2000045251061 |
| DESCRIPTION: | SOV 2007-C1 - Reimbursement notify Tammy Cherry at 972-868-5342 |

If you have any questions please contact Lisa Myers at (972) 868-5227. Thank you.

Sincerely,

*Tammy Cherry*

Tammy Cherry
Special Servicing Officer
Attachment

# C-III Asset Management

**Berkadia Commercial Mortgage, LLC**

## Expenses To Be Reimbursed Report

Batch Date: 6/1/2017

### SOV 2007-C1

| Invoice Number | Invoice Date | Invoice Amount | Interest on Advance | Total Amount | Expense Code | Vendor | Date Paid by AP | Expense Comment |
|---|---|---|---|---|---|---|---|---|
| 5772207315 - Boysin & Cynthia Lorick | | | | | | | | |
| 16536649-RI | 5/3/2017 | $355.00 | $1.09 | $356.09 | Entity Maintenance Fee | CT Corporation | 5/17/2017 | |
| Loan Total: | | $355.00 | $1.09 | $356.09 | | | | |
| Batch Total: | | $355.00 | $1.09 | $356.09 | | | | |

C3AM
A/C 13200

**CT Corporation**
www.ctcorporation.com

Robin Kyle
C-III Asset Management LLC
5221 N O Connor Blvd Ste 600
Irving TX 75039-4414

Reimbursable

RECEIVED 5-11-17

# Invoice

PAID 5/12/17 CK 7443

| QUESTIONS? GET IN TOUCH: | Emily H. Lieberman<br>Phone : (800) 321-9415<br>Email: SouthTeam1@wolterskluwer.com | INVOICE NUMBER<br>16536649-RI | | INVOICE DATE<br>05/03/17 |
|---|---|---|---|---|
| | | ORDER NUMBER<br>70693570 WO | ORDER DATE<br>05/03/17 | CUSTOMER NUMBER<br>6093117 |
| | | CUSTOMER REFERENCE – 1<br>None Given | | CUSTOMER REFERENCE – 2<br>None Given |
| | (Federal Tax ID# 51-0006522) | REQUESTED BY<br>Robin Kyle | | AMOUNT DUE<br>$355.00 |

Page 1 of 2

reimbursable ✓

| | SERVICE CHARGES | DISBURSEMENTS | AMOUNT DUE |
|---|---|---|---|
| **SOV 2007-C1 - 3126 CONEY ISLAND AVE LLC (DE)** | | | |
| *Services -* | | | |
| Annual Report-Domestic eFiling for LLC - Delaware | 55.00 | | |
| *Disbursements -* | | | |
| Annual Report-Domestic eFiling for LLC - Delaware | | 0.00 | |
| Annual Report-Domestic eFiling for LLC - Franchise Tax - Delaware | | 300.00 | |
| **SUBTOTAL** | 55.00 | 300.00 | 355.00 |

**SUMMARY**

\# 577207315

| | | |
|---|---|---|
| | Service Charges | 55.00 |
| | Disbursements | 300.00 |
| | **TOTAL AMOUNT DUE** | **$355.00** |



---

✂

To pay by mail, detach and return this stub with your payment.
For proper credit, indicate your complete invoice number, including the two characters
following the invoice number, on the check.
Wire Instructions: CTCorporation.com/pay

Pay online at CTCorporation.com/pay   VISA [cards]

**SEND PAYMENTS TO:**   CT Corporation
PO Box 4349
Carol Stream IL 60197-4349

| INVOICE NUMBER<br>16536649-RI | INVOICE DATE<br>05/03/17 |
|---|---|
| CUSTOMER NUMBER<br>6093117 | AMOUNT DUE<br>$355.00 |

Robin Kyle
C-III Asset Management LLC
5221 N O Connor Blvd Ste 600
Irving TX 75039-4414

Due Upon Receipt

Payment of this invoice constitutes your acceptance of the included terms and conditions



402   1   00006093117   16536649   8273   000035500   70693570   8779   2    5-12-17