ORTIZ & ORTIZ, LLP
Norma E. Ortiz, Esq.
Martha J. de Jesus, Esq.
3272 Steinway Street - Suite 402
Astoria, NY 11103
Tel. (718) 522-1117
*Former Counsel to the Debtors*

Hearing Date: **February 8, 2018 at 2:30 p.m.**
Objections Due: **February 1, 2018**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re

BOYSIN RALPH LORICK,                                          Case No.  16-45645 (NHL)
CYNTHIA THERESA LORICK,

                                        Debtors.                   Chapter 11
--------------------------------------------------------X

**FIRST AND FINAL APPLICATION OF MARILYN MACRON P.C., FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
SPECIAL COUNSEL TO THE DEBTORS IN POSSESSION INCURRED FROM
SEPTEMBER 26, 2017, UP TO AND INCLUDING OCTOBER 10, 2017**

Name of Applicant:                                        Marilyn Macron P.C.

Authorized to Provide Professional Services to:          Boysin and Cynthia Lorick

Period for Which Compensation is sought for:             September 26, 2017 - October 10,
                                                         2017

Amount of Expense Reimbursement Sought:                  $3,752.11

Amount of Fees Sought:                                   $26,730.00

Prior Award of Compensation:                             None

Billing Parties:

| Name | Position | Year Admitted | Hourly Rate | Hours Billed |
|---|---|---|---|---|
| Marilyn Macron | Attorney | 1989 | $300.00 | 60.5 |
| Stephen L. Barry | Of Counsel | 1989 | $300.00 | 28.6 |

ORTIZ & ORTIZ, LLP                           Hearing Date: **February 8, 2018 at 2:30 p.m.**
Norma E. Ortiz, Esq.                         Objections Due: **February 1, 2018**
 Martha J. de Jesus, Esq.
3272 Steinway Street - Suite 402
Astoria, NY 11103
Tel. (718) 522-1117
*Former Counsel to the Debtor*s


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re

BOYSIN RALPH LORICK,                          Case No.  16-45645 (NHL)
CYNTHIA THERESA LORICK,

                       Debtors.                          Chapter 11

----------------------------------------------------------X

### FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR <u>MARILYN MACRON P.C., DEBTORS' SPECIAL COUNSEL</u>

Pursuant to, among other things, 11 U.S.C. § 330, Fed. R. Bankr. P. 2016, the United

States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of

Expenses Filed under 11 U.S.C. §330, and Local Bankr. R. 2016-1, Marilyn Macron, P.C. (the

"Applicant" or "Macron") seeks entry of an order approving its request for an award of

$26,730.00 for final compensation and $3,752.11 for reimbursement of expenses as the above-

captioned Debtors' Special Counsel.  In support of its request, the Applicant states as follows:

### <u>BACKGROUND</u>

1.      Boysin and Cynthia Lorick (the "Debtors") filed a voluntary chapter 11 petition on

October 22, 2015 (the "Filing Date").  An unsecured creditors's committee was not appointed in this case.  The Debtors remained in possession pursuant to 11 U.S.C. § 1107.

2.    The Debtors are a retired couple who own several parcels of real property in Florida, New Jersey, and New York.

3.    One of the Debtors' property was located at 3126 Coney Island Avenue, Brooklyn, New York 11235 (the "Property").

4.    On August 22, 2017, (the "Auction Date") the Debtors held a public auction sale for the Property pursuant to an order of the court.  At the end of the auction, Mohammad Choudhary ("Choudhary") was declared the highest bidder at $7,400,000 and Soleyman Ghalchi ("Ghalchi" or the "Buyer") was declared the second highest bidder $7,350,000.

5.    On August 24, 2017, (the "Sale Hearing") after objections from the Debtors' secured creditor to Choudhary, the Court declared Ghalchi the winner of the auction and directed the Debtors to sell the Property to him for $7,350,000.

6.    On September 8, 2017, the court signed an order directing the sale of the Property "as is" and "where is", free and clear of all liens, claims, encumbrances and interests (the "Sale Order").

7.    On September 11, 2017, Ghalchi filed an emergency motion seeking to set aside the Sale Order by alleging that the Debtors and their attorneys engaged in collusion on the Auction Date and that the auction sale was tainted (the "Ghalchi Motion to Set Aside Sale Order").

8.    On September 14, 2017, the Court held a conference on the Ghalchi Motion to Set Aside Sale Order and directed the parties to prepare for an evidentiary hearing on October 5, 2017.

