# ORTIZ & ORTIZ, L.L.P.

Attorneys at Law
32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz *(1931-2016)*
Norma E. Ortiz∗

_____

Martha de Jesus∗
∗ (Admitted in New York and New Jersey)

Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com

February 2, 2018

Hon. Nancy Hershey Lord
U.S. Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, New York 11201

                    Re:    **Boysin R. Lorick**
                            **Cynthia T. Lorick**
                            **Case No. 16-45645**

                            **Fee Application of Marilyn Macron, P.C.**

Dear Judge Lord:

Marilyn Macron, P.C. filed a fee application that is returnable before the Court on March 8, 2018. After conferring with the U.S. Trustee's Office, Ms. Macron discovered that the time records filed in support of the application do not clearly set forth the time incurred and billed for traveling. In addition, a few of the entries contained lumped entries. Finally, Ms. Macron discovered that all of the third party invoices and expenses she incurred were not included in the fee application.

Attached hereto as Exhibit A is a copy of the revised time records that address the lumped entries. Attached as Exhibit B is a revised list of expenses and copies of the invoices. Ms. Macron has agreed to reduce her fee request by $975.00, without prejudice to submitting another request for the time not included in the present fee application.

The Office of the U.S. Trustee was kind enough to review the application, and informally resolve the questions and concerns they had for Ms. Macron. Based upon these changes, we believe they have no objection to the request for fees and expenses as revised herein.

Thank you for your consideration.

Very truly yours,

*Norma E. Ortiz*

cc:    Karam Dahiya (By email)
       Nazar Khodorovsky (By email)

**EXHIBIT A**

 **MARILYN MACRON ESQ.**

# INVOICE

**Marilyn Macron, P.C**

211 Beach 134th Street, First Floor Belle Harbor, NY 11694

Phone: 917-716-2611 | Fax: 718-946-7455

| | |
|---|---|
| **INVOICE#** | 1001 |
| **DUE ON:** | 10/15/2017 |

**BILL TO:**

Boysin Ralph Lorick and Cynthia Lorick

| Date | Atty | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/25/2017 | MM | Review Case/File/Documents in prep for Aryeh deposition | 1.00 | $300.00 | $ 300.00 |
| 9/26/2017 | MM | Attend deposition of Aryeh at Certilman (3.5 hours), Review file in preparation for Ortiz Deposition(.5) Travel to Certilman (3 hours billed at half rate) | 6.50 | $300.00 | $ 1,950.00 |
| 9/27/2017 | MM | Attend Deposition of Norma Ortiz at Certilman (5.5), Conf w/ NO and Martha de Jesus re: witness testimony (.25), email corresp w/ counsel re: depositions/escrow/financing/assignment (.3), Travel time to Certilman billed at half rate (3 hours) | 7.55 | $300.00 | $ 2,265.00 |
| 9/28/2017 | MM | Review Lorick's declaration(.75), MDJ declaration(.75) and outline facts and argumets.  Draft debtors' response to Ghalchi's motion to set aside sale (5.1 hour) , attend deposition of MDJ at Certilman (5 hours (Travel 3 hours, billed at half hourly rate) | 12.60 | $300.00 | $ 3,780.00 |
| 9/29/2017 | MM | Attend depositons of B. Lorick and C. Lorick at Certilman (6 hours), Travel time (3 hours, billed at half hourly rate) | 7.50 | $300.00 | $ 2,250.00 |
| 10/1/2017 | MM | Corres. w/ NO re: witness testimony and retention of SLB | 0.10 | $300.00 | $ 30.00 |
| 10/2/2017 | MM | Attend Depositon of Jack Guela at EDNY, conf. before Judge Craig(4 hours), Review Corresp. w/ NO and Veritex re: status, transcript receipt and review) B/t counsel .75)(Travel 2 hours, billed at half hourly rate) | 5.75 | $300.00 | $ 1,725.00 |
| 10/3/2017 | MM | Reviewedand Edited Debtors' Joint Pretrial Order, electronically filed same, emailed same to counsel.  Conf/ with NO re: exhibits and terms of order (3).  Receive/review/Glick letter to court; telephone call to SLB re: retention as Hearing Counsel and issues in case for trial (.7) | 3.70 | $300.00 | $ 1,110.00 |
| 10/3/2017 | SLB | Tel call w/ MM re: retention as hearing counsel and discussion of case | 0.70 | $300.00 | $ 210.00 |
| 10/4/2017 | MM | Trial Prep (reviewed file (1 hour)/deposition(2 hours)/drafted direct and cross exam of witnesses(1.5 hours) | 4.50 | $300.00 | $ 1,350.00 |

