# Ortiz & Ortiz, L.L.P.

Attorneys at Law
32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz *(1931-2016)*          Tel. (718) 522-1117
Norma E. Ortiz∗                         Fax (718) 596-1302
                                        email@ortizandortiz.com
─────────

Martha de Jesus∗
∗ (Admitted in New York and New Jersey)

February 6, 2018

Hon. Nancy Hershey Lord
U.S. Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, New York 11201

        **Re:**   **Boysin and Cynthia Lorick**
           **Case No. 16-45645**

Dear Judge Lord:

  I wrote previously about the Debtors' request for my firm's time records so that they could determine whether they would seek to file a Section 506(c) application in connection with Wells Fargo's request for fees. Since that time, I have expended over 30 hours categorizing our time records to enable the Debtors to determine what services were rendered in connection with the sale of 3126 Coney Island Avenue in Brooklyn, and what records would be relevant to such an application. Unfortunately, the manner in which the information is presented by our software would have made the analysis difficult for the Debtor. As a result, I downloaded the time records from our software and created a spreadsheet that models the U.S. Trustee Fee Guidelines. I reviewed every entry, and it took much longer than I anticipated.

  I provided those time records to the Debtors' Counsel today for the services rendered from December 2016 to November 30, 2017. The records reflect $127,848 in services rendered during that period and excludes expenses. I have not had any communication from the Debtors other than the initial request for time records I received from Debtors' Counsel. Therefore, I do not know what their intention is regarding Wells Fargo's pending request.

  My firm intends to file a fee application, and will obtain the hearing date suggested by the Court when I appear at the next hearing this Thursday. However, since Wells Fargo's request is over six times greater than my firm's request, the Court may find our fee application or time records pertinent to a determination of the reasonableness of Wells Fargo's pending request under Section 506(b).

  Thank you for your consideration.

                Very truly yours,

                *Norma E. Ortiz*