**UNITED STATE BANKRUTPCY COURT**
**EASTERN DISTRICT COURT OF NEW YORK**

-------------------------------------------------------------X   Case No. 16-45645-NHL

IN RE:

    BOYSIN RALPH LORICK         Chapter 11
    CYNTHIA THERESA LORICK

        Debtor
-------------------------------------------------------------X

**AFFIRMATION OPPOSING ALESANDRA K. FUGATE, ESQ. MOTION TO LIFT AUTOMATIC STAY REGARDING WELLS FARGO, AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A.[1]**

The Debtors Boysin Lorick and his wife Cynthia Lorick opposing the motion of Wells Fargo posits as follows:

1. The debtors have paid contrary to the assertion of the Ms. Fugate. Attached are the proofs. Ex. A.
2. Additional information is being sought as to why Wells Fargo would do what it did here—filing a motion to lift stay despite payments.

Wherefore grounds do not exist for such a relief sought.

Dated: April 25, 2018

New York NY                                              /s/_____

                                                              Karamvir Dahiya

---

[1] It is being deliberately filed late so that the movant could do their homework and ascertain. I had communicated to this counsel's office that the debtors have paid.