# DAHIYA LAW OFFICES LLC
*Attorneys*

75 Maiden Lane Suite 506
New York, New York 10013
Tel: 212-766 8000   Fax: 212 766 8001
karam@legalpundit.com

May 7, 2018

Hon. Nancy H. Lord
Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York

Re, *Boysin R. Lorick, Cynthia Lorick* (16-45645)

Dear Judge Lord:

I am the counsel for the debtors. I am writing to request an extension of debtors' time to respond to the fees applications etc. of Ortiz & Ortiz, LLP and Wells Fargo's counsel and as well supplement the debtor's section 506 application, by at least one week time.

Your Honor, I had been down with very high fever since last 10 days paralyzing my work. Mr. Boysin just returned from Atlanta where he was taking care of his wife. He is equally not well. Your honor, with an extended time, we should be able to respond adequately, address the issues in the applications, which would expedite our way to a final resolution of the pending issues. In interest of justice, and fairness, Your Honor kindly grant us this extension. Had it not been for the sickness, I would not have sought this extension. There is no prejudice to any party with this request. For the same we are amenable to any short adjournment of the coming hearing by a week's time to accommodate the other parties. Thank you for your consideration.

Yours' sincerely,

/s/karamvir Dahiya