UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In Re:

BOYSIN RALPH LORICK and CYNTHIA THERESA LORICK,

Debtors.

**NOTICE OF MOTION**

Case No.: 1-16-45645 nhl
Chapter 11

---

      **PLEASE TAKE NOTICE**, that upon the annexed Application of Melisande Hill, Esq. of Hill & Moin, LLP, will move this Court at the United States Bankruptcy Court, U.S. Courthouse, 271 Cadman Plaza, Courtroom 3577, Judge Lord, Brooklyn, NY 11201-1800 on May 31, 2018 at 3 p.m., or as soon thereafter as Counsel may be heard, for an Order pursuant to Bankruptcy 11 U.S.C. §362(d), granting Mr. Ivan Tanasiychuk, the Plaintiff in the Supreme Court of State of New York, County of Kings, Index No. 502752/2016 relief from the automatic stay for the purpose of proceeding with his personal injury claims against the Non-Debtor, limited solely to the available proceeds insuring the debtors' property at the time of Mr. Tanasiychuk's fall, and for such other and further relief as to this Court may seem just and proper.

      **PURSUANT TO LOCAL BANKRUPTCY RULE 9006-1(1a), ANY ANSWERING PAPERS ARE TO BE SERVED SO AS TO BE RECEIVED BY THE SECURED CREDITOR'S COUNSEL NO LATER THAN SEVEN (7) DAYS PRIOR TO THE HEARING DATE.**

Dated: New York, New York
       May 11, 2018

_____
By: **Melisande Hill, Esq.**
**HILL & MOIN LLP**

Attorneys for Plaintiff
2 Wall Street

Suite 301
New York, New York 10005
(212) 668-6000

| | | |
|---|---|---|
| **Colin M Bernardino**<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street<br>Suite 2800<br>Atlanta, GA 30309 | representing | **Wells Fargo Bank**<br>Kilpatrick Townsend & Stockton<br>The Grace Building<br>1114 Avenue of Americas<br>New York, NY 10036<br>*(Creditor)* |
| **Keith M Brandofino**<br>Kilpatrick Townsend & Stockton LLP<br>1114 Avenue of the Americas<br>21st floor<br>New York, NY 10036 | representing | **Wells Fargo Bank**<br>Kilpatrick Townsend & Stockton<br>The Grace Building<br>1114 Avenue of Americas<br>New York, NY 10036<br>*(Creditor)* |
| **Karamvir Dahiya**<br>Dahiya Law Offices, LLC<br>75 Maiden Lane<br>Suite 506<br>New York, NY 10038 | representing | **Boysin Ralph Lorick**<br>3126 Coney Island Avenue<br>Apt 5B<br>Brooklyn, NY 11235<br>*(Debtor)* |
| | | **Cynthia Theresa Lorick**<br>3126 Coney Island Avenue<br>Apt 5B<br>Brooklyn, NY 11235<br>*(Joint Debtor)* |
| **David J. Doyaga, Attorney at Law**<br>26 Court Street<br>Suite 1601<br>Brooklyn, NY 11242 | representing | **Douglas, Receiver Rosenberg**<br>*(Creditor)* |
| | representing | **David J. Doyaga, Attorney at Law**<br>*(Attorney)* |
| **Aleksandra Krasimirova Fugate**<br>Woods Oviatt Gilman, LLP<br>700 Crossroads Building | representing | **Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A.**<br>Woods Oviatt Gilman, LLP<br>700 Crossroads Building |

| | | |
|---|---|---|
| 2 State Street<br>Rochester, NY 14614 | | 2 State Street<br>Rochester, NY 14614<br>855-227-5072<br>585-362-4646 (fax)<br>bkinbox@woodsoviatt.com<br>*(Creditor)* |
| **Robert W. Griswold**<br>Shapiro, DiCaro & Barak, LLC<br>One Huntington Quadrangle, Suite 3N05<br>Melville, NY 11747 | representing | **Select Portfolio Servicing, Inc. as Servicer for Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT**<br>Shapiro, DiCaro & Barak, LLC<br>One Huntington Quadrangle<br>Melville, NY 11747<br>(631) 844-9611<br>LIbkcourt@logs.com<br>*(Creditor)* |
| **Richard J McCord**<br>Certilman Balin Adler & Hyman<br>90 Merrick Avenue<br>East Meadow, NY 11554 | representing | **Soleyman Ghalchi**<br>c/o Certilman Balin Adler & Hyman, LLP.<br>90 Merrick Avenue<br>East Meadow, NY 11554<br>(516) 296-7000<br>(516) 296-7111 (fax)<br>*(Creditor)* |
| **Norma E Ortiz**<br>Ortiz & Ortiz LLP<br>32-72 Steinway Street<br>Suite 402<br>Astoria, NY 11103<br>(718) 522-1117<br>(718) 596-1302 (fax)<br>email@ortizandortiz.com<br>*Assigned: 12/15/2016* | representing | **Boysin Ralph Lorick**<br>3126 Coney Island Avenue<br>Apt 5B<br>Brooklyn, NY 11235<br>*(Debtor)*<br><br>**Cynthia Theresa Lorick**<br>3126 Coney Island Avenue<br>Apt 5B<br>Brooklyn, NY 11235<br>*(Joint Debtor)* |