UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

Boysin Ralph Lorick and
Cynthia Theresa Lorick,

                        Debtors.
-----------------------------------------------------------X

Chapter 11

Case No. 16-45645-NHL

## SUPPLEMENTAL STATEMENT IN SUPPORT OF THAT PORTION OF THE CLAIM OF WELLS FARGO BANK, N.A. ATTRIBUTABLE TO THE FEES AND EXPENSES OF AKIN GUMP STRAUSS HAUER & FELD LLP AND ORIGINALLY INCLUDED IN THE APPLICATION FOR ORDER DIRECTING DISTRIBUTION OF SALE PROCEEDS TO WELLS FARGO BANK, N.A.

Wells Fargo Bank, N.A., as Trustee for the registered holders of Sovereign Commercial mortgage Securities Trust, 2007-C1, Commercial Pass-Through Certificates, Series 2007-C1 (the "Lender"), a secured creditor of the above-captioned debtors (the "Debtors"), respectfully submits this supplemental statement in support of that portion of the Lender's claim attributable to the fees and expenses of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") and originally included in the *Application for Order Directing Distribution of Sale Proceeds to Wells Fargo Bank, N.A.* (the "Application") [Dkt. No. 191] and respectfully states as follows:

1.      The Court's familiarity with the factual background of this case is presumed, and only pertinent facts are set forth below.[1]

2.      At the May 24, 2018 hearing on the Application, the Court instructed the Lender to file a separate statement regarding the Lender's request for payment from the sale proceeds of the

---

[1] Further information, background, and basis for the distribution of the sale proceeds to the Lender was previously provided with the Lender's Reply in Support of Application for Order Directing Distribution of Sale Proceeds to Wells Fargo Bank, N.A. [ECF No. 207] (the "Reply"), the Supplemental Statement in Support of Application for Order Directing Distribution of Sale Proceeds to Wells Fargo Bank, N.A. [ECF No. 227], the Second Supplemental Statement in Support of Application for Order Directing Distribution of Sale Proceeds to Wells Fargo Bank, N.A. [ECF No. 244], and the Response in Further Support of Application for Order Directing Distribution of Sale Proceeds to Wells Fargo Bank, N.A. [ECF No. 260].

fees and expenses incurred by the Lender in connection with the portion of the Lender's claim based upon attorneys' fees and expenses charged to the Lender by Akin Gump. The Lender retained Akin Gump to advise the Lender with respect to the environmental remediation of the real property located at 3126 Coney Island Avenue, Brooklyn, New York (the "Property").[2] Attached hereto as **Exhibit A** is a summary of the fees and expenses incurred by Akin Gump in connection with its representation of the Lender as environmental counsel. Attached hereto as **Exhibit B** are the invoices of Akin Gump for services provided as the Lender's environmental counsel.

3.      The Consolidated Mortgage, Consolidated Note, So-Ordered Stipulation and Amended Foreclosure Judgment (as defined in the Reply) underlying the Lender's secured claim provide for the payment of interest on the Amended Foreclosure Judgment (as defined in the Reply) and attorneys' fees and costs incurred by the Lender in connection with its collection efforts. Section 506(b) of the Bankruptcy Code provides that an oversecured claim shall be allowed "interest on such claim, and any reasonable fees, costs or charges provided for under the agreement or State statute under which the claim arose." 11 U.S.C. § 506(b). There is no dispute that the Lender is oversecured. Therefore, the Lender is entitled to reasonable fees and interest pursuant to 506(b). The Lender submits that the attorneys' fees and costs incurred by the Lender while enforcing its rights are reasonable, especially as a result of the environmental hazards that had been present on the Property.

---

[2] The Property is adjacent to the site of a former dry-cleaning facility. Upon information and belief, the former Brighton Dry Cleaners is a "Recognized Environmental Condition" and is classified by the New York Department of Environmental Protection as a "New York Brownfields" facility with confirmed contamination of soil and groundwater. On or about May 8, 2014, Terracon Consultants, Inc. prepared an environmental assessment of the subject building, and thereafter conducted additional testing, which confirmed the existence of tetrachloroethene and tricholoroethene. These chemicals posed a substantial health hazard to the tenants of the Property. The Receiver engaged professionals to remediate the Property's environmental contamination. *See* Affidavit of Douglas Rosenberg in Support of Emergency Motion for Receiver to Remain in Possession [Case No. 16-43194-nhl, ECF No. 10].

WHEREFORE, the Lender respectfully requests that the Court order the immediate distribution of $34,225.50 in satisfaction of that portion of the Lender's claim attributable to the attorneys' fees and expenses of Akin Gump as the Lender's environmental counsel.[3]

Dated: June 27, 2018

Respectfully submitted,

/s/ Colin M. Bernardino

Colin M. Bernardino, Esq. (Ga. Bar No. 054879)
(Admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: cbernardino@kilpatricktownsend.com

and

Keith Brandofino, Esq. (NY Bar No. KB 2128)
KILPATRICK TOWNSEND & STOCKTON LLP
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone: (212) 775-8700
Facsimile: (212) 954-5555
Email: kbrandofino@kilpatricktownsend.com

*Counsel for Wells Fargo Bank, as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Pass-Through Certificates, Series 2007-C1*

---

[3] The Lender does not waive any other amounts requested in the Application. This supplemental statement is submitted solely at the direction of the Court and does not impact in any way the remainder of the relief requested in the Lender's Application.

# **EXHIBIT A**

Summary of Akin Gump Strauss Hauer & Feld LLP's Fees and Expenses

**Summary of Fees and Expenses**

| Professional | Hourly Rate | Hours | Total |
|---|---|---|---|
| David H. Quigley | $635.00 | 12.1 | $7,489.00 |
| David H. Quigley | $715.00 | 9.4 | $6,721.00 |
| David H. Quigley | $760.00 | 5.1 | $3,876.00 |
| Carmela T. Renna | $200.00 | 13.9 | $2,590.00 |
| Carmela T. Renna | $285.00 | 26.3 | $7,495.50 |
| Carmela T. Renna | $460.00 | 6.4 | $2,944.00 |
| Viktoriia.A. De Las Casas | $225.00 | 1.6 | $360.00 |
| **Total** | | **74.8** | **$31,475.50** |
| **Blended Fee Rate** | | | **$420.80** |

| Expense Category | Cost: |
|---|---|
| Consultant Fees | $2,750.00 |
| **Total** | **$2,750.00** |

# **EXHIBIT B**

Invoices of Akin Gump Strauss Hauer & Feld LLP



# Akin Gump
## Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
LINDSEY, DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1558609 |
| Invoice Date | 09/12/14 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED:

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 08/20/14 | DHQ | Review environmental assessment to provide comments. | 0.30 | $190.50 |
| 08/20/14 | CTR | Review Phase I environmental site assessment; | 1.40 | $280.00 |
| 08/22/14 | DHQ | Review summary of teleconference regarding environmental investigation to provide comments; review state environmental materials regarding site. | 0.90 | $571.50 |
| 08/22/14 | CTR | ; review relevant documentation; confer with D. Quigley regarding the same. | 0.90 | $180.00 |
| 08/26/14 | DHQ | Teleconference with C. Renna regarding phase II proposal. | 0.20 | $127.00 |
| 08/26/14 | CTR | | 0.40 | $80.00 |
| 08/27/14 | DHQ | Review comments to phase II scope of work and teleconference with C. Renna regarding same; contact L. Deere to discuss proposal and drafted related electronic memorandum. | 0.60 | $381.00 |
| 08/27/14 | CTR | | 0.30 | $60.00 |
| 08/27/14 | CTR | ; correspondence with consultant regarding preparing Phase II proposal. | 0.30 | $60.00 |

WATERSTONE ASSET MANAGEMENT LLC

Page 2

Invoice Number: 1558609

September 12, 2014

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| | | ; confer with D. Quigley regarding the same. | | |
| 08/29/14 | DHQ | Review proposal for phase II work to provide comments. | 0.40 | $254.00 |
| 08/29/14 | CTR | Review additional Phase II investigation proposal; confer with D. Quigley regarding the same; correspondence with L. Deere regarding the proposal | 0.50 | $100.00 |

Total Hours    6.20

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D H QUIGLEY | 2.40 | at | $635.00 | = | $1,524.00 |
| C T RENNA | 3.80 | at | $200.00 | = | $760.00 |

Current Fees    $2,284.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | | Value |
|------|---|-------|
| 08/27/14 | Prof Fees - Consultant Fees  re: 3126 Coney Island. VENDOR: DJS CONSULTING INC; INVOICE#: AKIN082714; DATE: 8/27/2014 | 350.00 |

Current Expenses    $350.00

**Total Amount of This Invoice**    **$2,634.00**



# Akin Gump
### Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
LINDSEY, DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1558609 |
| Invoice Date: | 09/12/14 |

FED I.D. NO.        75-1338644

Total Amount of This Invoice                                     $2,634.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| | | $0 | $0 | $0 |

