UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

                                Chapter 11

Boysin Ralph Lorick and
Cynthia Theresa Lorick,

                                Case No. 16-45645-NHL

                   Debtors.
---------------------------------------------------------X

## FURTHER SUPPLEMENTAL STATEMENT IN SUPPORT OF APPLICATION FOR ORDER DIRECTING DISTRIBUTION OF SALE PROCEEDS TO WELLS FARGO BANK, N.A.

Wells Fargo Bank, N.A., as Trustee for the registered holders of Sovereign Commercial mortgage Securities Trust, 2007-C1, Commercial Pass-Through Certificates, Series 2007-C1 (the "Lender"), a secured creditor of the above-captioned debtors (the "Debtors"), respectfully submits this supplemental statement in support of the *Application for Order Directing Distribution of Sale Proceeds to Wells Fargo Bank, N.A.* (the "Application") [Dkt. No. 191] and respectfully states as follows:

1.     The Court's familiarity with the factual background of this case is presumed, and only pertinent facts are set forth below.[1]

2.     At the May 24, 2018 hearing on the Application, the Court instructed the Lender to file a separate statement regarding the Lender's request for payment from the sale proceeds of the fees and expenses incurred by the Lender in connection with the portion of the Lender's

---

[1] Further information, background, and basis for the distribution of the sale proceeds to the Lender was previously provided with the Lender's Reply in Support of Application for Order Directing Distribution of Sale Proceeds to Wells Fargo Bank, N.A. [ECF No. 207] (the "Reply"), the Supplemental Statement in Support of Application for Order Directing Distribution of Sale Proceeds to Wells Fargo Bank, N.A. [ECF No. 227], the Second Supplemental Statement in Support of Application for Order Directing Distribution of Sale Proceeds to Wells Fargo Bank, N.A. [ECF No. 244], and the Response in Further Support of Application for Order Directing Distribution of Sale Proceeds to Wells Fargo Bank, N.A. [ECF No. 260].

claim based upon attorneys' fees and expenses charged to the Lender by Akin Gump. The Lender retained Akin Gump to advise the Lender with respect to the environmental remediation of the real property located at 3126 Coney Island Avenue, Brooklyn, New York (the "Property").[2]   The Lender filed its supplemental statement with respect to Akin Gump fees and expenses on June 28, 2018. [ECF No. 284].

3.      The Lender now supplements the Application by including invoices of its counsel, Kilpatrick Townsend & Stockton LLP ("KTS") for legal fees and expenses related to the Lender's claim against the Property and the proceeds of the sale of the Property. Attached hereto as **Exhibit A** is an updated summary of KTS's fees from February 2016 through May 2018. Attached hereto as **Exhibit B** are the invoices of KTS for services provided as the Lender's counsel for the period from March 1, 2018 through May 31, 2018, reflecting an additional 169 hours of legal services, which at a blended rate of $475/hour equals $80,275 in fees.[3]   During this same period, KTS non-travel related expenses[4] totaled $1,009.56.

---

[2] The Property is adjacent to the site of a former dry-cleaning facility. Upon information and belief, the former Brighton Dry Cleaners is a "Recognized Environmental Condition" and is classified by the New York Department of Environmental Protection as a "New York Brownfields" facility with confirmed contamination of soil and groundwater. On or about May 8, 2014, Terracon Consultants, Inc. prepared an environmental assessment of the subject building, and thereafter conducted additional testing, which confirmed the existence of tetrachloroethene and tricholoroethene. These chemicals posed a substantial health hazard to the tenants of the Property. The Receiver engaged professionals to remediate the Property's environmental contamination. *See* Affidavit of Douglas Rosenberg in Support of Emergency Motion for Receiver to Remain in Possession [Case No. 16-43194-nhl, ECF No. 10].

[3] As previously noted, the Lender has voluntarily reduced the rate at which it will seek fees to a blended rate of $475/hour. Therefore, the Lender is seeking reimbursement of fees totaling $80,275 for the period of March 2018 through May 2018, and reimbursement of KTS's fees for the period of February 2016 through May 2018 of $822,272.50 (1,731.1 hours at $475/hour).

[4] The Lender previously agreed not to assert a claim for travel expenses incurred by KTS. The total non-travel expenses for KTS from February 2016 through May 2018 are $26,945.75.

US2008 13857739 3

WHEREFORE, the Lender respectfully requests that the Court order the immediate distribution of $849,218.25 in satisfaction of that portion of the Lender's claim attributable to the attorneys' fees and expenses of KTS as the Lender's counsel.[5]

Dated: June 28, 2018

Respectfully submitted,

/s/    Colin M. Bernardino
Colin M. Bernardino, Esq. (Ga. Bar No. 054879)
(Admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555
Email:  cbernardino@kilpatricktownsend.com

and

Keith Brandofino, Esq. (NY Bar No. KB 2128)
KILPATRICK TOWNSEND & STOCKTON LLP
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone:  (212) 775-8700
Facsimile:  (212) 954-5555
Email:  kbrandofino@kilpatricktownsend.com

*Counsel for Wells Fargo Bank, as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Pass-Through Certificates, Series 2007-C1*

---

[5] The Lender does not waive any other amounts requested in the Application.

