700 Crossroads Building
2 State Street, Rochester, New York 14614

P 585.987.2800   F 585.454.3968



**WOODS OVIATT GILMAN LLP**

ATTORNEYS
woodsoviatt.com

1900 Main Place Tower
Buffalo, New York 14202

P 716.248.3200   F 716.854.5100

Default Service Direct Dial: 855-227-5072
Writer's Direct Fax Number: 585-362-4643
E-mail: jmacdonald@woodsoviatt.com

July 24, 2018

Honorable Nancy Hershey Lord
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

      Re:                    **Boysin Ralph Lorick and Cynthia Theresa Lorick**
      **Case No.**             **1-16-45645-nhl**
      **Property Address:**  **38 Utica Road, Edison, NJ 08820**

Dear Honorable Nancy Hershey Lord:

Pursuant to the July 19, 2018 hearing that was held, this letter is to inform of the amount necessary to bring the Debtors' loan current. The total amount to bring the loan current is $1,729.30:

6/12/2018 Payment in the amount of $864.65
<u>7/12/2018 Payment in the amount of $864.65</u>
                                Total $1,729.30

      The Debtors' next payment will be due 8/12/2018 in the amount of $864.65. If the Debtors' would like to receive payment statements they may call secured Creditor at 1-866-820-9199 Monday through Friday 7:00 a.m. through 9:00 p.m. or Saturday 8:00 a.m. through 3:00 p.m., Central Time.

      Further, attached to this letter is the most recent payment history. The comments "System Adjustment" shows the money being advance from the suspense funds so that full payments can be applied.

      If you have any questions, please do not hesitate to contact our office.

                              Very truly yours,
                          WOODS OVIATT GILMAN LLP
                        <u>/s/ Aleksandra K. Fugate, Esq.</u>
                         Aleksandra K. Fugate, Esq.

Enclosure
Cc:    Karamvir Dahiya, Esq.                       Cynthia Theresa Lorick
       Norma E Ortiz, Esq.                          Nazar Khodorovsky
       Boysin Ralph Lorick                         Office of the United States Trustee

*The art of representing people*®

«Field7»

## Bankruptcy Payment History

Customer Name: Boysin R. Lorick
Reference #:
Bankruptcy Type: Chapter 11
Bankruptcy File Date: 12/15/16
Bankruptcy Case: 16-45645

Date Prepared: 7/17/18
Prepared by: Nicole Oakley
Post-Petition Start Date: 01/12/2017
Monthly Payment Amount: Variable

History detailing from: Filing to Present

### Post-Petition

| No# | Due Date | Amount Billed | Amount Paid | Paid Date | Interest | Principal | Comments |
|---|---|---|---|---|---|---|---|
| 1 | 01/12/17 | $637.11 | $640.00 | 1/26/2017 | $640.00 | | |
| 2 | 02/12/17 | $682.62 | $640.00 | 2/6/2017 | $640.00 | | |
| | | | $39.73 | 2/6/2017 | | | System adjustment |
| 3 | 03/12/17 | $682.62 | $640.00 | 3/8/2017 | $640.00 | | |
| | | | $42.62 | 3/8/2017 | | | System adjustment |
| 4 | 04/12/17 | $682.62 | $640.00 | 4/10/2017 | $640.00 | | |
| | | | $42.62 | 4/10/2017 | | | System adjustment |
| | | | $640.00 | 5/18/2017 | $640.00 | | no roll |
| 5 | 05/12/17 | $728.13 | $640.00 | 6/7/2017 | $640.00 | | |
| 6 | 06/12/17 | $728.13 | $640.00 | 7/7/2017 | $640.00 | | |
| 7 | 07/12/17 | $728.13 | $640.00 | 8/6/2017 | $640.00 | | |
| 8 | 08/12/17 | $773.64 | $640.00 | 9/17/2017 | $640.00 | | |
| 9 | 09/12/17 | $773.64 | $640.00 | 10/6/2017 | $640.00 | | |
| | | | $640.00 | 11/27/2017 | $640.00 | | |
| 10 | 10/12/17 | $773.64 | $25.31 | 11/27/2017 | | | System adjustment |
| | | | $640.00 | 12/30/2017 | $640.00 | | no roll |
| 11 | 11/12/17 | $773.64 | $640.00 | 2/18/2018 | $640.00 | | |
| 12 | 12/12/17 | $773.64 | $640.00 | 3/15/2018 | $640.00 | | |
| 13 | 01/12/18 | $773.64 | $640.00 | 4/15/2018 | $640.00 | | |
| 14 | 02/12/18 | $819.14 | $640.00 | 4/27/2018 | $640.00 | | |
| 15 | 03/12/18 | $819.14 | $640.00 | 5/18/2018 | $640.00 | | no roll |
| 16 | 04/12/18 | $819.14 | $865.00 | 6/17/2018 | $865.00 | | |
| | | | $73.34 | | | | System Adjustment |
| 17 | 05/12/18 | $864.65 | $865.00 | 7/12/2018 | $865.00 | | |
| 18 | 06/12/18 | $864.65 | | | | | |
| 19 | 07/12/18 | $864.65 | | | | | |
| | | $14,562.57 | $12,833.62 | | $12,610.00 | $0.00 | $1,728.95 |

### Trustee Payments

| No# | Amount Paid | Paid Date | Claim Amount |
|---|---|---|---|
| | | | $0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | $0.00 | | $0.00 |