UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In re:

                                      Chapter 11

Boysin Ralph Lorick and
Cynthia Theresa Lorick,

                                      Case No. 16-45645-NHL

                   Debtors.
--------------------------------------------------------------X

## NOTICE OF SETTLEMENT OF ORDER

**PLEASE TAKE NOTICE** that on **January 8, 2019 at 4:00 p.m.**, the annexed *Order*

*Directing Additional Distribution from Sale Proceeds to Wells Fargo Bank, N.A.* will be submitted

for signature to the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, United

States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein Courthouse,

271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800.

**PLEASE TAKE FURTHER NOTICE** that counter-orders, if any, shall be filed with the

Court and served upon the undersigned so as to be received no later than **January 7, 2019 at 4:00**

**p.m.**

Dated: December 20, 2018
       New York, New York

                 **KILPATRICK TOWNSEND AND STOCKTON LLP**

                 */s/ Keith Brandofino*
                 Keith Brandofino, Esq. (KB 2128)
                 The Grace Building
                 1114 Avenue of the Americas
                 New York, New York 10036-7703
                 Telephone: (212) 775-8700
                 Facsimile: (212) 954-5555
                 Email: kbrandofino@kilpatricktownsend.com

                 and

                 Colin M. Bernardino, Esq. (Ga. Bar No. 054879)
                 (Admitted *pro hac vice*)

1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: cbernardino@kilpatricktownsend.com

*Counsel for Wells Fargo Bank, as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Pass-Through Certificates, Series 2007-C1*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

                                                Chapter 11

Boysin Ralph Lorick and
Cynthia Theresa Lorick,

                                                Case No. 16-45645-NHL

                          Debtors.
----------------------------------------------------------X

## ORDER DIRECTING ADDITIONAL DISTRIBUTION
## FROM SALE PROCEEDS TO WELLS FARGO BANK, N.A.

WHEREAS, on December 2, 2017, Wells Fargo Bank, N.A., as Trustee for the registered

holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Pass-Through

Certificates, Series 2007-C1 (the "Lender") filed its *Application for Order Directing Distribution*

*of Sale Proceeds to Wells Fargo Bank, N.A.* [Dkt. No. 191] (the "Distribution Motion") seeking

distribution of proceeds (the "Sale Proceeds") from the sale of the Debtors' property located at

3126 Coney Island Avenue, Brooklyn, New York 11235 (the "Property") to satisfy Wells Fargo's

claim against the Debtors [Claim Nos. 8 and 9];

WHEREAS, on December 29, 2017, the Court entered an order granting the Distribution

Motion in part, awarding the Lender a partial distribution of $4,039,705.02 from the Sale Proceeds;

WHEREAS, on March 2, 2018, the Debtors filed a motion pursuant to section 506(c) of

the Title 11 of the United States Code seeking to surcharge certain expenses, including $73,997.53

for services performed at the Property by Partner Engineering and Science, Inc. ("Partner") as set

forth in Proof of Claim No. 12 filed on November 22, 2017, against the Lender's collateral (the

"Surcharge Motion");

WHEREAS, on August 9, 2018, the Court entered its Memorandum Decision and Order

further granting the Distribution Motion, in part, and directing the payment of an additional

$1,165,658.97 from the Sale Proceeds to the Lender, less the allowed amount of Partner's claim, which the Court determined should be surcharged to the extent that such claim was deemed allowed;

WHEREAS, on October 1, 2018, Partner filed its *Withdrawal by Partner Engineering and Science, Inc. of Proof of Claim [Claims Register No. 12]* [Dkt. No. 327], which is attached hereto as **Exhibit A**;

WHEREAS, on October 5, 2018, counsel to the Lender filed a letter [Dkt. No. 328] requesting that the Court direct that $73,997.53 be disbursed to the Lender based upon Partner's withdrawal of its claim;

WHEREAS, a hearing was held before the Court on December 13, 2018;

WHEREAS, the Court has considered all related documents filed and all oral arguments presented to the Court;

IT IS HEREBY ORDERED that:

1.      As a result of Partner's withdrawal of Proof of Claim No. 12-1, the Lender is entitled to a further and final payment of $73,997.53.

2.      Ortiz & Ortiz LLP is directed to disburse $73,997.53 to the Lender from the Sale Proceeds held by Ortiz and Ortiz within five business days of entry of this Order.

3.      Partner is barred from asserting any and all claims against the Debtors, the Lender, and Douglas Rosenberg, solely in his capacity as Receiver for the Property that were asserted or could have been asserted in connection with the claim that gave rise to Proof of Claim No. 12-1.

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOYSIN RALPH LORICK; | ) | Case No. 1-16-45645-nhl |
| CYNTHIA THERESA LORICK, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## WITHDRAWAL BY PARTNER ENGINEERING AND SCIENCE, INC. OF PROOF OF CLAIM [CLAIMS REGISTER NO. 12]

Partner Engineering and Science, Inc., by and through its undersigned counsel hereby withdraws its proof of claim [Claims Register No. 12] filed in the above-styled case.

This 1st day of October, 2018.

