UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

Boysin Ralph Lorick and
Cynthia Theresa Lorick,

         Debtors.
-----------------------------------------------------------X

Chapter 11

Case No. 16-45645-NHL

### ORDER DIRECTING DISTRIBUTION OF THAT PORTION OF THE CLAIM OF WELLS FARGO BANK, N.A. ATTRIBUTABLE TO THE FEES AND EXPENSES OF AKIN GUMP STRAUSS HAUER & FELD LLP FROM SALE PROCEEDS

Upon the application of Wells Fargo Bank, N.A., as Trustee for the registered holders of Sovereign Commercial Mortgage Securities Trust, 2007-C1, Commercial Pass-Through Certificates, Series 2007-C1 (the "Lender"), a secured creditor of the above-captioned debtors (the "Debtors"), for an order directing the distribution of proceeds [Dkt. No. 191] from the sale of the Debtors' Property located at 3126 Coney Island Ave., Brooklyn, NY 11235 (the "Sale Proceeds") and the Supplemental Statement in Support of that Portion of the Claim of Wells Fargo Bank, N.A. Attributable to the Fees and Expenses of Akin Gump Strauss Hauer & Feld LLP and Originally Included in the Application for Order Directing Distribution of Sale Proceeds to Wells Fargo Bank, N.A. [Dkt. No. 284] (collectively, the "Application"); and the Application having been duly noticed; and the Court having held a hearing on December 13, 2018 to consider the Application, at which appeared Karamvir Dahiya (Counsel to Debtors), Boysin Lorick (Debtor), Keith M. Brandofino (Counsel to Wells Fargo Bank), Rachel Wolf (US Trustee); and it appearing that sufficient cause has been shown for the relief requested in the Application; and after due deliberation and sufficient cause appearing therefor, it is hereby

   ORDERED, that the Application is granted as provided herein; and it is further

ORDERED, that the Lender is entitled to payment of the portion of the claim of the Lender attributable to the fees and expenses of Akin Gump Strauss Hauer & Feld LLP as environmental counsel to the Lender; and it is further

ORDERED, that Ortiz & Ortiz, LLP is directed to disburse to the Lender $34,225.50 from the Sale Proceeds in satisfaction of that portion of the Lender's claim attributable to the attorneys' fees and expenses of Akin Gump Strauss Hauer & Feld LLP.



Dated: January 4, 2019
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge