**DAHIYA LAW OFFICES, LLC**
75 Maiden Lane Suite 506
New York NY 10038
Tel: 212 766 8000
*Attorneys for the Debtors*                    **SETTLEMENT DATE AND TIME**
*and Debtors in Possession*                   March 22, 2019 at 2:00 PM

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

     **BOYSIN RALPH LORICK,**                    **Case No. 16-45645 (NHL)**
     **CYNTHIA THERESA LORICK,**               **Chapter 11**

                          **Debtors.**
-----------------------------------------------------------X

## NOTICE OF SETTLEMENT OF ORDERS

PLEASE TAKE NOTICE, that the attached Orders; (1) granting the first and final fees and compensation of Dahiya Law Offices; (2) granting the U.S. Trustee's motion to dismiss the case as in best interest of the estate, subsuming ancillary relief of (i) directing the Receiver, Douglas Rosenberg to transfer the remaining entire estate funds held in his account to Dahiya Law Offices as an escrowee, (ii) directing Ortiz & Ortiz to transfer the entire estate funds in her escrow account to Dahiya Law Offices, LLC as an escrow agent for the Debtors, (iii) allowing a compensation of $5800 to Ortiz & Ortiz LLP acting as an escrowee for estate, and (iv) payment to the U.S. Trustee of appropriate sum of quarterly fees due and payable as required by 28 U.S.C. § 1930(a)(6) and any applicable interest; and (3) denial of Mohammad Choudhary claim as an administrative claim, granting related relief will be presented to The Honorable Nancy H. Lord, United States Bankruptcy Judge, at the United States Courthouse, 271 Cadman Plaza East, Brooklyn, New York 11201 on March 22nd, 2019 at 2:00 PM for signature and entry ("Settlement Date").

PLEASE TAKE FURTHER NOTICE, that submission of proposed counter orders, or objections, if any, to entry of the attached proposed order, must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Eastern District of New York, must set forth the name of the objecting party, the basis for the objection and the specific grounds therefore, and must be filed with the Bankruptcy Court, with a courtesy copy to Chambers, no later than two

(2) days prior to the Settlement Date. Any proposed counter order or objection must further be served upon and received by the proposed attorneys for the Debtors. Dahiya Law Offices, LLC Esq. Failure to timely file an objection or proposed counter order shall result in the waiver of any such objection or proposed counter order.

PLEASE TAKE FURTHER NOTICE, that if no proposed counter orders or objections are received the order may be signed. In the event objections are interposed, a hearing may be scheduled by the Court in its discretion.

Dated: New York NY
March 12, 2019

/s/ *Karamvir Dahiya*
karam@dahiya.law