UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

      BOYSIN RALPH LORICK,                                 Case No. 16-45645 (NHL)
      CYNTHIA THERESA LORICK,                        Chapter 11

                  Debtors.
-----------------------------------------------------------X

**ORDER GRANTING DAHIYA LAW OFFICES LLC'S FIRST AND FINAL FEE APPLICATION OF PROFESSIONALS FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**

Upon consideration of the final fee application (the "Final Fee Application") of Dahiya Law Offices, LLC ("DLO"), dated February 11, 2019, Docket # 356, seeking allowance of final compensation and reimbursement of expenses for professional services rendered and expenses incurred on behalf of Boysin Ralph Lorick and Cynthia Theresa Lorick, the debtors and debtors in possession in the above-captioned chapter 11 case for a period from October 23, 2017 until February 11, 2019 ("Final Compensation Period"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the Eastern District of New York; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Final Fee Applications in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the applicants provided adequate notice of the Final Fee Application and the opportunity for a hearing under the circumstances; and this Court having reviewed the Final Fee Application;  and this Court having considered Debtors' counsel had agreed to voluntarily reduce his fees by $10,000 to address concerns informally raised by counsel to the U.S. Trustee; and this Court having determined that the legal and factual bases

set forth in the Final Fee Applications establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby,

ORDERED THAT:

1. The relief requested in the Final Fee Application is granted on a final basis for a sum of $266,372.83 (the "Sum") which includes (i) compensation for services rendered during the Final Compensation Period and (ii) reimbursement for actual and necessary expenses incurred during the Final Compensation Period.

2. The Debtors are authorized and directed to pay the Sum for the DLO's fees and expenses incurred herein.

3. The court appointed escrow agent, the Ortiz & Ortiz LLP shall forthwith release the Sum payment in favor of DLO.

4. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon entry.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: March ___, 2019
Brooklyn New York

                                                  Hon. Nancy H. Lord
                                                  United States Bankruptcy Judge