**DAHIYA LAW OFFICES, LLC**
75 Maiden Lane Suite 506
New York NY 10038
Tel: 212 766 8000
*Attorneys for the Debtors*
*and Debtors in Possession*

SETTLEMENT DATE AND TIME
March 22, 2019 at 2:00 PM

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:

      **BOYSIN RALPH LORICK,**
      **CYNTHIA THERESA LORICK,**

Case No. 16-45645 (NHL)
Chapter 11

            **Debtors.**
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE REGARDING
## NOTICE OF SETTLEMENT OF ORDERS

It is hereby certified that on March 12, 2019, the undersigned Gaytri Grewal mailed via first class mail, postage prepaid upon the attached parties and addressees, attached copies of the Settlement Statement and the proposed orders (1) granting the first and final fees and compensation of Dahiya Law Offices; (2) granting the U.S. Trustee's motion to dismiss the case as in best interest of the estate, subsuming ancillary relief of (i) directing the Receiver, Douglas Rosenberg to transfer the remaining entire estate funds held in his account to Dahiya Law Offices as an escrowee, (ii) directing Ortiz & Ortiz to transfer the entire estate funds in her escrow account to Dahiya Law Offices, LLC as an escrow agent for the Debtors, (iii) allowing a compensation of $5800 to Ortiz & Ortiz LLP acting as an escrowee for estate, and (iv) payment to the U.S. Trustee of appropriate sum of quarterly fees due and payable as required by 28 U.S.C. § 1930(a)(6) and any applicable interest; and (3) denial of Mohammad Choudhary claim as an administrative claim upon the following parties:

**Citibank**
c/o Milstead & Assoc. LLC
1 East Stow Road
Marlton, NJ 08053

1

**Wells Fargo Bank, N.A. as successor by merger to W**
c/o Woods Oviatt Gilman, LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614

**Wells Fargo Bank, as Trustee**
Colin M. Bernardino
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309

**Soleyman Ghalchi**
c/o Certilman Balin Adler & Hyman, LLP.
90 Merrick Avenue
East Meadow, NY 11554

**Select Portfolio Servicing, Inc.**
c/o Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle
Suite 3N05
Melville, NY 11747

**Partner Engineering and Science, Inc.**
c/o Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Attn: Donald F. Campbell, Jr., Esq.

**Mohammad Choudhary**
4200 Atlantic Avenue
Brooklyn New York 11224

**NYC Department of Finance**
P.O. Box 680
Newark, NJ 07101

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**Douglas Rosenberg**
BPC Management Corp.
80 Livingston Street
Brooklyn, NY 11201

**David J. Doyaga, Sr.**
Doyaga & Schaefer
26 Court Street, Suite 1002
Brooklyn, NY 11242

**Synchrony Bank c/o PRA Receivables Management, LLC**
PO Box 41021
Norfolk, VA 23541

**Chase Bank USA, NA**
PO Box 15298
Wilmington, DE 19850

**Boysin Ralph Lorick**
3126 Coney Island Avenue
Apt 5B
Brooklyn, NY 11235

**Wells Fargo Bank, N.A. as successor by merger to W**
c/o Woods Oviatt Gilman, LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614

**Melisande Hill**
Hill & Moin, LLP
2 Wall Street
Suite 301
New York, NY 10005

**Norma E Ortiz**
Ortiz & Ortiz LLP
32-72 Steinway Street
Suite 402
Astoria, NY 11103

**Nazar Khodorovsky, Esq.**
Office of The United States Trustee
201 Varick Street
Suite 1006
New York, NY 10014

Dated: March 12, 2019
New York NY

_____
Gaytri Grewal

3