9.      On September 20, 2017, Ghalchi appealed the entry of the Sale Order to the District Court.

10.      Ghalchi scheduled depositions for various parties from September 26, 2017, to October 2, 2017.

11.      Ghalchi deposed the attorneys of Debtors' former counsel, Ortiz & Ortiz, L.L.P., as witnesses and they were disqualified from serving as counsel during the scheduled evidentiary hearing.

12.      On September 27, 2017, the Applicant filed a retention application to serve as special counsel for the Debtors. See attached Exhibit A.  On October 11, 2017, an order was entered retaining Applicant as of September 26, 2017. See attached Exhibit B.

13.      Macron rendered services to the Debtors on very short notice and provided services without payment of any initial retainer fee.

### The Applicant and the Compensation Sought

14.      The Applicant was formed in 2014 and practices before the state and federal courts.  Marilyn Macron, the founder of the Applicant responsible for the Debtors' evidentiary hearing representation, was admitted to the bar of New York in 1989.   Prior to joining the Applicant, Ms. Macron was a partner of Macron & Cowhey P.C. for over 10 years.

15.      The Applicant seeks compensation for services rendered from the September 26, 2017, through October 10, 2017 (the "Application Period").  As set forth in the Applicant's retention application, the Applicant agreed to bill the Debtors no more than $300 an hour for partner time and $300 an hour for associate time.

16.      The Applicant seeks compensation for the work performed by the following

3

attorneys:

| Name | Position | Year Admitted | Hourly Rate |
|---|---|---|---|
| Marilyn Macron | Attorney | 1989 | $300.00 |
| Stephen L. Barry | Of Counsel | 1989 | $300.00 |

Approximately 68% of the services rendered by the Applicant were rendered by Marilyn Macron, the attorney in charge of the case.  It is respectfully submitted that the hourly rates billed by the Applicant are reasonable and are below the prevailing rates customarily charged for services rendered to Chapter 11 debtors in the Eastern District of New York.

17.    The Applicant did not receive a retainer fee before it started to render services to the Debtors.

18.    The Applicant did not file an interim request for fees pursuant to 11 U.S.C. § 331.

## **Services Rendered**

19.    The following is a summary of the services rendered by the Applicant during the Application Period:

- Review of Case File in preparation of Depositions;

- Attended depositions scheduled by Ghalchi;

- Prepare and defend Debtors for their depositions; and

- Prepare and attend evidentiary hearing.

## **Compensation and Reimbursement of Expenses Sought**

20.    The Applicant submits that the services rendered were necessary and the amount of fees sought is reasonable for the work performed and results achieved by the Applicant.  The Applicant was instrumental in assisting the Debtors in defending against the Ghalchi objection to

the Sale Order.

21.    Annexed hereto as Exhibit C is a list of the services rendered by the Applicant in chronological order. The attached time records were created on or about the time the services were rendered to the Applicant; time was billed in six minute increments.

22.    Based upon the foregoing, it is respectfully submitted that the Applicant has demonstrated that the fees and expenses sought are both reasonable and necessary and contributed to the effective administration of the Debtors' case.  Section 330(a)(1) of the Bankruptcy Code provides in relevant part that a bankruptcy court may award reasonable compensation for actual and necessary services rendered by an attorney and reimbursement of actual and necessary expenses.

23.    A court's determination of the reasonableness of the services provided should be done in an "objective manner, based upon what services a reasonable lawyer or legal firm would have performed."   In re Ames Dep't Stores, 76 F.3d 66, 72 (2d Cir. 1996).  Since what is reasonable depends upon the circumstances of each case, some of the common factors considered by the courts that are applicable to this case, as set forth in In re First Colonial Corp. of America, 544 F.2d 1291, 1294 (5th Cir. 1977), include:

        ---    the amount of time and labor devoted by the firm

        ---    the amount of fees involved and the results achieved

        ---    the novelty and difficulty of the questions presented

        ---    the skill requisite to perform properly the legal services

        ---    the preclusion of other employment on behalf of other clients

        ---    awards in similar cases

24.     Applying these factors to the instant case supports a finding of reasonableness and a full award of the fees requested.  The Applicant rendered services to the Debtors to successfully defend against Ghalchi's objections and accusation of wrongdoing by the Debtors.  The Applicant has not received any compensation for the services performed to date.