| Date | Atty | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
| 10/4/2017 | SLB | 2 Tel calls w/ MM re: strategy for hearing(0.8), receive and review OTSC and outline arguments and counterarguments/Opp/Reply papers (2.4), Tel call w/ NO to discuss factual background of case(0.8), Read and review deposition transcript of Guela (0.8), Read and review Joint Pretrial Order (0.7) | 5.50 | $300.00 | $    1,650.00 |
| 10/5/2017 | MM | Travel to/from EDNY from Queens N.Y. (2.0), trial before Judge Craig (7.0); conference with co-counsel (1.0) | 9.00 | $300.00 | $    2,700.00 |
| 10/5/2017 | SLB | travel to/from EDNY from Queens N.Y. roundtrip (2.3 billed at half of time incurred),  meet with client Lorik to prepare for his testimony (0.9), meet with Norma Ortiz and Martha DeJesus  to prepare for their testimony, issues to be raised tomorrow and strategy for questioning witnesses and related trail prep (1hr), attend hearing before Judge Craig of the EDNY conducting cross-examination of two witnesses (7.0), telephone call with Norma Ortiz to discuss strategy and review hearing testimony (0.2), meeting with Marilyn MAcron to discuss hearing testimony and strategy (1.0), review of hearing exhibits in preparation for cross-examination of witnesses (1.4) | 12.20 | $300.00 | $    3,660.00 |
| 10/6/2017 | MM | travel to/from EDNY from Queens N.Y. (2. hours billed at half time incurred), trial before Judge Craig (7.0); conference with co-counsel after decision re future file handling (0.3) | 8.30 | $300.00 | $    2,490.00 |
| 10/6/2017 | SLB | Travel to/from EDNY from Queens, N.Y. (2.2 billed at half time incurred), Discussions with client Lorik regarding his testimony (0.3), Conduct hearing before Judge Craig of the EDNY Bankruptcy Ct cross-examining four witnesses and presenting closing argument (6.2), Discussions with client Lorik following decision (0.2), Discussions regarding future actions on the case with Marilyn Macron and Norma Ortiz (0.3) | 8.10 | $300.00 | $    2,430.00 |
| 10/10/2017 | MM | Receive/Review Appellant Designation of Contents for Inclusion in Record on Appeal and Statement of Issues and Notice of Appeal filed by R. McCord on behalf of Galchi | 0.20 | $300.00 | $    60.00 |
| | | | | | $    - |
| | | | | | $    - |
| | | | | | $    - |
| | | | | | $    - |
| | | | | | $    - |
| | | | | | $    - |

| Date | Atty | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|-------------|-------|------|--------|
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |
|  |  |  |  |  | $              - |

|  | |
|---|---|
| SUBTOTAL | $        27,960.00 |
| TAX RATE | 0.00% |
| SALES TAX | $              - |
| EXPENSES | $         6,962.61 |
| **TOTAL** | $        34,922.61 |

Make all checks payable to Marilyn Macron, P.C.

Total due in 20 days. Overdue accounts subject to a service charge of 1% per month.

**THANK YOU FOR YOUR BUSINESS!**

**EXHIBIT B**



# EXPENSES

**Marilyn Macron P.C**
211 Beach 134th Street, First Floor Belle Harbor, NY 11694
Phone: 718-598-0512 | F 718-945-7455

Date:    10/15/2017

**BILL TO:**

Boysin Ralph Lorick and Cynthia Lorick

| | Date | Expenses Described | Rate | Total | |
|---|---|---|---|---|---|
| | 9/26/2017 | Gas, Tolls, Mileage to CBA for Depositions | | $ | 50.00 |
| | 9/27/2017 | Gas, Tolls, Mileage to CBA for Depositions | | | 50.00 |
| | 9/28/2017 | Gas, Tolls, Mileage to CBA for Depositions | | | 50.00 |
| | 9/29/2017 | Gas, Tolls, Mileage to CBA for Depositions | | | 50.00 |
| | 10/2/2017 | Gas, Tolls, Mileage to EDNY Brooklyn | | | 35.00 |
| | 10/5/2017 | Gas, Tolls, Mileage to EDNY Brooklyn | | | 35.00 |
| | 10/6/2017 | Gas, Tolls, Mileage to EDNY Brooklyn | | | 35.00 |
| | 9/28/2017 | Invoice From Veritex see attached | | | 1,623.28 |
| | 10/2/2017 | Invoice From Veritex see attached | | | 2,009.92 |
| | 10/2/2017 | Invoice From Veritex see attached | | | 3,024.41 |

Total

| | | |
|---|---|---|
| Subtotal | $ | 6,962.61 |
| Sales Tax | | |
| Total | $ | **6,962.61** |

Thank you for your business!