Prior Balance Due                                                      $0

Total Balance Due Upon Receipt                          $2,634.00

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
LINDSEY, DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1558609 |
| Invoice Date | 09/12/14 |
| Client Number | 693741 |
| Matter Number | 0002 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1558609

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1584571 |
| Invoice Date | 02/17/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 01/28/15 | DHQ | Review phase II sampling data and related correspondence. | 0.30 | $190.50 |
| 01/28/15 | CTR | Correspondence with D. McCloskey regarding Phase II investigation and findings; review relevant documentation and results; confer with D. Quigley regarding the same. | 0.60 | $120.00 |
| 01/29/15 | DHQ | Review phase II sampling results and Terracon summary and related correspondence. | 0.50 | $317.50 |
| 01/29/15 | CTR | Correspondence with client regarding Phase II investigation findings; review relevant documentation and correspondence; confer with D. Quigley regarding the same; | 0.90 | $180.00 |
| 01/30/15 | DHQ | Review mitigation regulations and phase I report and related materials and correspondence regarding indemnification for environmental costs. | 0.50 | $317.50 |
| | | Total Hours | 2.80 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H QUIGLEY | 1.30 | at | $635.00 | = | $825.50 |
| C T RENNA | 1.50 | at | $200.00 | = | $300.00 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1584571

| Timekeeper | Hours | Rate | Value | |
|---|---|---|---|---|
| | Current Fees | | | $1,125.50 |

| | | |
|---|---|---|
| **Total Amount of This Invoice** | | **$1,125.50** |
| **Prior Balance Due** | | $0 |
| **Total Balance Due Upon Receipt** | | $1,125.50 |



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1584571 |
| Invoice Date: | 02/17/15 |

| | |
|---|---|
| FED I.D. NO. | 75-1338644 |

Total Amount of This Invoice                                          $1,125.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
| | | $0 | $0 | $0 |

Prior Balance Due                                          $0

Total Balance Due Upon Receipt                         $1,125.50

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1584571 |
| Invoice Date | 02/17/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1584571

(For wires originating outside the US reference Swift ID# CITIUS33)

# Akin Gump
## Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1589121 |
| Invoice Date | 03/16/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 02/02/15 | DHQ | Review consultant summary of New York vapor regulations and guidance and correspondence regarding same. | 0.70 | $444.50 |
| 02/05/15 | DHQ | Review sampling results and draft electronic memorandum regarding same. | 0.30 | $190.50 |
| 02/11/15 | DHQ | Review draft phase II report to provide comments; teleconference with Terracon regarding investigation and draft electronic memorandum regarding same. | 0.80 | $508.00 |
| 02/24/15 | DHQ | | 0.20 | $127.00 |
| 02/25/15 | DHQ | Review additional investigation proposal and related correspondence. | 0.40 | $254.00 |
| 02/25/15 | CTR | Review Phase II LSI report;                                      ; draft environmental due diligence letter; confer with D. Quigley regarding the same. | 1.80 | $360.00 |
| 02/26/15 | DHQ | Complete review of phase II assessment to edit and revise letter to Waterstone. | 0.50 | $317.50 |
| | | Total Hours | 4.70 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H QUIGLEY | 2.90 | at | $635.00 | = | $1,841.50 |
| C T RENNA | 1.80 | at | $200.00 | = | $360.00 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1589121

| Timekeeper | Hours | Rate | Value | |
|---|---|---|---|---|
| | Current Fees | | | $2,201.50 |

| | | |
|---|---|---|
| **Total Amount of This Invoice** | | **$2,201.50** |
| **Prior Balance Due** | | $1,125.50 |
| **Total Balance Due Upon Receipt** | | $3,327.00 |



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1589121 |
| Invoice Date: | 03/16/15 |

FED I.D. NO.        75-1338644

Total Amount of This Invoice                                          $2,201.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 02/17/15 | 1584571 | $1,125.50 | $0.00 | $1,125.50 |
| | | $1,125.50 | $0.00 | $1,125.50 |

Prior Balance Due                                          $1,125.50

Total Balance Due Upon Receipt                             $3,327.00

Please let us know promptly should your records reflect a different balance.

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1589121 |
| Invoice Date | 03/16/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1589121

(For wires originating outside the US reference Swift ID# CITIUS33)



# Akin Gump
### Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1595194 |
| Invoice Date | 04/20/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 03/02/15 | DHQ | Review phase II assessment change order and draft electronic memorandum regarding same. | 0.40 | $254.00 |
| 03/03/15 | DHQ | Review insurance information and related correspondence regarding work change orders. | 0.30 | $190.50 |
| | | Total Hours | 0.70 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H QUIGLEY | 0.70 | at | $635.00 | = | $444.50 |
| | Current Fees | | | | $444.50 |

**Total Amount of This Invoice**      **$444.50**



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1595194 |
| Invoice Date: | 04/20/15 |

FED I.D. NO.     75-1338644

Total Amount of This Invoice                                      $444.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| | | $0 | $0 | $0 |

Prior Balance Due                                      $0

Total Balance Due Upon Receipt                          $444.50

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1595194 |
| Invoice Date | 04/20/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

## AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

## FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

## AKIN GUMP STRAUSS HAUER & FELD LLP
## CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1595194

(For wires originating outside the US reference Swift ID# CITIUS33)



# Akin Gump
### Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1605062 |
| Invoice Date | 06/24/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 05/28/15 | DHQ | Review sub slab report and prior investigations | 1.00 | $635.00 |
| | | Total Hours | 1.00 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H QUIGLEY | 1.00 | at | $635.00 | = | $635.00 |
| | Current Fees | | | | $635.00 |

**Total Amount of This Invoice** $635.00

WATERSTONE ASSET MANAGEMENT LLC
Invoice Number: 1605062



# Akin Gump
## Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1605062 |
| Invoice Date: | 06/24/15 |

FED I.D. NO.       75-1338644

Total Amount of This Invoice                                    $635.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
|      |           | $0     | $0      | $0      |

Prior Balance Due                                                          $0

Total Balance Due Upon Receipt                                  $635.00

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1605062 |
| Invoice Date | 06/24/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1605062

(For wires originating outside the US reference Swift ID# CITIUS33)

Akin Gump Strauss Hauer & Feld LLP /Dept 7247-6827 /Philadelphia, PA 19170-6827

# Akin Gump
## Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1612709 |
| Invoice Date | 08/11/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/15 :

| Date | Tkpr | | Hours |
|---|---|---|---|
| 06/03/15 | DHQ | Discuss new environmental assessment. | 0.20 |
| 06/15/15 | CTR | Correspondence with consultant regarding site access issues; correspondence with client regarding the same. | 0.20 |
| 06/16/15 | CTR | Correspondence with consultant regarding site access issues; correspondence with client regarding the same. | 0.30 |
| 07/20/15 | DHQ | Review PCR to provide comments to letter to D. McCloskey. | 0.50 |
| 07/20/15 | CTR | Review property condition report; draft review letter; confer with D. Quigley regarding the same. | 1.70 |
| | | Total Hours | 2.90 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours |
|---|---|
| D H QUIGLEY | 0.70 |
| C T RENNA | 2.20 |

| | |
|---|---|
| Current Fees | $500.00 |

**Total Amount of This Invoice**            **$500.00**

Robert S. Strauss Building / 1333 New Hampshire Avenue, N.W. / Washington, DC 20036-1564 / 202.887.4000 / fax 202.887.4288 / www.akingump.com

WATERSTONE ASSET MANAGEMENT LLC
Invoice Number: 1612709



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1612709 |
| Invoice Date: | 08/11/15 |

| | |
|---|---|
| FED I.D. NO. | 75-1338644 |

Total Amount of This Invoice                                                  $500.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| | | $0 | $0 | $0 |

Prior Balance Due                                                                    $0

Total Balance Due Upon Receipt                                          $500.00

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1612709 |
| Invoice Date | 08/11/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1612709

(For wires originating outside the US reference Swift ID# CITIUS33)

Akin Gump Strauss Hauer & Feld LLP /Dept 7247-6827 /Philadelphia, PA 19170-6827



# Akin Gump
### Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Invoice Number | 1618210 |
| Invoice Date | 09/18/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 08/18/15 | DHQ | Review bid for remedial work and draft electronic memorandum seeking additional estimates. | 0.40 | $254.00 |
| 08/28/15 | DHQ | Review Partner assessment concerning vapor proposal and teleconference with client regarding same. | 0.30 | $190.50 |
| 08/28/15 | CTR | Correspondence with Partner regarding vapor mitigation system proposal and site inspection; meet with D. Quigley to discuss the same; call with client regarding the same. | 0.50 | $100.00 |
| 08/31/15 | CTR | Correspondence with consultant regarding site inspection scheduling issues and proposal timing; confer with D. Quigley regarding the same; correspondence with client regarding the same. | 0.30 | $60.00 |
| | | Total Hours | 1.50 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H  QUIGLEY | 0.70 | at | $635.00 | = | $444.50 |
| C T  RENNA | 0.80 | at | $200.00 | = | $160.00 |
| Current Fees | | | | | $604.50 |