US2008 13857739 3

**Exhibit A**

| KILPATRICK TOWNSEND & STOCKTON LLP | | |
| --- | --- | --- |
| BILLING SUMMARY - FEES | | |
| | | |
| PERIOD COVERED | HOURS | FEES |
| 2/1/2016 - 2/28/2016 | 31.5 | $12,937.00 |
| 3/1/2016 - 3/31/2016 | 53.0 | $20,994.00 |
| 4/1/2016 - 4/30/2016 | 7.2 | $3,193.00 |
| 5/1/2016 - 5/31/2016 | 4.5 | $1,591.50 |
| 6/1/2016 - 6/30/2016 | 13.2 | $5,263.00 |
| 7/1/2016 - 7/31/2016 | 56.1 | $28,866.00 |
| 8/1/2016 - 8/31/2016 | 50.8 | $30,235.50 |
| 9/1/2016 - 9/30/2016 | 22.9 | $13,758.00 |
| 10/1/2016 - 10/31/2016 | 11.3 | $4,224.50 |
| 11/1/2016 - 11/30/2016 | 12.9 | $5,322.50 |
| 12/1/2016 - 12/31/2016 | 78.1 | $39,582.00 |
| 1/1/2017 - 1/31/2017 | 89.0 | $52,700.00 |
| 2/1/2017 - 2/28/2017 | 88.0 | $42,408.00 |
| 3/1/2017 - 3/31/2017 | 48.6 | $29,478.50 |
| 4/1/2017 - 4/30/2017 | 47.3 | $27,202.00 |
| 5/1/2017 - 5/31/2017 | 47.3 | $27,301.00 |
| 6/1/2017 - 6/30/2017 | 86.5 | $43,223.50 |
| 7/1/2017 - 7/31/2017 | 16.9 | $10,810.50 |
| 8/1/2017 - 8/31/2017 | 77.3 | $45,492.50 |
| 9/1/2017 - 9/30/2017 | 157.9 | $97,857.50 |
| 10/1/2017 - 10/31/2017 | 210.4 | $117,632.00 |
| 11/1/2017 - 11/30/2017 | 129.4 | $70,584.50 |
| 12/1/2017 - 12/31/2017 | 79.2 | $40,930.50 |
| 1/1/2018 - 1/31/2018 | 98.9 | $46,372.50 |
| 2/1/2018 - 2/28/2018 | 43.9 | $29,717.50 |
| 3/1/2018 - 3/31/2018 | 52.4 | $30,144.00 |
| 4/1/2018 - 4/30/2018 | 25.4 | $11,745.00 |
| 5/1/2018 - 5/31/2018 | 91.2 | $50,238.00 |
| TOTAL | 1,731.1 | $939,804.50 |
| BLENDED FEE RATE | | $542.89 |

**FEES AT HOURLY BLENDED RATE OF $475**                          **$822,272.50**

**Exhibit B**



**KILPATRICK TOWNSEND**

ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
Payments Only: accountsreceivable@kilpatricktownsend.com
Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com
**Fed I.D. 58-0511774**

June 27, 2018

WATERSTONE ASSET MANAGEMENT, LLC
ATTN: JOHN CHURCH
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC 28056

| | |
|---|---|
| Client: | 057301 |
| Matter: | 0853817 |
| Invoice #: | 12063520 |

RE:   3126 CONEY ISLAND AVE

**For Professional Services Through March 31, 2018:**

### 01 - Lorick Bankruptcy

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/2018 | TMR | Client correspondence regarding legal fees and escrow to be held by receiver | 0.30 | 120.00 |
| 03/02/2018 | CMB | Review surcharge motion. | 1.80 | 1,350.00 |
| 03/05/2018 | CMB | Correspondence from and to D. McCloskey regarding ▮▮▮▮▮; telephone calls to and from K. Brandofino regarding ▮▮▮▮▮ correspondence to and from J. Church regarding ▮▮▮▮▮ correspondence to and from D. Dayoga regarding sale proceeds; telephone call to K. Moynihan regarding ▮▮▮▮▮ | 1.60 | 1,200.00 |
| 03/05/2018 | KM | Call with C. Bernardino regarding ▮▮▮▮▮ ▮▮▮▮▮ | 0.30 | 118.50 |
| 03/05/2018 | TMR | Correspondence from client regarding ▮▮▮▮▮ review Debtor's Surcharge Motion; correspondence with client regarding ▮▮▮▮▮ ▮▮▮▮▮; receipt and review of minute entry from February pre-motion conference in EDNY on Choudhary matter; revise calculations of amount due and legal fees; draft revised payoff letter through next motion date; | 2.50 | 1,000.00 |
| 03/06/2018 | CMB | Telephone call to K. Brandofino regarding ▮▮▮▮▮ ▮▮▮▮▮. | 0.20 | 150.00 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

### 01 - Lorick Bankruptcy

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/06/2018 | TMR | Correspondence form client regarding ███████████; consideration of █████ | 0.30 | 120.00 |
| 03/07/2018 | CMB | Prepare response to surcharge motion. | 1.70 | 1,275.00 |
| 03/07/2018 | KM | Review cases cited by debtors in surcharge motion (.3); prepare surcharge standards and case law for objection (.3). | 0.60 | 237.00 |
| 03/08/2018 | CMB | Review memorandum in support of motion to dismiss; correspondence regarding ██████ prepare response to surcharge motion. | 2.10 | 1,575.00 |
| 03/08/2018 | TMR | Review correspondence with client regarding ████████████████████████████ | 0.30 | 120.00 |
| 03/09/2018 | CMB | Prepare response to surcharge motion; review correspondence from T. Reyes regarding ████ review correspondence from D. McCloskey regarding █████ | 0.50 | 375.00 |
| 03/09/2018 | TMR | Correspondence from client regarding █████████ ███████████; consideration of █████████; additional revisions to proposed payoff; | 1.50 | 600.00 |
| 03/11/2018 | CMB | Prepare response to surcharge motion; review correspondence from K. Dahiya regarding surcharge exhibit. | 1.90 | 1,425.00 |
| 03/12/2018 | CMB | Prepare response to surcharge motion; telephone call to T. Reyes regarding █████████; telephone call to K. Moynihan regarding ████████ correspondence to and from K. Brandofino and T. Reyes regarding ████████████; prepare correspondence to J. Church and D. McCloskey regarding ███████ | 9.10 | 6,825.00 |
| 03/12/2018 | KM | Review local rules regarding extension to file reply (.3); research ██████████████████████ ████ research ████████ | 4.20 | 1,659.00 |
| 03/12/2018 | TMR | Research case law regarding ████████████ ████████████████ correspondence with client regarding █████████ review draft of Response to Surcharge Motion; consideration of █████ | 4.40 | 1,760.00 |