Respectfully submitted,

/s/ Donald F. Campbell, Jr.
Donald F. Campbell, Jr., Esq.
GIORDANO, HALLERAN & CIESLA, P.C.
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701
Telephone: (732) 741-3900
Facsimile: (732) 224-6599
Email: dcampbell@ghclaw.com

Counsel for Partner Engineering and Science, Inc.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on October 1, 2018, a copy of the WITHDRAWAL BY PARTNER ENGINEERING AND SCIENCE, INC. OF PROOF OF CLAIM [CLAIMS REGISTER NO. 12] was deposited in an enclosed, properly addressed postage-paid envelope, and served by first class mail upon the following parties:

Dated:  October 1, 2018

   /s/ Deirdre Rice
Paralegal
GIORDANO, HALLERAN & CIESLA, P.C.
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701
Telephone:  (732) 741-3900
Facsimile:  (732) 224-6599

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Norma E Ortiz<br>Ortiz & Ortiz LLP<br>32-72 Steinway Street<br>Suite 402<br>Astoria, NY 11103 | Nazar Khodorovsky<br>Eastern District of NY (Brooklyn Office)<br>U.S. Federal Office Building<br>201 Varick Street<br>Suite 1006<br>New York, NY 10014 |
| Office of the United States Trustee<br>Eastern District of NY (Brooklyn Office)<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Boysin Ralph Lorick<br>Cynthia Theresa Lorick<br>3126 Coney Island Avenue<br>Apt 5D<br>Brooklyn, NY 11235 |
| CBNA, LLC<br>201 Skyline Drive<br>Dickson, TN 37055-2544 | Chase Bank USA, NA<br>PO Box 15298<br>Wilmington, DE 19850 |
| Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 | Citibank<br>c/o Milstead & Assoc. LLC<br>1 East Stow Road<br>Marlton, NJ 08053 |
| Comenity Bank/Bealls<br>Bankruptcy Department<br>PO Box 182125<br>Columbus, OH 43218-2125 | Discover Financial Serv.<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 |
| Douglas Rosenberg<br>BPC Management Corp.<br>80 Livingston Street<br>Brooklyn, NY 11201 | DSNB Macy's<br>9111 Duke Boulevard<br>Mason, OH 45040 |
| NYC Department of Finance<br>P.O. Box 680<br>Newark, NJ 07101 | Target<br>P.O. Box 1327<br>Minneapolis, MN 55440 |

| | |
|---|---|
| Boysin Ralph Lorick<br>Cynthia Theresa Lorick<br>38 Utica Road<br>Edison, NJ 08820 | Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341 |
| Office of the Attorney General<br>New York City Office<br>120 Broadway<br>New York City, NY<br>10271-0332 | Department of Environmental Protection<br>Customer Service Center<br>59-17 Junction Boulevard, 13th Floor<br>Flushing, NY 11373 |
| New York State Department of Environmental<br>Conservation<br>625 Broadway<br>Albany, New York 12233-0001 | Robert W. Griswold<br>Shapiro, DiCaro & Barak, LLC<br>One Huntington Quadrangle<br>Melville, NY 11747-4401 |
| Capital One Bank (USA), NA<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Quantum3Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| David J. Doyaga, Sr.<br>Doyaga & Schaefer<br>26 Court St. Suite 1002<br>Brooklyn, New York 11242 | Karamvir Dahiya<br>Dahiya Law Offices, LLC<br>75 Maiden Lane<br>Suite 506<br>New York, NY 10038 |
| Certilman Balin Adler & Hyman, LLP<br>Attention: Richard J. McCord, Esq.<br>Carol A. Glick, Esq<br>90 Merrick Avenue, 9th Floor<br>East Meadow, New York 11554 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 |
| Marilyn Macron P.C.<br>211 Beach 134th Street<br>Belle Harbor, NY 11694 | Capital One Bank<br>PO Box 30281<br>Salt Lake City, UT 84130 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 |

| Wells Fargo Bank, N.A. Home Equity Group<br>1 Home Campus X2303-01A<br>Des Moines, IA 50328 | Portfolio Recovery Associates, LLC<br>c/o The Home Depot Consumer<br>POB 41067<br>Norfolk VA 23541 |
| --- | --- |
| Dept of Housing & Preservation & Development NYC<br>DHPD NYC<br>Atn: R Lifshey<br>100 Gold St Rm 6t3<br>New York NY 10038 | David Pour, Esq.<br>Pour & Associates, LLP<br>10 Cutter Mill Road, Suite 406<br>Great Neck, NY 11021 |
| Elazer Aryeh, Esq.<br>Elazer Aryeh PC<br>110-20 71st Road, Suite 110<br>Forest Hills, NY 11375 | Jack Geula<br>One Horizon Way<br>Great Neck, NY 11024 |
| Jane Nadelson, Esq.<br>3024 Coney Island Avenue<br>Brooklyn, NY 11235 | Mohammad Choudhary<br>3076 Coney Island Avenue<br>Brooklyn, NY 11235 |
| The Home Depot/CBNA<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | Aleksandra K. Fugate<br>Woods, Oviatt, Gilman LLP<br>700 Crossroads Building, Two State Street<br>Rochester, New York 14614 |
| Colin M. Bernardino, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, Georgia 30309 | |

Docs #3400702-v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 20, 2018, a true and correct copy of the foregoing Notice was filed electronically with the Court's CM/ECF filing system which in turn will generate an electronic notice of filing to all those who have requested or consented to electronic service in this chapter 11 case.

I further certify that the on December 20, 2018, a true and correct copy of the foregoing Notice was served upon the parties listed below, via First Class US Mail, postage prepaid.

## <u>VIA FIRST CLASS MAIL</u>

| | |
|---|---|
| Karamvir Dahiya, Esq.<br>Dahiya Law Offices, LLC<br>75 Maiden Lane<br>Suite 506<br>New York, NY 10038 | Norma E. Ortiz, Esq.<br>Ortiz & Ortiz LLP<br>32-72 Steinway Street<br>Suite 402<br>Astoria, NY 11103 |
| Donald F. Campbell, Jr., Esq.<br>Giordano, Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701 | Douglas R. Rosenberg<br>BPC Management Corporation<br>80 Livingston Street<br>Brooklyn, NY 11201 |

Dated:  December 20, 2018

/s/ Keith Brandofino
          Keith Brandofino