WHEREFORE, the Applicant respectfully requests that the Court enter an order (i) granting the Applicant an award of compensation of $ $26,730.00 for professional services rendered to the Debtors during the Application Period;  (ii) granting the Applicant  an award of $3,752.11 as reimbursement of expenses incurred on behalf of the Debtors; and (iii) granting such other and further relief as the Court deems just and appropriate.

Dated: Astoria, New York
   January 12, 2018

          _/s/Martha J. de Jesus_____
          Martha J. de Jesus
          Norma E. Ortiz
          Ortiz & Ortiz, L.L.P.
          3272 Steinway St - Suite 402
          Astoria, New York 11103
          Tel. No. (718) 522-1117

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re

BOYSIN RALPH LORICK,                                    Case No.  16-45645 (NHL)
CYNTHIA THERESA LORICK,

                              Debtors.                    Chapter 11
--------------------------------------------------------X

## CERTIFICATION OF PROFESSIONAL

        Marilyn Macron, a member of the firm of Marilyn Macron P.C. (the "Firm"), and person in charge of the special representation of the above referenced Debtors, hereby certifies as follows:

        1.      I have read the foregoing application ("Application") and to the best of my knowledge, information and belief, formed after reasonable inquiry, the Application substantially complies with the mandatory guidelines of this Court for fees and disbursements for professionals ("Guidelines").

        2.      To the best of my knowledge, information and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Guidelines, except as specifically noted in this Certification and Application.

        3.      Except to the extent prohibited by the Guidelines, the fees and disbursements sought in the Application are billed at rates and in accordance with practices customarily employed by Applicant and generally accepted by Applicant's clients.  The Firm does not make a profit when providing reimbursable expenses to clients.

        4.      The Firm did not provide monthly statements of fees and disbursements to the Debtor.   The Firm communicated orally with Debtors about the status of fees due to the Firm.

        5.      The Firm did not receive a retainer fee from the Debtors and is being billed for the

cost of transcripts from the depositions held in preparation of the evidentiary hearing defended by the Firm.

6.      The evidentiary hearing the Firm represented the Debtors was conducted on an expedited basis and required the Firm to devote nearly all of its daily time to the Debtors' matter.

7.      The Firm attended six depositions and represented the Debtors during a two-day evidentiary hearing.

8.      The hourly rate of the attorneys from the Firm who represented the Debtors is $300 and the amount of time expended on the Debtors' case was reasonable given the time constraints of the depositions and the evidentiary hearing held in this matter.

Dated: Rockaway Park, New York
        January 12, 2018

                                      */s/ Marilyn Macron*
                                      Marilyn Macron
                                      Marilyn Macron P.C.
                                      211 Beach 134th Street
                                      Rockaway Park, New York 11694

**Exhibit A**

ORTIZ & ORTIZ, L.L.P.
32-72 Steinway Street, Ste. 402
Astoria, New York  11103
Norma E. Ortiz
Tel. (718) 522-1117
Fax. (718) 596-1302
email@ortizandortiz.com
*Counsel to the Debtors*


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re

BOYSIN RALPH LORICK,                                   Case No.  16-45645 (NHL)
CYNTHIA THERESA LORICK,

                         Debtors.                      Chapter 11

--------------------------------------------------------X


## APPLICATION FOR ENTRY OF AN ORDER
## PURSUANT TO BANKRUPTCY CODE SECTION 327(e)
## AUTHORIZING THE EMPLOYMENT OF
## MARILYN MACRON  PC AS DEBTORS' SPECIAL COUNSEL


TO THE HONORABLE CARLA E. CRAIG,
UNITED STATES BANKRUPTCY JUDGE:

       Boysin and Cynthia Lorsin (the "Debtors"), by their counsel Ortiz & Ortiz, L.L.P. ("O &

O"),  respectfully represent:

### BACKGROUND

       1.      The Debtors filed a voluntary petition on December 14, 2016 (the "Petition

Date").  They have remained in possession pursuant to 11 U.S.C. § 1107.  No unsecured

creditors's committee has been appointed in this case.

2.      The Debtors own, among other things, a 38 unit apartment building located at 3126 Coney Island Avenue, Brooklyn, New York (the "Property"). The Property is encumbered by a first mortgage lien and note held by Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Pass-Through Certificates, Series 2007-C1 (the "Mortgagee").