## Veritext Corp
## New York Region

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| Bill To: | Marilyn Macron, Esq. | | |
|---|---|---|---|
| | Marilyn Macron PC | **Invoice #:** | NY3106765 |
| | 211 Beach 134th Street | **Invoice Date:** | 9/28/2017 |
| | Belle Harbor, NY, 11694 | **Balance Due:** | $1,623.28 |

| | |
|---|---|
| **Case:** | Lorick v. |
| **Job #:** | 2716933 \| Job Date: 9/27/2017 \| Delivery: Daily |
| **Billing Atty:** | Marilyn Macron, Esq. |
| **Location:** | Certilman Balin Adler |
| | 90 Merrick Avenue \| 9th Floor \| East Meadow, NY 11554 |
| **Sched Atty:** | Richard J. McCord, Esq. \| Certilman Balin Adler & Hyman LLP |

| Witness | Description | Amount |
|---|---|---|
| | Transcript - Fee for Daily | $619.50 |
| Norma Ortiz | Transcript Services | $665.50 |
| | Exhibit Management | $191.60 |
| | Delivery and Handling | $50.79 |

| **Notes:** | | |
|---|---|---|
| | **Invoice Total:** | $1,527.39 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $95.89 |
| | **Balance Due:** | $1,623.28 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 124 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | | |
|---|---|---|---|
| **To pay online, go to** | Please remit payment to: | **Invoice #:** | NY3106765 |
| **www.veritext.com** | Veritext | **Job #:** | 2716933 |
| | P.O. Box 71303 | **Invoice Date:** | 9/28/2017 |
| Veritext accepts all major credit cards | Chicago IL 60694-1303 | **Balance:** | $1,623.28 |
| (American Express, Mastercard, Visa, Discover) | | | |

160117

**Veritext Corp**
**New York Region**



330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569

| | | |
|---|---|---|
| **Bill To:** Marilyn Macron, Esq. | **Invoice #:** | NY3110094 |
| Marilyn Macron PC | **Invoice Date:** | 10/2/2017 |
| 211 Beach 134th Street | **Balance Due:** | $2,009.92 |
| Belle Harbor, NY, 11694 | | |

| | |
|---|---|
| **Case:** | Lorick v. |
| **Job #:** | 2716939 \| Job Date: 9/29/2017 \| Delivery: Daily |
| **Billing Atty:** | Marilyn Macron, Esq. |
| **Location:** | Certilman Balin Adler |
| | 90 Merrick Avenue \| 9th Floor \| East Meadow, NY 11554 |
| **Sched Atty:** | Richard J. McCord, Esq. \| Certilman Balin Adler & Hyman LLP |

| Witness | Description | Amount |
|---|---|---|
| | Transcript - Fee for Daily | $605.50 |
| | Transcript Services | $651.50 |
| Boysin Ralph Lorick | Exhibit Management | $159.75 |
| | Delivery and Handling | $48.69 |
| | Transcript - Fee for Daily | $182.00 |
| Cynthia Theresa Lorick | Transcript Services | $228.00 |
| | Exhibit Management | $15.75 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,891.19 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $118.73 |
| | **Balance Due:** | $2,009.92 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 120 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **To pay online, go to** | **Please remit payment to:** | **Invoice #:** | NY3110094 |
|---|---|---|---|
| **www.veritext.com** | **Veritext** | **Job #:** | 2716939 |
| | **P.O. Box 71303** | **Invoice Date:** | 10/2/2017 |
| Veritext accepts all major credit cards | **Chicago IL 60694-1303** | **Balance:** | $2,009.92 |
| (American Express, Mastercard, Visa, Discover) | | | |

160117

**Veritext Corp
New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Marilyn Macron, of Counsel | **Invoice #:** | NY3109388 |
| Ortiz & Ortiz LLP | **Invoice Date:** | 10/2/2017 |
| 32-72 Steinway St | **Balance Due:** | $3,024.41 |
| Ste 402 | | |
| Astoria, NY, 11103 | | |

| | |
|---|---|
| **Case:** | Lorick v. |
| **Job #:** | 2716937 \| Job Date: 9/28/2017 \| Delivery: Daily |
| **Billing Atty:** | Marilyn Macron, of Counsel |
| **Location:** | Certilman Balin Adler |
| | 90 Merrick Avenue \| 9th Floor \| East Meadow, NY 11554 |
| **Sched Atty:** | Richard J. McCord, Esq. \| Certilman Balin Adler & Hyman LLP |

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $1,288.50 |
| | Transcript - Fee for Daily | $1,242.50 |
| Martha de Jesus | Exhibit Management | $265.50 |
| | Delivery and Handling | $49.25 |

| | | |
|---|---|---|
| **Notes:** Erroneously omitted the charge for daily delivery. Replaces invoice # NY3108419 | **Invoice Total:** | $2,845.75 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $178.66 |
| | **Balance Due:** | $3,024.41 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 120 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **To pay online, go to**<br>**www.veritext.com** | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** | NY3109388 |
|---|---|---|---|
| | | **Job #:** | 2716937 |
| Veritext accepts all major credit cards | | **Invoice Date:** | 10/2/2017 |
| (American Express, Mastercard, Visa, Discover) | | **Balance:** | $3,024.41 |

58886