Robert S. Strauss Building / 1333 New Hampshire Avenue, N.W. / Washington, DC  20036-1564 / 202.887.4000 / fax 202.887.4288 / www.akingump.com

WATERSTONE ASSET MANAGEMENT LLC
Invoice Number: 1618210

**Total Amount of This Invoice**                              $604.50



# Akin Gump
### Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1618210 |
| Invoice Date: | 09/18/15 |

FED I.D. NO.          75-1338644

Total Amount of This Invoice                                    $604.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| | | $0 | $0 | $0 |

Prior Balance Due                                                   $0

Total Balance Due Upon Receipt                           $604.50

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1618210 |
| Invoice Date | 09/18/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1618210

(For wires originating outside the US reference Swift ID# CITIUS33)

# Akin Gump
## Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1623291 |
| Invoice Date | 10/13/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 09/14/15 | CTR | Correspondence with client regarding site inspection scheduling and related issues; correspondence with consultant regarding the same. | 0.20 | $40.00 |
| 09/22/15 | CTR | Correspondence with client regarding site inspection and proposal status; correspondence with consultant regarding the same. | 0.20 | $40.00 |
| | | Total Hours | 0.40 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| C T RENNA | 0.40 | at | $200.00 | = | $80.00 |
| | Current Fees | | | | $80.00 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$80.00** |
| **Prior Balance Due** | $604.50 |

WATERSTONE ASSET MANAGEMENT LLC                                    Page 2
Bill Number: 1623291                                               10/13/15

**Total Balance Due Upon Receipt**                    $684.50



# Akin Gump
## Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1623291 |
| Invoice Date: | 10/13/15 |

FED I.D. NO.        75-1338644

Total Amount of This Invoice                                                                 $80.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/18/15 | 1618210 | $604.50 | $0.00 | $604.50 |
| | | $604.50 | $0.00 | $604.50 |

Prior Balance Due                                                                     $604.50

Total Balance Due Upon Receipt                                                 $684.50

Please let us know promptly should your records reflect a different balance.

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1623291 |
| Invoice Date | 10/13/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1623291

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1632742 |
| Invoice Date | 11/25/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/19/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 11/06/15 | DHQ | Review vapor mitigation proposal to provide comments. | 0.40 | $254.00 |
| 11/06/15 | CTR | Review vapor mitigation system proposal; confer with D. Quigley regarding the same; correspondence with client regarding the same. | 0.70 | $140.00 |
| 11/10/15 | DHQ | Teleconference with D. McCloskey regarding environmental mitigation. | 0.20 | $127.00 |
| 11/10/15 | CTR | Call and correspondence with client regarding vapor mitigation proposal                  ; confer with D. Quigley regarding the same. | 0.30 | $60.00 |
| 11/11/15 | CTR | Correspondence with client regarding vapor mitigation proposal revision                ; correspondence with consultant regarding the same. | 0.20 | $40.00 |
| 11/12/15 | CTR | Review revised vapor mitigation proposal; correspondence with client regarding the same. | 0.20 | $40.00 |
| | | Total Hours | 2.00 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H QUIGLEY | 0.60 | at | $635.00 | = | $381.00 |
| C T RENNA | 1.40 | at | $200.00 | = | $280.00 |
| | | | Current Fees | | $661.00 |

WATERSTONE ASSET MANAGEMENT LLC
Invoice Number: 1632742

**Total Amount of This Invoice**                                    **$661.00**



# Akin Gump
### Strauss Hauer & Feld LLP

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1632742 |
| Invoice Date: | 11/25/15 |

FED I.D. NO.        75-1338644

Total Amount of This Invoice                                    $661.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
|      |           | $0     | $0      | $0      |

Prior Balance Due                                                      $0

Total Balance Due Upon Receipt                            $661.00

Please let us know promptly should your records reflect a different balance.

Akin Gump Strauss Hauer & Feld LLP /Dept 7247-6827 /Philadelphia, PA 19170-6827

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1632742 |
| Invoice Date | 11/25/15 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

## AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1632742

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1640801 |
| Invoice Date | 01/28/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/15 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 12/07/15 | CTR | Review correspondence between the client and receiver regarding vapor mitigation work proposal, related issues, and foreclosure timing. | 0.20 | $40.00 |
| 12/22/15 | DHQ | Review contractor proposals to abate air quality and correspondence regarding same. | 0.50 | $317.50 |
| 12/22/15 | CTR | Review additional vapor mitigation proposal and oversight memorandum obtained by receiver to provide comments to client; ; review correspondence with client regarding the same. | 1.30 | $260.00 |
| 12/23/15 | DHQ | Teleconference with client regarding vapor mitigation proposal. | 0.30 | $190.50 |
| 12/23/15 | CTR | Prepare for and teleconference with client | 0.50 | $100.00 |
| 12/28/15 | DHQ | Prepare for and teleconference with receiver to discuss vapor mitigation proposals. | 1.00 | $635.00 |
| | | Total Hours | 3.80 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H QUIGLEY | 1.80 | at | $635.00 | = | $1,143.00 |
| C T RENNA | 2.00 | at | $200.00 | = | $400.00 |
| | Current Fees | | | | $1,543.00 |

WATERSTONE ASSET MANAGEMENT LLC
Invoice Number: 1640801

**Total Amount of This Invoice**                    $1,543.00



# Akin Gump
## Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1640801 |
| Invoice Date: | 01/28/16 |

FED I.D. NO.        75-1338644

Total Amount of This Invoice                                        $1,543.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
| | | $0 | $0 | $0 |

Prior Balance Due                                                       $0

Total Balance Due Upon Receipt                           $1,543.00

Please let us know promptly should your records reflect a different balance.

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Invoice Number | 1640801 |
| Invoice Date | 01/28/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1640801

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1643213 |
| Invoice Date | 02/11/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 01/06/16 | DHQ | Review revised remediation proposal and related correspondence. | 0.40 | $286.00 |
| 01/07/16 | DHQ | Review proposed revisions to proposal and related correspondence. | 0.30 | $214.50 |
| 01/08/16 | CTR | Correspondence with consultant regarding proposal revisions requested by receiver; confer with D. Quigley regarding the same. | 0.70 | $199.50 |
| 01/13/16 | DHQ | Review revised system proposal to provide comments. | 0.40 | $286.00 |
| 01/19/16 | DHQ | Review revisions to proposal and related correspondence. | 0.30 | $214.50 |
| 01/19/16 | CTR | Review revised vapor mitigation system proposal; correspondence with consultant regarding the same; confer with D. Quigley regarding the same. | 0.50 | $142.50 |
| 01/20/16 | DHQ | Prepare for and teleconference with Partner regarding revised remedial proposal. | 0.50 | $357.50 |
| 01/20/16 | CTR | Prepare for and teleconference with consultant regarding revised vapor mitigation system proposal and next steps. | 0.40 | $114.00 |
| 01/22/16 | CTR | Correspondence with receiver regarding revised vapor mitigation proposal. | 0.20 | $57.00 |
| 01/27/16 | DHQ | Review receiver comments to mitigation proposal and meet with C. Renna to discuss same. | 0.40 | $286.00 |
| 01/27/16 | CTR | Review receiver's consultant's comments and suggested revisions regarding vapor mitigation proposal; confer with D. Quigley regarding the same; | 0.40 | $114.00 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1643213

| Date | Tkpr | | Hours | Value |
|------|------|------|-------|-------|
| | | Total Hours | 4.50 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|-----|---------|-----|-----------|
| D H QUIGLEY | 2.30 | at | $715.00 | = | $1,644.50 |
| C T RENNA | 2.20 | at | $285.00 | = | $627.00 |

| | | | |
|--|--|--|--|
| | Current Fees | | $2,271.50 |

| | |
|--|--|
| **Total Amount of This Invoice** | **$2,271.50** |
| **Prior Balance Due** | $1,543.00 |
| **Total Balance Due Upon Receipt** | $3,814.50 |



# Akin Gump
### Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Client Number: 693741 |
| ATTN: LINDSEY DEERE | Invoice Number: 1643213 |
| 8720 RED OAK BOULEVARD | Invoice Date: 02/11/16 |
| SUITE 300 | |
| CHARLOTTE, NC 28217 | |

FED I.D. NO.        75-1338644

Total Amount of This Invoice                                                $2,271.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
| 01/28/16 | 1640801 | $1,543.00 | $0.00 | $1,543.00 |
| | | $1,543.00 | $0.00 | $1,543.00 |

Prior Balance Due                                    $1,543.00

Total Balance Due Upon Receipt                          $3,814.50

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Invoice Number | 1643213 |
| Invoice Date | 02/11/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

## AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

## FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

## AKIN GUMP STRAUSS HAUER & FELD LLP
## CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1643213

(For wires originating outside the US reference Swift ID# CITIUS33)



WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY  DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC  28217

| | |
|---|---|
| Invoice Number | 1649374 |
| Invoice Date | 03/18/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/29/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 02/04/16 | CTR | Correspondence with consultant regarding vapor mitigation system DOB permit issue and related proposal revisions; confer with D. Quigley regarding the same. | 0.30 | $85.50 |
| 02/05/16 | DHQ | Teleconference with C. Renna regarding completion of proposal and correspondence regarding same; review receiver comments to proposal. | 0.50 | $357.50 |
| 02/05/16 | CTR | Correspondence with client regarding vapor mitigation system proposal status; confer with D. Quigley regarding the same; correspondence with consultant DOB permit issue and related proposal revisions. | 0.50 | $142.50 |
| 02/07/16 | DHQ | Review summary of cost proposal and related correspondence and draft electronic memorandum regarding same. | 0.30 | $214.50 |
| 02/07/16 | CTR | Review correspondence from receiver's consultant regarding revised vapor mitigation proposal; correspondence with consultant regarding DOB filing requirements and response to receiver's consultant. | 0.30 | $85.50 |
| 02/08/16 | DHQ | Teleconference with Partner to discuss scope of work. | 0.20 | $143.00 |
| 02/08/16 | CTR | Prepare for and call with consultant regarding responding to receiver's consultant's most recent inquiries and requested revisions; confer with D. Quigley regarding the same; | 0.70 | $199.50 |
| 02/12/16 | DHQ | Prepare for and teleconference with client team regarding foreclosure and environmental work; review | 0.80 | $572.00 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1649374

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| | | receiver comments to revised scope of work. | | |
| 02/12/16 | CTR | Review receiver's consultant's additional comments and inquiries regarding vapor mitigation system proposal; teleconference with consultant regarding the same; confer with D. Quigley regarding the same. | 0.50 | $142.50 |
| 02/16/16 | DHQ | Review summary of remedial proposal and related correspondence. | 0.30 | $214.50 |
| 02/16/16 | CTR | Review receiver's consultant's latest comments and requests; confer with D. Quigley regarding the same; correspondence with Partner regarding clarifications and permitting process; review correspondence from client regarding discussion with receiver and next steps. | 0.50 | $142.50 |
| 02/17/16 | DHQ | Review revisions to depressurization workplan. | 0.30 | $214.50 |
| 02/17/16 | CTR | Correspondence with client regarding consultant licensing and permitting capabilities; correspondence with consultant regarding the same; review correspondence between consultant and receiver's consultant; review further revised vapor mitigation system proposal. | 0.40 | $114.00 |
| 02/26/16 | CTR | Correspondence with consultant regarding executed vapor mitigation system contract and associated logistics; correspondence with client regarding the same. | 0.20 | $57.00 |

                                                        Total Hours      5.80

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| D H QUIGLEY | 2.40 | at | $715.00 | = | $1,716.00 |
| C T RENNA | 3.40 | at | $285.00 | = | $969.00 |

                    Current Fees                                    $2,685.00

**Total Amount of This Invoice**                                $2,685.00

                    **Prior Balance Due**                        $3,814.50

          **Total Balance Due Upon Receipt**                     $6,499.50



# Akin Gump
### Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1649374 |
| Invoice Date: | 03/18/16 |

| | |
|---|---|
| FED I.D. NO. | 75-1338644 |

Total Amount of This Invoice          $2,685.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 01/28/16 | 1640801 | $1,543.00 | $0.00 | $1,543.00 |
| 02/11/16 | 1643213 | $2,271.50 | $0.00 | $2,271.50 |
| | | $3,814.50 | $0.00 | $3,814.50 |

Prior Balance Due     $3,814.50

Total Balance Due Upon Receipt     $6,499.50

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: LINDSEY DEERE
8720 RED OAK BOULEVARD
SUITE 300
CHARLOTTE, NC 28217

| | |
|---|---|
| Invoice Number | 1649374 |
| Invoice Date | 03/18/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

## AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

## FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

## AKIN GUMP STRAUSS HAUER & FELD LLP
## CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1649374

(For wires originating outside the US reference Swift ID# CITIUS33)

# Akin Gump
Strauss Hauer & Feld LLP

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number     1654649 |
| ATTN: DENNY  MCCLOSKEY | Invoice Date       04/21/16 |
| SENIOR ASSET MANAGER | Client Number      693741 |
| 3826 S. NEW HOPE ROAD | Matter Number      0002 |
| SUITE 4 | |
| GASTONIA, NC  28056 | |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 03/17/16 | CTR | Correspondence with client regarding vapor mitigation system installation status and updates; correspondence with consultant regarding the same. | 0.30 | $85.50 |
| | | Total Hours | 0.30 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| C T RENNA | 0.30 | at | $285.00 | = | $85.50 |
| | Current Fees | | | | $85.50 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$85.50** |
| **Prior Balance Due** | $0 |
| **Total Balance Due Upon Receipt** | $85.50 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1654649



# Akin Gump
### Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1654649 |
| Invoice Date: | 04/21/16 |

FED I.D. NO.        75-1338644

Total Amount of This Invoice                                                     $85.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| | | $0 | $0 | $0 |

Prior Balance Due                                                                        $0

Total Balance Due Upon Receipt                                           $85.50

Please let us know promptly should your records reflect a different balance.

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1654649 |
| Invoice Date | 04/21/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**

**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1654649

(For wires originating outside the US reference Swift ID# CITIUS33)



# Akin Gump
## Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1657656 |
| Invoice Date | 05/12/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  04/30/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 04/05/16 | CTR | Correspondence with client regarding vapor mitigation system permitting and installation schedule status; correspondence with consultant regarding the same. | 0.20 | $57.00 |
| 04/12/16 | DHQ | Teleconference with Partner regarding system installation and teleconference with client regarding same. | 0.40 | $286.00 |
| 04/12/16 | CTR | Prepare for and teleconference with consultant regarding permitting process and associated time line for vapor system installation; teleconference with client regarding the same. | 0.40 | $114.00 |
| 04/26/16 | CTR | Teleconference and correspondence with consultant regarding vapor mitigation system permitting process status and updates; correspondence with client regarding the same. | 0.30 | $85.50 |
| | | Total Hours | 1.30 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H  QUIGLEY | 0.40 | at | $715.00 | = | $286.00 |
| C T  RENNA | 0.90 | at | $285.00 | = | $256.50 |
| | | | Current Fees | | $542.50 |

Robert S. Strauss Building | 1333 New Hampshire Avenue, N.W. | Washington, DC  20036-1564 | 202.887.4000 | fax 202.887.4288 | www.akingump.com

WATERSTONE ASSET MANAGEMENT LLC

Page 2

Bill Number: 1657656

05/12/16

| | |
|---|---|
| **Total Amount of This Invoice** | **$542.50** |
| **Prior Balance Due** | $85.50 |
| **Total Balance Due Upon Receipt** | $628.00 |



# Akin Gump
## Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1657656 |
| Invoice Date: | 05/12/16 |

FED I.D. NO.    75-1338644

Total Amount of This Invoice                                          $542.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 04/21/16 | 1654649 | $85.50 | $0.00 | $85.50 |
| | | $85.50 | $0.00 | $85.50 |

Prior Balance Due                                                          $85.50

Total Balance Due Upon Receipt                                 $628.00

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1657656 |
| Invoice Date | 05/12/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1657656

(For wires originating outside the US reference Swift ID# CITIUS33)



# Akin Gump
### Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1662464 |
| Invoice Date | 06/17/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 05/02/16 | CTR | Correspondence with consultant regarding permitting process status and updates. | 0.20 | $57.00 |
| 05/03/16 | CTR | Correspondence with client regarding permitting process status and updates; correspondence with consultant regarding the same and additional follow up with the city. | 0.20 | $57.00 |
| 05/11/16 | DHQ | Review permit status and related correspondence. | 0.20 | $143.00 |
| 05/11/16 | CTR | Correspondence with consultant regarding vapor mitigation system permitting process status and updates; correspondence with client regarding the same. | 0.40 | $114.00 |
| 05/17/16 | CTR | Correspondence with consultant regarding vapor mitigation system permitting process status and updates. | 0.20 | $57.00 |
| 05/19/16 | CTR | Correspondence with consultant regarding vapor mitigation system permit process updates; correspondence with client regarding the same. | 0.20 | $57.00 |
| 05/24/16 | CTR | Correspondence with consultant regarding revised drawings and permitting process status; correspondence with client regarding the same. | 0.20 | $57.00 |

Total Hours    1.60

WATERSTONE ASSET MANAGEMENT LLC

Page 2

Invoice Number: 1662464

June 17, 2016

---

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H  QUIGLEY | 0.20 | at | $715.00 | = | $143.00 |
| C T  RENNA | 1.40 | at | $285.00 | = | $399.00 |

Current Fees $542.00

**Total Amount of This Invoice** **$542.00**



# Akin Gump
## Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1662464 |
| Invoice Date: | 06/17/16 |

FED I.D. NO.    75-1338644

Total Amount of This Invoice                                                    $542.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
|      |           | $0     | $0      | $0      |

Prior Balance Due                                                                    $0

Total Balance Due Upon Receipt                                              $542.00

Please let us know promptly should your records reflect a different balance.