## 01 - Lorick Bankruptcy

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/13/2018 | CMB | Correspondence to and from K. Moynihan and K. Brandofino regarding ▇▇▇ | 0.00 | No Charge |
| 03/13/2018 | SG | Prepare and file affidavit of service. | 0.00 | No Charge |
| 03/13/2018 | KM | Review filed objection. | 0.30 | 118.50 |
| 03/14/2018 | JT | Review Court's Docket Report regarding pending motions and upcoming appearances for same; docket appearances on pending motions. | 0.00 | No Charge |
| 03/16/2018 | CMB | Review surcharge reply brief. | 0.40 | 300.00 |
| 03/16/2018 | TMR | Consideration of ▇▇▇ finalize payoff letter; correspondence with Debtor's counsel regarding payoff letter; correspondence to client regarding ▇▇▇ | 0.60 | 240.00 |
| 03/17/2018 | CMB | Prepare correspondence to K. Brandofino regarding ▇▇▇; research regarding ▇▇▇; correspondence to and from K. Moynihan regarding ▇▇▇; review memorandum regarding ▇▇▇ | 1.60 | 1,200.00 |
| 03/17/2018 | KM | Review debtors' reply to surcharge objection (.3); research ▇▇▇; prepare memo regarding ▇▇▇ | 1.90 | 750.50 |
| 03/20/2018 | CMB | Prepare for surcharge hearing. | 1.50 | 1,125.00 |
| 03/20/2018 | SG | Correspond with the court regarding hearing. | 0.00 | No Charge |
| 03/21/2018 | CMB | Review Ortiz declaration; prepare for surcharge hearing. | 1.60 | 1,200.00 |
| 03/21/2018 | TMR | Review file for recent invoices for upcoming hearing; | 0.60 | 240.00 |
| 03/22/2018 | CMB | Conference with K. Moynihan regarding ▇▇▇; prepare hearing outline; travel to and from hearing; attend hearing; conference call with K. Brandofino and J. Church regarding ▇▇▇ | 2.40 | 1,800.00 |
| 03/22/2018 | TMR | Review Ortiz Response to Surcharge Motion; consideration of ▇▇▇ | 0.60 | 240.00 |
| 03/23/2018 | CMB | Conference call with K. Brandofino, J. Church, and D. McCloskey regarding ▇▇▇ | 0.40 | 300.00 |
| 03/23/2018 | JT | Docket adjournment of status hearing and hearing on pending motions. | 0.00 | No Charge |

## 01 - Lorick Bankruptcy

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/26/2018 | CMB | Telephone call to K. Branodfino regarding █████████ | 0.00 | No Charge |
| 03/26/2018 | JT | Prepare schedule of upcoming appearances and deadlines related to Bankruptcy Action, including pending motions, and Choudhary Action, including briefing schedule to Motion to Dismiss. | 0.30 | 88.50 |
| 03/27/2018 | CMB | Review lift stay motion; correspondence from and to K. Brandodfino ████████████; telephone call to K. Brandofino regarding ███████████ | 0.30 | 225.00 |
| 03/27/2018 | TMR | Review Motion for Relief of Stay of Wells Fargo for NJ property; | 0.40 | 160.00 |
| 03/28/2018 | CMB | Telephone call to K. Brandofino regarding ███████ | 0.00 | No Charge |
| | | *Task Subtotal* | **46.20** | **27,897.00** |

## 02 - Choudhary

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/05/2018 | DVM | Receipt and review of Court's Minute Entry for proceedings held with respect to the 2/16/2018 Pre Motion Conference. | 0.00 | No Charge |
| 03/08/2018 | DVM | Receipt and review of Magistrate Bloom's Scheduling Order with respect to Court-scheduled 4/4/2018 discovery conference; formulation of ████████ | 0.30 | 121.50 |
| 03/08/2018 | JT | Review Court Order Scheduling Conference; docket Conference and exchange communication regarding same; assist in finalizing Memorandum of Law in Support of Motion to Dismiss. | 0.40 | 118.00 |
| 03/09/2018 | DVM | Shepardization of case and statutory authorities cited in brief in support of pre-answer motion to dismiss; performance of additional legal research ████████████ continued preparation of, revision to, review of and finalization of motion papers. | 3.10 | 1,255.50 |

## 02 - Choudhary

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/09/2018 | JT | Prepare exhibits to Declaration in Support of Motion to Dismiss; assist in finalizing all papers in support of Motion, and coordinate service of Motion upon all parties; prepare correspondence to parties enclosing Motion for Dismissal, and e-file same with Court, per Order from Judge. | 2.00 | 590.00 |
| 03/22/2018 | DVM | Analysis of ███████████████ formulation of ██ | 0.40 | 162.00 |
| | | **Task Subtotal** | **6.20** | **2,247.00** |

**Total Fees**          **$30,144.00**

## Task Code Summary

| Task Code | Task Description | Amount |
|-----------|------------------|--------|
| 01 | Lorick Bankruptcy | 27,897.00 |
| 02 | Choudhary | 2,247.00 |
| | **Total** | **$30,144.00** |