3.      Pursuant to court order, the Debtors conducted an auction sale of the Property on August 22, 2017, and obtained the Court's approval of the sale at a hearing held on August 24, 2017. The Debtors selected Soleyman Ghalchi ("Ghalchi") as the successful bidder. The Court signed an order approving the sale on September 8, 2017 (the "Sale Order"). Ghalchi has filed an appeal of the Sale Order.

4.      Ghalchi has moved the Court for an order setting aside the Sale Order, and an evidentiary hearing on the motion is scheduled to be conducted by the Court on October 5, 2017. In connection with that hearing, Ghalchi has served deposition notices upon, among others, Norma E. Ortiz and Martha de Jesus, the partner and associate of O & O.

5.      Since Norma and Martha can not serve as witnesses and conduct the hearing, the Debtors have retained Marilyn Macron, P.C. ("Macron") to serve as counsel to conduct discovery and represent the Debtors in the evidentiary hearing before the Court. Macron has agreed to commence rendering services immediately, on shortened notice, so as to ensure that the Debtors are represented and can comply with the Court's directives. The Debtors retained Macron on September 26, 2017.

6.      Macron agreed to represent the Debtors, subject to the Court's approval, without prior payment of retainer. Macron has agreed to bill the Debtors at $300 an hour.

2

**RELIEF REQUESTED**

A.    Retention as Special Counsel

7.    Pursuant to 11 U.S.C. § 327(e) of the Bankruptcy Code, the Debtors request that the Court approve the employment of Macron as their special counsel to perform the legal services necessary to prepare for and defend against Ghalchi's motion, and defend against the appeal of the Sale Order.  O & O requests that the Court authorize Macron's retention as of September 26, 2017.

8.    Macron's services will be limited to the services necessary to prepare for and conduct the evidentiary hearing and defend against the appeal.  Macron has represented creditors, debtors, and parties in interest in bankruptcy cases and adversary proceedings, and is qualified to represent the Debtors.

9.    Based on the annexed Declaration of Marilyn Macron, Macron does not hold or represent an interest adverse to the Debtors' estate.  Macron had no prior contact with the Debtors prior to her engagement.  Macron has agreed to apply to the Court for the allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the local rules and orders of the Court.

10.    Subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules and the local rules and orders of the Court, the Debtors propose to pay Macron her customary hourly rate, and submit that such rates are reasonable.

11.    No previous application for the relief requested herein has been made to this Court.

3

WHEREFORE, the Debtors respectfully request the entry of an order substantially in the form of the prefixed order granting the relief requested herein and such other and further relief as is just.

Dated: Astoria, New York
    September 26, 2017

*S/Norma Ortiz*
Norma E. Ortiz, Esq.
Ortiz & Ortiz, L.L.P.
32-72 Steinway Street, Ste. 402
Astoria, New York  11103
Tel. (718) 522-1117
Counsel to the Debtors

**DECLARATION OF MARILYN MACRON**

ORTIZ & ORTIZ, L.L.P.
32-72 Steinway Street, Ste. 402
Astoria, New York  11103
Norma E. Ortiz
Tel. (718) 522-1117
Fax. (718) 596-1302

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re

BOYSIN RALPH LORICK,                               Case No.  16-45645 (NHL)
CYNTHIA THERESA LORICK,

                                Debtors.                    Chapter 11
--------------------------------------------------------X

## DECLARATION AND DISCLOSURE STATEMENT OF MARILYN MACRON

       Marilyn Macron hereby declares as follows:

       1.       I am an attorney at law admitted to practice before this Court and a member of the

firm Marilyn Macron P.C. ("Macron").

       2.       I will render the services requested by the Debtors in connection with the motion

filed by Soleyman Ghalchi to set aside the order approving the Debtors' auction sale and the

appeal of that order.  I have been involved in numerous reorganization and consumer bankruptcy

cases since I was admitted, and have considerable litigation experience.

       3.       My firm has agreed to bill the Debtors at an hourly rate of $300 an hour, which is

at or below my customary hourly rate.  I will seek reimbursement of my out-of pocket costs, such

as the cost for travel, tolls, and parking.  Any costs incurred by third party vendors will be billed

to the estate at our cost.

       4.       The Debtors have consented to my retention under these terms.

       5.       I know of no reason why Macron is not qualified to represent the Debtors as

special counsel.  The firm had no prior connection to the Debtors before it was first consulted on

September 26, 2017.