**REMITTANCE COPY**

**Return with Payment**

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number    1662464 |
| ATTN: DENNY MCCLOSKEY | Invoice Date      06/17/16 |
| SENIOR ASSET MANAGER | Client Number    693741 |
| 3826 S. NEW HOPE ROAD | Matter Number    0002 |
| SUITE 4 | |
| GASTONIA, NC  28056 | |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1662464

(For wires originating outside the US reference Swift ID# CITIUS33)



# Akin Gump
### Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1662464 |
| Invoice Date | 06/17/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 05/02/16 | CTR | Correspondence with consultant regarding permitting process status and updates. | 0.20 | $57.00 |
| 05/03/16 | CTR | Correspondence with client regarding permitting process status and updates; correspondence with consultant regarding the same and additional follow up with the city. | 0.20 | $57.00 |
| 05/11/16 | DHQ | Review permit status and related correspondence. | 0.20 | $143.00 |
| 05/11/16 | CTR | Correspondence with consultant regarding vapor mitigation system permitting process status and updates; correspondence with client regarding the same. | 0.40 | $114.00 |
| 05/17/16 | CTR | Correspondence with consultant regarding vapor mitigation system permitting process status and updates. | 0.20 | $57.00 |
| 05/19/16 | CTR | Correspondence with consultant regarding vapor mitigation system permit process updates; correspondence with client regarding the same. | 0.20 | $57.00 |
| 05/24/16 | CTR | Correspondence with consultant regarding revised drawings and permitting process status; correspondence with client regarding the same. | 0.20 | $57.00 |

Total Hours    1.60

**ATTORNEY COPY**

WATERSTONE ASSET MANAGEMENT LLC
Invoice Number: 1662464

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H QUIGLEY | 0.20 | at | $715.00 | = | $143.00 |
| C T RENNA | 1.40 | at | $285.00 | = | $399.00 |
| | | Current Fees | | | $542.00 |

**Total Amount of This Invoice**                              **$542.00**



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1662464 |
| Invoice Date: | 06/17/16 |

FED I.D. NO.     75-1338644

Total Amount of This Invoice                                              $542.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
| | | $0 | $0 | $0 |

Prior Balance Due                                                    $0

Total Balance Due Upon Receipt                             $542.00

Please let us know promptly should your records reflect a different balance.

Akin Gump Strauss Hauer & Feld LLP | Dept 7247-6827 | Philadelphia, PA 19170-6827

**ATTORNEY COPY**

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1662464 |
| Invoice Date | 06/17/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1662464

(For wires originating outside the US reference Swift ID# CITIUS33)

**ATTORNEY COPY**



# Akin Gump
## Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1662464 |
| Invoice Date | 06/17/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 05/02/16 | CTR | Correspondence with consultant regarding permitting process status and updates. | 0.20 | $57.00 |
| 05/03/16 | CTR | Correspondence with client regarding permitting process status and updates; correspondence with consultant regarding the same and additional follow up with the city. | 0.20 | $57.00 |
| 05/11/16 | DHQ | Review permit status and related correspondence. | 0.20 | $143.00 |
| 05/11/16 | CTR | Correspondence with consultant regarding vapor mitigation system permitting process status and updates; correspondence with client regarding the same. | 0.40 | $114.00 |
| 05/17/16 | CTR | Correspondence with consultant regarding vapor mitigation system permitting process status and updates. | 0.20 | $57.00 |
| 05/19/16 | CTR | Correspondence with consultant regarding vapor mitigation system permit process updates; correspondence with client regarding the same. | 0.20 | $57.00 |
| 05/24/16 | CTR | Correspondence with consultant regarding revised drawings and permitting process status; correspondence with client regarding the same. | 0.20 | $57.00 |

Total Hours    1.60

**ACCOUNTING COPY**

WATERSTONE ASSET MANAGEMENT LLC
Invoice Number: 1662464

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|--------|---|---------|
| D H  QUIGLEY | 0.20 | at | $715.00 | = | $143.00 |
| C T  RENNA | 1.40 | at | $285.00 | = | $399.00 |
| | | Current Fees | | | $542.00 |

**Total Amount of This Invoice**        **$542.00**

**ACCOUNTING COPY**



# REMITTANCE COPY

## Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1662464 |
| Invoice Date: | 06/17/16 |

FED I.D. NO.        75-1338644

Total Amount of This Invoice                                                     $542.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| | | $0 | $0 | $0 |

Prior Balance Due                                                               $0

Total Balance Due Upon Receipt                                         $542.00

Please let us know promptly should your records reflect a different balance.

**ACCOUNTING COPY**

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1662464 |
| Invoice Date | 06/17/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1662464

(For wires originating outside the US reference Swift ID# CITIUS33)

Akin Gump Strauss Hauer & Feld LLP | Dept 7247-6827 | Philadelphia, PA 19170-6827

### ACCOUNTING COPY

# Akin Gump
### Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC 28056

| | |
|---|---|
| Invoice Number | 1667460 |
| Invoice Date | 07/26/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 06/01/16 | CTR | Correspondence with client regarding vapor mitigation system permit status; correspondence with consultant regarding the same. | 0.20 | $57.00 |
| 06/02/16 | CTR | Correspondence with consultant regarding necessary inspections to complete permitting process; confer with D. Quigley regarding the same. | 0.20 | $57.00 |
| 06/03/16 | DHQ | Teleconferences with Partner regarding permitting and system installation and teleconference with D. McCloskey regarding same. | 0.50 | $357.50 |
| 06/03/16 | CTR | Teleconference with consultant regarding necessary inspections to complete permitting process and related updated; meet with D. Quigley to discuss the same; teleconference with client regarding the same. | 0.40 | $114.00 |
| 06/14/16 | CTR | Correspondence with client regarding foreclosure schedule and vapor mitigation system installation time frame; correspondence with consultant regarding the same. | 0.30 | $85.50 |
| 06/15/16 | CTR | Correspondence and teleconference with consultant regarding permit approval, system installation schedule, and related issues; correspondence with client regarding the same. | 0.40 | $114.00 |
| 06/22/16 | CTR | Correspondence with consultant regarding providing vapor mitigation system plans and additional information to receiver and related updates. | 0.20 | $57.00 |
| 06/23/16 | CTR | Correspondence with client regarding issues related to | 0.30 | $85.50 |

WATERSTONE ASSET MANAGEMENT LLC

Invoice Number: 1667460

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| | | vapor mitigation system and receiver; correspondence with consultant regarding the same. | | |
| 06/24/16 | CTR | Correspondence with client regarding on-site meeting, invoicing, and other related issues; correspondence with consultant regarding the same. | 0.20 | $57.00 |
| 06/27/16 | CTR | Correspondence with consultant regarding invoice break-down, receiver and property management meeting and correspondence history, and other items related to the vapor mitigation system installation; confer with D. Quigley regarding the same. | 0.40 | $114.00 |

Total Hours    3.10

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| D H QUIGLEY | 0.50 | at | $715.00 | = | $357.50 |
| C T RENNA | 2.60 | at | $285.00 | = | $741.00 |

Current Fees    $1,098.50

**Total Amount of This Invoice**    **$1,098.50**



# Akin Gump
### Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC 28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1667460 |
| Invoice Date: | 07/26/16 |

FED I.D. NO.        75-1338644

Total Amount of This Invoice                                    $1,098.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|------|-----------|--------|---------|---------|
|      |           | $0     | $0      | $0      |

Prior Balance Due                                                    $0

Total Balance Due Upon Receipt                            $1,098.50

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1667460 |
| Invoice Date | 07/26/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1667460

(For wires originating outside the US reference Swift ID# CITIUS33)

# Akin Gump
### Strauss Hauer & Feld LLP

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | |
| ATTN: DENNY MCCLOSKEY | |
| SENIOR ASSET MANAGER | |
| 3826 S. NEW HOPE ROAD | |
| SUITE 4 | |
| GASTONIA, NC  28056 | |

| | |
|---|---|
| Invoice Number | 1672341 |
| Invoice Date | 08/19/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 07/05/16 | DHQ | Review schedule for environmental work and related correspondence. | 0.20 | $143.00 |
| 07/11/16 | CTR | Correspondence with client regarding vapor system installation status and related updates; correspondence with consultant regarding the same; confer with D. Quigley regarding the same. | 0.30 | $85.50 |
| 07/18/16 | DHQ | Teleconference with D. McCloskey regarding environmental assessment and meet with C. Renna regarding same. | 0.30 | $214.50 |
| 07/19/16 | DHQ | Review summary of site work and draft electronic memorandum to D. McCloskey regarding same. | 0.30 | $214.50 |
| 07/19/16 | CTR | Correspondence with consultant regarding clean-up necessary to commence construction, strategy, and update Phase I ESA request; review documentation regarding the same; correspondence with client regarding the same. | 0.30 | $85.50 |
| 07/20/16 | DHQ | Review receiver correspondence. | 0.20 | $143.00 |
| 07/20/16 | CTR | ; review correspondence with receiver regarding the same; confer with D. Quigley regarding updates. | 0.30 | $85.50 |
| 07/21/16 | CTR | Review notice of bankruptcy case filing; review correspondence from receiver regarding site issues; correspondence with client regarding the same; correspondence with consultant regarding the same, | 0.50 | $142.50 |