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|-----------|--------|
| CMB | Colin M. Bernardino | 0.00 | 750.00 | No Charge |
| CMB | Colin M. Bernardino | 27.10 | 750.00 | 20,325.00 |
| DVM | David V. Mignardi | 0.00 | 405.00 | No Charge |
| DVM | David V. Mignardi | 3.80 | 405.00 | 1,539.00 |
| KM | Kelly Moynihan | 7.30 | 395.00 | 2,883.50 |
| TMR | Therese M. Reyes | 11.50 | 400.00 | 4,600.00 |
| SG | Shavone Green | 0.00 | 280.00 | No Charge |
| JT | Joanna Turner | 0.00 | 295.00 | No Charge |
| JT | Joanna Turner | 2.70 | 295.00 | 796.50 |
| | **Totals** | **52.40** | | **$30,144.00** |

**Other Charges:**

| | | |
|---|---|---|
| 03/12/2018 | Westlaw On-Line Legal Research | 20.23 |
| 03/12/2018 | Westlaw On-Line Legal Research | 124.27 |
| 03/14/2018 | Airfare Expense of BERNARDINO/COLIN M for a trip to ATL LGA ATL on 3/20/2018 through 3/21/2018 | 602.31 |
| 03/17/2018 | UPS from Kilpatrick Townsend LLP (Joanna Turner) to Mohammad Choudhary ( ) in Brooklyn NY on 03/09/18 Tracking #1Z86504E0196965493 | 16.58 |
| 03/17/2018 | UPS from Kilpatrick Townsend LLP (Joanna Turner) to Dahiya Law Offices, LLC ( Karamvir Dahiya, Esq) in New York NY on 03/09/18 Tracking #1Z86504E0197136305 | 12.15 |
| 03/17/2018 | UPS from Kilpatrick Townsend LLP (Joanna Turner) to Dahiya Law Offices, LLC ( Karamvir Dahiya, Esq) in New York NY on 03/09/18 Tracking #1Z86504E0197136305 | 4.43 |
| 03/17/2018 | Westlaw On-Line Legal Research | 25.33 |
| 03/17/2018 | Westlaw On-Line Legal Research | 34.68 |
| 03/20/2018 | Travel and Ground Transportation - Public Transit Expense of Colin Bernardino on 03/20/18 regarding Attend Lorick Hearing in New York | 6.00 |
| 03/20/2018 | Meals - Meals Other Expense of Colin Bernardino on 03/20/18 regarding Attend Lorick Hearing in New York | 20.66 |
| 03/20/2018 | Travel and Ground Transportation - Internet Expense of Colin Bernardino on 03/20/18 regarding Attend Lorick Hearing in New York | 10.00 |
| 03/20/2018 | Travel and Ground Transportation - Taxi/Car Service Expense of Colin Bernardino on 03/20/18 regarding Attend Lorick Hearing in New York | 48.07 |

*Other Charges:*

| | | |
|---|---|---:|
| 03/21/2018 | Meals - Breakfast Expense of Colin Bernardino on 03/21/18 regarding Attend Lorick Hearing in New York | 3.85 |
| 03/21/2018 | Meals - Lunch Expense of Colin Bernardino on 03/21/18 regarding Attend Lorick Hearing in New York | 10.49 |
| 03/21/2018 | Meals - Dinner Expense of Colin Bernardino on 03/21/18 regarding Attend Lorick Hearing in New York | 46.94 |
| 03/21/2018 | Airfare fee for Colin Bernardino | 27.00 |
| 03/22/2018 | Meals - Breakfast Expense of Colin Bernardino on 03/22/18 regarding Attend Lorick Hearing in New York | 13.19 |
| 03/23/2018 | Hotel Expense of Colin Bernardino on 03/20/2018 - 03/23/2018 to New York, NY regarding Attend Lorick Hearing in New York | 840.66 |
| 03/23/2018 | Travel and Ground Transportation - Taxi/Car Service Expense of Colin Bernardino on 03/23/18 regarding Attend Lorick Hearing in New York | 44.46 |
| 03/23/2018 | Travel and Ground Transportation - Internet Expense of Colin Bernardino on 03/23/18 regarding Attend Lorick Hearing in New York | 10.00 |
| 03/23/2018 | Travel and Ground Transportation - Taxi/Car Service Expense of Colin Bernardino on 03/23/18 regarding Attend Lorick Hearing in New York | 40.80 |
| | Document Reproduction | 26.10 |
| | PACER charges for January 2018(Matter number '0838518' is closed) | 143.60 |

**Total Other Charges**                                                        **$2,131.80**

**TOTAL AMOUNT DUE THIS INVOICE**                                 **$32,275.80**



**KILPATRICK TOWNSEND**

ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
Payments Only: accountsreceivable@kilpatricktownsend.com
Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com
**Fed I.D. 58-0511774**

June 27, 2018

WATERSTONE ASSET MANAGEMENT, LLC
ATTN: JOHN CHURCH
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC 28056

| | |
|---|---|
| Client: | 057301 |
| Matter: | 0853817 |
| Invoice #: | 12063549 |

RE:  3126 CONEY ISLAND AVE

**For Professional Services Through April 30, 2018:**

### 01 - Lorick Bankruptcy

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/2018 | CMB | Review lift stay motion; correspondence from K. Brandofino regarding ██████. | 0.20 | 150.00 |
| 04/02/2018 | TMR | Review Order on Macron fees | 0.30 | 120.00 |
| 04/03/2018 | CMB | Telephone call from K. Brandofino regarding ██████████; prepare correspondence to N. Khodorovsky regarding conversion. | 0.60 | 450.00 |
| 04/04/2018 | CMB | Telephone call from K. Brandofino regarding ██████████ correspondence regarding ██████. | 0.50 | 375.00 |
| 04/06/2018 | SG | Prepare fee and expenses charts. | 3.40 | 952.00 |
| 04/09/2018 | CMB | Prepare supplemental statement regarding fees. | 3.70 | 2,775.00 |
| 04/10/2018 | SG | Prepare and file certificate of service. | 0.00 | No Charge |
| 04/23/2018 | JT | Confirm hearing on Motion for Relief from Stay and docket same; exchange communication regarding same. | 0.00 | No Charge |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer
from your account or to process the payment as a check transaction.