6.      Any post-petition payments of compensation will be made pursuant to, among

other things, the applicable Bankruptcy Code provisions and the Federal Rules of Bankruptcy

Procedure.   Moreover, I am aware that all fees are subject to the Court's approval for, among

other things, reasonableness.

7.      My firm has not agreed to share compensation with any other person or entity.

8.      Macron shall not seek an increase in its hourly rates without prior notice to the

Debtors, the Court, and the Office of the U.S. Trustee.

I declare under the penalty of perjury that the foregoing is accurate and correct.

Dated: September 26, 2017
       Astoria, New York

*S/Marilyn Macron*
Marilyn Macron

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re

BOYSIN RALPH LORICK,                                    Case No.  16-45645 (NHL)
CYNTHIA THERESA LORICK,

                                    Debtors.            Chapter 11
--------------------------------------------------------X

**ORDER PURSUANT TO SECTION 327 (e) OF THE
BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT OF
MARILYN MACRON P.C.  AS SPECIAL COUNSEL TO THE DEBTORS**

  Upon the application (the "Application") of Boysin and Cynthia Lorick (the "Debtors"),

as debtors and debtors in possession, dated September 26, 2017, for entry of an order pursuant to

11 U.S.C. § 327(e) authorizing and approving the employment of Marilyn Macron P.C.

("Macron") as their special counsel; upon the Declaration of Marilyn Macron, Esq., a member of

the firm of Macron; it appearing that Marilyn Macron is admitted to practice before this Court;

the Court being satisfied that Macron represents no interest adverse to the Debtors and the estate

as to the matters upon which it is to be engaged, and that the employment of Macron is necessary

and in the best interest of the Debtors and the estate; due notice of the Application having been

given to the United States Trustee, and it appearing that no other or further notice need be given;

sufficient cause appearing therefore, it is

  ORDERED, that the Application is granted in all respects; and it is further

  ORDERED, that pursuant to 11 U.S.C. § 327(e) of the Bankruptcy Code, the Debtors are

authorized to employ Macron as their attorneys under the terms and conditions set forth in the

Application, effective as September 26, 2017; and it is further

ORDERED, that no compensation or reimbursement of expenses shall be paid to Macron

for professional services rendered to the Debtors, except upon proper application and by further

order of this Court, and any of Macron's fee applications will be subject to notice and hearing

pursuant to Sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of

Bankruptcy Procedure, and will comply with the Court's General Order 613 (Guidelines for Fees

and Disbursements for Professionals in Eastern District of New York Bankruptcy Cases).


NO OBJECTION:

_____
Office of the United States Trustee


_____
HON. CARLA E. CRAIG
U.S. BANKRUPTCY JUDGE

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

BOYSIN RALPH LORICK,                                      Case No.  1-16-45645-nhl
CYNTHIA THERESA LORICK,

                                  Debtors.               Chapter 11
--------------------------------------------------------X

### ORDER PURSUANT TO SECTION 327(a) OF THE
### BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT OF
### MARILYN MACRON P.C.  AS SPECIAL COUNSEL TO THE DEBTORS

Upon the application (the "Application") of Boysin and Cynthia Lorick (the "Debtors"),

as debtors and debtors in possession, dated September 26, 2017, for entry of an order pursuant to

11 U.S.C. § 327(a) authorizing and approving the employment of Marilyn Macron P.C.

("Macron") as their special counsel; upon the Declaration of Marilyn Macron, Esq., a member of

the firm of Macron; it appearing that Marilyn Macron is admitted to practice before this Court;

the Court being satisfied that Macron represents no interest adverse to the Debtors and the estate

as to the matters upon which it is to be engaged, and that the employment of Macron is necessary

and in the best interest of the Debtors and the estate; due notice of the Application having been

given to the United States Trustee, and it appearing that no other or further notice need be given;

sufficient cause appearing therefor, it is

**ORDERED**, that the Application is granted as set forth herein; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 327(a) of the Bankruptcy Code, the Debtors are

authorized to employ Macron as their attorney to perform the legal services necessary to prepare

for and defend against Soleyman Ghalchi's motion for an order setting aside the sale order dated

September 8, 2017, and defend against the appeal of the sale order, effective as September 26,

2017; and it is further

**ORDERED**, that no compensation or reimbursement of expenses shall be paid to Macron  for professional services rendered to the Debtors, except upon proper application and by further order of this Court, and any of Macron's fee applications will be subject to notice and hearing pursuant to Sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and will comply with the Court's General Order 613 (Guidelines for Fees and Disbursements for Professionals in Eastern District of New York Bankruptcy Cases).

```
No Objection:

Office of the United States Trustee

Dated: October 4, 2017

By:  /s/ Nazar Khodorovsky
     Nazar Khodorovsky, Trial Attorney
```