WATERSTONE ASSET MANAGEMENT LLC                                          Page 2
Invoice Number: 1672341                                              August 19, 2016

| Date | Tkpr | | Hours | Value |
|------|------|------|-------|-------|
| | | providing construction drawings, and setting up meeting between receiver and the subcontractor; confer with D. Quigley regarding the same. | | |
| 07/22/16 | DHQ | Teleconference with D. McCloskey regarding environmental activities. | 0.20 | $143.00 |
| 07/22/16 | CTR | Teleconference with client regarding bankruptcy proceedings and impact on environmental remediation activity; correspondence with consultant regarding the same. | 0.30 | $85.50 |

Total Hours    2.90

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|-----|--------|---|---------|
| D H QUIGLEY | 1.20 | at | $715.00 | = | $858.00 |
| C T RENNA | 1.70 | at | $285.00 | = | $484.50 |

Current Fees                                              $1,342.50

**Total Amount of This Invoice**                          **$1,342.50**



# Akin Gump
## Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1672341 |
| Invoice Date: | 08/19/16 |

FED I.D. NO.        75-1338644

Total Amount of This Invoice                                      $1,342.50

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| | | $0 | $0 | $0 |

Prior Balance Due                                                        $0

Total Balance Due Upon Receipt                        $1,342.50

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1672341 |
| Invoice Date | 08/19/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1672341

(For wires originating outside the US reference Swift ID# CITIUS33)

---



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1677160 |
| Invoice Date | 09/21/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  08/31/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 08/02/16 | CTR | Correspondence with client regarding property condition assessment request and related updates; correspondence with consultant regarding the same. | 0.30 | $85.50 |
| 08/17/16 | DHQ | Review summary of court hearing and related correspondence. | 0.50 | $357.50 |
| 08/17/16 | CTR | Correspondence with client and trust counsel regarding NYSDEC communications, related documentation, and borrower's bankruptcy case; correspondence with consultant regarding the same; confer with D. Quigley regarding the same. | 0.50 | $142.50 |
| 08/24/16 | CTR | Review correspondence with client and trust counsel regarding bankruptcy case status and receiver. | 0.20 | $57.00 |
| 08/29/16 | DHQ | Correspondence regarding receiver and notifications to regulatory agencies. | 0.30 | $214.50 |
| 08/30/16 | CTR | updates with respect to ongoing bankruptcy case and receiver; correspondence with consultant regarding NYSDEC notification and preparing submission package; correspondence with client regarding receiver court order and recommencing the vapor mitigation system installation work; | 0.60 | $171.00 |

Total Hours   2.40

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1677160

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H  QUIGLEY | 0.80 | at | $715.00 | = | $572.00 |
| C T  RENNA | 1.60 | at | $285.00 | = | $456.00 |
| | | Current Fees | | | $1,028.00 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$1,028.00** |
| **Prior Balance Due** | $1,342.50 |
| **Total Balance Due Upon Receipt** | $2,370.50 |



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1677160 |
| Invoice Date: | 09/21/16 |

FED I.D. NO.    75-1338644

Total Amount of This Invoice                                                    $1,028.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 08/19/16 | 1672341 | $1,342.50 | $0.00 | $1,342.50 |
| | | $1,342.50 | $0.00 | $1,342.50 |

Prior Balance Due                                                    $1,342.50

Total Balance Due Upon Receipt                                $2,370.50

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1677160 |
| Invoice Date | 09/21/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1677160

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1682479 |
| Invoice Date | 10/25/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 09/01/16 | DHQ | Review status of investigation and related correspondence. | 0.20 | $143.00 |
| 09/01/16 | CTR | Correspondence with consultant regarding site visit status, related updates, and forthcoming discussion with receiver regarding restarting vapor mitigation system installation work; review correspondence with receiver regarding the same; correspondence with client regarding status and updates. | 0.30 | $85.50 |
| 09/01/16 | CTR | Correspondence with consultant regarding site inspection and conditions delaying vapor system installation; review correspondence with receiver regarding the same and scheduling teleconference; correspondence with client regarding updates. | 0.40 | $114.00 |
| 09/06/16 | CTR | Correspondence with consultant regarding site condition inspection and plan for mobilizing to the site; correspondence with client regarding the same. | 0.20 | $57.00 |
| 09/12/16 | CTR | Correspondence with client regarding waste removal proposal, related issues, and strategy; correspondence with consultant regarding the same and property condition assessment inspection; review correspondence with receiver regarding waste removal proposal and related work; review waste removal CAR. | 0.40 | $114.00 |
| 09/16/16 | CTR | Correspondence with consultant regarding receiver communications and system installation prep work updates; correspondence with client regarding the | 0.30 | $85.50 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1682479

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| | | same. | | |
| 09/19/16 | CTR | Correspondence with consultant regarding NYSDEC communications and receiver communication updates; | 0.30 | $85.50 |
| 09/21/16 | CTR | Review correspondence from consultant to receiver regarding continued site access issues and authorization to proceed with inspection, trash removal, and vapor system installation; correspondence with client regarding the same. | 0.20 | $57.00 |
| 09/27/16 | CTR | Review correspondence from receiver regarding unnecessary DEC notification request; correspondence with consultant regarding strategy and DEC communications; correspondence with client regarding updates and the same. | 0.40 | $114.00 |
| 09/28/16 | CTR | Review correspondence with receiver regarding site status,                        ; correspondence with consultant regarding the same; correspondence and call with client regarding the same and time line. | 0.50 | $142.50 |

|  |  | Total Hours | 3.20 |  |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| D H QUIGLEY | 0.20 | at | $715.00 | = | $143.00 |
| C T RENNA | 3.00 | at | $285.00 | = | $855.00 |
| | Current Fees | | | | $998.00 |

| **Total Amount of This Invoice** | **$998.00** |
|---|---|
| **Prior Balance Due** | $1,028.00 |
| **Total Balance Due Upon Receipt** | $2,026.00 |



# Akin Gump
## Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1682479 |
| Invoice Date: | 10/25/16 |

FED I.D. NO.     75-1338644

Total Amount of This Invoice                                                                 $998.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| | | $1,028.00 | $0.00 | $1,028.00 |

Prior Balance Due                                                                 $1,028.00

Total Balance Due Upon Receipt                                                    $2,026.00

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1682479 |
| Invoice Date | 10/25/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

## AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

## FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

## AKIN GUMP STRAUSS HAUER & FELD LLP
## CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1682479

(For wires originating outside the US reference Swift ID# CITIUS33)

---



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1688787 |
| Invoice Date | 11/21/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 10/04/16 | CTR | Review correspondence from receiver regarding bankruptcy dismissal and authorizing the vapor mitigation work; correspondence with client regarding the same. | 0.20 | $57.00 |
| 10/11/16 | CTR | Correspondence with client regarding bankruptcy dismissal order and related updates with respect to receiver; review dismissal order; correspondence with consultant regarding the same. | 0.30 | $85.50 |
| 10/18/16 | CTR | Correspondence with consultant regarding waste removal status and additional updates; correspondence with client regarding the same. | 0.20 | $57.00 |
| 10/19/16 | CTR | Correspondence with consultant regarding debris removal and SSDS installation schedule and plan; correspondence with client regarding the same; review correspondence with property management and receiver regarding the same. | 0.30 | $85.50 |
| 10/24/16 | CTR | Review correspondence between consultant and site representatives regarding waste removal activities and related issues; correspondence with client regarding the same. | 0.30 | $85.50 |
| 10/28/16 | CTR | Review correspondence between consultant and receiver/property management regarding site conditions and status updates; correspondence with client regarding the same. | 0.30 | $85.50 |

Total Hours    1.60

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1688787

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| C T RENNA | 1.60 | at | $285.00 | = | $456.00 |

| | |
|---|---|
| Current Fees | $456.00 |

| | |
|---|---|
| **Total Amount of This Invoice** | **$456.00** |
| **Prior Balance Due** | $1,028.00 |
| **Total Balance Due Upon Receipt** | $1,484.00 |



**Akin Gump**
Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1688787 |
| Invoice Date: | 11/21/16 |

| | |
|---|---|
| FED I.D. NO. | 75-1338644 |

Total Amount of This Invoice                                                    $456.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| | | $1,028.00 | $0.00 | $1,028.00 |

| | |
|---|---|
| Prior Balance Due | $1,028.00 |
| Total Balance Due Upon Receipt | $1,484.00 |

Please let us know promptly should your records reflect a different balance.