## 01 - Lorick Bankruptcy

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/25/2018 | CMB | Review status; telephone calls to and from K. Moynihan regarding ███████ telephone call to K. Brandofino regarding ███████ review response to stay relief and correspondence from and to K. Moynihan regarding ██████ | 0.70 | 525.00 |
| 04/25/2018 | TMR | Review Lift Stay Motion for appearance; consideration of ██████ | 0.60 | 240.00 |
| 04/26/2018 | CMB | Correspondence regarding ████████ telephone call to K. Brandofino regarding ███ | 0.30 | 225.00 |
| 04/26/2018 | KM | Travel to/from and attend hearing on motion for relief from stay (3.1); prepare analysis ██████ | 4.60 | 1,817.00 |
| 04/26/2018 | TMR | Consideration of ██████████ ████████████████████ | 0.50 | 200.00 |
| | | *Task Subtotal* | **15.40** | **7,829.00** |

## 02 - Choudhary

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/02/2018 | DVM | Review Justice Bloom's 3/6/18 Scheduling Order as well as her Part Rules to determine whether a discovery conference may potentially be adjourned and the manner to go about doing so; telephone call made to and voice message left for Plaintiff. Mohammad Choudhary, to inquire into his amenability for same; preparation of follow-up e-mail to Mr. Choudhary. | 0.40 | 162.00 |
| 04/03/2018 | DVM | Preparation of letter to Magistrate Justice Bloom regarding our efforts to confer with Plaintiff about a potential adjournment and our non-receipt of any response from Plaintiff; review of case docket, pleadings, our motion to dismiss papers and all orders entered to date in Choudhary v Bernardino, et al matter in preparation for tomorrow's discovery conference. | 1.70 | 688.50 |
| 04/03/2018 | TMR | Choudhary - review letter motion to adjourn conference | 0.20 | 80.00 |
| 04/03/2018 | JT | Prepare litigation binder in advance of appearance at discovery conference. | 0.50 | 147.50 |
| 04/03/2018 | JT | E-file letter motion to Judge Bloom requesting adjournment of Discovery Conference. | 0.30 | 88.50 |

## 02 - Choudhary

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/04/2018 | DVM | Appearance at the United States District Court, Eastern District of New York, for a discovery conference before Honorable Lois Bloom, U.S.M.J.; preparation of e-mail report as to the ███████████ | 4.60 | 1,863.00 |
| 04/04/2018 | TMR | Choudhary - review order denying motion to adjourn conference | 0.20 | 80.00 |
| 04/05/2018 | DVM | Receipt and review of Magistrate Judge Lois Bloom's Scheduling Order dated April 5, 2018. | 0.00 | No Charge |
| 04/26/2018 | JT | Confirm adjourned date of Discovery Conference and circulate correspondence regarding same; update litigation binder in preparation for appearance. | 0.40 | 118.00 |
| 04/27/2018 | JT | Review case docket report in Choudhary matter regarding any request for adjournment of Conference; circulate communication regarding same. | 0.00 | No Charge |
| 04/30/2018 | DVM | Formulation of █████████████████████ ████████████████████████; review and analysis of updated case docket, pleadings, our motion to dismiss papers and all orders entered to date in Choudhary v Bernardino, et al matter in preparation for tomorrow's discovery conference. | 1.70 | 688.50 |
| | | *Task Subtotal* | **10.00** | **3,916.00** |

|  | **Total Fees** | | | **$11,745.00** |
|---|---|---|---|---|

## Task Code Summary

| Task Code | Task Description | | Amount |
|-----------|------------------|---|--------|
| 01 | Lorick Bankruptcy | | 7,829.00 |
| 02 | Choudhary | | 3,916.00 |
| | | **Total** | **$11,745.00** |

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| CMB | Colin M. Bernardino | 6.00 | 750.00 | 4,500.00 |
| DVM | David V. Mignardi | 0.00 | 405.00 | No Charge |
| DVM | David V. Mignardi | 8.40 | 405.00 | 3,402.00 |
| KM | Kelly Moynihan | 4.60 | 395.00 | 1,817.00 |
| TMR | Therese M. Reyes | 1.80 | 400.00 | 720.00 |
| SG | Shavone Green | 0.00 | 280.00 | No Charge |
| SG | Shavone Green | 3.40 | 280.00 | 952.00 |
| JT | Joanna Turner | 0.00 | 295.00 | No Charge |
| JT | Joanna Turner | 1.20 | 295.00 | 354.00 |
| | **Totals** | **25.40** | | **$11,745.00** |

**Other Charges:**

| | | |
|---|---|---|
| 04/04/2018 | Travel and Ground Transportation - Public Transit Expense of David Mignardi on 04/04/18 regarding Subway to/from Court | 5.50 |
| | Document Reproduction | 0.15 |
| | PACER charges for March 2018 | 66.10 |
| | **Total Other Charges** | **$71.75** |

**TOTAL AMOUNT DUE THIS INVOICE**                                    **$11,816.75**



**KILPATRICK TOWNSEND**

ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
Payments Only: accountsreceivable@kilpatricktownsend.com
Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com
Fed I.D. 58-0511774