**Dated: October 11, 2017**
**Brooklyn, New York**

**Nancy Hershey Lord**
**United States Bankruptcy Judge**

**Exhibit C**



**MARILYN MACRON ESQ.**

# INVOICE

**Marilyn Macron, P.C**

211 Beach 134th Street, First Floor Belle Harbor, NY 11694

Phone: 917-716-2611 | Fax: 718-946-7455

| | |
|---|---|
| **INVOICE#** | 1001 |
| **DUE ON:** | 10/15/2017017 |

**BILL TO:**

Boysin Ralph Lorick and Cynthia Lorick

| Date | Atty | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/26/2017 | MM | Review Case/File/Documents in prep for Elie Aryeh deposition | 1.00 | $300.00 | $ 300.00 |
| 9/26/2017 | MM | Attend deposition of Elie Aryeh at Certilman, Review file in preparation for Ortiz Deposition | 5.00 | $300.00 | $ 1,500.00 |
| 9/27/2017 | MM | Attend Deposition of Norma Ortiz at Certilman, Conf w/ NO and Martha de Jesus ("MDJ"), email corresp w/ counsel re: depositions/escrow/financing/assignment | 6.00 | $300.00 | $ 1,800.00 |
| 9/28/2017 | MM | Review Lorick's declaration, MDJ declaration, draft of debtors' response to Ghalchi's motion to set aside sale, attend deposition of MDJ at Certilman | 11.60 | $300.00 | $ 3,480.00 |
| 9/29/2017 | MM | Attend depositons of B. Lorick and C. Lorick at Certilman | 6.50 | $300.00 | $ 1,950.00 |
| 10/1/2017 | MM | Correspondence with Norma Ortiz | 0.10 | $300.00 | $ 30.00 |
| 10/2/2017 | MM | Attend Depositon of Jack Guela at EDNY, conference before Judge Craig, Review Correspondence between counsel | 4.60 | $300.00 | $ 1,380.00 |
| 10/3/2017 | MM | Reviewed/Edited Debtors' Joint Pretrial Order, electronically filed same, emailed same to counsel, conference with Norma Ortiz regarding exhibits, receive and review Glick letter to court; telephone call to Stephen L. Barry regarding retention as Of Counsel for evidentiary hearing | 3.70 | $300.00 | $ 1,110.00 |
| 10/3/2017 | SLB | Telephone call with Marilyn Macron regarding retention as hearing counsel and discussion of case | 0.70 | $300.00 | $ 210.00 |
| 10/4/2017 | MM | Preparation for evidentiary hearing scheduled 10/5/2017 | 4.50 | $300.00 | $ 1,350.00 |
| 10/4/2017 | SLB | 2 Telephone calls with Marilyn Macron regarding strategy for hearing (0.8); receive and review OTSC/Opp/Reply papers (2.4); Telephone call with Norma Ortiz to discuss factual background of case (0.8), review deposition transcript of Jack Guela (0.8), review Joint Pretrial Order (0.7) | 5.50 | $300.00 | $ 1,650.00 |
| 10/5/2017 | MM | Travel to/from EDNY from Queens N.Y. (1.0), trial before Judge Craig (7.0); conference with co-counsel (1.0) | 9.00 | $300.00 | $ 2,700.00 |
| 10/5/2017 | SLB | travel to/from EDNY from Queens N.Y. roundtrip (2.3), meet with client Lorik to prepare for his testimony (0.9), meet with Norma Ortiz and Martha DeJesus to prepare for their testimony (0.4), attend hearing before Judge Craig of the EDNY conducting cross-examination of two witnesses (7.0), telephone call with Norma Ortiz to discuss strategy and review hearing testimony (0.2), meeting with Marilyn Macron to discuss hearing testimony and strategy (1.0), review of hearing exhibits in preparation for cross-examination of witnesses (1.4) | 13.20 | $300.00 | $ 3,960.00 |
| 10/6/2017 | MM | travel to/from EDNY from Queens N.Y. (1.0), trial before Judge Craig (7.0); conference with co-counsel after decision regarding future file handling (0.3) | 8.30 | $300.00 | $ 2,490.00 |