# REMITTANCE COPY

## Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1688787 |
| Invoice Date | 11/21/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

## AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

## FIRST DATA REMITCO
AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

## AKIN GUMP STRAUSS HAUER & FELD LLP
## CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1688787

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1691329 |
| Invoice Date | 11/29/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/17/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 11/02/16 | CTR | Correspondence with consultant regarding vapor mitigation system installation status and updates, environmental site assessment, and property condition assessment; correspondence with client regarding the same; review correspondence between client and trust counsel regarding foreclosure. | 0.40 | $114.00 |
| 11/07/16 | CTR | Review correspondence from consultant regarding vapor system installation updates and status; correspondence with client regarding the same and assessments timing. | 0.20 | $57.00 |
| 11/15/16 | CTR | Correspondence with consultant regarding vapor system installation completion status and updates and environmental site assessment. | 0.20 | $57.00 |
| 11/17/16 | CTR | Correspondence with consultant regarding vapor system installation status and updates; correspondence with client regarding the same. | 0.20 | $57.00 |
| | | Total Hours | 1.00 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| C T RENNA | 1.00 | at | $285.00 | = | $285.00 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1691329

| Timekeeper | Hours | Rate | Value | |
|---|---|---|---|---|
| Current Fees | | | | $285.00 |

| | | |
|---|---|---|
| **Total Amount of This Invoice** | | **$285.00** |
| **Prior Balance Due** | | $1,484.00 |
| **Total Balance Due Upon Receipt** | | $1,769.00 |



**Akin Gump**

Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1691329 |
| Invoice Date: | 11/29/16 |

FED I.D. NO.        75-1338644

Total Amount of This Invoice                                     $285.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| 11/21/16 | 1688787 | $456.00 | $0.00 | $456.00 |
| | | $1,484.00 | $0.00 | $1,484.00 |

Prior Balance Due                                   $1,484.00

Total Balance Due Upon Receipt                      $1,769.00

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1691329 |
| Invoice Date | 11/29/16 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1691329

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC 28056

| | |
|---|---|
| Invoice Number | 1695315 |
| Invoice Date | 01/11/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/16 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 11/22/16 | CTR | Correspondence with consultant regarding vapor system installation completion and assessment timing; correspondence with client regarding the same. | 0.50 | $142.50 |
| 11/23/16 | VAD | Review property condition report; draft review letter; correspondence with C. Renna regarding the same. | 1.60 | $360.00 |
| 11/23/16 | CTR | Correspondence with consultant regarding assessment site visit and related issues. | 0.20 | $57.00 |
| 11/28/16 | CTR | Correspondence with consultant regarding vapor system updates and related issues; correspondence with client regarding the same and environmental site assessment; review correspondence with receiver and property management regarding the vapor system and electrical repairs. | 0.40 | $114.00 |
| 11/30/16 | CTR | Review property condition assessment; review and draft review letter; confer with D. Quigley regarding the same; correspondence with consultant regarding assessment revisions and finalization. | 0.60 | $171.00 |
| 12/01/16 | DHQ | Review PCR to edit and revise letter to D. McCloskey; teleconferences with D. McCloskey and C. Renna to discuss completion of environmental assessment. | 0.90 | $643.50 |
| 12/01/16 | CTR | Confer with D. Quigley regarding assessments and foreclosure strategy; correspondence with consultant regarding property condition assessment revisions and environmental site assessment status; correspondence with client regarding property condition assessment | 0.60 | $171.00 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1695315

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| | | and environmental site assessment status. | | |
| 12/02/16 | DHQ | Review phase I assessment to edit and revise letter to D. McCloskey. | 0.50 | $357.50 |
| 12/02/16 | CTR | Review Phase I environmental site assessment and recommendation letter; draft environmental due diligence letter; confer with D. Quigley regarding the same; | 3.00 | $855.00 |
| | | ; correspondence with client regarding assessment. | | |
| 12/08/16 | CTR | Review correspondence with consultant and receiver regarding vapor system electrical components and related issues; correspondence with client regarding the same. | 0.30 | $85.50 |
| 12/09/16 | CTR | Correspondence with consultant regarding vapor system electrical components and related issues; correspondence with client regarding the same and asset status. | 0.40 | $114.00 |
| 12/12/16 | CTR | Correspondence with consultant regarding electrical reconfiguring and repair work and vapor system sampling issues; | 0.30 | $85.50 |
| 12/15/16 | CTR | Correspondence with client regarding asset status, bankruptcy filing, and electrical work status; correspondence with consultant regarding the same. | 0.30 | $85.50 |

Total Hours    9.60

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| D H QUIGLEY | 1.40 | at | $715.00 | = | $1,001.00 |
| C T RENNA | 6.60 | at | $285.00 | = | $1,881.00 |
| V A DE LAS CASAS | 1.60 | at | $225.00 | = | $360.00 |

Current Fees     $3,242.00

**FOR COSTS ADVANCED AND EXPENSES INCURRED:**

| Date | | Value |
|------|--|-------|
| 12/02/16 | Prof Fees - Consultant Fees  VENDOR: PARTNER ENGINEERING AND SCIENCE INC. INVOICE#: 16-167378-1 DATE: 12/2/2016 Phase I Site Assessment - 3126 Coney Island Ave | 2,400.00 |

Current Expenses     $2,400.00

**Total Amount of This Invoice**     **$5,642.00**

**Prior Balance Due**     $1,028.00

**Total Balance Due Upon Receipt**     $6,670.00

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1695315



# Akin Gump
## Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1695315 |
| Invoice Date: | 01/11/17 |

FED I.D. NO.          75-1338644

Total Amount of This Invoice                                                   $5,642.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| | | $1,028.00 | $0.00 | $1,028.00 |

Prior Balance Due                                                 $1,028.00

Total Balance Due Upon Receipt                                    $6,670.00

Please let us know promptly should your records reflect a different balance.

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC 28056

| | |
|---|---|
| Invoice Number | 1695315 |
| Invoice Date | 01/11/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1695315

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1700879 |
| Invoice Date | 02/16/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  01/31/17 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 01/03/17 | CTR | Correspondence with consultant regarding vapor system electrical work proposal and related issues; correspondence with client regarding the same and asset status updates. | 0.40 | $184.00 |
| 01/11/17 | DHQ | Review materials concerning remedial system and teleconference with D. McCloskey regarding same and to discuss bankruptcy status. | 0.50 | $380.00 |
| 01/11/17 | CTR | Correspondence with consultant regarding vapor system ; teleconference with client regarding the same; confer with D. Quigley regarding the same; review correspondence from receiver regarding plans. | 1.20 | $552.00 |
| 01/19/17 | DHQ | | 0.40 | $304.00 |
| 01/19/17 | CTR | Review proposal to modify and complete vapor system installation and related tasks; correspondence with client regarding the same; correspondence with consultant regarding plans and piping options. | 0.40 | $184.00 |
| 01/20/17 | CTR | ; correspondence with client regarding the same. | 0.30 | $138.00 |
| 01/23/17 | DHQ | Teleconference with Partner and NYCO ; teleconference with D. McCloskey regarding same. | 0.50 | $380.00 |
| 01/23/17 | CTR | Prepare for and teleconference with client and consultants | 0.50 | $230.00 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1700879

| Date | Tkpr | | Hours | Value |
|------|------|--|-------|-------|
| | | ; confer with D. Quigley regarding the same. | | |
| 01/25/17 | DHQ | Review revised options for reconfiguring remedial system and correspondence regarding same. | 0.30 | $228.00 |
| 01/25/17 | CTR | Review revised vapor system modification proposal; correspondence with client regarding the same and setting up teleconference with receiver; correspondence with consultant regarding comments and teleconference. | 0.30 | $138.00 |
| 01/27/17 | DHQ | Prepare for and teleconference with D. Rosenberg to discuss venting; teleconference with D. McCloskey regarding same. | 1.00 | $760.00 |
| 01/27/17 | CTR. | Prepare for and teleconference with receiver and consultants regarding vapor system modifications ; teleconference with client regarding the same. | 1.10 | $506.00 |
| 01/28/17 | DHQ | Draft electronic memorandum summarizing remaining action items and schedule for completion. | 0.20 | $152.00 |

Total Hours     7.10

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| D H QUIGLEY | 2.90 | at | $760.00 | = | $2,204.00 |
| C T RENNA | 4.20 | at | $460.00 | = | $1,932.00 |