June 27, 2018

WATERSTONE ASSET MANAGEMENT, LLC
ATTN: JOHN CHURCH
3826 S. NEW HOPE ROAD
SUITE 4
GASTONIA, NC 28056

| | |
|---|---|
| Client: | 057301 |
| Matter: | 0853817 |
| Invoice #: | 12063568 |

RE:   3126 CONEY ISLAND AVE

**For Professional Services Through May 31, 2018:**

### 01 - Lorick Bankruptcy

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/01/2018 | JT | Prepare litigation binder in advance of appearance. | 0.00 | No Charge |
| 05/02/2018 | TMR | Review Ortiz Fee Application | 0.40 | 160.00 |
| 05/03/2018 | CMB | Review ███████████████████████. | 0.00 | No Charge |
| 05/04/2018 | TMR | Begin review and analysis of █████████████████ ███████████ | 3.00 | 1,200.00 |
| 05/07/2018 | CMB | Review request for extension. | 0.00 | No Charge |
| 05/07/2018 | TMR | Review invoices for amounts due on legal fees for various stages of litigation; | 3.10 | 1,240.00 |
| 05/08/2018 | CMB | Telephone call from N. Khodorovsky regarding motion to convert; telephone call to K. Brandofino regarding ████; prepare correspondence to K. Brandofino regarding █████████████████. | 0.90 | 675.00 |
| 05/08/2018 | KB | Review and revision of correspondence to clients regarding ███████████████████████. Consideration of ████████████████. | 0.70 | 528.50 |
| 05/08/2018 | TMR | Review of judgment and allocation of amounts due. | 2.90 | 1,160.00 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer
from your account or to process the payment as a check transaction.

### 01 - Lorick Bankruptcy

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/09/2018 | CMB | Conference call with J. Church and K. Brandofino regarding ████████ ████████, telephone call to K. Brandofino regarding ████; prepare opposition to Lorick extension request and coordinate filing of same; correspondence from and to K. Dahiya regarding engagement letter. | 2.30 | 1,725.00 |
| 05/09/2018 | KB | Review and revision of letter to judge Lord rejecting debtors' request for adjournment. Attention to debtors' request for engagement letter. | 0.80 | 604.00 |
| 05/09/2018 | TMR | Multiple correspondence with client regarding ████████ ████████, review Motion to Convert and request for extension; review letter to Judge Lord regarding request for extension | 0.60 | 240.00 |
| 05/09/2018 | JT | File by ECF Letter Objection to request for Extension of Time; coordinate service upon all parties. | 0.40 | 118.00 |
| 05/10/2018 | CMB | Telephone call from N. Kardarovsky regarding Choudhary litigation; prepare correspondence to K. Brandofino regarding ████████ | 0.40 | 300.00 |
| 05/11/2018 | CMB | Review stay relief motion. | 0.30 | 225.00 |
| 05/11/2018 | KB | Review of motion for relief from stay. Consideration of ████████. | 0.40 | 302.00 |
| 05/11/2018 | JT | Review bankruptcy docket schedule report and circulate correspondence regarding upcoming Status Hearing and Hearing on pending motions; review hearing scheduling on Trustee's motion to convert case from chapter 11 to 7, and circulate correspondence regarding same; docket hearing. | 0.50 | 147.50 |
| 05/14/2018 | CMB | Telephone call to K. Brandofino regarding ████████ ████████ | 0.00 | No Charge |
| 05/14/2018 | JT | Review and circulate Justice Bloom's Order regarding scheduling of Conference in Choudhary matter; docket conference. | 0.20 | 59.00 |
| 05/16/2018 | CMB | Telephone call to K. Brandofino regarding ████████ | 0.00 | No Charge |

## 01 - Lorick Bankruptcy

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/16/2018 | TMR | (Lorick) Review Motion to Lift Stay against Receiver for PI Action; review proposed settlement letter; calculate revised amount due; review invoices for legal fees since January 1, 2018 for allocation of fees between choudhary and lorick matters. | 2.40 | 960.00 |
| 05/16/2018 | JT | Review Court deadlines regarding deadline to file objection, hearing date and date of presentment of Order, related to Motion for Relief from Automatic Stay in bankruptcy action; docket all deadlines, and circulate correspondence regarding same. | 0.30 | 88.50 |
| 05/17/2018 | CMB | Correspondence from and to K. Brandofino regarding ▓▓▓▓▓ | 0.00 | No Charge |
| 05/17/2018 | KB | Review and revision of settlement proposal to debtors' counsel. Correspondence with Mr. Church regarding ▓▓▓▓▓ | 1.10 | 830.50 |
| 05/17/2018 | TMR | Review revisions to settlement letter to Borrower's counsel; | 0.70 | 280.00 |
| 05/18/2018 | CMB | Review Lorick pleadings. | 0.90 | 675.00 |
| 05/18/2018 | KB | Review and revision of payoff calculation and payoff letter. Consideration of ▓▓▓▓▓▓▓ Review of reply filed by debtors in connection with surcharge motion. Consideration of ▓▓▓ | 2.10 | 1,585.50 |
| 05/18/2018 | KM | Consideration of ▓▓▓▓▓▓ | 0.50 | 197.50 |
| 05/20/2018 | KM | Review debtors' further affirmation regarding surcharge (1.0); review debtors' opposition to lender's fees (1.2); review UST's motion to convert (.2); start draft of response to debtor's further affirmation regarding surcharge (.7); start draft of response to debtors' objection to lender's fees (.5); research on ▓▓▓▓▓▓ | 5.50 | 2,172.50 |
| 05/21/2018 | CMB | Telephone call and correspondence from and to K. Moynihan regarding ▓▓▓▓▓▓▓, telephone call and correspondence from and to K. Brandofino regarding ▓▓ review and revise response to surcharge request. | 0.90 | 675.00 |
| 05/21/2018 | KB | Consideration of ▓▓▓▓▓▓▓▓ | 0.90 | 679.50 |