| Date | Atty | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 10/6/2017 | SLB | Travel to/from EDNY from Queens, N.Y. (2.2), Discussions with client Lorik regarding his testimony (0.3), Conduct hearing before Judge Craig of the EDNY Bankruptcy Ct cross-examining four witnesses and presenting closing argument (6.2), Discussions with client Lorik following decision (0.2), Discussiojns regarding future actions on the case with Marilyn Macron and Norma Ortiz (0.3) | 9.20 | $300.00 | $      2,760.00 |
| 10/10/2017 | MM | Receive/Review Appellant Designation of Contents for Inclusion in Record on Appeal and Statement of Issues and Notice of Appeal filed by R. McCord on behalf of Galchi | 0.20 | $300.00 | $         60.00 |
| | | | | SUBTOTAL | $    26,730.00 |
| | | | | EXPENSES | $     3,752.11 |
| | | | | **TOTAL** | $    30,482.11 |

Make all checks payable to Marilyn Macron, P.C.

Total due in 20 days. Overdue accounts subject to a service charge of 1% per month.

**THANK YOU FOR YOUR BUSINESS!**



# EXPENSES

**Marilyn Macron P.C**
211 Beach 134th Street, First Floor Belle Harbor, NY 11694
Phone: 718-598-0512 | F 718-945-7455

Date:    10/15/2017

**BILL TO:**

Boysin Ralph Lorick and Cynthia Lorick

| Date | Expenses Described | Rate | Total |
|------|-------------------|------|-------|
| 9/26/2017 | Gas/Milage/Tolls for Deposition | $  50.00 | $    50.00 |
| 9/27/2017 | Gas/Milage/Tolls for Deposition | $  50.00 | $    50.00 |
| 9/29/2017 | Gas/Milage/Tolls for Deposition | $  50.00 | $    50.00 |
| 10/2/2017 | Gas/Milage/Tolls for Deposition | $  25.00 | $    25.00 |
| 9/28/2017 | Veritext Invoice NY3106765 for Depositions | | $  1,598.22 |
| 10/2/2017 | Veritext Invoice NY3110094 for Depositions | | $  1,978.89 |
| | | Subtotal | $  3,752.11 |
| | | Sales Tax | |
| | | Total | $  **3,752.11** |

Make all checks payable to Marilyn Macron P.C
Thank you for your business!
211 Beach 134th Street, First Floor Belle Harbor, NY 11694

# Proposed Order

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re

BOYSIN RALPH LORICK,                                Case No.  16-45645 (NHL)
CYNTHIA THERESA LORICK,

                              Debtors.                Chapter 11

--------------------------------------------------------X

### ORDER APPROVING APPLICATION FOR ALLOWANCE OF
### COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED

Upon the application of the parties listed in the attached Schedule "A" for an order

authorizing Boysin Ralph Lorick and Cynthia Theresa Lorick, debtors-in -possession (the

"Debtors"), to pay compensation and reimbursement of necessary costs and expenses incurred

pursuant to Bankruptcy Code §§ 330 (the "Applications"); and notice of the Application and a

hearing to consider the Application having duly been given pursuant to Federal Rules of

Bankruptcy Procedure 2002(a)(6) and (c)(2); and no party having objected to the relief sought in

the Applications; and it appearing that no further notice need be given; and it appearing that

sufficient cause has been shown for the relief requested in the Applications; and after due

deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED** that the applications are granted to the extent set forth in the attached

Schedule "A" pursuant to Bankruptcy Code Section 330; and it is further

**ORDERED** that the Debtors are authorized and directed to pay the amounts

awarded as detailed in the attached Schedule "A"; and it is further

**ORDERED** that this order constitutes a separate order as to each of the professionals

listed on Schedule "A" in the event that any party wishes to file an appeal with respect to the

decision on any individual Application.

Date:   Brooklyn, New York
        February ___, 2018

                                                    _____
                                                    HON. NANCY HERSHEY LORD
                                                    U.S. BANKRUPTCY JUDGE

Case No**: 16-45645**
Case Name: **Boysin Ralph Lorick and Cynthia Theresa Lorick**

| Applicant | Date/Document No. Of Applicant | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|
| **Marilyn Macron, P.C.** Special Counsel to the Debtors | 1/15/2018 Doc # 213 | $26,730.00 | _____ | $3,752.11 | _____ |

SCHEDULE A(1)                    DATE: February ___, 2018