Current Fees     $4,136.00

**Total Amount of This Invoice**     **$4,136.00**

**Prior Balance Due**     $1,028.00

**Total Balance Due Upon Receipt**     $5,164.00



**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1700879 |
| Invoice Date: | 02/16/17 |

| | |
|---|---|
| FED I.D. NO. | 75-1338644 |

Total Amount of This Invoice                                      $4,136.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| | | $1,028.00 | $0.00 | $1,028.00 |

Prior Balance Due                                              $1,028.00

Total Balance Due Upon Receipt                                 $5,164.00

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1700879 |
| Invoice Date | 02/16/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

### AKIN GUMP STRAUSS HAUER & FELD LLP
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

### FIRST DATA REMITCO
### AKIN GUMP STRAUSS - 6827
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

### AKIN GUMP STRAUSS HAUER & FELD LLP
### CITI PRIVATE BANK
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1700879

(For wires originating outside the US reference Swift ID# CITIUS33)

# Akin Gump
**Strauss Hauer & Feld** LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1705189 |
| Invoice Date | 03/14/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  02/28/17 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 02/01/17 | DHQ | Review letter from NY DEC and teleconference with C. Renna regarding same | 0.30 | $228.00 |
| 02/08/17 | CTR | Correspondence with consultant regarding roof inspection status and scheduling; correspondence with client regarding the same. | 0.20 | $92.00 |
| 02/15/17 | DHQ | Teleconference with trust counsel regarding status of remedial system | 0.20 | $152.00 |
| 02/16/17 | DHQ | Review status update | 0.20 | $152.00 |
| 02/16/17 | CTR | Correspondence with consultant regarding site visit, vapor system modifications, related items, teleconference with trust counsel regarding status and updates; correspondence with client regarding the same. | 0.40 | $184.00 |
| 02/22/17 | DHQ | Review schedule to complete environmental items and related correspondence | 0.20 | $152.00 |
| 02/27/17 | DHQ | Review summary of receiver hearing and review materials submitted therein | 0.30 | $228.00 |
| | | Total Hours | 1.80 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H  QUIGLEY | 1.20 | at | $760.00 | = | $912.00 |
| C T  RENNA | 0.60 | at | $460.00 | = | $276.00 |

WATERSTONE ASSET MANAGEMENT LLC                                    Page 2
Bill Number: 1705189                                              03/14/17

| Timekeeper | Hours | Rate | Value | |
|---|---|---|---|---|
| | Current Fees | | | $1,188.00 |

| | | |
|---|---|---|
| **Total Amount of This Invoice** | | **$1,188.00** |
| **Prior Balance Due** | | $1,028.00 |
| **Total Balance Due Upon Receipt** | | $2,216.00 |



**Akin Gump**
Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1705189 |
| Invoice Date: | 03/14/17 |

FED I.D. NO.      75-1338644

Total Amount of This Invoice                                                              $1,188.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| | | $1,028.00 | $0.00 | $1,028.00 |

Prior Balance Due                                                      $1,028.00

Total Balance Due Upon Receipt                                $2,216.00

Please let us know promptly should your records reflect a different balance.

**REMITTANCE COPY**

**Return with Payment**

| | |
|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | |
| ATTN: DENNY  MCCLOSKEY | |
| SENIOR ASSET MANAGER | |
| 3826 S. NEW HOPE ROAD | |
| SUITE 4 | |
| GASTONIA, NC  28056 | |

| | |
|---|---|
| Invoice Number | 1705189 |
| Invoice Date | 03/14/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1705189

(For wires originating outside the US reference Swift ID# CITIUS33)



**Akin Gump**
Strauss Hauer & Feld LLP

| | | |
|---|---|---|
| WATERSTONE ASSET MANAGEMENT LLC | Invoice Number | 1711992 |
| ATTN: DENNY MCCLOSKEY | Invoice Date | 04/25/17 |
| SENIOR ASSET MANAGER | Client Number | 693741 |
| 3826 S. NEW HOPE ROAD | Matter Number | 0002 |
| SUITE 4 | | |
| GASTONIA, NC  28056 | | |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/17 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 03/08/17 | CTR | Correspondence with consultant regarding design approval status; correspondence with client regarding the same. | 0.20 | $92.00 |
| 03/22/17 | CTR | Correspondence with consultant regarding construction modification proposal and communications with receiver team; correspondence with client regarding the same and updates. | 0.20 | $92.00 |
| 03/31/17 | CTR | Correspondence with client regarding communications with receiver and team regarding piping proposal comments; correspondence with consultant regarding updates. | 0.30 | $138.00 |
| | | Total Hours | 0.70 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| C T RENNA | 0.70 | at | $460.00 | = | $322.00 |
| | | Current Fees | | | $322.00 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1711992

| | |
|---|---|
| **Total Amount of This Invoice** | **$322.00** |
| **Prior Balance Due** | $1,028.00 |
| **Total Balance Due Upon Receipt** | $1,350.00 |



**Akin Gump**
Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1711992 |
| Invoice Date: | 04/25/17 |

| | |
|---|---|
| FED I.D. NO. | 75-1338644 |

Total Amount of This Invoice          $322.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| | | $1,028.00 | $0.00 | $1,028.00 |

Prior Balance Due          $1,028.00

Total Balance Due Upon Receipt          $1,350.00

Please let us know promptly should your records reflect a different balance.

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1711992 |
| Invoice Date | 04/25/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1711992

(For wires originating outside the US reference Swift ID# CITIUS33)



# Akin Gump
### Strauss Hauer & Feld LLP

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1716712 |
| Invoice Date | 05/24/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

Re: 3126 CONEY ISLAND AVENUE (ASSET # 577207315)

FOR PROFESSIONAL SERVICES RENDERED THROUGH  04/30/17 :

| Date | Tkpr | | Hours | Value |
|---|---|---|---|---|
| 04/04/17 | DHQ | Meet with C. Renna to discuss remedial status. | 0.20 | $152.00 |
| 04/04/17 | CTR | Teleconference with trust counsel regarding status of environmental work          ; confer with D. Quigley regarding the same; correspondence with consultant regarding status. | 0.40 | $184.00 |
| 04/05/17 | DHQ | Review restrictions on mechanical equipment on rooftop and related correspondence. | 0.30 | $228.00 |
| 04/06/17 | DHQ | Review restrictions on system placement and related correspondence. | 0.20 | $152.00 |
| 04/10/17 | DHQ | Review revised site plans and related correspondence. | 0.30 | $228.00 |
| 04/13/17 | CTR | Correspondence with consultant regarding rooftop system design revisions and site visit; correspondence with client regarding the same and updates. | 0.20 | $92.00 |
| 04/18/17 | CTR | Correspondence with consultant regarding approved revised system design plans                ; correspondence with client regarding the same and updates. | 0.30 | $138.00 |

|  |  |
|---|---|
| Total Hours | 1.90 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| D H  QUIGLEY | 1.00 | at | $760.00 | = | $760.00 |
| C T  RENNA | 0.90 | at | $460.00 | = | $414.00 |

WATERSTONE ASSET MANAGEMENT LLC
Bill Number: 1716712

| Timekeeper | Hours | Rate | Value | |
|------------|-------|------|-------|--|
| | | Current Fees | | $1,174.00 |

| | | |
|--|--|--|
| **Total Amount of This Invoice** | | **$1,174.00** |
| **Prior Balance Due** | | $1,028.00 |
| **Total Balance Due Upon Receipt** | | $2,202.00 |



# Akin Gump
## Strauss Hauer & Feld LLP

**REMITTANCE COPY**

**Return with Payment**

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY  MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Client Number: | 693741 |
| Invoice Number: | 1716712 |
| Invoice Date: | 05/24/17 |

FED I.D. NO.    75-1338644

Total Amount of This Invoice                                              $1,174.00

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 09/21/16 | 1677160 | $1,028.00 | $0.00 | $1,028.00 |
| | | $1,028.00 | $0.00 | $1,028.00 |

Prior Balance Due                                                   $1,028.00

Total Balance Due Upon Receipt                          $2,202.00

Please let us know promptly should your records reflect a different balance.

## REMITTANCE COPY

### Return with Payment

WATERSTONE ASSET MANAGEMENT LLC
ATTN: DENNY MCCLOSKEY
SENIOR ASSET MANAGER
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC  28056

| | |
|---|---|
| Invoice Number | 1716712 |
| Invoice Date | 05/24/17 |
| Client Number | 693741 |
| Matter Number | 0002 |

---

FED I.D. NO. 75-1338644

If sending remittance via Postal Mail
please remit to:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Dept. 7247-6827
Philadelphia, PA 19170-6827

If sending remittance via Overnight Courier
please remit to:

**FIRST DATA REMITCO**
**AKIN GUMP STRAUSS - 6827**
400 White Clay Center Drive
Newark, DE 19711

If sending remittance via Wire
Please use the following instructions:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
**CITI PRIVATE BANK**
1101 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Account #: 9250397941
ABA# 254070116
Ref: 693741/0002, Invoice No. 1716712

(For wires originating outside the US reference Swift ID# CITIUS33)