## 01 - Lorick Bankruptcy

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/21/2018 | KM | Call with C. Bernardino regarding ▬▬▬▬ research regarding ▬▬▬▬ (2.1); correspondence with C. Bernardino regarding ▬▬▬▬; calculate new fees based on voluntary reduction (.3); email to C. Bernardino regarding ▬▬▬▬ (.1); research regarding ▬▬▬▬ (1.7); continue draft of response to debtors' surcharge affirmation (2.8); continue draft of response to debtors' opposition to lender's fees (4.2); email to C. Bernardino regarding ▬▬▬▬ | 11.90 | 4,700.50 |
| 05/21/2018 | TMR | Receipt and review of Debtor's response to Lender's fee application; consideration of ▬▬▬▬ | 0.60 | 240.00 |
| 05/22/2018 | CMB | Revise response to supplemental surcharge affirmation; revise response in support of application for payment. | 1.50 | 1,125.00 |
| 05/22/2018 | KB | Review and revision of reply papers in connection with debtors' challenge to amount due. | 1.10 | 830.50 |
| 05/22/2018 | KM | Revise response in support of payment of fees to include argument regarding Akin Gump's fees (.8); revisions to surcharge response (.9). | 1.70 | 671.50 |
| 05/22/2018 | TMR | Revise calculations of amount due through 5/24/18 and breakdown of legal fees by category. | 1.70 | 680.00 |
| 05/23/2018 | CMB | Revise response in support of application for payment; telephone call and conference with K. Moynihan regarding ▬▬▬▬ prepare correspondence to J. Church regarding ▬▬▬▬ telephone call from J. Church regarding ▬▬▬▬; prepare for hearing. | 3.80 | 2,850.00 |
| 05/23/2018 | KB | Review of correspondence filed by Mr. Ortiz challenging allegations asserted by debtors. Consideration of ▬▬▬▬. Correspondence with counsel regarding the same. | 0.80 | 604.00 |
| 05/23/2018 | KM | Call with C. Bernardino regarding ▬▬▬▬; research regarding ▬▬▬▬ (1.3); revise response in support of fees and expenses (1.2). | 2.70 | 1,066.50 |
| 05/23/2018 | JT | Confirm Hearing on Motion for Relief from Automatic Stay; prepare and circulate communication regarding same. | 0.10 | 29.50 |

## 01 - Lorick Bankruptcy

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/24/2018 | CMB | Prepare for hearing; conference with J. Church regarding ██; travel to hearing; attend hearing; participate in settlement discussions; telephone call to K. Moynihan regarding ██; correspondence from and to K. Brandofino regarding ██ | 6.20 | 4,650.00 |
| 05/24/2018 | KB | Prepare for oral argument on Debtors' motion to surcharge lender. Attendance at oral argument. Consideration of ██. | 4.20 | 3,171.00 |
| 05/24/2018 | TMR | Review prior payoff and update calculation of amount due to current date; consideration of ██, prepare revised payoff letter; | 3.70 | 1,480.00 |
| 05/24/2018 | JT | Assist in preparation for hearing on pending motions; exchange communication and retrieve documents regarding valuation of property. | 1.20 | 354.00 |
| 05/25/2018 | CMB | Consideration ██ (.3). | 0.30 | 225.00 |
| 05/26/2018 | CMB | Prepare memorandum to D. McCloskey regarding ██ | 0.70 | 525.00 |
| 05/30/2018 | KB | Telephone conference with Mr. Church regarding ██ Review of computation of amount due. | 0.60 | 453.00 |
| 05/30/2018 | TMR | Prepare revised calculation of amount due with blended rate and credit for amounts paid. | 1.10 | 440.00 |
| | | **Task Subtotal** | **76.10** | **40,923.50** |

## 02 - Choudhary

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/01/2018 | KB | Prepare for and attend case management conference. Correspondence with Mr. Church regarding ██. Consideration of ██ Correspondence with clients ██. | 3.10 | 2,340.50 |

## 02 - Choudhary

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/01/2018 | DVM | Continued preparation for this afternoon's discovery conference appearance; appearance at the USDC, EDNY, before the Honorable Lois Bloom, USMJ, for the discovery conference and return date of Court's sua sponte order to show cause. | 2.60 | 1,053.00 |
| 05/01/2018 | FW | Attend discovery conference | 2.70 | 2,497.50 |
| 05/03/2018 | KB | Review if sua sponte order issued by Judge Bloom. Consideration of ▮▮▮▮▮▮▮. Correspondence with clients regarding ▮▮▮▮ | 0.60 | 453.00 |
| 05/03/2018 | DVM | Receipt and review of Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Status Conference held on 5/1/2018; Receipt and review of Judge Bloom's sua sponte Report and Recommendation for Dismissal; formulation of ▮▮▮▮▮▮▮▮▮ | 0.50 | 202.50 |
| 05/07/2018 | DVM | Performance of legal research ▮▮▮▮ analysis of ▮▮▮▮ preparation of letter brief in support of Magistrate Judge Bloom's report and ▮▮▮▮ | 1.70 | 688.50 |
| 05/09/2018 | KB | Review of correspondence from Mr. Choudhary regarding explanation for failing to appear at case management conference. Correspondence with Ms. Dixon regarding ▮▮▮▮. | 0.40 | 302.00 |
| 05/09/2018 | DVM | Receipt, review and analysis of Plaintiff's objection to Judge Bloom's report and recommendation; formulation of ▮▮▮▮ | 0.40 | 162.00 |
| 05/09/2018 | TMR | Review Plaintiff's Response to sua sponte report; | 0.40 | 160.00 |
| 05/14/2018 | DVM | Receipt, review and analysis of Magistrate Justice Bloom's withdrawal of her report and recommendation and scheduling discovery conference for June 28th. | 0.20 | 81.00 |
| 05/16/2018 | KB | Review of letter motion submitted by Mr. Choudhary regarding request to extend time to answer. Consideration of ▮▮▮▮ | 0.60 | 453.00 |

## 02 - Choudhary

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/16/2018 | DVM | Receipt, review and analysis of Plaintiff's letter motion for an extension of time to file opposition to our pre-answer motion to dismiss; formulation of ███████████████ receipt and review of Judge Kuntz' Order granting Plaintiff's letter motion; preparation of letter to Judge Kuntz requesting clarification as to the updated briefing schedule on Defendants' pre-answer motion to dismiss. | 0.80 | 324.00 |
| 05/16/2018 | TMR | Review Choudhary prayer for extension of time to respond to motion. | 0.20 | 80.00 |
| 05/24/2018 | KB | Review of order from Judge Kuntz on time for Mr. Choudhary to respond. | 0.20 | 151.00 |
| 05/31/2018 | KB | Review and revision of correspondence to Judge Kuntz regarding briefing schedule. | 0.30 | 226.50 |
| 05/31/2018 | DVM | Revision to, reworking of and finalization of letter to Judge Kuntz for clarification as to remaining briefing schedule for Defendants' motion to dismiss. | 0.20 | 81.00 |
| 05/31/2018 | JT | File letter to Court requesting clarification on briefing schedule; circulate filed correspondence. | 0.20 | 59.00 |
| | | *Task Subtotal* | **15.10** | **9,314.50** |

**Total Fees**                                                                    **$50,238.00**

## Task Code Summary

| Task Code | Task Description | | Amount |
|-----------|------------------|---|--------|
| 01 | Lorick Bankruptcy | | 40,923.50 |
| 02 | Choudhary | | 9,314.50 |
| | | **Total** | **$50,238.00** |

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|-----------|--------|
| CMB | Colin M. Bernardino | 0.00 | 750.00 | No Charge |
| CMB | Colin M. Bernardino | 18.20 | 750.00 | 13,650.00 |
| KB | Keith Brandofino | 17.90 | 755.00 | 13,514.50 |
| FW | Frederick Whitmer | 2.70 | 925.00 | 2,497.50 |
| DVM | David V. Mignardi | 6.40 | 405.00 | 2,592.00 |
| KM | Kelly Moynihan | 22.30 | 395.00 | 8,808.50 |
| TMR | Therese M. Reyes | 20.80 | 400.00 | 8,320.00 |
| JT | Joanna Turner | 0.00 | 295.00 | No Charge |
| JT | Joanna Turner | 2.90 | 295.00 | 855.50 |
| | **Totals** | **91.20** | | **$50,238.00** |

**Other Charges:**

| | | |
|---|---|---|
| 05/01/2018 | Travel and Ground Transportation - Public Transit Expense of David Mignardi on 05/01/18 regarding Subway to/from Court | 5.50 |
| 05/20/2018 | Westlaw On-Line Legal Research | 95.37 |
| 05/21/2018 | Westlaw On-Line Legal Research | 219.64 |
| 05/23/2018 | Westlaw On-Line Legal Research | 60.69 |
| 05/23/2018 | Airfare Expense of Colin Bernardino on 05/23/2018 - 05/24/2018 to New York, NY regarding Attend Lorick Hearing in New York | 705.40 |
| 05/23/2018 | Meals - Meals Other Expense of Colin Bernardino on 05/23/18 regarding Attend Lorick Hearing in New York | 6.51 |
| 05/23/2018 | Travel and Ground Transportation - Taxi/Car Service Expense of Colin Bernardino on 05/23/18 regarding Attend Lorick Hearing in New York | 51.66 |
| 05/23/2018 | Meals - Dinner Expense of Colin Bernardino on 05/23/18 regarding Attend Lorick Hearing in New York | 15.92 |
| 05/23/2018 | Travel and Ground Transportation - Internet Expense of Colin Bernardino on 05/23/18 regarding Attend Lorick Hearing in New York | 17.00 |
| 05/24/2018 | Meals - Breakfast Expense of Colin Bernardino on 05/24/18 regarding Attend Lorick Hearing in New York | 14.22 |
| 05/24/2018 | Hotel Expense of Colin Bernardino on 05/23/2018 - 05/24/2018 to New York, NY regarding Attend Lorick Hearing in New York | 321.35 |
| 05/24/2018 | Travel and Ground Transportation - Taxi/Car Service Expense of Colin Bernardino on 05/24/18 regarding Attend Lorick Hearing in New York | 51.62 |

*Other Charges:*

| | | |
|---|---|---:|
| 05/24/2018 | Meals - Meals Other Expense of Colin Bernardino on 05/24/18 regarding Attend Lorick Hearing in New York | 13.51 |
| 05/24/2018 | Travel and Ground Transportation - Parking Expense of Colin Bernardino on 05/24/18 regarding Attend Lorick Hearing in New York | 38.00 |
| 05/24/2018 | Travel and Ground Transportation - Internet Expense of Colin Bernardino on 05/24/18 regarding Attend Lorick Hearing in New York | 10.00 |
| | Long Distance Charges Soundpath; Conference Call; 04/13/18 - 05/12/18 | 2.29 |
| | Document Reproduction | 96.15 |
| | PACER charges for April 2018 | 50.80 |

**Total Other Charges**                                      $1,775.63

**TOTAL AMOUNT DUE THIS INVOICE**                            $52,013.63